# RENT ROLL
## 1083 W 8th/ 804 Leland, San Pedro CA 90731
October 2009

| Unit # | Tenant | Move In | Type | Actual Rent | Rent Paid | Deposit | Occupants | Next Inc. | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Ernie & Antoninette Spargur | 02/01/09 | 3+2 | $2,400.00 | $2,400.00 | $3,024.00 | 2 Adults | | Option to Purchase |
| 2 | Redlew | 06/15/09 | 2+2 | $1,700.00 | $1,700.00 | $2,500.00 | 2 Adults | 07/01/10 | |
| 3 | Jan Whitby | 11/01/08 | 2+2 | $1,700.00 | $1,700.00 | $1,000.00 | 1A | 11/01/09 | |
| 4 | James and Mayra Gross | 06/06/09 | 2+2 | $1,800.00 | $1,800.00 | $2,000.00 | 2 A, 1 K | 07/01/10 | |

Monthly Income  $7,600.00    $8,524.00

Notes: Apartment #3 owes $3,572 in the rears and is trying to catch up lost job may need to evit

A-1

Projection for 804 Leland Street Expenses Next 6 Months

| | December | January | February | March | April | May | TOTAL |
|---|---|---|---|---|---|---|---|
| Graffiti Removal | 125 | 125 | 125 | 125 | 125 | 125 | $ 750.00 |
| Building Supplies | 20 | 20 | 20 | 20 | 20 | 20 | $ 120.00 |
| Garage Door Service Repair | 125 | 125 | 125 | 125 | 125 | 125 | $ 750.00 |
| HVAC | 337 | | 337 | | 337 | | $ 1,011.00 |
| Locks-Repair & Replace | 25 | 25 | 25 | 25 | 25 | 25 | $ 150.00 |
| Plumbing Service | 100 | | 100 | | 100 | | $ 300.00 |
| Landscape | 720 | 125 | 125 | 125 | 125 | 125 | $ 1,345.00 |
| Electricity | 175 | 175 | 175 | 175 | 175 | 175 | $ 1,050.00 |
| Water and Sewer | 500 | 500 | 500 | 500 | 500 | 500 | $ 3,000.00 |
| Taxes | 9300 | | | | 9300 | | $ 18,600.00 |
| Insurance | 181 | 181 | 181 | 181 | 181 | 181 | $ 1,086.00 |
| Bank Fees | 9 | 9 | 9 | 9 | 9 | 9 | $ 54.00 |
| Legal and Accounting | 780 | 100 | 100 | 100 | 100 | 100 | $ 1,280.00 |
| Management Fee | 456 | 456 | 456 | 456 | 456 | 456 | $ 2,736.00 |
| Postage and Messenger | 9 | 9 | 9 | 9 | 9 | 9 | $ 54.00 |
| Leasing Commissions Due | 2100 | | | | | | $ 2,100.00 |
| Misc Repairs | 150 | 150 | 150 | 150 | 150 | 150 | $ 900.00 |
| Concrete and Asphalt Work | 13000 | 13000 | | | | | $ 26,000.00 |
| Tree Work for city | | 1500 | | | | | $ 1,500.00 |
| | $ 28,112.00 | $ 16,500.00 | $ 2,437.00 | $ 2,000.00 | $ 11,737.00 | $ 2,000.00 | $ 62,786.00 |

The concrete, Asphalt, Tree are items that the city is requiring us to do for the final condo map
HVAC: We may need to replace a HVAC unit but its not in budget as we have do not have a bid



