M. Jonathan Hayes (Bar No. 90388)
**Law Office M. Jonathan Hayes**
9700 Reseda Blvd. Suite 201
Northridge, California 91324
Telephone: (818) 882-5600
Facsimile: (818) 882-5610
jhayes@polarisnet.net

Attorney for Debtor
IAN MITCHELL

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re | Case No. 1:09-bk-23919-GM |
| | Chapter 11 |
| IAN MITCHELL, | **NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM AND PROOFS OF INTEREST** |
| | **BAR DATE:** |
| | **February 10, 2010** |
| Debtor. | |

**TO:  ALL CREDITORS OF IAN MITCHELL, AND OTHER PARTIES IN INTEREST**:

### NOTICE OF CLAIMS DEADLINE

PLEASE TAKE NOTICE that the United States Bankruptcy Court for the Central District of California has set a date by which all entities that hold claims against Ian Mitchell which arose, or are deemed to have arisen, prior to the commencement of the Debtor's Chapter 11 bankruptcy case filed on October 21, 2009, and which claims are based on the Debtor's primary, secondary, direct, indirect, secured, unsecured,

1  contingent, or guaranty liability or otherwise must:

2       FILE PROOFS OF CLAIM AND/OR PROOFS OF INTEREST WITH THE

3  COURT WITH THE CLERK OF THE U.S. BANKRUPTCY COURT, LOCATED AT

4  21041 BURBANK BLVD., WOODLAND HILLS, CA 91367, ON OR BEFORE 5:00

5  P.M. PST ON **February 10, 2010,** OR BE FOREVER BARRED FROM FILING SUCH

6  CLAIMS OR INTERESTS AGAINST THE ESTATE OF THE DEBTOR, AND FROM

7  BEING TREATED AS CREDITORS OR INTEREST HOLDERS FOR THE PURPOSE

8  OF VOTING AND SHARING IN ANY DISTRIBUTION (the "Bar Date").  COPIES OF

9  EACH PROOF OF CLAIM OR PROOF OF INTEREST SHALL BE FILED WITH THE

10  BANKRUPTCY COURT, AT THE ABOVE ADDRESS AND A COPY SERVED ON

11  COUNSEL FOR THE DEBTOR, M. JONATHAN HAYES, 9700 RESEDA BLVD.,

12  SUITE 201, NORTHRIDGE, CA 91324, TELEPHONE:  (818) 882-5600, FACSIMILE:

13  (818) 882-5610.

14       The exceptions to this deadline for filing proofs of claim or interest are: 1) claims

15  arising from rejection of executor contracts or unexpired leases; 2) claims of

16  governmental units; 3) claims arising as the result of transfer avoidance pursuant to

17  chapter 5 of the Bankruptcy Code.

18       On November 4, 2009, the Debtor filed his Schedules Of Assets And Liabilities

19  And Statement Of Financial Affairs.  These documents are available for inspection

20  during regular business hours at the Offices of the Clerk of the United States Bankruptcy

21  Court located at 21041 Burbank Blvd., Woodland Hills, CA 91367.

22       CLAIMS OF ANY CO-DEBTORS, SURETIES OR GUARANTORS THAT

23  MAY BE FILED UNDER BANKRUPTCY CODE SECTION 501(b), AND RULE 3005

24  OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, MUST BE FILED ON

25  OR BEFORE THE BAR DATE.

26       An entity that asserts a claim against the Debtor arising out of the rejection by the

27  Debtor of executory contracts, or unexpired lease, or arising out of the recovery by the

28

LAW OFFICES
M. Jonathan Hayes

1  Debtor, of an avoidable transfer, or arising out of the occurrence of certain taxes as

2  described in Bankruptcy Code Sections 502(g), 502(h) or 502(i), respectively, and wishes

3  to have such claim allowed in this case, must file a proof of claim with the Clerk of the

4  Court within 30 days after entry of an order or judgment rejecting such contract or lease,

5  a voiding or recovering said transfer, or within 30 days after any relevant tax claim arises

6  or the bar date, whichever is later.

7  For claims of "governmental units," as that term is defined in 11 U.S.C. Section

8  101(27), proofs of claim are timely filed if filed: a) before 180 days after the date of the

9  order for relief in this case, or b) by **February 10, 2010,** whichever is later.

