M. Jonathan Hayes (Bar No. 90388)
**Law Office M. Jonathan Hayes**
9700 Reseda Blvd. Suite 201
Northridge, California 91324
Telephone: (818) 882-5600
Facsimile: (818) 882-5610
jhayes@polarisnet.net

Attorney for Debtor
Ian F. Mitchell

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>IAN F. MITCHELL,<br><br>        Debtor. | CASE NO.: 1:09-bk-23919-GM<br><br>Chapter 11<br><br>**DEBTOR'S STATUS REPORT RE BUNDY PROPERTY**<br><br>Date: January 6, 2010<br>Time: 10:00 a.m.<br>Ctrm: 303 |

TO THE HONORABLE GERALDINE MUND, UNITED STATES BANKRUPTCY JUDGE; AND TO THE US TRUSTEE'S OFFICE:

    Ian Mitchell, the debtor and debtor-in-possession, hereby provides his Status Report dealing primarily with the 1255 N. Bundy Property.

    The Debtor purchased the property at 1255 North Bundy Drive, Brentwood (hereinafter "Bundy") in 2007. He formed an LLC essentially the same time, 1255 No. Bundy, LLC, an entity that is in good standing with the State of California. The Debtor

**LAW OFFICES**
M. Jonathan Hayes
9700 Reseda Blvd. Suite 201
Northridge, CA 91324

1

DEBTOR'S STATUS REPORT

executed a quitclaim deed transferring Bundy to the LLC but did not record it until the summer of 2009. The Debtor has never resided in the property.

The potential value of Bundy at the time of the purchase exceeded $4,000,000. The purchase price was just over $1,700,000.00. It is a 50 year old, 6,000 sq ft property on an acre of land. The Debtor purchased the property by a loan from IndyMac Bank for $2,600,000, which included the acquisition, improvements, interest reserves, and development fees. Development did not go well and the property has been vacant since January 2009. The projected costs for repairs were far greater than originally estimated.

The Debtor listed the property for sale on August 4, 2009 with Coldwell Banker Realtors at $2,400,000. On October 6, 2009, Mitchell received an offer for *$650,000* from Richard Loring, a well known contractor. Mr. Loring will attend the Status Conference on January 6, 2010 to answer questions regarding the property and his interest in the property. His offer to buy the property included a proposal to do all the remediation work required, estimated to cost $2 million. The Debtor accepted the offer subject to the approval of IndyMac Bank.

On December 18, 2009, the Debtor entered into an agreement with Alan Rader, the neighbor next door to Bundy, wherein the Debtor agreed to entry of an Order by the Bankruptcy Court requiring him to execute a contract to begin and complete the repairs to the back slope. The Order was also to require the Debtor to execute a contract for certain engineering work on the front slope. The Order was to be circulated to the creditors of the estate with an opportunity to object before its entry.

Shortly after the December 18, 2009 hearing, IndyMac Bank (now One West Bank) advised the Debtor that it would not consider any short sale of the property since the court had supposedly ordered the Debtor to do the remediation. This is incredibly short sighted since the Debtor does not have the financial ability to complete the remediation in any event. Mr. Loring does and the bank will not even negotiate or make a counter-offer.

Following the December 18, 2009 hearing, the Debtor immediately contacted Mr. Loring to consult with him regarding the contracts to be entered into. Mr. Loring was on

LAW OFFICES
M. Jonathan Hayes
9700 Reseda Blvd. Suite 201
Northridge, CA 91324

2

DEBTOR'S STATUS REPORT

vacation in Arizona until December 28th, but the initial conversations took place prior to his return, and a meeting on December 30, 2009.

Loring and Mitchell agreed that the Geotechnical consultants, Geosoils, and E.D. Michael, originally retained to do the work were satisfactory.  See E.D. Michael Report and related attached hereto as **Exhibit "A."**  The structural engineer however was not satisfactory, and new contracts will be sought beginning with civil engineering, and then structural requirements. Mr. Loring agreed to provide those contracts and complete the process of obtaining bids for both slopes. The West slope, which has dated permits, will be the first to bid with the designated contractor – AIS.  Mitchell has made efforts to contact AIS for detailed specifications and pricing for their system. A minimum of three bids will be sourced for this purpose.

Loring and Mitchell also agreed that, based on Mr. Loring's observations and research, they will enter into a contract by which Loring will provide the administrative services to properly organize the work required to stabilize the property, including all work necessary to fulfill the mitigation requirements established by the City of Los Angeles Department of Building and Safety and their Grading Department.  Mr. Loring's resume is attached hereto as **Exhibit "B."**

As part of Loring's responsibilities, he will arrange a meeting with E.D. Michael and City Grading Department personnel to confirm proper coordination of the effort on the westerly upward facing slope. He has also contacted AIS to work on scoping the work specified in the E.D. Michael report.  They then can obtain pricing for the several options mentioned in the Michael report.  It appears that the work on the back slope will be in the $200,000.00 range, considerably more than the Debtor has in available funds.

On the front slope, Mitchell and Loring are still looking for both a qualified civil engineering firm and a structural engineering firm.  They are obtaining quotes from Fuscoe Engineering for the civil services and John Labib & Associates for the necessary structural engineering services.  These are each critical components to a complete and workable plan

**LAW OFFICES**
M. Jonathan Hayes
9700 Reseda Blvd. Suite 201
Northridge, CA 91324

3

DEBTOR'S STATUS REPORT

that can be submitted to the City for review and approval. Once these proposals are in hand, they will be forwarded to Mr. Rader immediately.

    Mr. Loring's senior staff has over one hundred years to construction experience and the work required to mitigate both the back and front slopes is well within their capabilities.

Dated: January 4, 2010

/s/ M. Jonathan Hayes
M. Jonathan Hayes,
Attorney for Ian Mitchell

**LAW OFFICES**
M. Jonathan Hayes
9700 Reseda Blvd. Suite 201
Northridge, CA 91324

4

DEBTOR'S STATUS REPORT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 9700 Reseda Blvd., Ste 201, Northridge, CA 91324.

The foregoing document described as **DEBTOR'S STATUS REPORT RE BUNDY PROPERTY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 1/4/10 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Scott C Clarkson    sclarkson@lawcgm.com
- Christine M Fitzgerald    cfitzgerald@lawcgm.com
- M Jonathan Hayes    jhayes@polarisnet.net
- Yale K Kim    ykim@allenmatkins.com
- Kary R Kump    dolores@jfarley.com
- David F Makkabi    cmartin@pprlaw.net
- S Margaux Ross    margaux.ross@usdoj.gov
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:** On **1/4/10,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 1/4/10 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge hise constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

**Hon. Geraldine Mund**
United States Bankruptcy Court - Central District of California
21041 Burbank Boulevard, Suite 342
Woodland Hills, CA 91367

John A. Crose, atty for Alan Rader    jcrose@icclawfirm.com

☐ Service information continued on attached page

LAW OFFICES
M. Jonathan Hayes
9700 Reseda Blvd. Suite 201
Northridge, CA 91324

5

DEBTOR'S STATUS REPORT

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| 1/4/10 | MJ Hayes | /s/ MJ Hayes |
| *Date* | *Type Name* | *Signature* |

LAW OFFICES
M. Jonathan Hayes
9700 Reseda Blvd. Suite 201
Northridge, CA 91324