| In re | (SHORT TITLE) | | CHAPTER: 11 |
|---|---|---|---|
| IAN F. MITCHELL | | Debtor(s). | CASE NO.: 1:09-bk-23919-GM |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Robinson Tait, PS
710 Second Avenue, Suite 710
Seattle, WA 98104

The foregoing document described **NOTICE AND MOTION FOR RELIEF FROM AUTOMATIC STAY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 25, 2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**DEBTOR'S ATTORNEY:**
M Jonathan Hayes
jhayes@polarisnet.net

**U.S. TRUSTEE:**
U.S. Trustee
United States Trustee (SV)
Ustpregion16.sv.ecf@usdoj.gov

**U.S. TRUSTEE'S ATTORNEY:**
S Margaux Ross
Margaux.ross@usdoj.ogv

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **January 25, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**DEBTOR:**
Ian F. Mitchell
3609 Seahorn Drive
Malibu, CA 90265

**JUDGE'S CHAMBERS:**
United States Bankruptcy Court - Central District of California
Attn: Honorable Geraldine Mund
21041 Burbank Boulevard, Suite 342
Woodland Hills, CA 91367

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Revised December 2009

**F 4001-1M.RP**

| In re<br>IAN F. MITCHELL | (SHORT TITLE)<br>Debtor(s). | CHAPTER: 11<br>CASE NO.: 1:09-bk-23919-GM |
|---|---|---|

**NOTICE AND MOTION SENT 2/12/2010 TO THE FOLLOWING CREDITORS:**

1st Bank Yuma
2755 S.4th Ave., Bldg 2 Suite 101
Yuma. AZ 85364

AprilCorley
5566 Strohm Ave.
North Hollywood, CA 91601

Arkin, Sneddon & Co.
6355 Topanga Canyon Blvd, Ste 225
Woodland Hills. CA 91367

Bank of America
P.O, Box 15026
Wilmington, DE 19850-5026

Brad Duni & Stephen Steele
c/o Stephen T. Owens
555 S. Flower St., 31st Floor
Los Angeles, CA 90071

Chase Mastercard
PO Box 15298
Wilmington, DE 19850-5298

Chester Swenson
3829 Mainsail Circle
Westlake Village, CA 91361

City National Bank
P.O. Box 60938
Los Angeles, CA 90060-0938

Daniel Cheren, Esq.
16055 Ventura Blvd., Suite 525
Encino. CA 91436

DiversifiedRisk Management, Inc.
8138 2nd Street
Downey, CA 90241

Indymac Mortgage Services
P.O. Box 4045
Kalamazoo. MI 49003

Issacs Clouse Crose & Oxford LLP
21515 Hawthorne Blvd., Suite 950
Torrance. CA 90503

Lawrence J. Dreyfuss
The Dreyfuss Firm
7700 Irvine Center Drive., Suite 71
Irvine, CA 92618

Mam Wealth Management Real Estate I
15456 Ventura Blvd, No. 302
Sherman Oaks, CA 91403

Ronald Kolodziej
c/o Joseph P. Costa
1221 Second Street, 3rd Floor
Santa Monica. CA 90401

Schmitz & Associates
c/o Cynthia Martin
29350 West Pacific Coast Hwy
Malibu, CA 90265

Shannon Masjedi
1042 Berkeley Drive
Marina Del Rey, CA 90292

City National Bank
P.O. Box 3052
Milwaukee, WI 53201-3052

Hart, Watters & Carter
Attorneys At Law
12400 Wilshire Blvd.
Los Angeles, CA 90025-1030

Harvey A. Goodman
Civil Engineer
834 17th Street
Santa Monica, CA 90403

Home Depot
P.O. Box 689100
Des Moines, IA 50368-9100

Law Offices of Gilchrist & Rutter
1299 Ocean Ave., Suite 900
Santa Monica, CA 90401-1000

Marketing & Financial Management En
30497 Canwood St.. #101
Agoura Hills, CA 91301

RBZ Investment Incentive
11755 Wilshire Blvd., Ninth Floor
Los Angeles, CA 90025

Suzy Frank
1422 Abbott Kinney Blvd.
Venice, CA 90291

Verizon California
P.O. Box 9688
Mission Hills, CA 91346-9688

Whitson Engineers
9699B Blue Larkspur Lane, #105
Monterey, CA 93940

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **February 12, 2010** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 2/12/2010 | Angella Murray | /s/Angella Murray |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Revised December 2009

F 4001-1M.RP