| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 | DAVID R. ZARO (BAR NO. 124334)<br>YALE K. KIM (BAR NO. 188895)<br>ALLEN MATKINS LECK GAMBLE<br>  MALLORY & NATSIS LLP<br>515 South Figueroa Street, Ninth Floor<br>Los Angeles, California 90071-3309<br>Phone: (213) 622-5555<br>Fax: (213) 620-8816<br>Email: dzaro@allenmatkins.com<br>       ykim@allenmatkins.com<br><br>Attorneys for IndyMac Mortgage Services,<br>a division of OneWest Bank, FSB, as<br>loan servicer for IndyMac Venture, LLC | **FILED & ENTERED**<br><br>MAR 05 2010<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY espino    DEPUTY CLERK** |

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>IAN F. MITCHELL,<br><br>                  Debtor. | Case No. 1:09-bk-23919-GM<br><br>Chapter 11<br><br>**ORDER ON STIPULATION FOR RELIEF FROM AUTOMATIC STAY UNDER 11 U.S.C. SECTION 362 [DOCUMENT # 56]** |

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

851405.01/LA

ORDER ON STIPULATION FOR RELIEF FROM AUTOMATIC ST**AY**

1  This Order approves the Stipulation for Relief from Automatic Stay Under 11 U.S.C..
2  Section 362 , which was filed on February 22, 2010, at ECF Docket # 56, and which was entered
3  into by and between IndyMac Mortgage Services (a division of OneWest Bank, FSB, which
4  services loans for IndyMac Venture, LLC), OneWest Bank, FSB and IndyMac Venture, LLC, on
5  the one hand, and debtor and debtor-in-possession Ian F. Mitchell.
6  ###

DATED: March 5, 2010

_____
United States Bankruptcy Judge

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

851405.01/LA

ORDER ON STIPULATION FOR RELIEF FROM AUTOMATIC ST**AY**

| In re:<br>IAN F. MITCHELL | | CHAPTER: 11 |
|---|---|---|
| | Debtor(s). | CASE NUMBER: 09-23919-GM |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 515 S. Figueroa St., 9th Floor, Los Angeles, CA 90071.

A true and correct copy of the document described as ORDER ON STIPULATION FOR RELIEF FROM AUTOMATIC STAY UNDER 11 U.S.C. SECTION 362 will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the above document will be served by the court via NEF and hyperlink to the document. On March 2, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

  Scott C Clarkson    sclarkson@lawcgm.com
  Nicolas A Daluiso    ndaluiso@robinsontait.com
  Christine M Fitzgerald    cfitzgerald@lawcgm.com
  M Jonathan Hayes    jhayes@polarisnet.net
  Kary R Kump    dolores@jfarley.com
  David F Makkabi    cmartin@pprlaw.net
  Eve A Marsella    emarsella@lawcgm.com
  S Margaux Ross    margaux.ross@usdoj.gov
  United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On March 2, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on March 2, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed. Hon. Geraldine Mund, Ste 342, USBC, 21041 Burbank Blvd., Woodland Hills, CA  91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 2, 2010 | Lorrie Anderson | /s/ Lorrie Anderson |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9013-3.1**

Via U.S. Mail:

| | |
|---|---|
| *Chapter 11 Debtor* | *Counsel for the Debtor* |
| Ian Mitchell | M. Jonathan Hayes, Esq. |
| 3609 Seahorn Drive | Law Offices of M. Jonathan Hayes |
| Malibu, CA  90265 | 21800 Oxnard Street, Suite 840 |
| | Woodland Hills, CA 91367 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                        **F 9013-3.1**

| In re:<br>IAN F. MITCHELL | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 09-23919-GM |

**NOTE TO USERS OF THIS FORM**:
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

**NOTICE OF ENTERED ORDER AND SERVICE LIST**

Notice is given by the court that a judgment or order entitled (*specify*) ORDER ON STIPULATION FOR RELIEF FROM AUTOMATIC STAY UNDER 11 U.S.C. SECTION 362 _____ was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of March 2, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

   Scott C Clarkson     sclarkson@lawcgm.com
   Nicolas A Daluiso    ndaluiso@robinsontait.com
   Christine M Fitzgerald   cfitzgerald@lawcgm.com
   M Jonathan Hayes     jhayes@polarisnet.net
   Kary R Kump          dolores@jfarley.com
   David F Makkabi      cmartin@pprlaw.net
   Eve A Marsella       emarsella@lawcgm.com
   S Margaux Ross       margaux.ross@usdoj.gov
   United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

*Chapter 11 Debtor*
Ian Mitchell
3609 Seahorn Drive
Malibu, CA  90265

*Counsel for the Debtor*
M. Jonathan Hayes, Esq.
Law Offices of M. Jonathan Hayes
21800 Oxnard Street, Suite 840
Woodland Hills, CA 91367

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                    **F 9013-3.1**

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9013-3.1**