M. Jonathan Hayes (Bar No. 90388)
**Law Office M. Jonathan Hayes**
9700 Reseda Blvd. Suite 201
Northridge, California 91324
Telephone: (818) 882-5600
Facsimile: (818) 882-5610
jhayes@polarisnet.net

Attorney for Debtor Ian F. Mitchell

JOHN A. CROSE, JR. (S.B. # 115594)
ISAACS CLOUSE CROSE & OXFORD LLP
21515 Hawthorne Blvd., Suite 950
Torrance, CA 90503
jcrose@iccolaw.com
Telephone: (310) 316-1990
Facsimile: (310) 316-1330

Attorneys for Alan Rader and Amy Ephron

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>IAN F. MITCHELL,<br><br>         Debtor. | CASE NO.: 1:09-bk-23919-GM<br><br>Chapter 11<br><br>**STIPULATION FOR RELIEF FROM AUTOMATIC STAY UNDER 11 U.S.C. SECTION 362**<br><br>Status Conference<br>Date:    March 16, 2010<br>Time:   10:00 a.m.<br>Ctrm:   303 |

TO THE HONORABLE GERALDINE MUND, UNITED STATES BANKRUPTCY JUDGE:

This Stipulation ("Stipulation") for Relief from Automatic Stay Under 11 U.S.C. section 362 is entered into by and between debtor and debtor-in-possession Ian Mitchell

**LAW OFFICES**
M. Jonathan Hayes
9700 Reseda Blvd. Suite 201
Northridge, CA 91324

1

Stipulation for Relief from Automatic Stay

("Debtor"), on the one hand, and Alan Rader and Amy Ephron ("the Raders"), on the other hand, with reference to the following:

**RECITALS**

A.  The Raders are Plaintiffs in a Los Angeles Superior Court, West District (Santa Monica) action number SC 105215 (the "Action"), against multiple defendants including the Debtor, which Action was filed October 9, 2010.  Debtor filed Notice of the Automatic Stay in the Action on October 23, 2009, shortly after his filing of the Chapter 11 Voluntary Petition commencing this proceeding, though the Action has proceeded against certain other defendants. The Action arises out of conditions at residential real property at 1255 N. Bundy, Los Angeles, CA 90049 ("the Subject Property") next door to the Raders' home at 1253 N. Bundy, hazardous conditions that gave rise to a series of Orders to Comply issued to the Debtor by the City of Los Angeles Department of Building and Safety ("the City") concerning a "Class 1" slope failure on one portion of the Subject Property, and non-conforming retaining walls built without required permits on another portion of the Subject Property.  The Debtor's interest in the Subject Property and efforts to resolve the issues under the Orders to Comply have been addressed with the Court at the most recent status conferences in this matter and have been described in filings with the Court, including Docket items 25 (attaching the Orders to Comply), and 33, among others.

B.  The City ordered Debtor to comply and remedy the conditions notwithstanding his effort to quitclaim his interest in the Subject Property to a limited liability company, 1255 Bundy LLC, as set forth in the Debtors' December 17, 2009 Report on 1255 No. Bundy Ave. (Docket item 33.)  The Debtor represents that because of the conveyance to the LLC, the Debtor did not schedule the Subject Property an asset of his bankruptcy estate.  The Debtor is one of the two members of 1255 Bundy LLC.  The Debtor did list the Action pending against him by the Raders on his Schedule F list of unsecured creditors.

C.  The Raders' claims alleged against the Debtor in the Action are for: (a) Negligence in creating and maintaining hazardous conditions at the Subject Property that damaged the Raders' property; (b) breaches of contracts assumed by the Debtor to repair the hazardous conditions on both the "East-facing" and "South-facing" slopes of the Subject Property; (c) nuisance per se in

LAW OFFICES
M. Jonathan Hayes
9700 Reseda Blvd. Suite 201
Northridge, CA 91324

2
Stipulation for Relief from Automatic Stay

failing to remediate the hazardous conditions cited as such by the City and interfering with the Raders free access to their own property across the single driveway owned by the Raders serving both properties; (d) trespass for physical invasions of the Raders' driveway caused by the same conditions; and (e) declaratory relief establishing that the 1255 Bundy LLC is the alter ego of certain defendants including the Debtor.  The other defendants in the Action are named as speculator-investors who entered into a joint venture or other collective enterprise amongst themselves and with the Debtor to develop the Subject Property and profit from its eventual sale, collectively assuming but failing to carry out the duties to remedy the hazardous conditions that are alleged to have damaged the Raders and their adjoining property.

      D.     Certain of the other Defendants in the Action have contested whether the action can proceed against them in the absence of the Debtor, pending the automatic stay. The Debtor and the Raders agree that it is in the interests of justice that the Action be allowed to proceed in its entirely and thus that it proceed against the Debtor by way of relief from the automatic stay. The Raders have agreed that any judgment against the Debtor in the action will be enforced only: (a) against insurance proceeds from policies insuring the Subject Property; and/or the Debtor as an insured; (b) pursuant to such plan of reorganization as may be later approved in this proceeding, or (c) upon further order of the court.

