M. Jonathan Hayes (Bar No. 90388)
**Law Office M. Jonathan Hayes**
9700 Reseda Blvd. Suite 201
Northridge, California 91324
Telephone: (818) 882-5600
Facsimile: (818) 882-5610
jhayes@polarisnet.net

Attorney for Debtor
Ian F. Mitchell

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>IAN F. MITCHELL,<br><br>        Debtor. | CASE NO.: 1:09-bk-23919-GM<br><br>Chapter 11<br><br>**DEBTOR'S STATUS REPORT RE BUNDY PROPERTY AND CHAPTER 11 CASE**<br><br>Date: March 16, 2010<br>Time: 10:00 a.m.<br>Ctrm: 303 |

TO THE HONORABLE GERALDINE MUND, UNITED STATES BANKRUPTCY JUDGE; AND TO THE US TRUSTEE'S OFFICE:

Ian Mitchell, the debtor and debtor-in-possession, hereby provides his updated Status Report for the Status Conference on March 16, 2010. Since the last Status Conference on January 6, 2010, the following events have taken place:

- The debtor provided documents to Alan Rader and his counsel relating to the property located at 1255 North Bundy Drive, Brentwood. Alan Rader is the next door neighbor and has sued the debtor and numerous other parties

1

DEBTOR'S STATUS REPORT

LAW OFFICES
M. Jonathan Hayes
9700 Reseda Blvd. Suite 201
Northridge, CA 91324

relating to damages to Rader's driveway during renovation of the Bundy Property.

- The debtor appeared at his 2004 examination at the office of John Crose, counsel for Mr. Rader, on March 5, 2010 and answered questions for about five hours. The questions related almost entirely to the pending Rader-Mitchell state court case. Copies of four aerial photographs from Google Earth are attached hereto to give the court a general idea of the terrain.
- The debtor stipulated to relief from stay with OneWest Bank to permit the pending judicial foreclosure proceeding to proceed in state court. An order has been entered.
- The debtor stipulated to relief from stay with Alan Rader to permit the pending state court action between the parties to proceed to trial.
- The debtor met with OneWest Bank, Rader and Richard Loring again in an attempt to reach of global settlement of the Rader issues. A big part of the difficulty with the settlement is the Bank's insistence that Rader release it.
- The debtor made demand on his insurance agent for coverage of the Rader – Mitchell dispute and coverage counsel has been retained by the insurance company to give an opinion re coverage.
- The debtor has proceeded with the permitting of the erosion control plan. On March 11, 2010, the City advised the debtor that it requires an authorization letter authorizing Aaron Treves, Rob Schlief, Richard Loring, and Aki Hamada to pull permits and perform work on the debtor's behalf. That authorization letter has been provided and the permits will be obtained shortly.

The 1255 North Bundy Drive property has no equity for the debtor by a long shot. The Debtor does not have the funds to do more than make a dent in the remediation efforts required of the property. He is making every effort to resolve the issues.

LAW OFFICES
M. Jonathan Hayes
1700 Reseda Blvd. Suite 201
Northridge, CA 91324

2

DEBTOR'S STATUS REPORT

The debtor and his counsel having been working on a Disclosure Statement and Plan. The debtor expects to file it within ten days. The debtor will continue to cooperate with Mr. Rader and work to getting the property transferred to Richard Loring who will do the work or with getting the work done himself.

Dated: March 12, 2010

/s/ M. Jonathan Hayes
M. Jonathan Hayes,
Attorney for Ian Mitchell

LAW OFFICES
M. Jonathan Hayes
700 Reseda Blvd. Suite 201
Northridge, CA 91324

3

DEBTOR'S STATUS REPORT



1255 BUNDY

RADER PROPERTY          APPROX COMMON DRIVEWAY







RADER

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 9700 Reseda Blvd., Ste 201, Northridge, CA 91324.

The foregoing document described as **DEBTOR'S STATUS REPORT RE BUNDY PROPERTY AND CHAPTER 11 CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 3/12/10 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Scott C Clarkson    sclarkson@lawcgm.com
- Nicolas A Daluiso    ndaluiso@robinsontait.com
- Christine M Fitzgerald    cfitzgerald@lawcgm.com
- M Jonathan Hayes    jhayes@polarisnet.net
- Yale K Kim    ykim@allenmatkins.com
- Kary R Kump    dolores@jfarley.com
- David F Makkabi    cmartin@pprlaw.net
- Eve A Marsella    emarsella@lawcgm.com
- S Margaux Ross    margaux.ross@usdoj.gov
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:** On **3/12/10,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 3/12/10 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge hise constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

**Hon. Geraldine Mund**
United States Bankruptcy Court - Central District of California
21041 Burbank Boulevard, Suite 342
Woodland Hills, CA 91367

John A. Crose, atty for Alan Rader    jcrose@icclawfirm.com

LAW OFFICES
M. Jonathan Hayes
9700 Reseda Blvd. Suite 201
Northridge, CA 91324

4

DEBTOR'S STATUS REPORT

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 3/12/10 | MJ Hayes | /s/ MJ Hayes |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

5

LAW OFFICES
M. Jonathan Hayes
700 Reseda Blvd. Suite 201
Northridge, CA 91324

DEBTOR'S STATUS REPORT