Case 1:09-bk-23919-GM    Doc 69-3    Filed 03/15/10    Entered 03/15/10 15:00:40    Desc
Case 1:09-bk-23919-GM    Doc 16    Filed 11/05/09    Entered 11/05/09 18:22:41    Desc
Exhibit    Page 1 of 20
Main Document    Page 4 of 50

B6A (Official Form 6A) (12/07)

In re    Ian F. Mitchell _____,    Case No. __1:09-bk-23919-GM__
                           Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Residence - Location: 3609 Seahorn Drive, Malibu CA | Fee simple | C | 2,000,000.00 | 1,979,985.92 |
| Raw Land - 869 Old Topanga, Topanga, CA | Fee simple | C | 200,000.00 | 209,268.36 |
| Residential 4 Unit - 804 S. Leland St., San Pedro | Fee simple | C | 1,700,000.00 | 1,451,750.00 |
| 6 Unit Condo Rental - 623 W. 8th Street, San Pedro | Fee simple | C | 1,550,000.00 | 1,731,225.49 |
| Residential 4 Unit - 448 W. 14th St., San Pedro | Fee simple | C | 600,000.00 | 718,321.73 |
| Residential 3 Unit - 239 W. 14th St., San Pedro | Fee simple | C | 400,000.00 | 479,000.00 |
| Commercial Building 7 Units - 605 South Pacific Ave., San Pedro | Fee simple | C | 1,440,000.00 | 1,094,635.10 |
| 1217 Centre, San Pedro | Equitable Interest Only - Owned by 1100 Berkeley LLC | - | 0.00 | 0.00 |
| 1100 Berkeley, Marina Del Rey | Equitable Interest Only - Owned by Berkeley LLC | - | 0.00 | 0.00 |
| Note: All properties held in the name of Ian F. Mitchell and Maria De Lourdes Rivas Mitchell, Trustees of the Mitchell Family Living Trust Dated August 11, 1999. | | - | 0.00 | 0.00 |

                                                                Sub-Total >    7,890,000.00    (Total of this page)

                                                                Total >    7,890,000.00

__0__ continuation sheets attached to the Schedule of Real Property
                                                                (Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

2

B6D (Official Form 6D) (12/07)

In re   **Ian F. Mitchell**                                              Case No.  **1:09-bk-23919-GM**
                              Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxx-x0001 <br><br>Banco Popular<br>3360 W. Olympic Blvd.<br>Los Angeles, CA 90019 | | C | First Mortgage<br><br>6 Unit Condo Rental - 623 W. 8th Street, San Pedro<br><br>Value $ 1,550,000.00 | | | | 516,225.49 | 0.00 |
| Account No. xxxxx5480 <br><br>Bank of America Home Loans<br>P.O. Box 5170<br>Simi Valley, CA 93062-5170 | | C | First Mortgage<br><br>Residential 4 Unit - 804 S. Leland St., San Pedro<br><br>Value $ 1,700,000.00 | | | | 996,750.00 | 0.00 |
| Account No. xxxxx9265 <br><br>Bank of America Home Loans<br>P.O. Box 5170<br>Simi Valley, CA 93062-5170 | | C | Second Mortgage<br><br>Residential 4 Unit - 448 W. 14th St., San Pedro<br><br>Value $ 600,000.00 | | | | 91,517.73 | 91,517.73 |
| Account No. xxx32.08 <br><br>Bay Area Financial Corp.<br>12400 Wilshire Blvd., Suite 230<br>Los Angeles, CA 90025 | | J | Second Mortgage<br><br>Residential 4 Unit - 804 S. Leland St., San Pedro<br><br>Value $ 1,700,000.00 | | | | 455,000.00 | 0.00 |
| **3** continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 2,059,493.22 | 91,517.73 |

B6D (Official Form 6D) (12/07) - Cont.

In re  Ian F. Mitchell                                                            Case No. __1:09-bk-23919-GM__
                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxx32.08  Bay Area Financial Corp. 12400 Wilshire Blvd., Ste. 230 Los Angeles, CA 90025 | | C | 6 Unit Condo Rental - 623 W. 8th Street, San Pedro  Value $ 1,550,000.00 | | | | 1,115,000.00 | 81,225.49 |
| Account No.  Chase P.O. Box 78056 Phoenix, AZ 85962-8056 | | C | First Mortgage  Commercial Building 7 Units - 605 South Pacific Ave., San Pedro  Value $ 1,440,000.00 | | | | 794,635.10 | 0.00 |
| Account No. xxxxxx4909  Indymac Mortgage Services P.O. Box 4045 Kalamazoo, MI 49003 | | C | First Mortgage  Residence - Location: 3609 Seahorn Drive, Malibu CA  Value $ 2,000,000.00 | | | | 1,500,000.00 | 0.00 |
| Account No. xxxxxx4322  Indymac Mortgage Services P.O. Box 4045 Kalamazoo, MI 49003-4045 | | C | Deed of Trust  Raw Land - 869 Old Topanga, Topanga, CA  Value $ 200,000.00 | | | | 209,268.36 | 9,268.36 |
| Account No. xxxxxx8382  Indymac Mortgage Services P.O. Box 4045 Kalamazoo, MI 49003 | | C | First Mortgage  Residential 4 Unit - 448 W. 14th St., San Pedro  Value $ 600,000.00 | | | | 626,804.00 | 26,804.00 |

Sheet __1__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)    4,245,707.46    117,297.85

B6D (Official Form 6D) (12/07) - Cont.

In re  Ian F. Mitchell                                    Case No. __1:09-bk-23919-GM__
                        Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxx8374<br><br>Indymac Mortgage Services<br>P.O. Box 4045<br>Kalamazoo, MI 49003 | | C | First Mortgage<br><br>Residential 3 Unit - 239 W. 14th St., San Pedro<br><br>Value $ 400,000.00 | | | | 479,000.00 | 79,000.00 |
| Account No.<br><br>Los Angeles County Tax Coll<br>P O Box 54018<br>Los Angeles, CA 90054-0018 | | - | <br><br>Value $ 0.00 | | | | 0.00 | 0.00 |
| Account No.<br><br>Mercedes Benz Financial<br>P.O. Box 9001680<br>Louisville, KY 40290 | | - | Lease for 2009 & 2010 Mercedes Benz<br><br>Value $ 60,000.00 | | | | 0.00 | 0.00 |
| Account No.<br><br>Michael & Lori Chevalier 2003 Trust<br>P.O. Box 2037<br>Venice, CA 90294 | | - | Third Mortgage<br><br>6 Unit Condo Rental - 623 W. 8th Street, San Pedro<br><br>Value $ 1,550,000.00 | | | | 100,000.00 | 0.00 |
| Account No.<br><br>Michael & Lori Chevalier 2003 Trust<br>P.O. Box 2037<br>Venice, CA 90294 | | C | Fourth Mortgage<br><br>Commercial Building 7 Units - 605 South Pacific Ave., San Pedro<br><br>Value $ 1,440,000.00 | | | | 100,000.00 | 0.00 |
| Sheet _2_ of _3_ continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal<br>(Total of this page) | | | | 679,000.00 | 79,000.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re **Ian F. Mitchell** , Case No. **1:09-bk-23919-GM**
Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Peter Mitchell<br>112 Singletree Ridge<br>Telluride, CO 81435 | | C | Third Mortgage<br><br>Commercial Building 7 Units - 605 South Pacific Ave., San Pedro<br><br>Value $ 1,440,000.00 | | | | 100,000.00 | 0.00 |
| Account No.<br><br>Phillip & Janet Schoenwetter<br>1366 West 7th Street<br>San Pedro, CA 90732 | | C | Second Mortgage<br><br>Commercial Building 7 Units - 605 South Pacific Ave., San Pedro<br><br>Value $ 1,440,000.00 | | | | 100,000.00 | 0.00 |
| Account No. xxxx8028<br><br>Wachovia Mortgage<br>Bankruptcy Dept VA 7359<br>P.O. Box 13765<br>Roanoke, VA 24037 | | - | Secured by SFR at 1100 Berkeley, Marina Del Rey<br>Amount $1,267,000<br><br>Value $ 1,300,000.00 | | | | 0.00 | 0.00 |
| Account No. xxxxxxxxxx1999<br><br>Wells Fargo<br>PO Box 54780<br>Los Angeles, CA 90054-0780 | | C | Second Mortgage<br><br>Residence -<br>Location: 3609 Seahorn Drive, Malibu CA<br><br>Value $ 2,000,000.00 | | | | 479,985.92 | 0.00 |
| Account No.<br><br><br><br>Value $ | | | | | | | | |