A-2

# RENT ROLL
## 625 West 8th Street, San Pedro CA 90731
### October 2009

| Unit # | Tenant | Move In | Actual Rent | Rent Paid | SCEP | March Total | Deposit | Occupant | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Morgan | 04/01/09 | $1,450.00 | $1,450.00 | | $1,450.00 | $1,500.00 | 1-A | |
| 2 | Tomoko Miyahara | 04/01/09 | $1,385.00 | $1,385.00 | | $1,385.00 | $1,370.00 | 1-A | |
| 3 | Betty Diaz | 05/15/09 | $1,475.00 | $1,475.00 | | $1,475.00 | $1,700.00 | 1-A | |
| 4 | Shaun Cruise | 05/01/09 | $1,495.00 | $1,495.00 | | $1,495.00 | $2,000.00 | 2-A | |
| 5 | Martin | 08/06/09 | $1,425.00 | $1,425.00 | | $1,425.00 | $2,000.00 | 2-A | |
| 6 | John McClung & Candace Hanson | 09/02/98 | $1,600.00 | $1,600.00 | $2.96 | $1,602.96 | $1,700.00 | 2A | |

Monthly Income    $8,830.00    $8,830.00    $2.96    $8,832.96    $10,270.00

TOTAL INCOME PAID    LATE FEE:    $80.00

**$8,912.96**

*Notes: Apartments # 1 and 2 are showing signs of problems paying rent. Apartment #3 may move out early as her apartment was broken into and does not feel safe. If she moves the current market rent is $1,325-$1,350...Wants us to install alarm system*

A-3

Projection for 625 W. 8th Street Expenses Next 6 Months

| | December | January | February | March | April | May | TOTAL |
|---|---|---|---|---|---|---|---|
| Appliance Repair & Maint | 100 | 100 | 100 | 100 | 100 | 100 | $ 600.00 |
| Building Supplies | 20 | 20 | 20 | 20 | 20 | 20 | $ 120.00 |
| Garage Door Service Repair | 150 | | 250 | 100 | 100 | 100 | $ 700.00 |
| Graffiti Removal | 150 | 150 | 150 | 150 | 150 | 150 | $ 900.00 |
| HVAC | 600 | 2500 | 3500 | 3500 | 1000 | 1000 | $ 12,100.00 |
| Locks-Repair & Replace | 25 | 25 | 25 | 25 | 25 | 25 | $ 150.00 |
| Plumbing Service | 100 | | 100 | | 100 | | $ 300.00 |
| Landscape | 150 | 150 | 150 | 150 | 150 | 150 | $ 900.00 |
| Pest Control | 36 | 36 | 36 | 36 | 36 | 36 | $ 216.00 |
| Trash Disposal | 278 | 278 | 278 | 278 | 278 | 278 | $ 1,668.00 |
| Electricity | 75 | 75 | 75 | 75 | 75 | 75 | $ 450.00 |
| Water and Sewer | 115 | 115 | 115 | 115 | 115 | 115 | $ 690.00 |
| Insurance | 224 | 224 | 224 | 224 | 224 | 224 | $ 1,344.00 |
| Bank Fees | 9 | 9 | 9 | 9 | 9 | 9 | $ 54.00 |
| Legal and Accounting | 162 | 100 | 100 | 100 | 100 | 100 | $ 662.00 |
| Management Fee | 530 | 530 | 530 | 530 | 530 | 530 | $ 3,180.00 |
| Postage and Messenger | 11 | 11 | 11 | 11 | 11 | 11 | $ 66.00 |
| Leasing Commissions Due | 1755 | | | | | | $ 1,755.00 |
| Misc | 50 | 50 | 50 | 50 | 50 | 50 | $ 300.00 |
| Concrete and Asphalt Work | | 6000 | | 3000 | | | $ 9,000.00 |
| Tree Work for city | | 1500 | | | | | $ 1,500.00 |
| City Street Light | | 15000 | | | | | $ 15,000.00 |
| | $ 4,540.00 | $ 26,873.00 | $ 5,723.00 | $ 8,473.00 | $ 3,073.00 | $ 2,973.00 | $ 51,655.00 |

The concrete, Asphalt, Tree and Street lights are items that the city is requiring us to do for the final condo map
HVAC: We Need to replace 3 units