10  Creditors (i) whose claims are listed on the Debtor's Schedules of Liabilities, (ii)

11  whose claims are not listed as disputed, contingent, or unliquidated, and (iii) who do not

12  dispute the stated amount of their claim or the manner in which their claim is listed, need

13  not file proofs of claim, but may do so if they wish.

14  If it is necessary for the Debtor to amend his schedules to more accurately reflect

15  known claims against the estate, appropriate notice thereof will be given to affected

16  creditors.  From the date of service of that notice, affected creditors will have thirty days

17  to file a proof of claim, if necessary.

18  Creditors who have already filed proofs of claim need not file again.  Any proof of

19  claim previously filed with the Clerk of this Court prior to the mailing of this notice shall

20  be deemed to be and shall be treated as a properly filed proof of claim subject to the right

21  of the Debtor or any party in interest to object to the allowance thereof.

22  Creditors (i) whose claims are not listed on the schedules, (ii) whose claims are

23  listed as disputed, contingent, or unliquidated, (iii) who dispute the amount of their claim

24  as listed on the schedules, or (iv) who dispute the manner in which their claim is listed

25  must file a proof of claim with the Clerk of the United States Bankruptcy Court at the

26  address stated herein on or before the Bar Date.

27  In order to assist in the review and reconciliation of proofs of claim, claims should

28

**LAW OFFICES**
M. Jonathan Hayes

3

1  include copies of any invoices, statements, or other documents evidencing the amounts

2  and/or basis of the claim.

3       All creditors shall have the burden of informing the Clerk of the Court of a change

4  of address subsequent to the filing of a proof of claim or proof of interest, or if the

5  address provided by the Debtors in the Schedules is inaccurate.

6  **<u>FAILURE TO FILE A CLAIM IF YOU ARE REQUIRED TO DO SO, MAY</u>**

7  **<u>RESULT IN YOUR CLAIM BEING FOREVER BARRED, THE DEBTOR BEING</u>**

8  **<u>DISCHARGED FROM YOUR CLAIM AND YOU NOT BEING ALLOWED TO</u>**

9  **<u>PARTICIPATE IN ANY PLAN OF REORGANIZATION OR RECEIVE ANY</u>**

10  **<u>PAYMENT OR DISTRIBUTION IN ANY PLAN OF REORGANIZATION.  IF</u>**

11  **<u>YOU ARE UNCERTAIN ABOUT YOUR CLAIM, YOU MAY WANT TO</u>**

12  **<u>CONSULT YOUR OWN PERSONAL COUNSEL REGARDING THE FILING OF</u>**

13  **<u>YOUR CLAIM.  IT IS THE SOLE RESPONSIBILITY OF CREDITORS TO</u>**

14  **<u>CORRECTLY FILL OUT THE PROOF OF CLAIM FORMS</u>**.

15

16

17  Dated: December 22, 2009

18                                      By: _____

19                                           M. Jonathan Hayes
                                             Roksana D. Moradi
20                                           Attorneys for Debtor
                                             Ian Mitchell
21

22

23

24

25

26

27

28

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:  9700 Reseda Blvd., Ste 201, Northridge, CA 91324.

The foregoing document described **NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM AND PROOFS OF INTEREST** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **12/22/2009** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐  Service information continued on attached page
- **Scott C Clarkson**    sclarkson@lawcgm.com
- **Christine M Fitzgerald**    cfitzgerald@lawcgm.com
- **M Jonathan Hayes**    jhayes@polarisnet.net
- **Yale K Kim**    ykim@allenmatkins.com
- **Kary R Kump**    dolores@jfarley.com
- **David F Makkabi**    cmartin@pprlaw.net
- **S Margaux Ross**    margaux.ross@usdoj.gov
- **United States Trustee (SV)**    ustpregion16.wh.ecf@usdoj.gov

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served): On **12/22/2009** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge* will be *completed no later than 24 hours after the document is filed.*

XX  Service information continued on attached page

**Hon. Geraldine Mund**
US Bankruptcy Court
21041 Burbank Blvd., Suite 342
Woodland Hills, CA 91367

BAC Home Loans Servicing, LP
c/o Prober
20750 Ventura Blvd.
Suite 100
Woodland Hills, CA 91364

Banco Popular
3360 West Olympic Blvd.
Los Angeles, CA 90019

Daniel Cheren, Esq.
16055 Ventura Blvd., Suite 525

LAW OFFICES
M. Jonathan Hayes

5

Encino, CA 91436-2609

Diversified Risk Management, Inc.
8132 Firestone Blvd, Ste 862
Downey, CA 90241-4231