     NOW, THEREFORE, based upon the foregoing, it is hereby STIPULATED and AGREED as follows:

## AGREEMENT

    1.    The parties hereby incorporate by reference each of the Recitals contained in Paragraphs A through D hereinabove as if set forth in full herein..

    2.    The Raders and the Debtor stipulate to relief from the automatic stay pursuant to 11 U.S.C. section 362 to authorize the Raders to resume prosecution of each of their claims for relief in the Action against the Debtor, to judgment, subject to the further stipulation that any such judgment entered against the Debtor may be enforced only: (a) against the proceeds of any available insurance that may provide coverage for the claims in the Action; (b) in accordance with

**LAW OFFICES**
M. Jonathan Hayes
9700 Reseda Blvd. Suite 201
Northridge, CA 91324

3

Stipulation for Relief from Automatic Stay

provisions for disposition of unsecured claims in such plan of reorganization as may hereafter be entered in this proceeding or (c) on further order of the court.

3. The 14-day stay of enforcement of the order approving stipulation for relief from stay, pursuant to Federal Rule of Bankruptcy 4001(a)(3) is hereby waived.

4. The parties represent and warrant that execution of this Stipulation by their respective undersigned counsel is authorized and approved and shall be binding on the parities themselves.

5. The parties agree that this Stipulation represents the complete agreement of the parties hereto on the matters referred to herein.  This Stipulation shall not be amended, modified or supplemented without prior written consent of the parties hereto and the approval of the Court.

6. Upon the Court's approval, this Stipulation immediately shall be binding upon and shall inure to the benefit of the parties and all of their respective representatives, agents, affiliates, successors and assigns.

7. This Stipulation may be executed in any number of counterparts and by different parties on separate counterparts, each of which, when executed and delivered, shall be deemed to be an original, and all of which, when taken together shall constitute but one and the same agreement.

8. This Stipulation shall be governed under the laws of the State of California and the United States.  In the event of any dispute arising hereunder, the Court having jurisdiction over the bankruptcy case herein shall have jurisdiction over the dispute.

Dated:  March 5, 2010                                LAW OFFICES OF M. JONATHAN
                                                                             HAYES


                                                                    By:____/s/  M. Jonathan Hayes_____
                                                                          M. JONATHAN HAYES
                                                                          Attorney for Chapter 11 Debtor Ian F.
                                                                          Mitchell

**LAW OFFICES**
M. Jonathan Hayes
9700 Reseda Blvd. Suite 201
Northridge, CA 91324

4

Stipulation for Relief from Automatic Stay

| | |
|---|---|
| Dated:  March 5, 2010 | ISAACS CLOUSE CROSE & OXFORD LLP |
| | |
| | By:__/s/  John A. Crose, Jr. _____ |
| | John A. Crose, Jr. |
| | Attorneys for Alan Rader and Amy Ephron |

**LAW OFFICES**
M. Jonathan Hayes
9700 Reseda Blvd. Suite 201
Northridge, CA 91324

5

Stipulation for Relief from Automatic Stay

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 9700 Reseda Blvd., Ste 201, Northridge, CA 91324.

The foregoing document described as **STIPULATION FOR RELIEF FROM AUTOMATIC STAY UNDER 11 U.S.C. SECTION 362** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 03/06/10 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Scott C Clarkson    sclarkson@lawcgm.com
- Christine M Fitzgerald    cfitzgerald@lawcgm.com
- M Jonathan Hayes    jhayes@polarisnet.net
- Yale K Kim    ykim@allenmatkins.com
- Kary R Kump    dolores@jfarley.com
- David F Makkabi    cmartin@pprlaw.net
- S Margaux Ross    margaux.ross@usdoj.gov
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:** On **03/06/10,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**Hon. Geraldine Mund**
United States Bankruptcy Court - Central District of California
21041 Burbank Boulevard, Suite 342
Woodland Hills, CA 91367

   Byron Fuentes
   City of Los Angeles
   221 N Figueroa St Ste 400
   Los Angeles, CA 90012

   Cynthia Martin
   29350 W Pacific Coast Highway Ste 12
   Malibu, CA 91364-6512

LAW OFFICES
M. Jonathan Hayes
9700 Reseda Blvd. Suite 201
Northridge, CA 91324

6

Stipulation for Relief from Automatic Stay

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on --**/09** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge hise constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 03/06/10 | MJ Hayes | /s/ MJ Hayes |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**LAW OFFICES**
M. Jonathan Hayes
9700 Reseda Blvd. Suite 201
Northridge, CA 91324

7

Stipulation for Relief from Automatic Stay