Sheet 3 of 3 continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 679,985.92 | 0.00 |
| Total (Report on Summary of Schedules) | 7,664,186.60 | 287,815.58 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

# CHASE ○ — RESIDENTIAL BROKER PRICE OPINION — Ath Page 6 of 20

File #: 983490

| Loan #: ▓▓▓▓▓ | Relationship #: | | | | | |
|---|---|---|---|---|---|---|
| REO #: | This BPO is the ☐ Interior ☐ 2nd Opinion ☐ Updated ☒ Exterior | | | DATE: 2/5/2010 | | |
| Property Address: 1042 BERKELEY DR | City: LOS ANGELES | | State: CA | Zip: 90292 | County: Los Angeles | |
| Subject Parcel # 4229-004-041 | | Borrower's Name: | | MARC SHENKMAN | | |

## I. GENERAL MARKET CONDITIONS

Current market condition: ☐ Increasing ☐ Stable ☒ Declining
Employment conditions: ☐ Increasing ☐ Stable ☒ Declining
Market price of this property has:  ☒ Decreased   -14  % in past   6   months
 ☐ Increased   % in past   months
 ☐ Remained Stable
Estimated percentages of owners vs. tenants in neighborhood:   90   % Owner occupant   0   % Tenant   10   % Vacant
There is a   ☐ Normal supply   ☒ Oversupply   ☐ Shortage of comparable listing in the neighborhood
Approximate number of comparable units for sale in neighborhood:   10
No. of competing listings in neighborhood that are REO or Corporate owned:  1
No. of boarded or blocked-up homes:   1

## II. SUBJECT MARKETABILITY
Neighborhood Boundries defined
North: S. Lincoln Blvd to the west and W Frwy 90 to the south. East: Marina Fwy to the east. South: S. Marina del Rey City to the south. West: Venice Blvd to the west.

Range of sales in the neighborhood is   $ 1,750,000   to   $ 2,200,000   Total # Properties   5
Range of listings in the neighborhood is   $ 1,750,000   to   $ 2,200,000   Total # Properties   10
The subject is an   ☐ Over improvement   ☐ Under improvement   ☒ Appropriate improvement for the neighborhood.
Normal marketing time in the area is:   90   days.
Are all types of financing available for the property?   ☒ Yes   ☐ No   If no, explain
Has this property been on the market in the last 12 months?   ☒ Yes   ☐ No   If yes, $ 1,995,000   list price (include MLS printout)
Is the subject currently listed for sale:   ☒ Yes   ☐ No   Current list price $ 1,995,000   Listing Date: 12/5/2009
If listed, Provide the broker's name  Alice Plato   Firm  Coldwell Banker   Phone #310-301-3500
Subject's total DOM for the past year  0   Starting Listing Price $ 2,395,000
First price reduction: DOM ___ Price: $ ___   Second price reduction: DOM ___ Price: $ ___   Third price reduction DOM ___ Price: $ ___
To the best of your knowledge, why did it not sell?
Subject's Last Sale Price:   $   Sales Date
Additional Prior Sale Price within past 24 months:   Sales Date
Unit Type:   ☒ Single family detached  ☐ Condo  ☐ Co-op  ☐ Units #  ☐ Single family attached  ☐ Townhouse  ☐ Modular  ☐ Mobile home
If condo or other association exists: Fee $ ___   ☐ Monthly  ☐ Annually  Current? ☐ Yes  ☐ No  Fee delinquent? $
The fee includes:   ☐ Insurance   ☐ Landscape   ☐ Pool   ☐ Tennis   Other
Association Contact: N/A   Name: N/A   Phone No.: N/A
Project Name:   Total Number of units   Legal action   ☐ Yes   ☐ No

## III. COMPETITIVE CLOSED SALES

| ITEM | SUBJECT | COMPARABLE NUMBER 1 | | COMPARABLE NUMBER 2 | | COMPARABLE NUMBER 3 | |
|---|---|---|---|---|---|---|---|
| Address: | 1042 BERKELEY DR | 2341 Wilson Ave | | 3218 Maplewood Ave | | 2202 Marine St | |
| | LOS ANGELES, CA 90292 | Venice, CA 90291 | | Los Angeles, CA 90066 | | Santa Monica, CA 90405 | |
| Unit # | | | | | | | |
| Proximity to Subject | | 0.6 mi.² | | 1.68 mi.² | | 1.77 mi.² | |
| Sale Price | | $ 1,750,000 | | $ 1,825,000 | | $ 2,200,000 | |
| Adj. Price/Gross Living Area | $ 574 Sq. Ft. | $ 646 Sq. Ft. | | $ 717 Sq. Ft. | | $ 633 Sq. Ft. | |
| List Price at Sale | | $ 1,750,000 | | $ 1,825,000 | | $ 2,200,000 | |
| # of Price Reductions | | 1 | | 1 | | 1 | |
| Sale Type (Reo/Short Sale/forcl) | | Standard | | Standard | | Standard | |
| Sale Date & | | 8/27/2009 | | 9/9/2009 | | 8/27/2009 | |
| Days on Market | 123 | 273 | | 43 | | 126 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) Adjustment | DESCRIPTION | +(-) Adjustment | DESCRIPTION | +(-) Adjustment |
| Sales or Financing Concessions | | None | | None | | None | |
| Location (city/rural) | Suburban | Suburban | | Suburban | | Suburban | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Lot Size | 6,195 sq.ft. | 3,615 sq.ft. | $ 14,900 | 7,740 sq.ft. | $ -10,000 | 7,000 sq.ft. | |
| # of Units | 1 | 1 | | 1 | | 1 | |
| View | Residential View | Residential View | | Residential View | | Residential View | |
| Appeal & Quality | Good | Equal | | Equal | | Equal | |
| Year Built | 2005 | 2008 | | 2008 | | 2009 | $ 1,600 |
| Condition | Good | Good | | Good | | Good | |
| Above Grade Room Count | Total 10 / Bdrms 4 / Baths 3.5 | Total 7 / Bdrms 3 / Baths 2 | $ 34,700 | Total 10 / Bdrms 4 / Baths 3.5 | | Total 9 / Bdrms 4 / Baths 2.5 | $ 7,700 |
| Gross Living Area | 3,311 Sq. Ft. | 2,892 Sq. Ft. | $ 43,300 | 2,660 Sq. Ft. | $ 67,300 | 3,500 Sq. Ft. | $ -19,500 |
| Basement & Finished Rooms Below Grade | Slab | Slab | | Slab | | Slab | |
| Heating/Cooling | Standard | Equal | | Equal | | Equal | |
| Garage/Carport | Attached 4 spaces | Attached 2 spaces | $ 19,300 | Attached 2 spaces | $ 19,300 | Attached 2 spaces | $ 19,300 |
| Porch/Patio/Deck | Yes | Yes | | Yes | | Yes | |
| Fireplaces | No | No | | No | | No | |
| Fence, Pool, etc | Yes | No | $ 5,000 | No | $ 5,000 | No | $ 5,000 |
| Other / Functional Utility | | | | | | | |
| Net Adj. (total) | | ☒ + ☐ - | $ 117,200 | ☒ + ☐ - | $ 81,600 | ☒ + ☐ - | $ 14,100 |
| Adjustment Sales Price of Comparable | | | $ 1,867,200 | | $ 1,906,600 | | $ 2,214,100 |