A-4

# Rent Roll
## 448 - 448 W. 14th St. #A-D
### From 10/31/2009

| Unit Type | Tenant Code | Tenant Name | Unit Sqft | Market Rent | Actual Rent | Deposit | Lease From | Past Due | NSF | Late |
|---|---|---|---|---|---|---|---|---|---|---|
| A | men#a | Luis Mendoza & Juana Lorenz | 0.0 | 1,024.00 | 1,024.00 | 900.00 | 09/03/04 | 0.00 | 0 | 0 |
| B | bello | Veronica Bello & Jorge Gomez | 0.0 | 1,024.00 | 1,024.00 | 900.00 | 10/01/05 | 0.00 | 0 | 0 |
| C | bricen#c | Raymundo Briceno & Celina Ag | 0.0 | 1,024.00 | 1,024.00 | 900.00 | 10/24/04 | 1,090.00 | 0 | 0 |
| D | deleon#d | M. Valenzuela, H. DeLeon, R. D | 0.0 | 1,024.00 | 1,024.00 | 900.00 | 02/07/05 | -10.00 | 0 | 0 |
| 4 | | Total | 0.0 | 4,096.00 | 4,096.00 | 3,600.00 | | 1,080.00 | 0 | 0 |

| | | |
|---|---|---|
| 4 | Total Occupied | 4,096.00 |
| 100.00 | % Occupied | 100.00 |
| 0 | Total Vacant | 0.00 |
| 0.0 | % Vacant | 0.00 |

A-5

Projection for 448 14th Street Expenses Next 6 Months

| | December | January | February | March | April | May | TOTAL |
|---|---|---|---|---|---|---|---|
| Plumbing Service | 48 | 48 | 48 | 48 | 48 | 48 | $ 288.00 |
| Landscape | 75 | 75 | 75 | 75 | 75 | 75 | $ 450.00 |
| Pest Control | 38 | 38 | 38 | 38 | 38 | 38 | $ 228.00 |
| Gas | 75 | 75 | 75 | 75 | 75 | 75 | $ 450.00 |
| Electricity | 153 | 153 | 153 | 153 | 153 | 153 | $ 918.00 |
| Water and Sewer | 250 | 250 | 250 | 250 | 250 | 250 | $ 1,500.00 |
| Insurance | 330 | 330 | 330 | 330 | 330 | 330 | $ 1,980.00 |
| Bank Fees | 9 | 9 | 9 | 9 | 9 | 9 | $ 54.00 |
| Legal and Accounting | 50 | 50 | 50 | 50 | 50 | 50 | $ 300.00 |
| Management Fee | 246 | 246 | 246 | 246 | 246 | 246 | $ 1,476.00 |
| Postage and Messenger | 5 | 5 | 5 | 5 | 5 | 5 | $ 30.00 |
| Misc Repair | 150 | 150 | 150 | 150 | 150 | 150 | $ 900.00 |
| Graffiti Removal | 125 | 125 | 125 | 125 | 125 | 125 | $ 750.00 |
| | $ 1,554.00 | $ 1,554.00 | $ 1,554.00 | $ 1,554.00 | $ 1,554.00 | $ 1,554.00 | $ 9,324.00 |

A-6

# Rent Roll
## 239 - 239-241 W. 14th St.
### From 10/31/2009

| Unit | Unit Type | Tenant Code | Tenant Name | Unit Sqft | Market Rent | Actual Rent | Deposit | Lease From | Past Due | NSF | Late |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 239#A | | pac#a | Fernando Pacheco | 0.0 | 978.00 | 978.00 | 800.00 | 05/14/07 | -4.00 | 0 | 0 |
| 239#B | | pach#a | Fernando Pacheco | 0.0 | 849.00 | 849.00 | 500.00 | 11/23/04 | 0.00 | 0 | 0 |
| 241 | | | VACANT | 0.0 | 867.00 | | | | | | |
| 3 | Total | | | 0.0 | 2,694.00 | 1,827.00 | 1,300.00 | | -4.00 | 0 | 0 |
| 2 | Total Occupied | | | 0 | 1,827.00 | 1,827.00 | | | | | |
| 66.67 | % Occupied | | | | 67.82 | 67.82 | | | | | |
| 1 | Total Vacant | | | 0 | 867.00 | | | | | | |
| 33.33 | % Vacant | | | | 32.18 | | | | | | |