IRS
P.O. BOX 21126
Philadelphia, PA 19114

LA County Treasurer/Tax Collector
P.O. BOX 54110
Los Angeles, CA 90054

MAM Wealth Manag. Real Estate
15456 Ventura Blvd., No 302
Sherman Oaks, CA 91403-3021

Noels Pools
P O Box 5884
Sherman Oaks, CA 91413-5884

OneWest Bank, FSB
460 Sierra Madre Villa Ave., Suite 101
Pasadena, CA 91107-2947

Peter Mitchell
112 Singletree Ridge
Telluride, CO 81435-9313

Phillip & Janet Schoenwetter
1366 West 7th Street
San Pedro, CA 90732-3500

Ronald Kolodziej
c/o Joseph P. Costa
1221 Second Street, 3rd Floor
Santa Monica, CA 90401-1181

Scott Clarkson
3424 Carson Street
Suite 350
Torrance, CA 90503-5716

Shannon Masjedi
1042 Berkeley Drive
Marina Del Rey, CA 90292-5502

United States Trustee (SV)
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367-6550

Wells Fargo
PO Box 54780
Los Angeles, CA 90054-0780

Whitson Engineers
9699 Blue Larkspur Lane, #105
Monterey, CA 93940-6553

RBZ Investment Incentive
11755 Wilshire Blvd., Ninth Floor
Los Angeles, CA 90025-1506

Bay Area Financial Corporation
12400 Wilshire Blvd., Suite 230
Los Angeles, CA 90025-1055

Byron Fuentes
City of Los Angeles
221 N Figueroa St Ste 400
Los Angeles, CA 90012

Cynthia Martin
29350 W Pacific Coast Highway Ste 12
Malibu, CA 91364-6512

1st Bank Yuma
2755 S. 4th Ave., Bldg 2 Suite 101
Yuma, AZ 85364

April Corley
5566 Strohm Ave.
North Hollywood, CA 91601

Arkin, Sneddon & & Co.
6355 Topanga Canyon Blvd, Ste 225
Woodland Hills, CA 91367

Bank of America
P.O. Box 15026
Wilmington, DE 19820-5026

Bank of America Home Loans
P.O. Box 5170
Simi Valley, CA 93062-5170

Bay Area Financial Corp.
12400 Wilshire Blvd., Ste. 230
Los Angeles, CA 90025

1   Brad Duni & Stephen Steele
    c/o Stephen T. Owens
    555 S. Flower St., 31st Floor
2   Los Angeles, CA 90071

3   Chase
    PO Box 15298
4   Wilmington, DE 19850-5298

5   Chase Mastercard
    PO Box 15298
6   Wilmington, DE 19850-5298

7   Chester Swenson
    3829 Mainsail Circle
8   Westlake Village, CA 91361

9   Citi National Bank
    P.O. Box 3052
10  Milwaukee, WI 53201-3052

11  City National Bank
    P.O. Box 60938
12  Los Angeles, CA 90060-0938

13  Home Depot
    P.O. Box 689100
14  Des Moines, IA 50368-9100

15  Indymac Mortgage Services
    P.O. Box 4045
16  Kalamazoo, MI 49003-4045

17  Issacs Clouse Crose & Oxford LLP
    21515 Hawthorne Blvd., Suite 950
18  Torrance, CA 90503

19  Law Offices of Gilchrist & Rutter
    1299 Ocean Ave., Suite 900
20  Santa Monica, CA 90401-1000

21  Marketing & Financial Management En
    30497 Canwood St., #101
22  Agoura Hills, CA 91301

23  Michael & Lori Chevalier 2003 Trust
    P.O. Box 2037
24  Venice, CA 90294

25  **III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR
    EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5
26  and/or controlling LBR, on **12/22/2009** I served the following person(s) and/or entity(ies)
    by personal delivery, or (for those who consented in writing to such service method), by
27  facsimile transmission and/or email as follows. *Listing the judge here constitutes a
    declaration that personal delivery on the judge will be completed no later than 24 hours*
28

*after the document is filed.*

1

☐  Service information continued on attached page

2   I declare under penalty of perjury under the laws of the United States of America that the
foregoing is true and correct.

3

| 12/22/2009 | Roksana D. Moradi | /s/ Roksana D. Moradi |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**LAW OFFICES**
M. Jonathan Hayes