4

# CHASE — RESIDENTIAL BROKER PRICE OPINION

File #: 983490

REO #: _____  Loan #: ████████  Relationship #: _____

## IV. CURRENT OCCUPANCY STATUS
Occupancy Status: Owner ☒  Vacant ☐  Tenant ☐  Other ☐
Ownership Status: Main Residence ☒  Rented ☐

## V. MARKETING OCCUPANCY STRATEGY
Occupancy Status: Owner ☒  Vacant ☐  Tenant ☐  Other ☐
Estimated Rent: $ 9,150 per month
☒ As-Is  ☐ Minimal Lender Required Repairs  ☐ Repaired   Most Likely Buyer: ☐ Owner occupant  ☒ Investor

## VI. REPAIRS
Itemize ALL repairs needed to bring property from its present "as is" condition to average marketable condition for the neighborhood.
Check those repairs you recommend that we perform for most successful marketing of the property.

☐ _____ $ _____  ☐ _____ $ _____
☐ _____ $ _____  ☐ _____ $ _____
☐ _____ $ _____  ☐ _____ $ _____
☐ _____ $ _____  ☐ _____ $ _____
☐ _____ $ _____  ☐ _____ $ _____

**GRAND TOTAL FOR ALL REPAIRS $ 0**

## VII. COMPETITIVE LISTINGS

| ITEM | SUBJECT | COMPARABLE NUMBER 1 | | COMPARABLE NUMBER 2 | | COMPARABLE NUMBER 3 | |
|---|---|---|---|---|---|---|---|
| Address: | 1042 BERKELEY DR | 1301 Preston Way | | 117 Topsail Mall | | 5005 Via Dolce | |
|  | LOS ANGELES, CA 90292 | Venice, CA 90291 | | Marina Del Rey, CA 90292 | | Marina Del Rey, CA 90292 | |
| Unit # | | | | | | | |
| Proximity to Subject | | 1.16 mi.² | | 1.33 mi.² | | 1.25 mi.² | |
| List Price | $ 1,995,000 | | $ 2,189,000 | | $ 1,750,000 | | $ 1,800,000 |
| Adj. Price/Gross Living Area | $ 574 Sq. Ft. | $ 720 Sq. Ft. | | $ 533 Sq. Ft. | | $ 726 Sq. Ft. | |
| Original List Price | $ 2,395,000 | $ 2,189,000 | | $ 1,750,000 | | $ 1,800,000 | |
| # of Price Reductions | 0 | 0 | | 0 | | 0 | |
| Verification Sources | MLS | MLS | | MLS | | MLS | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) Adjustment | DESCRIPTION | +(-) Adjustment | DESCRIPTION | +(-) Adjustment |
| Sales or Financing Concessions | | None | | None | | None | |
| Days on Market | | 120 | | 65 | | 23 | |
| Location (city/rural) | Suburban | Suburban | | Suburban | | Suburban | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Lot Size | 6,195 sq.ft. | 6,400 sq.ft. | | 2,883 sq.ft. | $ 17,400 | 3,049 sq.ft. | $ 17,400 |
| View | Residential View | Residential View | | Residential View | | Residential View | |
| Appeal and Quality | Good | Equal | | Equal | | Equal | |
| Year Built | 2005 | 2009 | $ 1,600 | 1990 | | 1990 | $ 19,300 |
| Condition | Good | Good | | Good | | Good | |
| Above Grade Room Count | Total 10 / Bdrms 4 / Baths 3.5 | Total 9 / Bdrms 4 / Baths 3 | $ 7,700 | Total 9 / Bdrms 4 / Baths 3 | $ 7,700 | Total 7 / Bdrms 3 / Baths 2 | $ 34,700 |
| Gross Living Area | 3,311 Sq. Ft. | 3,115 Sq. Ft. | $ 20,300 | 3,382 Sq. Ft. | $ -7,300 | 2,700 Sq. Ft. | $ 63,200 |
| Basement & Finished Rooms Below Grade | Slab | Slab | | Slab | | Slab | |
| Heating/Cooling | Standard | Equal | | Equal | | Equal | |
| Garage/Carport | Attached 4 spaces | Attached 2 spaces | $ 19,300 | Attached 3 spaces | $ 9,600 | Attached 2 spaces | $ 19,300 |
| Porches/Patio/Deck | Yes | Yes | | Yes | | Yes | |
| Fireplaces | No | No | | No | | No | |
| Fence, Pool, etc | Yes | No | $ 5,000 | No | $ 5,000 | No | $ 5,000 |
| Other / Functional Utility | | | | | | | |
| Net Adj. (total) | | ☒ + ☐ - | $ 53,900 | ☒ + ☐ - | $ 51,700 | ☒ + ☐ - | $ 158,900 |
| Adjustment Sales Price of Comparable | | | $ 2,242,900 | | $ 1,801,700 | | $ 1,958,900 |

## VIII. THE MARKET VALUE
(The value must fall within the indicated value of the Competitive Closed Sales).

|  | Market Value | Suggested List Price |
|---|---|---|
| AS IS 90 to 120 Day Value | $ 1,900,000 | $ 2,000,000 |
| REPAIRED 90 to 120 Day Value | $ 1,900,000 | $ 2,000,000 |
| Quick Sale Value | $ 1,800,000 | $ 1,900,000 |
| Land Value | $ 350,000 | |

Last Sale of Subject, Price $ _____  Date _____

## IX. COMMENTS
(Include specific positives/negatives, special concerns, encroachments, easements, water rights, environmental concerns, flood zones, etc. Attach addendum if additional space is needed.)

Agent/Broker Review: Search was expanded 10+ years 3+months 1+miles and 20% range price to bracket gross living area and current listing price. Was necessary expand to another city due to the lack of comparables in Los Angeles. subject larger than typical but not considered an overimprovement / there are house of similar size but none avalible as comps at this time.
Typical View
QA Review: The subject is a 5 year old 2 story single family located in a suburban area with no estimated repair costs. The subject property is reported to be in overall good condition. The sales and listings provided are reasonably timely and proximate given the subject and location. The pre-adjusted closed sales range in value from $1,750,000 to $2,200,000, with the post adjusted sales ranging in value from $1,867,200 to $2,214,100. Most weight placed on Sale #3 which has the least adjustment, but is superior in GLA and lot size. Consideration is given to Sale #2, which brackets the GLA. The subject market is reported to be declining and over supplied. The subject market trend is supported by ancillary data which reports a -14% decline. The estimated value after factoring reasonable adjustments for dissimilar attributes is bracketed by the sales range pre and post adjusted, and further supported by the active listings. The concluded values are reasonable and consistent. Although the subject is considered to be in a suburban area, the configuration of similar housing is spread out & therefore, it was necessary to extend the search parameters to over 1 mile. The comparables are all within similar marketing areas.