Projection for 239 14th Street Expenses Next 6 Months

| | December | January | February | March | April | May | TOTAL |
|---|---|---|---|---|---|---|---|
| Appliance Repair & Maint | 40 | 40 | 40 | 40 | 40 | 40 | $ 240.00 |
| Locks-Repair & Replace | | 225 | | | | | $ 225.00 |
| Plumbing Service | 48 | 48 | 48 | 48 | 48 | 48 | $ 288.00 |
| Landscape | 100 | 100 | 100 | 100 | 100 | 100 | $ 600.00 |
| Pest Control | 38 | 38 | 38 | 38 | 38 | 38 | $ 228.00 |
| Gas | 100 | 100 | 100 | 100 | 100 | 100 | $ 600.00 |
| Electricity | 214 | 214 | 214 | 214 | 214 | 214 | $ 1,284.00 |
| Water and Sewer | 281 | 281 | 281 | 281 | 281 | 281 | $ 1,686.00 |
| Insurance | 105 | 105 | 105 | 105 | 105 | 105 | $ 630.00 |
| Bank Fees | 9 | 9 | 9 | 9 | 9 | 9 | $ 54.00 |
| Legal and Accounting | 95 | 95 | 95 | 95 | 95 | 95 | $ 570.00 |
| Management Fee | 165 | 165 | 165 | 165 | 165 | 165 | $ 990.00 |
| Postage and Messenger | 5 | 5 | 5 | 5 | 5 | 5 | $ 30.00 |
| Leasing Commissions Due | | | 500 | | | | $ 500.00 |
| Vacant Unit Repairs | | 5000 | | | | | $ 5,000.00 |
| Misc Repair | 150 | 150 | 150 | 150 | 150 | 150 | $ 900.00 |
| Graffiti Removal | 125 | 125 | 125 | 125 | 125 | 125 | $ 750.00 |
| | $ 1,475.00 | $ 6,700.00 | $ 1,975.00 | $ 1,475.00 | $ 1,475.00 | $ 1,475.00 | $ 14,575.00 |