Comments continued on next page...

Signature: eValuation Solutions   Date: 2/5/2010
Firm Name: PACIFIC STAR FINANCIAL   Completed By: Violet Pereda
Phone No.: 904-288-2100   Fax No.: 866-523-7477
Email Address: chase@evalonline.net   Broker / Agent Lic # 01754703
Broker Distance to Subject Property: 2.0   Years of Experience: 3

4

This page is part of your document - DO NOT DISCARD

**20082261998**

Pages: 0005

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

12/26/08 AT 03:14PM

| | |
|---|---:|
| FEES: | 34.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 34.00 |

TITLE(S): TRUST DEED

LEADSHEET

200812260610062

001153193

SEQ:
01

DAR - Counter (Hard Copy)

THIS FORM IS NOT TO BE DUPLICATED

Description: Los Angeles,CA Document-Year.DocID 2008.2261998 Page: 1 of 5
Order: 100021410 Comment:

RECORDING REQUESTED BY:

AND WHEN RECORDED MAIL TO:
Ian Mitchell
1401 Ocean Ave. #210
Santa Monica, CA 90401

12/26/2008
*20082261998*

A.P.N.: 4229-004-041

## SHORT FORM DEED OF TRUST AND ASSIGNMENT OF RENTS

THIS DEED OF TRUST, made this Tenth day of December, 2007, between

TRUSTOR: Shannon Masjedi, a Married Woman as her sole and separate property

whose address is P.O. Box 17732, Beverly Hills, CA 90209, and

TRUSTEE: Provident Title Company, a California Corporation, and

BENEFICIARY: Ian Mitchell    ← Jr. Benl

Witnesseth: That Trustor IRREVOCABLY GRANTS, TRANSFERS AND ASSIGNS to TRUSTEE IN TRUST, WITH POWER OF SALE, that property in the City of Los Angeles, Los Angeles County, State of California, described as: Lot 6 of Tract 20660, in the City of Marina del Rey, County of Los Angeles, State of California as per map recorded in Book 610, Page(s) 77 and 78, of Maps in the Office of the County Recorder of said County.

THIS DEED OF TRUST SECURING PROMISSORY NOTE OF EVEN DATE HEREWITH SHALL BE TERMINATED UPON PAYOFF OF $264,000.00 NOTE AND TRUST DEED SECURED BY 1100 BERKELEY, MARINA DEL REY, CA.
This Deed of Trust is given and accepted upon the express provision that should the property hereinbefore described, or any part hereof, be conveyed or alienated by Trustor, either voluntarily or by operation of law, without Beneficiary's written consent, then all sums secured hereby shall, at Beneficiary's option, become immediately due and payable.

TOGETHER WITH the rents, issues, and profits thereof, SUBJECT, HOWEVER, to the right, power and authority given to and conferred upon Beneficiary by paragraph 10 of the provisions incorporated by reference to collect and apply such rents, issues and profits.
FOR THE PURPOSE OF SECURING: 1.Performance of each agreement of Trustor incorporated by reference or contained herein.  2.Payment of the indebtedness evidenced by one promissory note of even date herewith, and any extension or renewal thereof, in the principal sum of $264,000.00 executed by Trustor in favor of Beneficiary or order.  3.Payment of such further sums as the then record owner of said property hereafter may borrow from Beneficiary, when evidenced by another note (or notes) reciting it is so secured.
TO PROTECT THE SECURITY OF THIS DEED OF TRUST, TRUSTOR AGREES: By the execution and delivery of this Deed of Trust and the note secured hereby, that provisions (1) to (14), inclusive, of the fictitious deed of trust recorded in Santa Barbara County and Sonoma County on October 18, 1961, and in all other counties on October 23, 1961, in the book and at the page of Official Records in the office of the county recorder of the county where said property is located, noted below and opposite the name of such county, viz:

| County | Book | Page | County | Book | Page | County | Book | Page | County | Book | Page | County | Book | Page |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alameda | 435 | 684 | Imperial | 1091 | 501 | Merced | 1547 | 538 | San Benito | 271 | 383 | Siskiyou | 468 | 181 |
| Alpine | 1 | 250 | Inyo | 147 | 598 | Modoc | 184 | 851 | San Bernardino | 5567 | 61 | Solano | 1105 | 182 |
| Amador | 104 | 348 | Kern | 3427 | 60 | Mono | 52 | 429 | San Francisco | A332 | 905 | Sonoma | 1851 | 689 |
| Butte | 1145 | 1 | Kings | 792 | 833 | Monterey | 2194 | 538 | San Joaquin | 2470 | 311 | Stanislaus | 1715 | 456 |
| Calaveras | 145 | 152 | Lake | 362 | 39 | Napa | 639 | 86 | San Luis Obispo | 1151 | 12 | Sutter | 572 | 297 |
| Colusa | 296 | 617 | Lassen | 171 | 471 | Nevada | 305 | 320 | San Mateo | 4078 | 420 | Tehama | 401 | 289 |
| Contra Costa | 3978 | 47 | Los Angeles | T2055 | 899 | Orange | 5889 | 611 | Santa Barbara | 1878 | 860 | Trinity | 93 | 366 |
| Del Norte | 78 | 414 | Madera | 810 | 170 | Placer | 895 | 301 | Santa Clara | 5336 | 01 | Tulare | 2294 | 275 |
| El Dorado | 568 | 456 | Marin | 1508 | 339 | Plumas | 151 | 5 | Santa Cruz | 1431 | 494 | Tuolumne | 135 | 47 |
| Fresno | 4626572 | | Mariposa | 77 | 292 | Riverside | 3005 | 523 | Shasta | 684 | 528 | Ventura | 2062 | 386 |
| Glenn | 422 | 184 | Mendocino | 579 | 530 | Sacramento | 4331 | 62 | Sierra | 29 | 335 | Yolo | 653 | 245 |
| Humboldt | 657 | 527 | | | | San Diego Series 2 Book 1961, Page 183887 | | | | | | Yuba | 334 | 486 |

(which provisions, identical in all counties, are printed on page 3 of this document) hereby are adopted and incorporated herein and made a part hereof as fully as though set forth herein at length; that he will observe and perform said provisions; and that the references to property, obligations, and parties in said provisions shall be construed to refer to the property, obligations, and parties set forth in this Deed of Trust.

In accordance with Section 2924b, Civil Code, request is hereby made that a copy of any Notice of Default and a copy of any Notice of Sale be mailed to Trustor at Trustor's address hereinbefore set forth, or if none shown, to Trustor at the property address.

PAGE 1 OF 4

A.P.N.: 4229-004-041

NOTICE: A COPY OF ANY NOTICE OF DEFAULT AND OF ANY NOTICE OF SALE WILL BE SENT ONLY TO THE ADDRESS CONTAINED IN THIS RECORDED REQUEST. IF YOUR ADDRESS CHANGES, A NEW REQUEST MUST BE RECORDED.