A-8

**Rent Roll**
**605 S Pacific Ave., San Pedro**
**As of October 2009**

| Unit | Tenant Name | Sq Ft | Beg Term | Billing | Amount | PSF | Escalations | Options | Sec Dep | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Cam % | End Term | | | | | | Last Mo | |
| | | Base Year | Ins Expire | | | | | | | |
| 100 | Advance America | 1,200 | | Base Rent: | $2,309.00 | 1.92 | Fixed 4% | 1-60 mo Option | $0.00 | |
| | | 13.3% | 10/31/12 | Cam Estimate | $504.00 | 0.42 | Next adj Date | Option Date | | |
| | | | 05/30/10 | | | | TBD | 10/31/12 | | |
| 101 | Vacant | 1,166 | | Base Rent | $0.00 | 2.34 | | | | |
| | | 13.0% | | Cam Estimated | $0.00 | | | | | |
| | | | | | $2,813.00 | | | | | |
| 102-103 | San Pedro Cafe | 2,300 | 09/01/85 | Base Rent | $3,109.00 | 1.35 | Fixed 4% | 2-5 yr Option | $0.00 | |
| | | 25.6% | 10/31/10 | Cam Estimated | $557.00 | | Next adj Date | Option Date | | |
| | | | 05/18/10 | | | | 11/01/09 | 11/01/10 | | |
| | | | | | $3,666.00 | | | | | |
| 200 | Dealer Auto Insurance | 1,387 | 12/01/07 | Base Rent | $1,300.00 | 0.94 | Fixed | 1-36 mo Option | $3,000.00 | |
| | | 15.41% | 01/31/11 | Cam Estimated | $0.00 | 0.00 | Next adj Date | Option Date | | |
| | | | 12/01/09 | | | | 08/01/09 | 02/01/11 | | |
| | | | | | $1,300.00 | 0.94 | | | | |
| 201 | Mark Montpas | 785 | 03/01/06 | Base Rent | $728.00 | 0.93 | Month to Month | None | $600.00 | Month to Month |
| | | 8.7% | 02/28/07 | Cam Estimated | $0.00 | 0.00 | | | | |
| | | | N/A | | | | | | | |
| | | | | | $728.00 | 0.93 | | | | |
| 202 | Lead Tech | 835 | 10/01/05 | Base Rent | $1,012.00 | 1.21 | Fixed 4% | | $1,800.00 | In Option Period |
| | | 9.3% | 09/30/07 | Cam Estimated | $0.00 | 0.00 | Next adj Date | | | |
| | | | 05/05/10 | | | | 10/01/09 | | | |
| | | | | | $1,012.00 | 1.21 | | | | |
| 203 | Chiropractor | 1,326 | 11/01/06 | Base Rent | $1,568.00 | 1.18 | Fixed 4% | | $1,500.00 | |
| | | 14.7% | 10/31/09 | Cam Estimated | $0.00 | 0.00 | Next adj Date | | | |
| | | | 11/01/09 | | | | 11/01/09 | | | |
| | | | | | $1,568.00 | 1.18 | | | | |
| 7 | | TOTAL: 8,999 | | Base Rent: | $10,026.00 | | | Security Deposit: | $6,900.00 | |
| | | 87% | | Cam Estimated: | $1,061.00 | | | Last Month: | $0.00 | |
| | | | | TOTAL: | $11,087.00 | | | | | |

6 Occupied
87% % Occupied
1 Vacant
13% % Vacant
$0.00 $ Vacant

A-9

Projection for 605 Pacific Expenses Next 6 Months

| | December | January | February | March | April | May | TOTAL |
|---|---|---|---|---|---|---|---|
| Graffiti Removal | 125 | 125 | 125 | 125 | 125 | 125 | $ 750.00 |
| Building Supplies | 50 | 50 | 50 | 50 | 50 | 50 | $ 300.00 |
| Elevator Inspection/Repair | 1350 | | 675 | | 675 | | $ 2,700.00 |
| HVAC | 866 | | 866 | | 866 | | $ 2,598.00 |
| Janitorial | 225 | 225 | 225 | 225 | 225 | 225 | $ 1,350.00 |
| Plumbing Service | 405 | 120 | 120 | 120 | 120 | 120 | $ 1,005.00 |
| Landscape | 496 | 150 | 150 | 150 | 150 | 150 | $ 1,246.00 |
| Phone | 35 | 35 | 35 | 35 | 35 | 35 | $ 210.00 |
| Trash Disposal | 452 | 240 | 240 | 240 | 240 | 240 | $ 1,652.00 |
| Electricity | 140 | 140 | 140 | 140 | 140 | 140 | $ 840.00 |
| Water and Sewer | 285 | 285 | 285 | 285 | 285 | 285 | $ 1,710.00 |
| Insurance | 312 | 312 | 312 | 312 | 312 | 312 | $ 1,872.00 |
| Bank Fees | 12 | 12 | 12 | 12 | 12 | 12 | $ 72.00 |
| Taxes and Licenses | 105 | 105 | 105 | 105 | 105 | 105 | $ 630.00 |
| Management Fee | 665 | 665 | 665 | 665 | 665 | 665 | $ 3,990.00 |
| Postage and Messenger | 12 | 12 | 12 | 12 | 12 | 12 | $ 72.00 |
| Misc | 400 | 400 | 400 | 400 | 400 | 400 | $ 2,400.00 |
| | $ 5,935.00 | $ 2,876.00 | $ 4,417.00 | $ 2,876.00 | $ 4,417.00 | $ 2,876.00 | $ 23,397.00 |

If we lease the vacant suite we will have additional expenses. Leasing fees which at this time is an unknown and improvements to the vacant space.

A-10