*Signature of Trustor(s)*

*Shannon Masjedi*
Shannon Masjedi

Document Date: April 16, 2008

STATE OF CALIFORNIA    )SS
COUNTY OF Los Angeles    )

On April 16 2008 before me Daniel Gat, a notary public in and for said state, personally appeared Shannon Masjedi _____ who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____

DANIEL GAT
COMM. #1492450
NOTARY PUBLIC-CALIFORNIA
LOS ANGELES COUNTY
My Comm. Exp. May 22, 2008

(Seal)

PAGE 2 OF 4

Description: Los Angeles,CA Document-Year.DocID 2008.2261998 Page: 3 of 5
Order: 100021410 Comment:

A.P.N. 4229-004-041

DO NOT RECORD

The following is a copy of provisions (1) to (14), inclusive, of the fictitious deed of trust, recorded in each county in California, as stated in the foregoing Deed of Trust and incorporated by reference in said Deed of Trust as being a part thereof as if set forth at length therein.

TO PROTECT THE SECURITY OF THIS DEED OF TRUST, TRUSTOR AGREES:

(1) To keep said property in good condition and repair; not to remove or demolish any building thereon; to complete or restore promptly and in good and workmanlike manner any building which may be constructed, damaged or destroyed thereon and to pay when due all claims for labor performed and materials furnished therefore; to comply with all laws affecting said property or requiring any alterations or improvements to be made thereon; not to commit or permit waste thereof; not to commit, suffer or permit any act upon said property in violation of law; to cultivate, irrigate, fertilize, fumigate, prune and do all other acts which from the character or use of said property may be reasonably necessary, the specific enumerations herein not excluding the general.

(2) To provide, maintain and deliver to Beneficiary fire insurance satisfactory to and with loss payable to Beneficiary. The amount collected under any fire or other insurance policy may be applied by Beneficiary upon indebtedness secured hereby and in such order as Beneficiary may determine, or at option of Beneficiary the entire amount so collected or any part thereof may be released to Trustor. Such application or release shall not cure or waive any default or notice of default hereunder or invalidate any act done pursuant to such notice.

(3) To appear in and defend any action or proceeding purporting to affect the security hereof or affect the security hereof or the rights or powers of Beneficiary or Trustee; and to pay all costs and expenses, including cost of evidence of title and attorney's fees in a reasonable sum, in any such action or proceeding in which Beneficiary or Trustee may appear, and in any suit brought by Beneficiary to foreclose this Deed.

(4) To pay: at least ten days before delinquency all taxes and assessments affecting said property, including assessments on appurtenant water stock; when due, all incumbrances, charges and liens, with interest, on said property or any part thereof, which appear to be prior or superior hereto; all costs, fees and expenses of this Trust.

Should Trustor fail to make any payment or to do any act as herein provided, then Beneficiary or Trustee, but without obligation so to do and without notice to or demand upon Trustor and without releasing Trustor from any obligation hereof, may: make or do the same in such manner and to such extent as either may deem necessary to protect the security hereof, Beneficiary or Trustee being authorized to enter upon said property for such purposes; appear in and defend any action or proceeding purporting to affect the security hereof or the rights or powers of Beneficiary or Trustee; pay, purchase, contest or compromise any incumbrance, charge or lien which in the judgement of either appears to be prior or superior hereto; and, in exercising any such powers, pay necessary expenses, employ counsel and pay his reasonable fees.

(5) To pay immediately and without demand all sums so expended by Beneficiary or Trustee, with interest from date of expenditure at the rate called for in the note secured hereby, or at the amount allowed by law at date of expenditure, whichever is greater, and to pay for any statement provided for by law in effect at the date hereof regarding the obligation secured hereby any amount demanded by the Beneficiary not to exceed the maximum allowed by law at the time when said statement is demanded.

(6) That any award of damages in connection with any condemnation for public use of or injury to said property or any part thereof is hereby assigned and shall be paid to Beneficiary who may apply or release such moneys received by him in this same manner and with the same effect as above provided for disposition of proceeds of fire or other insurance.

(7) That by accepting payment of any sum secured hereby after its due date, Beneficiary does not waive his right either to require prompt payment when due of all other sums so secured or to declare default for failure so to pay.

(8) That at any time or from time to time, without liability therefore and without notice, upon written request of Beneficiary and presentation of this Deed and said note for endorsement, and without affecting the personal liability of any person for payment of the indebtedness secured hereby, Trustee may: reconvey any part of said property; consent to the making of any map or plat thereof; join in granting any easement thereon; or join in any extension agreement or any agreement subordinating the lien or charge hereof.

(9) That upon written request of Beneficiary stating that all sums secured hereby have been paid, and upon surrender of this Deed and said note to Trustee for cancellation and retention and upon payment of its fees, Trustee shall reconvey, without warranty, the property then held hereunder. The recitals in such reconveyance of any matters or facts shall be conclusive proof of the truthfulness thereof. The grantee in such reconveyance may be described as "the person or persons legally entitled thereto." Five years after issuance of such full reconveyance, Trustee may destroy said note and this Deed (unless directed in such request to retain them.)

(10) That as additional security, Trustor hereby gives to and confers upon Beneficiary the right, power and authority, during the continuance of these Trusts, to collect the rents, issues and profits of said property, reserving unto Trustor the right, prior to any default by Trustor in payment of any indebtedness secured hereby or in performance of any agreement hereunder, to collect and retain such rents, issues and profits as they become due and payable. Upon any such default, Beneficiary may at any time without notice, either in person, by agent, or by a receiver to be appointed by a court, and without regard to the adequacy of any security for the indebtedness hereby secured, enter upon and take possession of said property or any part thereof, in his own name sue for or otherwise collect such rents, issues and profits, including those past due and unpaid, and apply the same, less costs and expenses of operation and collection, including reasonable attorney's fees, upon any indebtedness secured hereby, and in such order as Beneficiary may determine. The entering upon and taking possession of said property, the collection of such rents, issues and profits and the application thereof as aforesaid, shall not cure or waive any default or notice of default hereunder or invalidate any act pursuant to such notice.

(11) That upon default by Trustor in payment of any indebtedness secured hereby or in performance of any agreement hereunder, Beneficiary may declare all sums secured hereby immediately due and payable by delivery to Trustee of written declaration of default and demand for sale and of written notice of default and of election to cause to be sold said property, which notice Trustee shall cause to be filed for record. Beneficiary also shall deposit with Trustee this Deed, said note and all documents evidencing expenditures secured hereby.

After the lapse of such time as may then be required by law following the recordation of said notice of default, and notice of sale having been given as then required by law, Trustee, without demand on Trustor, shall sell said property at the time and place fixed by it in said notice of sale, either as a whole or in separate parcels, and in such order as it may determine, at public auction to the highest bidder for cash in lawful money of the United States, payable at time of sale. Trustee may postpone sale of all or any portion of said property by public announcement at such time and place of sale, and from time to time thereafter may postpone such sale by public announcement at the time fixed by the preceding postponement. Trustee shall deliver to such purchaser its deed conveying the property so sold, but without any covenant or warranty, express or implied. The recitals in such deed of matters or facts shall be conclusive proof of the truthfulness thereof. Any person, including Trustor, Trustee, or Beneficiary as hereinafter defined, may purchase at such sale.

After deducting all costs, fees and expenses of Trustee and of this Trust, including cost of evidence of title in connection with sale, Trustee shall apply the proceeds of sale to payment of: all sums expended under the terms hereof, not then repaid, with accrued interest at the amount allowed by law in effect at the date hereof; all other sums then secured hereby; and the remainder, if any, to the person or persons legally entitled thereto.

(12) Beneficiary, or any successor in ownership of any indebtedness secured hereby, may from time to time, by instrument in writing, substitute a successor or successors to any Trustee named herein or acting hereunder, which instrument, executed by the Beneficiary and duly acknowledged and recorded in the office of the recorder of the county or counties where said property is situated, shall be conclusive proof of proper substitution of such successor Trustee or Trustees, who shall, without conveyance from the Trustee predecessor, succeed to all its title, estate, rights, powers and duties. Said instrument must contain the name of the original Trustor, Trustee and Beneficiary hereunder, the book and page where this deed is recorded and the name and address of the new Trustee.

(13) That this Deed applies to, inures to the benefit of, and binds all parties hereto, their heirs, legatees, devisees, administrators, executors, successors and assigns. The term Beneficiary shall mean the owner and holder, including pledgees, of the note secured hereby, whether or not named as Beneficiary herein. In this Deed, whenever the context so required, the masculine gender includes the feminine and/or neuter, and the singular number includes the plural.

(14) That Trustee accepts this Trust when this Deed, duly executed and acknowledged, is made a public record as provided by law. Trustee is not obligated to notify any party hereto of pending sale under any other Deed of Trust or of any action or Proceeding in which Trustor, Beneficiary or Trustee shall be party unless brought by Trustee.

PAGE 3 OF 4

Description: Los Angeles,CA Document-Year.DocID 2008.2361998 Page: 4 of 5
Order: 100021410 Comment:

5

A.P.N.: 4229-004-041

------------------------------------DO NOT RECORD------------------------------------

REQUEST FOR FULL RECONVEYANCE

*To be used only when note has been paid.*

To: Provident Title Company, Trustee                    Dated: _____

The undersigned is the legal owner and holder of all indebtedness secured by the within Deed of Trust. All sums secured by said Deed of Trust have been fully paid and satisfied; and you are hereby requested and directed, on payment to you of any sums owing to you under the terms of said Deed of Trust, to cancel all evidences of indebtedness, secured by said Deed of Trust, delivered to you herewith together with said Deed of Trust, and to reconvey, without warranty, to the parties designated by the terms of said Deed of Trust, the estate now held by you under the same.

Mail Reconveyance to:

_____                    _____

_____                    _____

_____                    By _____

_____                    By _____

Do not lose or destroy this Deed of Trust OR THE NOTE which it secures.
Both must be delivered to the Trustee for cancellation before reconveyance will be made.

---

**Short Form**
**DEED OF TRUST**
WITH POWER OF SALE
(INDIVIDUAL)

**Provident Title Company**
AS TRUSTEE
9300 Wilshire Blvd.
Beverly Hills, CA 90212

---

PAGE 4 OF 4

Description: Los Angeles,CA Document-Year.DocID 2008.2251998 Page: 5 of 5
Order: 100021410 Comment:

5

 **This page is part of your document - DO NOT DISCARD** 



**20072614180**  Pages: 003

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County, California

11/28/07 AT 08:00AM

Fee: 14.00
Tax: 0.00
Other: 0.00
Total: 14.00

Title Company

**TITLE(S) :  DEED**



LEAD SHEET

**Assessor's Identification Number (AIN)**
To be completed by Examiner OR Title Company in black ink.    **Number of AIN's Shown**

E460077    **THIS FORM IS NOT TO BE DUPLICATED**



**RECORDING REQUESTED BY:**
Provident Title

**AND WHEN RECORDED MAIL TO:**

Shannon Masjedi
P.O. Box 17732
Beverly Hills, CA 90209

11/28/07

**20072614180**

THIS INSTRUMENT FILED FOR RECORD BY FIRST AMERICAN
TITLE CO. OF L.A. AS AN ACCOMMODATION ONLY. IT HAS NOT
BEEN EXAMINED AS TO ITS EXECUTION OR AS TO ITS
EFFECT UPON TITLE

THIS SPACE FOR RECORDER'S USE ONLY:

Title Order No.: G1128-12   Escrow No.: 10000-

## QUITCLAIM DEED

THE UNDERSIGNED GRANTOR(S) DECLARE(S)
DOCUMENTARY TRANSFER TAX is $NONE   CITY TRANSFER TAX $NONE
[X] computed on full value of property conveyed, or
[ ] computed on full value less value of liens or encumbrances remaining at time of sale.
[ ] Unincorporated area   [X] City of Los Angeles AND

"This is a bonafide gift and the grantor received nothing in return, R & T 11911."
FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

Marc Shenkman, An Unmarried Man

do(es) hereby remise, release and forever quitclaim to:

Shannon Masjedi, A Married Woman as Her Sole and Separate Property

the real property in the City of Los Angeles, County of Los Angeles, State of California, described as:

LEGAL DESCRIPTION ATTACHED HERETO AS EXHIBIT "A" AND MADE A PART HEREOF
A.P. # 4229-004-041

DATED November 26, 2007
STATE OF CALIFORNIA
COUNTY OF LOS ANGELES
On NOVEMBER 26, 2007
Before me, LEE A. HANSEN NOTARY PUBLIC
A Notary Public in and for said State, personally appeared

MARC SHENKMAN

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
WITNESS my hand and official seal.

Signature _____

Marc Shenkman

LEE A. HANSEN
Commission # 1641512
Notary Public - California
Los Angeles County
My Comm. Expires Feb 8, 2010

(This area for official notarial seal)
MAIL TAX STATEMENTS TO PARTY SHOWN BELOW; IF NO PARTY SHOWN, MAIL AS DIRECTED ABOVE:

## EXHIBIT "A"

## LEGAL DESCRIPTION

LOT 6, OF TRACT NO. 20660, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 610 PAGE(S) 77 AND 78 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

# Voluntary Lien Report
For Property Located At


MALCOLM ♦ CISNEROS
A Law Corporation

**1042 BERKELEY DR, MARINA DEL REY CA 90292-5502**
APN: 4229-004-041
Block:   Lot: 6

## Summary of Transactions

| Rec # | Date | Doc Type | Doc # | Buyer/Borrower | Seller | Lender | Orig Doc # |
|---|---|---|---|---|---|---|---|
| 1 | 01/25/2010 | RELEASE OF LIS PENDENS/NOTICE | 102324 | SHENKMAN MARC | | | |
| 2 | 01/19/2010 | NOTICE OF DEFAULT | 73206 | SHENKMAN MARC | | | |
| 3 | 12/26/2008 | DEED OF TRUST | 2261998 | MASJEDI SHANNON | | | |
| 4 | 08/21/2008 | DEED OF TRUST | 1515478 | MASJEDI SHANNON | | | |
| 5 | 07/09/2008 | DEED OF RELEASE | 1217523 | | | | 2725256 |
| 6 | 07/01/2008 | DEED OF TRUST | 1166450 | MASJEDI SHANNON | | | |
| 7 | 12/12/2007 | QUIT CLAIM DEED | 2725255 | MASJEDI SHANNON | MASJEDI EDDIE | | |
|  | 12/12/2007 | DEED OF TRUST | 2725256 | MASJEDI SHANNON | | * OTHER INSTITUTIONAL LENDERS | |
| 8 | 12/12/2007 | DEED OF RELEASE | 2725254 | | | | 2614181 |
| 9 | 11/28/2007 | QUIT CLAIM DEED | 2614180 | MASJEDI SHANNON | SHENKMAN MARC | | |
|  | 11/28/2007 | DEED OF TRUST | 2614181 | MASJEDI SHANNON | | | |
| 10 | 09/13/2007 | DEED OF RELEASE | 2116980 | | | | 3229950 |
| 11 | 08/24/2007 | GRANT DEED | 1985914 | SHENKMAN MARC | MS PROPERTIES | | |
|  | 08/24/2007 | DEED OF TRUST | 1985915 | SHENKMAN MARC | | WASHINGTON MUTUAL BK FA | |
| 12 | 02/13/2006 | DEED OF RELEASE | 325804 | | | | 1023698 |
| 13 | 12/30/2005 | DEED OF TRUST | 3229950 | MSS CAPITAL LLC | | EAST WEST BK | |
| 14 | 12/30/2005 | DEED OF RELEASE | 3229952 | | | | 2931814 |
| 15 | 07/26/2005 | DEED OF TRUST | 1766000 | MS PROPERTIES | | US DISTRICT COURT | |
| 16 | 11/12/2004 | DEED OF TRUST | 2931814 | MS PROPERTIES | | PRIVATE INDIVIDUAL | |
| 17 | 04/27/2004 | GRANT DEED | 1023697 | MS PROPERTIES | TANAKA SUE S TRUST | | |
|  | 04/27/2004 | DEED OF TRUST | 1023698 | MS PROPERTIES | | CONTRACTORS FIN'L SVCS INC | |
| 18 | 02/12/1997 | D | 232408 | TANAKA SUE S TRUST | TANAKA SUMIKO | | |
| 19 | 06/09/1958 | DEED (REG) | | | | | |

## Transaction Details

History Record #:   **1**
**Foreclosure:**
Recording Date:   **01/25/2010**          Trustee Sale #:
Document #:   **102324**                Unpaid Balance:
Document Type:   **RELEASE OF LIS PENDENS/NOTICE**     Vesting Codes:   **/ /**
Borrower 1:   **SHENKMAN MARC**          Orig. Recording Date:   **01/19/2010**
Borrower 2:                            Orig. Document #:   **73206**
Borrower 3:                            Trustee Name:   **CALIFORNIA RECONVEYANCE CO**
Borrower 4:                            Trustee Phone #:
Title Company:                         Default Date:

7

| | | | |
|---|---|---|---|
| Lender: | | Default Amount: | |

| | | | |
|---|---|---|---|
| History Record #: | 2 | | |
| *Foreclosure:* | | | |
| Recording Date: | 01/19/2010 | Trustee Sale #: | |
| Document #: | 73206 | Default Date: | 01/12/2010 |
| Document Type: | **NOTICE OF DEFAULT** | Default Amount: | **$102,247** |
| Borrower 1: | **SHENKMAN MARC** | Vesting Codes: | **UM / /** |
| Borrower 2: | | Orig. Recording Date: | |
| Borrower 3: | | Orig. Document #: | 1985915 |
| Borrower 4: | | | |
| Trustee Name: | **CALIFORNIA RECONVEYANCE CO** | Trustee Phone #: | |
| Lender: | | | |
| Title Company: | | | |

| | | | |
|---|---|---|---|
| History Record #: | 3 | | |
| *Finance:* | | | |
| Mtg Recording Date: | **12/26/2008** | Mtg Loan Type: | **PRIVATE PARTY** |
| Mtg Document #: | 2261998 | Mtg Rate Type: | |
| Document Type: | **DEED OF TRUST** | | |
| Lender: | | Mtg Term: | |
| Loan Amount: | **$264,000** | Mtg Rate: | |
| Borrower 1: | **MASJEDI SHANNON** | Borrower Vesting: | **MW / / SE** |
| Borrower 2: | | | |
| Borrower 3: | | | |
| Borrower 4: | | | |

| | | | |
|---|---|---|---|
| History Record #: | 4 | | |
| *Finance:* | | | |
| Mtg Recording Date: | **08/21/2008** | Mtg Loan Type: | **PRIVATE PARTY** |
| Mtg Document #: | 1515478 | Mtg Rate Type: | |
| Document Type: | **DEED OF TRUST** | | |
| Lender: | | Mtg Term: | |
| Loan Amount: | **$190,000** | Mtg Rate: | |
| Borrower 1: | **MASJEDI SHANNON** | Borrower Vesting: | **/ /** |
| Borrower 2: | | | |
| Borrower 3: | | | |
| Borrower 4: | | | |

| | | | |
|---|---|---|---|
| History Record #: | 5 | | |
| *Release:* | | | |
| Recording Date: | 07/09/2008 | Orig. Recording Date: | **12/12/2007** |
| Document #: | 1217523 | Orig. Document #: | 2725256 |
| Document Type: | **DEED OF RELEASE** | | |

| | | | |
|---|---|---|---|
| History Record #: | 6 | | |
| *Finance:* | | | |
| Mtg Recording Date: | **07/01/2008** | Mtg Loan Type: | **PRIVATE PARTY** |
| Mtg Document #: | 1166450 | Mtg Rate Type: | |
| Document Type: | **DEED OF TRUST** | | |
| Lender: | | Mtg Term: | |
| Loan Amount: | **$270,000** | Mtg Rate: | |
| Borrower 1: | **MASJEDI SHANNON** | Borrower Vesting: | **MW / / SE** |
| Borrower 2: | **MITCHELL IAN** | | |
| Borrower 3: | | | |
| Borrower 4: | | | |

| | | | |
|---|---|---|---|
| History Record #: | 7 | | |
| *Sale:* | | | |
| Sale Recording Date: | **12/12/2007** | Sale Price: | |
| Sale Date: | **12/04/2007** | Sale Price Type: | **PARTIAL** |
| Rec. Document #: | 2725255 | Multi/Split Sale: | |
| Document Type: | **QUIT CLAIM DEED** | Other Document #: | |
| Title Company: | **EQUITY TITLE CO.** | | |
| Buyer: | **MASJEDI SHANNON** | | |
| Seller: | **MASJEDI EDDIE** | | |
| *Finance:* | | | |

| | | | |
|---|---|---|---|
| Mtg Recording Date: | 12/12/2007 | Mtg Loan Type: | CONV |
| Mtg Document #: | 2725256 | Mtg Rate Type: | |
| Document Type: | DEED OF TRUST | | |
| Lender: | * OTHER INSTITUTIONAL LENDERS | Mtg Term: | |
| Loan Amount: | $225,000 | Mtg Rate: | |
| Borrower 1: | MASJEDI SHANNON | Borrower Vesting: | MW / / SE |
| Borrower 2: | | | |
| Borrower 3: | | | |
| Borrower 4: | | | |

| | | | |
|---|---|---|---|
| History Record #: | 8 | | |
| *Release:* | | | |
| Recording Date: | 12/12/2007 | Orig. Recording Date: | 11/28/2007 |
| Document #: | 2725254 | Orig. Document #: | 2614181 |
| Document Type: | DEED OF RELEASE | | |

| | | | |
|---|---|---|---|
| History Record #: | 9 | | |
| *Sale:* | | | |
| Sale Recording Date: | 11/28/2007 | Sale Price: | |
| Sale Date: | 11/26/2007 | Sale Price Type: | FULL |
| Rec. Document #: | 2614180 | Multi/Split Sale: | |
| Document Type: | QUIT CLAIM DEED | Other Document #: | |
| Title Company: | FIRST AMERICAN TITLE/LOS ANGEL | | |
| Buyer: | MASJEDI SHANNON | | |
| Seller: | SHENKMAN MARC | | |
| *Finance:* | | | |
| Mtg Recording Date: | 11/28/2007 | Mtg Loan Type: | PRIVATE PARTY |
| Mtg Document #: | 2614181 | Mtg Rate Type: | |
| Document Type: | DEED OF TRUST | | |
| Lender: | | Mtg Term: | |
| Loan Amount: | $40,000 | Mtg Rate: | |
| Borrower 1: | MASJEDI SHANNON | Borrower Vesting: | MW / / SE |
| Borrower 2: | | | |
| Borrower 3: | | | |
| Borrower 4: | | | |

| | | | |
|---|---|---|---|
| History Record #: | 10 | | |
| *Release:* | | | |
| Recording Date: | 09/13/2007 | Orig. Recording Date: | 12/30/2005 |
| Document #: | 2116980 | Orig. Document #: | 3229950 |
| Document Type: | DEED OF RELEASE | | |

| | | | |
|---|---|---|---|
| History Record #: | 11 | | |
| *Sale:* | | | |
| Sale Recording Date: | 08/24/2007 | Sale Price: | |
| Sale Date: | 08/23/2007 | Sale Price Type: | UNKNOWN |
| Rec. Document #: | 1985914 | Multi/Split Sale: | |
| Document Type: | GRANT DEED | Other Document #: | |
| Title Company: | SECURITY UNION TITLE | | |
| Buyer: | SHENKMAN MARC | | |
| Seller: | MS PROPERTIES | | |
| *Finance:* | | | |
| Mtg Recording Date: | 08/24/2007 | Mtg Loan Type: | CONV |
| Mtg Document #: | 1985915 | Mtg Rate Type: | ADJ |
| Document Type: | DEED OF TRUST | | |
| Lender: | WASHINGTON MUTUAL BK FA | Mtg Term: | 30 YEARS |
| Loan Amount: | $1,500,000 | Mtg Rate: | 7.758 |
| Borrower 1: | SHENKMAN MARC | Borrower Vesting: | UM / / |
| Borrower 2: | | | |
| Borrower 3: | | | |
| Borrower 4: | | | |

| | | | |
|---|---|---|---|
| History Record #: | 12 | | |
| *Release:* | | | |
| Recording Date: | 02/13/2006 | Orig. Recording Date: | 04/27/2004 |
| Document #: | 325804 | Orig. Document #: | 1023698 |
| Document Type: | DEED OF RELEASE | | |

**History Record #:** 13
*Finance:*

| | | | |
|---|---|---|---|
| Mtg Recording Date: | 12/30/2005 | Mtg Loan Type: | CONV |
| Mtg Document #: | 3229950 | Mtg Rate Type: | ADJ |
| Document Type: | DEED OF TRUST | | |
| Lender: | EAST WEST BK | Mtg Term: | |
| Loan Amount: | $1,000,000 | Mtg Rate: | |
| Borrower 1: | MSS CAPITAL LLC | Borrower Vesting: | / / CO |
| Borrower 2: | | | |
| Borrower 3: | | | |
| Borrower 4: | | | |

**History Record #:** 14
*Release:*

| | | | |
|---|---|---|---|
| Recording Date: | 12/30/2005 | Orig. Recording Date: | 11/12/2004 |
| Document #: | 3229952 | Orig. Document #: | 2931814 |
| Document Type: | DEED OF RELEASE | | |

**History Record #:** 15
*Finance:*

| | | | |
|---|---|---|---|
| Mtg Recording Date: | 07/26/2005 | Mtg Loan Type: | CONV |
| Mtg Document #: | 1766000 | Mtg Rate Type: | FIXED |
| Document Type: | DEED OF TRUST | | |
| Lender: | US DISTRICT COURT | Mtg Term: | |
| Loan Amount: | $1,000,000 | Mtg Rate: | |
| Borrower 1: | MS PROPERTIES | Borrower Vesting: | / / CO |
| Borrower 2: | | | |
| Borrower 3: | | | |
| Borrower 4: | | | |

**History Record #:** 16
*Finance:*

| | | | |
|---|---|---|---|
| Mtg Recording Date: | 11/12/2004 | Mtg Loan Type: | PRIVATE PARTY |
| Mtg Document #: | 2931814 | Mtg Rate Type: | FIXED |
| Document Type: | DEED OF TRUST | | |
| Lender: | PRIVATE INDIVIDUAL | Mtg Term: | |
| Loan Amount: | $314,000 | Mtg Rate: | |
| Borrower 1: | MS PROPERTIES | Borrower Vesting: | / / CO |
| Borrower 2: | | | |
| Borrower 3: | | | |
| Borrower 4: | | | |

**History Record #:** 17
*Sale:*

| | | | |
|---|---|---|---|
| Sale Recording Date: | 04/27/2004 | Sale Price: | $717,500 |
| Sale Date: | 04/07/2004 | Sale Price Type: | FULL |
| Rec. Document #: | 1023697 | Multi/Split Sale: | |
| Document Type: | GRANT DEED | Other Document #: | |
| Title Company: | SOUTHLAND TITLE CO. | | |
| Buyer: | MS PROPERTIES | | |
| Seller: | TANAKA SUE S TRUST | | |

*Finance:*

| | | | |
|---|---|---|---|
| Mtg Recording Date: | 04/27/2004 | Mtg Loan Type: | CONV |
| Mtg Document #: | 1023698 | Mtg Rate Type: | FIXED |
| Document Type: | DEED OF TRUST | | |
| Lender: | CONTRACTORS FIN'L SVCS INC | Mtg Term: | |
| Loan Amount: | $634,400 | Mtg Rate: | |
| Borrower 1: | MS PROPERTIES | Borrower Vesting: | / / CO |
| Borrower 2: | | | |
| Borrower 3: | | | |
| Borrower 4: | | | |

**History Record #:** 18
*Sale:*

| | | | |
|---|---|---|---|
| Sale Recording Date: | 02/12/1997 | Sale Price: | |
| Sale Date: | | Sale Price Type: | |
| Rec. Document #: | 232408 | Multi/Split Sale: | |
| Document Type: | D | Other Document #: | |

| | |
|---|---|
| Title Company: | |
| Buyer: | **TANAKA SUE S TRUST** |
| Seller: | **TANAKA SUMIKO** |

| | | | |
|---|---|---|---|
| History Record #: | **19** | | |
| ***Sale:*** | | | |
| Sale Recording Date: | **06/09/1958** | Sale Price: | |
| Sale Date: | | Sale Price Type: | |
| Rec. Document #: | | Multi/Split Sale: | |
| Document Type: | **DEED (REG)** | Other Document #: | |
| Title Company: | | | |
| Buyer: | | | |
| Seller: | | | |

### Recording Information for LOS ANGELES, CA

| | Sales | Mortgages | Assignments | Releases | Foreclosures |
|---|---|---|---|---|---|
| **History Start Date** | 01/01/1980 | 01/01/1980 | 01/02/2004 | 12/06/2004 | 01/02/2002 |
| **Rec. thru. Date** | 03/09/2010 | 03/08/2010 | 03/09/2010 | 03/09/2010 | 03/09/2010 |