# EXHIBIT "D"

BAY AREA FINANCIAL CORPORATION
LOAN ACCOUNT STATEMENT:
12400 Wilshire Blvd., Ste. 230
Los Angeles, CA 90025

| STATEMENT DATE: | 04-Jan-10 |
|---|---|
| PAYMENT DUE ON: | 18-Dec-09 |
| A LATE CHARGE will be assessed & due after | 10 days above Date= 6.00% |

**LOAN BILLING STATEMENT SUMMARY:**

| | | |
|---|---|---|
| Principal Reduction | LOAN MATURED | $1,104,205.01 |
| Current Interest Due | | 10,343.85 |
| Unpaid Late Charges | | 1,862.15 |
| Apply Interest Reserve Draw | | 0.00 |
| Other Invoices | (PAST DUE INT) | 50,444.55 |
| **TOTAL PYMT DUE:** | | **$1,166,855.56** |
| (See Below Loan Activity Summary for Statement details and calculations of amounts due) | | |

BORROWER:   Ian F. Mitchell and Maria de Lourdes Rivas Mitchell, Trustees of the Mitchell Family Liv Tr dtd 8/11/99
LOAN #:  23732.08

Ian F. Mitchell, Trustee
c/o Scott Properties Group
129 Hurricane Street
Marina Del Rey, CA 90292

Make Check Payable To & Mail To:

Bay Area Financial Corporation
12400 Wilshire Blvd., Suite 230
Los Angeles, CA 90025

FORMAT UPDATED
12/28/2007

*For information or questions regarding your loan billing statement or loan servicing, please call Wilma Pitts at: (310) 826-4655*

LOAN TRANSACTIONS HISTORY & SUMMARY - Variable Prime Indexed Note
DEFAULTED   BORROWER: Ian F and Maria Mitchell
LOAN #:  23732.08   # Days to Maturity:  -261
*SPECIAL NOTES:* YOUR LOAN DEFAULTED ON 10/06/2009
AND ALSO PAST DUE IN INTEREST AND L/C IN AMOUNT OF $52,306.70.  REMIT IMMEDIATELY.

BASIC LOAN TERMS:

| LOAN ORIG DATE: | 04/18/2008 | NOTE AMT: | $1,115,000.00 | LOAN TERM: | 6 # Months | MO DEBT SERV: | 2nd |
|---|---|---|---|---|---|---|---|
| ORIG MAT DATE: | 10/18/2008 | INT RESRV: | $50,000.00 | RATE INDEX: | 5.250% W. F. Prime | Int Only/Amrt: | Int Only |
| CURR MAT DATE: | 04/18/2009 | TYPE LN: | Const OA-Frozen | RATE SPREAD: | 5.000% Plus (Over) INDEX | Req Prin Red: | enter Mo $ |
| LATE CHARGE: | 6.00% | Assess after day: | 10 | RATE BASIS: | 360 /365 day year | Dflt Int Rate Sprd: | 8.00% |

| CALENDAR DATES (inclusive) | | | TRANSACTION | | PAYMENT | INTEREST RATE | | INTEREST DUE | | | PRINCIPAL | UNPAID PRINCIPAL BALANCE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BEG | END | Days | Description | Date or Ref | Due/<Received> | INDEX BASI | Loan | ACCRUED | PAID | UNPAID | RED/<DRW> | Outstding Bal | FROZEN |
| 04/18/2008 | Loan Funding | | Ln Doc Fee | BAFC#10768 | | 5.250% | 10.250% | | | 0.00 | (1,500.00) | 1,500.00 | 1,063,500.00 |
| 04/18/2008 | 04/17/2008 | 0 | Ln Points/Cost | BAFC#10769 | | 5.250% | 10.250% | 0.00 | | 0.00 | (17,055.00) | 18,555.00 | 1,046,445.00 |
| 04/18/2008 | 04/17/2008 | 0 | Appraisale Fe | BAFC#10770 | | 5.250% | 10.250% | 0.00 | | 0.00 | (1,250.00) | 19,805.00 | 1,045,195.00 |
| 04/18/2008 | 04/17/2008 | 0 | Payoff#23709 | BAFC#10771 | | 5.250% | 10.250% | 0.00 | | 0.00 | (211,958.33) | 231,763.33 | 833,236.67 |
| 04/18/2008 | 04/17/2008 | 0 | Payoff#23710 | BAFC#10772 | | 5.250% | 10.250% | 0.00 | | 0.00 | (573,560.81) | 805,324.14 | 259,675.86 |
| 04/18/2008 | 04/17/2008 | 0 | CMI Draw | BAFC#10773 | | 5.250% | 10.250% | 0.00 | | 0.00 | (4,200.00) | 809,524.14 | 255,475.86 |
| 04/18/2008 | 04/17/2008 | 0 | Title Charges | BAFC#10774 | | 5.250% | 10.250% | 0.00 | | 0.00 | (2,170.40) | 811,694.54 | 253,305.46 |
| 04/18/2008 | 04/20/2008 | 2 | Accr Int | | | 5.250% | 10.250% | 693.32 | | 693.32 | 0.00 | 811,694.54 | 253,305.46 |
| 04/21/2008 | 04/20/2008 | 0 | Draw | w/w #3293 | | 5.250% | 10.250% | 0.00 | | 693.32 | (30,805.46) | 842,500.00 | 222,500.00 |
| 04/21/2008 | 04/29/2008 | 9 | Accr Int | | | 5.250% | 10.250% | 2,158.91 | | 2,852.23 | 0.00 | 842,500.00 | 222,500.00 |
| 04/30/2008 | 04/29/2008 | 0 | Rate Change | Decrease .25% | | 5.000% | 10.000% | 0.00 | | 2,852.23 | 0.00 | 842,500.00 | 222,500.00 |
| 04/30/2008 | 05/17/2008 | 18 | Accr Int | | | 5.000% | 10.000% | 4,212.50 | | 7,064.73 | 0.00 | 842,500.00 | 222,500.00 |
| 05/18/2008 | 05/17/2008 | 0 | 30 Stmt-May | 05/08/2008 | 7,064.73 | 5.000% | 10.000% | 0.00 | | 7,064.73 | 0.00 | 842,500.00 | 222,500.00 |
| 05/18/2008 | 05/18/2008 | 1 | Accr Int | | | 5.000% | 10.000% | 234.03 | | 7,298.76 | 0.00 | 842,500.00 | 222,500.00 |
| 05/19/2008 | 05/18/2008 | 0 | Pmt Int-Rsrv | BAFC#10269 | (7,064.73) | 5.000% | 10.000% | 0.00 | 7,064.73 | 234.03 | 0.00 | 842,500.00 | 222,500.00 |
| 05/19/2008 | 05/18/2008 | 0 | Draw-Int Rsrv | BAFC#10269 | | 5.000% | 10.000% | 0.00 | | 234.03 | 0.00 | 849,564.73 | 222,500.00 |
| 05/19/2008 | 05/18/2008 | 0 | CM&F Draw | BAFC#10275 | | 5.000% | 10.000% | 0.00 | | 234.03 | (1,000.00) | 850,564.73 | 221,500.00 |
| 05/19/2008 | 06/17/2008 | 30 | Accr Int | | | 5.000% | 10.000% | 7,088.04 | | 7,322.07 | 0.00 | 850,564.73 | 221,500.00 |
| 06/18/2008 | 06/15/2008 | 0 | 31 Stmt-Jun | 06/06/2008 | 7,322.07 | 5.000% | 10.000% | 0.00 | | 7,322.07 | 0.00 | 850,564.73 | 221,500.00 |
| 06/18/2008 | 06/15/2008 | -2 | Reverse Int to Draw | | | 5.000% | 10.000% | (472.54) | | 6,849.53 | 0.00 | 850,564.73 | 221,500.00 |
| 06/16/2008 | 06/15/2008 | 0 | CM&F Draw | BAFC#10317 | | 5.000% | 10.000% | 0.00 | | 6,849.53 | (11,000.00) | 861,564.73 | 210,500.00 |
| 06/16/2008 | 06/17/2008 | 2 | Accr Int | | | 5.000% | 10.000% | 476.65 | | 7,326.18 | 0.00 | 861,564.73 | 210,500.00 |
| 06/18/2008 | 06/17/2008 | 0 | Pmt Int-Rsrv | BAFC#10331 | (7,322.07) | 5.000% | 10.000% | 0.00 | 7,322.07 | 6.11 | 0.00 | 861,564.73 | 210,500.00 |
| 06/18/2008 | 06/17/2008 | 0 | Draw-Int Rsrv | BAFC#10331 | | 5.000% | 10.000% | 0.00 | | 6.11 | 0.00 | 868,886.80 | 210,500.00 |
| 06/18/2008 | 07/05/2008 | 19 | Accr Int | | | 5.000% | 10.000% | 4,585.79 | | 4,591.90 | 0.00 | 868,886.80 | 210,500.00 |
| 07/07/2008 | 07/06/2008 | 0 | CM&F Draw | BAFC#10363 | | 5.000% | 10.000% | 0.00 | | 4,591.90 | (7,000.00) | 875,886.80 | 203,500.00 |
| 07/07/2008 | 07/17/2008 | 11 | Accr Int | | | 5.000% | 10.000% | 2,676.32 | | 7,268.22 | 0.00 | 875,886.80 | 203,500.00 |
| 07/18/2008 | 07/17/2008 | 0 | 30 Stmt-Jul | 07/08/2008 | 7,268.22 | 5.000% | 10.000% | 0.00 | | 7,268.22 | 0.00 | 875,886.80 | 203,500.00 |
| 07/18/2008 | 07/16/2008 | -1 | Reverse Int to Draw | | | 5.000% | 10.000% | (243.30) | | 7,024.92 | 0.00 | 875,886.80 | 203,500.00 |
| 07/17/2008 | 07/16/2008 | 0 | CM&F Draw | BAFC#10383 | | 5.000% | 10.000% | 0.00 | | 7,024.92 | (10,000.00) | 885,886.80 | 193,500.00 |
| 07/17/2008 | 07/17/2008 | 1 | Accr Int | | | 5.000% | 10.000% | 246.08 | | 7,271.00 | 0.00 | 885,886.80 | 193,500.00 |
| 07/18/2008 | 07/17/2008 | 0 | Pmt Int-Rsrv | BAFC#10385 | (7,268.22) | 5.000% | 10.000% | 0.00 | 7,268.22 | 2.78 | 0.00 | 885,886.80 | 193,500.00 |
| 07/18/2008 | 07/17/2008 | 0 | Draw-Int Rsrv | BAFC#10385 | | 5.000% | 10.000% | 0.00 | | 2.78 | 0.00 | 893,155.02 | 193,500.00 |
| 07/18/2008 | 08/17/2008 | 31 | Accr Int | | | 5.000% | 10.000% | 7,691.06 | | 7,693.84 | 0.00 | 893,155.02 | 193,500.00 |
| 08/18/2008 | 08/17/2008 | 0 | 31 Stmt-Aug | 08/05/2008 | 7,693.84 | 5.000% | 10.000% | 0.00 | | 7,693.84 | 0.00 | 893,155.02 | 193,500.00 |
| 08/18/2008 | 08/17/2008 | 0 | Pmt Int-Rsrv | BAFC#10437 | (7,693.84) | 5.000% | 10.000% | 0.00 | 7,693.84 | (0.00) | 0.00 | 893,155.02 | 193,500.00 |
| 08/18/2008 | 08/17/2008 | 0 | Draw-Int Rsrv | BAFC#10437 | | 5.000% | 10.000% | 0.00 | | (0.00) | 0.00 | 900,848.86 | 193,500.00 |
| 08/18/2008 | 09/17/2008 | 31 | Accr Int | | | 5.000% | 10.000% | 7,757.31 | | 7,757.31 | 0.00 | 900,848.86 | 193,500.00 |
| 09/18/2008 | 09/17/2008 | 0 | 31 Stmt-Sep | 09/08/2008 | 7,757.31 | 5.000% | 10.000% | 0.00 | | 7,757.31 | 0.00 | 900,848.86 | 193,500.00 |
| 09/18/2008 | 09/17/2008 | 0 | Pmt Int-Rsrv | BAFC#10477 | (7,757.31) | 5.000% | 10.000% | 0.00 | 7,757.31 | (0.00) | 0.00 | 900,848.86 | 193,500.00 |
| 09/18/2008 | 09/17/2008 | 0 | Draw-Int Rsrv | BAFC#10477 | | 5.000% | 10.000% | 0.00 | | (0.00) | 0.00 | 908,606.17 | 193,500.00 |
| 09/18/2008 | 10/01/2008 | 14 | Accr Int | | | 5.000% | 10.000% | 3,533.47 | | 3,533.47 | 0.00 | 908,606.17 | 193,500.00 |
| 10/02/2008 | 10/01/2008 | 0 | CM&F Draw | BAFC#10491 | | 5.000% | 10.000% | 0.00 | | 3,533.47 | (10,000.00) | 918,606.17 | 183,500.00 |
| 10/02/2008 | 10/17/2008 | 16 | Accr Int | | | 5.000% | 10.000% | 4,082.69 | | 7,616.16 | 0.00 | 918,606.17 | 183,500.00 |
| 10/18/2008 | 10/17/2008 | 0 | 30 Stmt-Oct | 10/07/2008 | 7,616.16 | 5.000% | 10.000% | 0.00 | | 7,616.16 | 0.00 | 918,606.17 | 183,500.00 |
| 10/18/2008 | 10/07/2008 | -10 | Reverse Int | | | 5.000% | 10.000% | (2,551.68) | | 5,064.48 | 0.00 | 918,606.17 | 183,500.00 |
| 10/08/2008 | 10/07/2008 | 0 | Rate Change | Decrease .50% | | 4.500% | 9.500% | 0.00 | | 5,064.48 | 0.00 | 918,606.17 | 183,500.00 |
| 10/08/2008 | 10/13/2008 | 6 | Accr Int | | | 4.500% | 9.500% | 1,454.46 | | 6,518.94 | 0.00 | 918,606.17 | 183,500.00 |
| 10/14/2008 | 10/13/2008 | 0 | Ext Fee | | 16,725.00 | 4.500% | 9.500% | 0.00 | | 6,518.94 | 0.00 | 918,606.17 | 183,500.00 |

**BAY AREA FINANCIAL CORPORATION**
LOAN ACCOUNT STATEMENT:
12400 Wilshire Blvd., Ste. 230
Los Angeles, CA 90025

| STATEMENT DATE: | 04-Jan-10 |
|---|---|
| PAYMENT DUE ON: | 18-Dec-09 |

A LATE CHARGE will be assessed & due after 10 days above Date= 6.00%

**LOAN BILLING STATEMENT SUMMARY:**

| Principal Reduction | LOAN MATURED | $1,104,205.01 |
| Current Interest Due | | 10,343.85 |
| Unpaid Late Charges | | 1,862.15 |
| Apply Interest Reserve Draw | | 0.00 |
| Other Invoices | (PAST DUE INT) | 50,444.55 |
| **TOTAL PYMT DUE:** | | **$1,166,855.56** |

(See Below Loan Activity Summary for Statement details and calculations of amounts due)

BORROWER: Ian F. Mitchell and Maria de Lourdes Rivas Mitchell, Trustees of the Mitchell Family Liv Tr dtd 8/11/99
LOAN #: 23732.06

Ian F. Mitchell, Trustee
c/o Scott Properties Group
129 Hurricane Street
Marina Del Rey, CA 90292

Make Check Payable To & Mail To:

Bay Area Financial Corporation
12400 Wilshire Blvd., Suite 230
Los Angeles, CA 90025

FORMAT UPDATED
12/29/2007

For information or questions regarding your loan billing statement or loan servicing, please call Wilma Pitts at: (310) 826-4655

LOAN TRANSACTIONS HISTORY & SUMMARY - Variable Prime Indexed Note
DEFAULTED    BORROWER: Ian F and Maria Mitchell
LOAN #: 23732.06        # Days to Maturity: -261

*SPECIAL NOTES:* YOUR LOAN DEFAULTED ON 10/05/2009
AND ALSO PAST DUE IN INTEREST AND L/C IN AMOUNT OF $52,306.70. REMIT IMMEDIATELY.

**BASIC LOAN TERMS:**

| LOAN ORIG DATE: | 04/18/2008 | NOTE AMT: | $1,115,050.00 | LOAN TERM: | 6 # Months | MO DEBT SERV: | 2nd |
| ORIG MAT DATE: | 10/18/2008 | INT RESRV: | 550,000.00 | RATE INDEX: | 5.250% W. F. Prime | Int Only/Amrt: | Int Only |
| CURR MAT DATE: | 04/18/2009 | TYPE LN: | Const OA Frozen | RATE SPREAD: | 5.000% Plus (Over) INDEX | Req Prin Red: | enter Mo $ |
| LATE CHARGE: | 6.00% | Assess after days | 10 | RATE BASIS: | 360 /365 day year | Dflt Int Rate Sprd: | 6.00% |

| CALENDAR DATES (inclusive) | | | TRANSACTION | | PAYMENT | INTEREST RATE | | INTEREST DUE | | | PRINCIPAL | UNPAID PRINCIPAL BALANCE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BEG | END | Days | Description | Date or Ref# | Due/<Received> | INDEX BASI | Loan | ACCRUED | PAID | UNPAID | RED/<DRW> | Outstdng Bal | FROZEN |
| 10/14/2008 | 10/13/2008 | 0 | Ext Doc Fee | BAFC#10506 | 350.00 | 4.500% | 9.500% | 0.00 | | 6,519.94 | 0.00 | 918,606.17 | 183,500.00 |
| 10/14/2008 | 10/13/2008 | 0 | Pmt Recv'd | Ck #1629 | (17,075.00) | 4.500% | 9.500% | 0.00 | | 6,519.94 | 0.00 | 918,606.17 | 183,500.00 |
| 10/14/2008 | 10/16/2008 | 3 | Accr Int | | | 4.500% | 9.500% | 727.23 | | 7,246.17 | 0.00 | 918,606.17 | 183,500.00 |
| 10/17/2008 | 10/16/2008 | 0 | Pmt Int-Rsrv | BAFC#10513 | (7,616.16) | 4.500% | 9.500% | 0.00 | 7,616.16 | (369.99) | 0.00 | 918,606.17 | 183,500.00 |
| 10/17/2008 | 10/16/2008 | 0 | Draw-Int Rsrv | BAFC#10513 | | 4.500% | 9.500% | 0.00 | | (369.99) | 0.00 | 926,222.33 | 183,500.00 |
| 10/17/2008 | 10/22/2008 | 6 | Accr Int | | | 4.500% | 9.500% | 1,466.52 | | 1,096.53 | 0.00 | 926,222.33 | 183,500.00 |
| 10/23/2008 | 10/22/2008 | 0 | CM&F Draw | BAFC#10530 | | 4.500% | 9.500% | 0.00 | | 1,096.53 | (10,000.00) | 936,222.33 | 173,500.00 |
| 10/23/2008 | 10/28/2008 | 6 | Accr Int | | | 4.500% | 9.500% | 1,482.35 | | 2,578.88 | 0.00 | 936,222.33 | 173,500.00 |
| 10/29/2008 | 10/28/2008 | 0 | Rate Change | Decrease 50% | | 4.000% | 9.000% | 0.00 | | 2,578.88 | 0.00 | 936,222.33 | 173,500.00 |
| 10/29/2008 | 11/17/2008 | 20 | Accr Int | | | 4.000% | 9.000% | 4,681.11 | | 7,259.99 | 0.00 | 936,222.33 | 173,500.00 |
| 11/18/2008 | 11/17/2008 | 0 | 31 Stmt-Nov | 11/07/2008 | 7,259.99 | 4.000% | 9.000% | 0.00 | | 7,259.99 | 0.00 | 936,222.33 | 173,500.00 |
| 11/18/2008 | 11/17/2008 | 0 | Pmt Int-Rsrv | BAFC#10547 | (5,277.67) | 4.000% | 9.000% | 0.00 | 5,277.67 | 1,982.32 | 0.00 | 936,222.33 | 173,500.00 |
| 11/18/2008 | 11/20/2008 | 0 | Draw-Int Rsrv | BAFC#10547 | | 4.000% | 9.000% | 0.00 | | 1,982.32 | 0.00 | 941,500.00 | 173,500.00 |
| 11/18/2008 | 11/20/2008 | 3 | Accr Int | | | 4.000% | 9.000% | 706.13 | | 2,688.45 | 0.00 | 941,500.00 | 173,500.00 |
| 11/21/2008 | 11/20/2008 | 0 | CM&F Draw | BAFC#10550 | | 4.000% | 9.000% | 0.00 | | 2,688.45 | (10,000.00) | 951,500.00 | 163,500.00 |
| 11/21/2008 | 11/28/2008 | 8 | Accr Int | | | 4.000% | 9.000% | 1,903.00 | | 4,591.45 | 0.00 | 951,500.00 | 163,500.00 |
| 11/29/2008 | 11/28/2008 | 0 | L/C Fee | Nov Stmt | 118.93 | 4.000% | 9.000% | 0.00 | | 4,591.45 | 0.00 | 951,500.00 | 163,500.00 |
| 11/29/2008 | 12/17/2008 | 19 | Accr Int | | | 4.000% | 9.000% | 4,519.63 | | 9,111.08 | 0.00 | 951,500.00 | 163,500.00 |
| 12/18/2008 | 12/17/2008 | 0 | 30 Stmt-Dec | 12/05/2008 | 7,126.76 | 4.000% | 9.000% | 0.00 | | 9,111.08 | 0.00 | 951,500.00 | 163,500.00 |
| 12/18/2008 | 12/14/2008 | -3 | Reverse Int to Payment | | | 4.000% | 9.000% | (713.63) | | 8,397.45 | 0.00 | 951,500.00 | 163,500.00 |
| 12/15/2008 | 12/14/2008 | 0 | Pmt Recv'd | Ck #1650 | (2,281.07) | 4.000% | 9.000% | 0.00 | 2,281.07 | 6,116.38 | 0.00 | 951,500.00 | 163,500.00 |
| 12/15/2008 | 12/14/2008 | 0 | Pmt Recv'd L/C | Ck #1650 | (118.93) | 4.000% | 9.000% | 0.00 | | 6,115.38 | 0.00 | 951,500.00 | 163,500.00 |
| 12/15/2008 | 12/15/2008 | 1 | Accr Int | | | 4.000% | 9.000% | 237.88 | | 6,354.26 | 0.00 | 951,500.00 | 163,500.00 |
| 12/16/2008 | 12/15/2008 | 0 | Rate Change | Decrease 75% | | 3.250% | 8.250% | 0.00 | | 6,354.26 | 0.00 | 951,500.00 | 163,500.00 |
| 12/16/2008 | 12/29/2008 | 14 | Accr Int | | | 3.250% | 8.250% | 3,052.73 | | 9,406.99 | 0.00 | 951,500.00 | 163,500.00 |
| 12/30/2008 | 12/29/2008 | 0 | L/C Fee | Dec Stmt | 427.73 | 3.250% | 8.250% | 0.00 | | 9,406.99 | 0.00 | 951,500.00 | 163,500.00 |
| 12/30/2008 | 12/31/2008 | 2 | Accr Int | | | 3.250% | 8.250% | 436.10 | | 9,843.09 | 0.00 | 951,500.00 | 163,500.00 |
| 01/01/2009 | 12/31/2008 | 0 | End of Year 2008 | | | 3.250% | 8.250% | | | 9,843.09 | 0.00 | 951,500.00 | 163,500.00 |
| | | 244 | Totals FYE: | 12/31/2008 | 7,257.74 | Due/<Credit> | | 62,124.16 | 52,281.07 | | (901,500.00) | | |
| 01/01/2009 | 12/31/2008 | 0 | 12/31/08 Bal Forward | | 7,257.74 | 3.250% | 8.250% | 0.00 | | 9,843.09 | (901,500.00) | 951,500.00 | 163,500.00 |
| 01/01/2009 | 01/06/2009 | 6 | Accr Int | | | 3.250% | 8.250% | 1,308.31 | | 11,151.40 | 0.00 | 951,500.00 | 163,500.00 |
| 01/07/2009 | 01/06/2009 | 0 | Pmt Recv'd | Ck #1653 | (6,829.81) | 3.250% | 8.250% | 0.00 | 6,829.81 | 4,321.59 | 0.00 | 951,500.00 | 163,500.00 |
| 01/07/2009 | 01/06/2009 | 0 | Pmt Recv'd L/C | | (427.73) | 3.250% | 8.250% | 0.00 | | 4,321.59 | 0.00 | 951,500.00 | 163,500.00 |
| 01/07/2009 | 01/17/2009 | 11 | Accr Int | | | 3.250% | 8.250% | 2,398.57 | | 6,720.16 | 0.00 | 951,500.00 | 163,500.00 |
| 01/18/2009 | 01/17/2009 | 0 | 31 Stmt-Jan | 01/06/2009 | 6,719.96 | 3.250% | 8.250% | 0.00 | | 6,720.16 | 0.00 | 951,500.00 | 163,500.00 |
| 01/18/2009 | 01/13/2009 | -4 | Reverse Int | | | 3.250% | 8.250% | (872.21) | | 5,847.95 | 0.00 | 951,500.00 | 163,500.00 |
| 01/14/2009 | 01/13/2009 | 0 | CM&F Draw | BAFC#10596 | | 3.250% | 8.250% | 0.00 | | 5,847.95 | (10,000.00) | 961,500.00 | 153,500.00 |
| 01/14/2009 | 01/25/2009 | 12 | Accr Int | | | 3.250% | 8.250% | 2,644.13 | | 8,492.08 | 0.00 | 961,500.00 | 153,500.00 |
| 01/26/2009 | 01/25/2009 | 0 | CM&F Draw | BAFC#10614 | | 3.250% | 8.250% | 0.00 | | 8,492.08 | (5,000.00) | 966,500.00 | 148,500.00 |
| 01/26/2009 | 01/25/2009 | 1 | Accr Int | | | 3.250% | 8.250% | 221.49 | | 8,713.57 | 0.00 | 966,500.00 | 148,500.00 |
| 01/27/2009 | 01/26/2009 | 0 | Pmt Recv'd | Ck #5126 | (6,720.16) | 3.250% | 8.250% | 0.00 | 6,720.16 | 1,993.41 | 0.00 | 966,500.00 | 148,500.00 |
| 01/27/2009 | 02/17/2009 | 22 | Accr Int | | | 3.250% | 8.250% | 4,872.77 | | 6,866.18 | 0.00 | 966,500.00 | 148,500.00 |
| 02/18/2009 | 02/17/2009 | 0 | 31 Stmt-Feb | 02/09/2009 | 6,866.18 | 3.250% | 8.250% | 0.00 | | 6,866.18 | 0.00 | 966,500.00 | 148,500.00 |
| 02/18/2009 | 02/24/2009 | 7 | Accr Int | | | 3.250% | 8.250% | 1,550.43 | | 8,416.61 | 0.00 | 966,500.00 | 148,500.00 |
| 02/25/2009 | 02/24/2009 | 0 | CM&F Draw | BAFC#10640 | | 3.250% | 8.250% | 0.00 | | 8,416.61 | (6,866.18) | 973,366.18 | 141,633.82 |
| 02/25/2009 | 02/26/2009 | 2 | Accr Int | | | 3.250% | 8.250% | 446.13 | | 8,862.74 | 0.00 | 973,366.18 | 141,633.82 |
| 02/27/2009 | 02/26/2009 | 0 | Pmt Recv'd | Ck #54034 | (6,666.18) | 3.250% | 8.250% | 0.00 | 6,866.18 | 1,996.56 | 0.00 | 973,366.18 | 141,633.82 |

**BAY AREA FINANCIAL CORPORATION**
LOAN ACCOUNT STATEMENT:
12400 Wilshire Blvd., Ste. 230
Los Angeles, CA 90025

| STATEMENT DATE: | 04-Jan-10 |
|---|---|
| PAYMENT DUE ON: | 18-Dec-09 |

A LATE CHARGE will be assessed & due after  10 days above Date=  6.00%

**LOAN BILLING STATEMENT SUMMARY:**

|  |  |  |
|---|---|---|
| Principal Reduction | LOAN MATURED | $1,104,205.01 |
| Current Interest Due |  | 10,343.85 |
| Unpaid Late Charges |  | 1,862.15 |
| Apply Interest Reserve Draw |  | 0.00 |
| dtd 8/11/99  Other Invoices | (PAST DUE INT) | 50,444.55 |
| **TOTAL PYMT DUE:** |  | **$1,166,855.56** |

(See Below Loan Activity Summary for Statement details and calculations of amounts due)

BORROWER:   Ian F. Mitchell and Maria de Lourdes Rivas Mitchell, Trustees of the Mitchell Family Liv Tr
LOAN #:   23732.06

Ian F. Mitchell, Trustee
c/o Scott Properties Group
129 Hurricane Street
Marina Del Rey, CA  90292

Make Check Payable To & Mail To:

Bay Area Financial Corporation
12400 Wilshire Blvd., Suite 230
Los Angeles, CA  90025

FORMAT UPDATED
12/26/2007

*For information or questions regarding your loan billing statement or loan servicing, please call Wilma Pitts at: (310) 826-4655*

---

**LOAN TRANSACTIONS HISTORY & SUMMARY** - Variable Prime Indexed Note
DEFAULTED
BORROWER: Ian F and Maria Mitchell
LOAN #: 23732.06                                                                  # Days to Maturity:  -261

*SPECIAL NOTES:* YOUR LOAN DEFAULTED ON 10/05/2009
AND ALSO PAST DUE IN INTEREST AND L/C IN AMOUNT OF $52,306.70.  REMIT IMMEDIATELY.

**BASIC LOAN TERMS:**

| LOAN ORIG DATE: | 04/18/2008 | NOTE AMT: | $1,115,000.00 | LOAN TERM: | 6 # Months | MO DEBT SERV: | 2nd |
|---|---|---|---|---|---|---|---|
| ORIG MAT DATE: | 10/18/2008 | INT RESRV: | $50,000.00 | RATE INDEX: | 5.250% W.F. Prime | Int Only/Amrt: | Int Only |
| CURR MAT DATE: | 04/18/2009 | TYPE LN: | Const/OA Frozen | RATE SPREAD: | 5.000% Plus (Over) INDEX | Req Prin Red: | enter Mo $ |
| LATE CHARGE: | 6.00% Assess after day: | 10 | | RATE BASIS: | 360 /365 day year | Dflt Int Rate Sprd: | 8.00% |

| CALENDAR DATES (inclusive) | | | TRANSACTION | | PAYMENT | | INTEREST RATE | | INTEREST DUE | | | PRINCIPAL | UNPAID PRINCIPAL BALANCE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BEG | END | Days | Description | Date or Ref | Due/Received | INDEX BAS | Loan | ACCRUED | PAID | UNPAID | RED/<DRW> | Outstding Bal | FROZEN |
| 02/27/2009 | 03/03/2009 | 5 | Accr Int | | | 3.250% | 8.250% | 1,115.32 | | 3,111.88 | 0.00 | 973,366.18 | 141,633.82 |
| 03/04/2009 | 03/03/2009 | 0 | CM&F Draw | BAFC#10649 | | 3.250% | 8.250% | 0.00 | | 3,111.88 | (20,000.00) | 993,366.18 | 121,633.82 |
| 03/04/2009 | 03/17/2009 | 14 | Accr Int | | | 3.250% | 8.250% | 3,187.05 | | 6,298.93 | 0.00 | 993,366.18 | 121,633.82 |
| 03/18/2009 | 03/17/2009 | 0 | 28 Stmt-Mar | 03/06/2009 | 6,298.93 | 3.250% | 8.250% | 0.00 | | 6,298.93 | 0.00 | 993,366.18 | 121,633.82 |
| 03/18/2009 | 03/09/2009 | -9 | Reverse Int | | | 3.250% | 8.250% | (2,048.82) | | 4,250.11 | 0.00 | 993,366.18 | 121,633.82 |
| 03/09/2009 | 03/09/2009 | 0 | CM&F Draw | BAFC#10652 | | 3.250% | 8.250% | 0.00 | | 4,250.11 | (50,000.00) | 1,043,366.18 | 71,633.82 |
| 03/09/2009 | 03/18/2009 | 10 | Accr Int | | | 3.250% | 8.250% | 2,391.05 | | 6,641.16 | 0.00 | 1,043,366.18 | 71,633.82 |
| 03/19/2009 | 03/18/2009 | 0 | CM&F Draw | BAFC#10654 | | 3.250% | 8.250% | 0.00 | | 6,641.16 | (15,000.00) | 1,058,366.18 | 56,633.82 |
| 03/19/2009 | 03/29/2009 | 11 | Accr Int | | | 3.250% | 8.250% | 2,667.96 | | 9,309.12 | 0.00 | 1,058,366.18 | 56,633.82 |
| 03/30/2009 | 03/29/2009 | 0 | L/C Fee | Mar Stmt | 377.94 | 3.250% | 8.250% | 0.00 | | 9,309.12 | 0.00 | 1,058,366.18 | 56,633.82 |
| 03/30/2009 | 04/08/2009 | 10 | Accr Int | | | 3.250% | 8.250% | 2,425.42 | | 11,734.54 | 0.00 | 1,058,366.18 | 56,633.82 |
| 04/09/2009 | 04/08/2009 | 0 | Draw | BAFC#10694 | | 3.250% | 8.250% | 0.00 | | 11,734.54 | (9,991.95) | 1,068,358.13 | 46,641.87 |
| 04/09/2009 | 04/08/2009 | 0 | Draw | BAFC#10695 | | 3.250% | 8.250% | 0.00 | | 11,734.54 | (2,850.00) | 1,071,208.13 | 43,791.87 |
| 04/09/2009 | 04/08/2009 | 0 | Draw | BAFC#10696 | | 3.250% | 8.250% | 0.00 | | 11,734.54 | (937.40) | 1,072,145.53 | 42,854.47 |
| 04/09/2009 | 04/08/2009 | 0 | Draw | BAFC#10698 | | 3.250% | 8.250% | 0.00 | | 11,734.54 | (1,770.00) | 1,073,915.53 | 41,084.47 |
| 04/09/2009 | 04/08/2009 | 0 | Draw | BAFC#10699 | | 3.250% | 8.250% | 0.00 | | 11,734.54 | (434.00) | 1,074,349.53 | 40,650.47 |
| 04/09/2009 | 04/08/2009 | 0 | Draw | BAFC#10700 | | 3.250% | 8.250% | 0.00 | | 11,734.54 | (7,412.00) | 1,081,761.53 | 33,238.47 |
| 04/09/2009 | 04/08/2009 | 0 | Draw | BAFC#10701 | | 3.250% | 8.250% | 0.00 | | 11,734.54 | (3,000.00) | 1,084,761.53 | 30,238.47 |
| 04/16/2009 | 04/17/2009 | 9 | Accr Int | | | 3.250% | 8.250% | 2,238.90 | | 13,973.44 | (766.00) | 1,085,527.53 | 29,472.47 |
| 04/18/2009 | 04/17/2009 | 0 | 31 Stmt-Apr | 04/09/2009 | 7,674.51 | 3.250% | 8.250% | 0.00 | | 13,973.44 | 0.00 | 1,085,527.53 | 29,472.47 |
| 04/18/2009 | 04/08/2009 | -9 | Reverse Int | | | 3.250% | 8.250% | (2,238.90) | | 11,734.54 | 0.00 | 1,085,527.53 | 29,472.47 |
| 04/09/2009 | 04/08/2009 | 0 | Void Draw | BAFC#10701 | | 3.250% | 8.250% | 0.00 | | 11,734.54 | 766.00 | 1,084,761.53 | 30,238.47 |
| 04/09/2009 | 04/19/2009 | 11 | Accr Int | | | 3.250% | 8.250% | 2,734.50 | | 14,469.04 | 0.00 | 1,084,761.53 | 30,238.47 |
| 04/20/2009 | 04/19/2009 | 0 | Draw | BAFC#10710 | | 3.250% | 8.250% | 0.00 | | 14,469.04 | (17,082.42) | 1,101,843.95 | 13,156.05 |
| 04/20/2009 | 04/19/2009 | 0 | Account Frozen | | | 3.250% | 8.250% | 0.00 | | 14,469.04 | 0.00 | 1,101,843.95 | 0.00 |
| 04/20/2009 | 04/23/2009 | 4 | Accr Int | | | 3.250% | 8.250% | 1,013.02 | | 15,479.06 | 0.00 | 1,101,843.95 | 0.00 |
| 04/24/2009 | 04/23/2009 | 0 | Pmt Recv'd | Ck #1889 | (6,298.93) | 3.250% | 8.250% | 0.00 | 6,298.93 | 9,180.13 | 0.00 | 1,101,843.95 | 0.00 |
| 04/24/2009 | 04/23/2009 | 0 | Pmt Recv'd L/C | Ck #1889 | (377.94) | 3.250% | 8.250% | 0.00 | | 9,180.13 | 0.00 | 1,101,843.95 | 0.00 |
| 04/24/2009 | 04/28/2009 | 5 | Accr Int | | | 3.250% | 8.250% | 1,262.53 | | 10,442.66 | 0.00 | 1,101,843.95 | 0.00 |
| 04/29/2009 | 04/28/2009 | 0 | L/C Fee | Apr Stmt | 460.47 | 3.250% | 8.250% | 0.00 | | 10,442.66 | 0.00 | 1,101,843.95 | 0.00 |
| 04/29/2009 | 05/17/2009 | 19 | Accr Int | | | 3.250% | 8.250% | 4,797.61 | | 15,240.27 | 0.00 | 1,101,843.95 | 0.00 |
| 05/18/2009 | 05/17/2009 | 0 | 30 Stmt-May | 05/08/2009 | 7,565.76 | 3.250% | 8.250% | 0.00 | | 15,240.27 | 0.00 | 1,101,843.95 | 0.00 |
| 05/18/2009 | 05/17/2009 | 0 | Pmt Recv'd | Ck #1895 | (5,162.74) | 3.250% | 8.250% | 0.00 | 5,162.74 | 10,077.53 | 0.00 | 1,101,843.95 | 0.00 |
| 05/18/2009 | 05/17/2009 | 0 | Pmt Recv'd L/C | Ck #1895 | (460.47) | 3.250% | 8.250% | 0.00 | | 10,077.53 | 0.00 | 1,101,843.95 | 0.00 |
| 05/18/2009 | 05/17/2009 | 0 | Pmt Recv'd | Ck #1896 | (1,864.55) | 3.250% | 8.250% | 0.00 | 1,864.55 | 8,212.98 | 0.00 | 1,101,843.95 | 0.00 |
| 05/18/2009 | 05/28/2009 | 11 | Accr Int | | | 3.250% | 8.250% | 2,777.56 | | 10,990.54 | 0.00 | 1,101,843.95 | 0.00 |
| 05/29/2009 | 05/28/2009 | 0 | L/C Fee | May Stmt | 453.95 | 3.250% | 8.250% | 0.00 | | 10,990.54 | 0.00 | 1,101,843.95 | 0.00 |
| 05/29/2009 | 06/17/2009 | 20 | Accr Int | | | 3.250% | 8.250% | 5,050.12 | | 16,040.66 | 0.00 | 1,101,843.95 | 0.00 |
| 06/18/2009 | 06/17/2009 | 0 | 31 Stmt-Jun | 05/08/2009 | 7,827.68 | 3.250% | 8.250% | 0.00 | | 16,040.66 | 0.00 | 1,101,843.95 | 0.00 |
| 06/18/2009 | 06/11/2009 | -6 | Reverse Int | | | 3.250% | 8.250% | (1,515.04) | | 14,525.62 | 0.00 | 1,101,843.95 | 0.00 |
| 06/12/2009 | 06/11/2009 | 0 | Pmt Recv'd | Ck #5161 | (6,746.05) | 3.250% | 8.250% | 0.00 | 6,746.05 | 7,779.57 | 0.00 | 1,101,843.95 | 0.00 |
| 06/12/2009 | 06/11/2009 | 0 | Pmt Recv'd L/C | Ck #5161 | (453.95) | 3.250% | 8.250% | 0.00 | | 7,779.57 | 0.00 | 1,101,843.95 | 0.00 |
| 06/12/2009 | 06/11/2009 | 0 | Pmt Recv'd | Ck #5163 | (365.76) | 3.250% | 8.250% | 0.00 | 365.76 | 7,413.81 | 0.00 | 1,101,843.95 | 0.00 |
| 06/12/2009 | 06/15/2009 | 4 | Accr Int | | | 3.250% | 8.250% | 1,010.02 | | 8,423.83 | 0.00 | 1,101,843.95 | 0.00 |
| 06/16/2009 | 06/15/2009 | 0 | Pmt Recv'd | Ck #5276 | (1,101.17) | 3.250% | 8.250% | 0.00 | 1,101.17 | 7,322.66 | 0.00 | 1,101,843.95 | 0.00 |
| 06/16/2009 | 06/28/2009 | 13 | Accr Int | | | 3.250% | 8.250% | 3,282.58 | | 10,605.24 | 0.00 | 1,101,843.95 | 0.00 |
| 06/29/2009 | 06/28/2009 | 0 | L/C Fee | June Stmt | 459.66 | 3.250% | 8.250% | 0.00 | | 10,605.24 | 0.00 | 1,101,843.95 | 0.00 |

BAY AREA FINANCIAL CORPORATION
LOAN ACCOUNT STATEMENT:
12400 Wilshire Blvd., Ste. 230
Los Angeles, CA 90025

| STATEMENT DATE: | 04-Jan-10 |
|---|---|
| PAYMENT DUE ON: | 18-Dec-09 |
| A LATE CHARGE will be assessed & due after 10 days above Date= | 6.00% |

**LOAN BILLING STATEMENT SUMMARY:**

| | | |
|---|---|---|
| Principal Reduction | LOAN MATURED | $1,104,205.01 |
| Current Interest Due | | 10,343.85 |
| Unpaid Late Charges | | 1,862.15 |
| Apply Interest Reserve Draw | | 0.00 |
| Other Invoices | (PAST DUE INT) | 50,444.55 |
| **TOTAL PYMT DUE:** | | **$1,166,855.56** |

(See Below Loan Activity Summary for Statement details and calculations of amounts due)

BORROWER: Ian F. Mitchell and Maria de Lourdes Rivas Mitchell, Trustees of the Mitchell Family Liv Tr dtd 8/11/99
LOAN #: 23732.08

Ian F. Mitchell, Trustee
c/o Scott Properties Group
129 Hurricane Street
Marina Del Rey, CA  90292

Make Check Payable To & Mail To:

Bay Area Financial Corporation
12400 Wilshire Blvd., Suite 230
Los Angeles, CA  90025

FORMAT UPDATED
12-26-2007

For information or questions regarding your loan billing statement or
loan servicing, please call Wilma Pitts at: (310) 826-4655

LOAN TRANSACTIONS HISTORY & SUMMARY - Variable Prime Indexed Note
DEFAULTED          BORROWER: Ian F and Maria Mitchell
LOAN #: 23732.08                                    # Days to Maturity:  -261

SPECIAL NOTES:  YOUR LOAN DEFAULTED ON 10/05/2009
AND ALSO PAST DUE IN INTEREST AND L/C IN AMOUNT OF $52,306.70. REMIT IMMEDIATELY.

**BASIC LOAN TERMS:**

| LOAN ORIG DATE: | 04/18/2008 | NOTE AMT: | $1,115,000.00 | LOAN TERM: | 6 # Months | MO DEBT SERV: | 2nd |
|---|---|---|---|---|---|---|---|
| ORIG MAT DATE: | 10/18/2008 | INT RESRV: | $50,000.00 | RATE INDEX: | 5.250% W. F. Prime | Int Only/Amrt: | Int Only |
| CURR MAT DATE: | 04/18/2009 | TYPE LN: | Const OA Frozen | RATE SPREAD: | 5.000% Plus (Over) INDEX | Req Prin Red: | enter Mo $ |
| LATE CHARGE: | 6.00% | Assess after day: | 10 | RATE BASIS: | 360 /365 day year | Dflt Int Rate Sprd: | 8.00% |

| CALENDAR DATES (inclusive) | | | TRANSACTION | | PAYMENT | INTEREST RATE | | INTEREST DUE | | | PRINCIPAL | UNPAID PRINCIPAL BALANCE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BEG | END | Days | Description | Date or Ref# | Due/<Received> | INDEX BASI | Loan | ACCRUED | PAID | UNPAID | RED/<DRW> | Outstdng Bal | FROZEN |
| 06/29/2009 | 07/17/2009 | 19 | Accr Int | | | 3.250% | 8.250% | 4,797.61 | | 15,402.85 | 0.00 | 1,101,843.95 | 0.00 |
| 07/18/2009 | 07/17/2009 | 0 | 30 Stmt-Jul | 07/06/2009 | 7,575.17 | 3.250% | 8.250% | 0.00 | | 15,402.85 | 0.00 | 1,101,843.95 | 0.00 |
| | | | Accr Int | | | 3.250% | 8.250% | 3,030.07 | | 18,432.92 | 0.00 | 1,101,843.95 | 0.00 |
| 07/30/2009 | 07/29/2009 | 0 | L/C Fee | July Stmt | 454.51 | 3.250% | 8.250% | 0.00 | | 18,432.92 | 0.00 | 1,101,843.95 | 0.00 |
| 07/30/2009 | 07/29/2009 | 0 | Pmt Recv'd | CMSF #54037 | (1,945.09) | 3.250% | 8.250% | 0.00 | | 18,432.92 | 1,945.09 | 1,099,898.86 | 0.00 |
| 07/30/2009 | 07/29/2009 | 0 | Memo Principal Reduction | | 1,945.09 | 3.250% | 8.250% | 0.00 | | 18,432.92 | 0.00 | 1,099,898.86 | 0.00 |
| 07/30/2009 | 08/17/2009 | 19 | Accr Int | | | 3.250% | 8.250% | 4,789.14 | | 23,222.06 | 0.00 | 1,099,898.86 | 0.00 |
| 08/18/2009 | 08/17/2009 | 0 | 31 Stmt-Aug | 08/07/2009 | 7,819.21 | 3.250% | 8.250% | 0.00 | | 23,222.06 | 0.00 | 1,099,898.86 | 0.00 |
| 08/18/2009 | 08/28/2009 | 11 | Accr Int | | | 3.250% | 8.250% | 2,772.66 | | 25,994.72 | 0.00 | 1,099,898.86 | 0.00 |
| 08/29/2009 | 08/28/2009 | 0 | L/C Fee | Aug Stmt | 469.15 | 3.250% | 8.250% | 0.00 | | 25,994.72 | 0.00 | 1,099,898.86 | 0.00 |
| 08/29/2009 | 09/17/2009 | 20 | Accr Int | | | 3.250% | 8.250% | 5,041.20 | | 31,035.92 | 0.00 | 1,099,898.86 | 0.00 |
| 09/18/2009 | 09/17/2009 | 0 | 31 Stmt-Sep | 09/04/2009 | 7,813.86 | 3.250% | 8.250% | 0.00 | | 31,035.92 | 0.00 | 1,099,898.86 | 0.00 |
| 09/18/2009 | 09/28/2009 | 11 | Accr Int | | | 3.250% | 8.250% | 2,772.66 | | 33,808.58 | 0.00 | 1,099,898.86 | 0.00 |
| 09/29/2009 | 09/28/2009 | 0 | L/C Fee | Sept Stmt | 468.83 | 3.250% | 8.250% | 0.00 | | 33,808.58 | 0.00 | 1,099,898.86 | 0.00 |
| 09/29/2009 | 10/04/2009 | 6 | Accr Int | | | 3.250% | 8.250% | 1,512.36 | | 35,320.94 | 0.00 | 1,099,898.86 | 0.00 |
| 10/05/2009 | 10/04/2009 | 0 | Default Rate Applied | | | 3.250% | 11.250% | 0.00 | | 35,320.94 | 0.00 | 1,099,898.86 | 0.00 |
| 10/05/2009 | 10/17/2009 | 13 | Accr Int | | | 3.250% | 11.250% | 4,468.34 | | 39,789.28 | 0.00 | 1,099,898.86 | 0.00 |
| 10/18/2009 | 10/17/2009 | 0 | 30 Stmt-Oct | 10/06/2009 | 8,753.36 | 3.250% | 11.250% | 0.00 | | 39,789.28 | 0.00 | 1,099,898.86 | 0.00 |
| 10/18/2009 | 11/17/2009 | 31 | Accr Int | | | 3.250% | 11.250% | 10,655.27 | | 50,444.55 | 0.00 | 1,099,898.86 | 0.00 |
| 11/18/2009 | 11/17/2009 | 0 | 31 Stmt-Nov | 11/09/2009 | 10,655.27 | 3.250% | 11.250% | 0.00 | | 50,444.55 | 0.00 | 1,099,898.86 | 0.00 |
| 11/18/2009 | 11/23/2009 | 6 | Accr Int | | | 3.250% | 11.250% | 2,062.31 | | 52,506.86 | 0.00 | 1,099,898.86 | 0.00 |
| 11/24/2009 | 11/23/2009 | 0 | Pres&Prot | BAFC#10905 | | 3.250% | 11.250% | 0.00 | | 52,506.86 | (4,306.15) | 1,104,205.01 | 0.00 |
| 11/24/2009 | 12/17/2009 | 24 | Accr Int | | | 3.250% | 11.250% | 8,281.54 | | 60,788.40 | 0.00 | 1,104,205.01 | 0.00 |
| 12/18/2009 | 12/17/2009 | 0 | 30 Stmt-Dec | 12/06/2009 | 10,343.85 | 3.250% | 11.250% | 0.00 | | 60,788.40 | 0.00 | 1,104,205.01 | 0.00 |
| 12/18/2009 | 12/09/2009 | -8 | Reverse Int | | | 3.250% | 11.250% | (2,760.51) | | 58,027.89 | 0.00 | 1,104,205.01 | 0.00 |
| 12/10/2009 | 12/09/2009 | 0 | P&P | BAFC#10916 | | 3.250% | 11.250% | 0.00 | | 58,027.89 | (257.59) | 1,104,462.60 | 0.00 |
| 12/10/2009 | NA | NA | | | | NA | NA | 0.00 | | 58,027.89 | 0.00 | NA | 0.00 |
| NA | NA | NA | | | | NA | NA | 0.00 | | 58,027.89 | 0.00 | NA | 0.00 |
| | | 365 | Totals FYE: | 12/31/2009 | 62,650.55 | Due/<Credit> | | 90,140.15 | 41,955.35 | | (1,054,462.60) | | |

# EXHIBIT "E"

B6A (Official Form 6A) (12/07)

11/05/09 4:06PM

In re    Ian F. Mitchell    Case No.  1:09-bk-23919-GM
                Debtor

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Residence - Location: 3609 Seahorn Drive, Malibu CA | Fee simple | C | 2,000,000.00 | 1,979,985.92 |
| Raw Land - 869 Old Topanga, Topanga, CA | Fee simple | C | 200,000.00 | 209,268.36 |
| Residential 4 Unit - 804 S. Leland St., San Pedro | Fee simple | C | 1,700,000.00 | 1,451,750.00 |
| 6 Unit Condo Rental - 623 W. 8th Street, San Pedro | Fee simple | C | 1,550,000.00 | 1,731,225.49 |
| Residential 4 Unit - 448 W. 14th St., San Pedro | Fee simple | C | 600,000.00 | 718,321.73 |
| Residential 3 Unit - 239 W. 14th St., San Pedro | Fee simple | C | 400,000.00 | 479,000.00 |
| Commercial Building 7 Units - 605 South Pacific Ave., San Pedro | Fee simple | C | 1,440,000.00 | 1,094,635.10 |
| 1217 Centre, San Pedro | Equitable Interest Only - Owned by 1100 Berkeley LLC | - | 0.00 | 0.00 |
| 1100 Berkeley, Marina Del Rey | Equitable Interest Only - Owned by Berkeley LLC | - | 0.00 | 0.00 |
| Note: All properties held in the name of Ian F. Mitchell and Maria De Lourdes Rivas Mitchell, Trustees of the Mitchell Family Living Trust Dated August 11, 1999. | | - | 0.00 | 0.00 |

Sub-Total >    7,890,000.00    (Total of this page)

Total >    7,890,000.00

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

# EXHIBIT "F"

B6D (Official Form 6D) (12/07)

In re  Ian F. Mitchell                                    Case No. __1:09-bk-23919-GM__
                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxx-x0001<br><br>Banco Popular<br>3360 W. Olympic Blvd.<br>Los Angeles, CA 90019 | | C | First Mortgage<br><br>6 Unit Condo Rental - 623 W. 8th Street, San Pedro<br><br>Value $ 1,550,000.00 | | | | 516,225.49 | 0.00 |
| Account No. xxxxx5480<br><br>Bank of America Home Loans<br>P.O. Box 5170<br>Simi Valley, CA 93062-5170 | | C | First Mortgage<br><br>Residential 4 Unit - 804 S. Leland St., San Pedro<br><br>Value $ 1,700,000.00 | | | | 996,750.00 | 0.00 |
| Account No. xxxxx9265<br><br>Bank of America Home Loans<br>P.O. Box 5170<br>Simi Valley, CA 93062-5170 | | C | Second Mortgage<br><br>Residential 4 Unit - 448 W. 14th St, San Pedro<br><br>Value $ 600,000.00 | | | | 91,517.73 | 91,517.73 |
| Account No. xxx32.08<br><br>Bay Area Financial Corp.<br>12400 Wilshire Blvd., Suite 230<br>Los Angeles, CA 90025 | | J | Second Mortgage<br><br>Residential 4 Unit - 804 S. Leland St., San Pedro<br><br>Value $ 1,700,000.00 | | | | 455,000.00 | 0.00 |

___3___ continuation sheets attached

Subtotal
(Total of this page)    2,059,493.22    91,517.73

B6D (Official Form 6D) (12/07) - Cont.

In re  Ian F. Mitchell
            Debtor

Case No. 1:09-bk-23919-GM

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxx32.08  Bay Area Financial Corp. 12400 Wilshire Blvd., Ste. 230 Los Angeles, CA 90025 | | C | 6 Unit Condo Rental - 623 W. 8th Street, San Pedro  Value $ 1,550,000.00 | | | | 1,115,000.00 | 81,225.49 |
| Account No.  Chase P.O. Box 78056 Phoenix, AZ 85962-8056 | | C | First Mortgage  Commercial Building 7 Units - 605 South Pacific Ave., San Pedro  Value $ 1,440,000.00 | | | | 794,635.10 | 0.00 |
| Account No. xxxxxx4909  Indymac Mortgage Services P.O. Box 4045 Kalamazoo, MI 49003 | | C | First Mortgage  Residence - Location: 3609 Seahorn Drive, Malibu CA  Value $ 2,000,000.00 | | | | 1,500,000.00 | 0.00 |
| Account No. xxxxxx4322  Indymac Mortgage Services P.O. Box 4045 Kalamazoo, MI 49003-4045 | | C | Deed of Trust  Raw Land - 869 Old Topanga, Topanga, CA  Value $ 200,000.00 | | | | 209,268.36 | 9,268.36 |
| Account No. xxxxxx8382  Indymac Mortgage Services P.O. Box 4045 Kalamazoo, MI 49003 | | C | First Mortgage  Residential 4 Unit - 448 W. 14th St., San Pedro  Value $ 600,000.00 | | | | 626,804.00 | 26,804.00 |

Sheet 1 of 3 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) | 4,245,707.46 | 117,297.85

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re   Ian F. Mitchell   Case No. 1:09-bk-23919-GM
                Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community (H/W/J/C) | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxx8374<br><br>Indymac Mortgage Services<br>P.O. Box 4045<br>Kalamazoo, MI 49003 | | C | First Mortgage<br><br>Residential 3 Unit - 239 W. 14th St., San Pedro<br><br>Value $ 400,000.00 | | | | 479,000.00 | 79,000.00 |
| Account No.<br><br>Los Angeles County Tax Coll<br>P O Box 54018<br>Los Angeles, CA 90054-0018 | | - | <br><br>Value $ 0.00 | | | | 0.00 | 0.00 |
| Account No.<br><br>Mercedes Benz Financial<br>P.O. Box 9001680<br>Louisville, KY 40290 | | - | Lease for 2009 & 2010 Mercedes Benz<br><br>Value $ 60,000.00 | | | | 0.00 | 0.00 |
| Account No.<br><br>Michael & Lori Chevalier 2003 Trust<br>P.O. Box 2037<br>Venice, CA 90294 | | - | Third Mortgage<br><br>6 Unit Condo Rental - 623 W. 8th Street, San Pedro<br><br>Value $ 1,550,000.00 | | | | 100,000.00 | 0.00 |
| Account No.<br><br>Michael & Lori Chevalier 2003 Trust<br>P.O. Box 2037<br>Venice, CA 90294 | | C | Fourth Mortgage<br><br>Commercial Building 7 Units - 605 South Pacific Ave., San Pedro<br><br>Value $ 1,440,000.00 | | | | 100,000.00 | 0.00 |

Sheet 2 of 3 continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page)   679,000.00   79,000.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re  Ian F. Mitchell  
                    Debtor

Case No. 1:09-bk-23919-GM

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Peter Mitchell<br>112 Singletree Ridge<br>Telluride, CO 81435 | | C | Third Mortgage<br><br>Commercial Building 7 Units - 605 South Pacific Ave., San Pedro<br><br>Value $ 1,440,000.00 | | | | 100,000.00 | 0.00 |
| Account No.<br><br>Phillip & Janet Schoenwetter<br>1366 West 7th Street<br>San Pedro, CA 90732 | | C | Second Mortgage<br><br>Commercial Building 7 Units - 605 South Pacific Ave., San Pedro<br><br>Value $ 1,440,000.00 | | | | 100,000.00 | 0.00 |
| Account No. xxxx8028<br><br>Wachovia Mortgage<br>Bankruptcy Dept VA 7359<br>P.O. Box 13765<br>Roanoke, VA 24037 | | - | Secured by SFR at 1100 Berkeley, Marina Del Rey<br>Amount $1,267,000<br><br>Value $ 1,300,000.00 | | | | 0.00 | 0.00 |
| Account No. xxxxxxxxxx1999<br><br>Wells Fargo<br>PO Box 54780<br>Los Angeles, CA 90054-0780 | | C | Second Mortgage<br><br>Residence -<br>Location: 3609 Seahorn Drive, Malibu CA<br><br>Value $ 2,000,000.00 | | | | 479,985.92 | 0.00 |
| Account No.<br><br> | | | <br><br>Value $ | | | | | |

Sheet 3 of 3 continuation sheets attached to  
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) 679,985.92 | 0.00

Total (Report on Summary of Schedules) 7,664,186.60 | 287,815.58

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                                     Best Case Bankruptcy

| In re:<br>IAN F. MITCHELL, | | CHAPTER: 11 |
|---|---|---|
| | Debtor(s). | CASE NUMBER: 1:09-bk-23919-GM |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

3424 Carson St., Suite 350, Torrance, CA 90503

A true and correct copy of the foregoing document described **NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER U.S.C. § 362 (with supporting declarations) – 623 W. 8TH STREET, UNITS 1-6, SAN PEDRO, CA** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 16, 2010,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**Counsel for the Debtor**
M Jonathan Hayes
jhayes@polarisnet.net

**U.S. Trustee**
United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

**Counsel for US Trustee**
S Margaux Ross
margaux.ross@usdoj.gov

**Interested Parties**
Yale K. Kim   ykim@allenmatkins.com
Kary R. Kump   Dolores@jfarley.com
David F. Makkabi   cmartin@pprlaw.net
Nicolas A. Daluiso   ndaluiso@robinsontait.com

☐   Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **March 16, 2010**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☒   Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                   **F 9013-3.1**

| In re:<br>IAN F. MITCHELL,<br><br>Debtor(s). | CHAPTER: 11<br><br>CASE NUMBER: 1:09-bk-23919-GM |
|---|---|

☐                                              Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 16, 2010 | Brenda Campos | *(signature)* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                          **F 9013-3.1**

| In re:<br>IAN F. MITCHELL,<br><div align="right">Debtor(s).</div> | CHAPTER: 11<br>CASE NUMBER: 1:09-bk-23919-GM |
|---|---|

# SERVICE LIST

## Served via Mail

### Judge
Honorable Geraldine Mund
21041 Burbank Blvd., Suite 342
Woodland Hills, CA 91367

### United States Trustees
21051 Warner Center Lane, Ste. 115
Woodland Hills, CA 91367-6550

April Corley
5566 Strohm Avenue
North Hollywood, CA 91606

Brad Duni & Stephen Steele
c/o Stephen T. Owens
555 Flowers St., 31st Floor
Los Angeles, CA 90071-2300

Chase Home Loans
P.O. Box 78056
Phoenix, AZ 85062-8056

City National Bank
P.O. Box 3052
Milwaukee, WI 53201-3052

Indymac Mortgage Services
P.O. Box 4045
Kalamazoo, MI 49003-4045

1st Bank Yuma
2755 S. 4th Avenue., Bldg 2 Suite 101
Yuma, AZ 85364-7238

Arkin, Sneddon & Co.
6355 Topanga Canyon Blvd., Ste. 225
Woodland Hills, CA 91367-2103

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                F 9013-3.1

| In re:<br>IAN F. MITCHELL,<br>Debtor(s). | CHAPTER: 11<br>CASE NUMBER: 1:09-bk-23919-GM |
|---|---|

Bank of America
P.O. Box 15026
Wilmington, DE 19850-5026

Chase Mastercard
P.O. Box 15298
Wilmington, DE 19850-5298

Chase
P.O. Box 15298
Wilmington, DE 19850-5298

Home Depot
P.O. Box 689100
Des Moines, IA 50368-9100

Bank of America Home Loans
P.O. Box 5170
Simi Valley, CA 93062-5170

Chase Bank, N.A.
P.O. Box 15145
Wilmington, DE 19850-5145

Chester Swenson
3829 Mainsail Circle
Westlake Village, CA 91361-3820

IRS – Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, OA 19114-0362

LA County Treasurer & Tax Collector
P.O. Box 54110
Los Angeles, CA 90054-0110

Law Offices of Gilchrist & Rutter
1299 Ocean Avenue, Ste. 900
Santa Monica, CA 90401-1000

Marketing & Financial Management
30497 Canwood St., #101
Agoura Hills, CA 91301-4330

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                    F 9013-3.1

| In re:<br>IAN F. MITCHELL,<br><br>Debtor(s). | CHAPTER: 11<br><br>CASE NUMBER: 1:09-bk-23919-GM |
|---|---|

LA County Tax Collector
P.O. Box 54018
Los Angeles, CA 90054-0018

Michael & Lori Chevalier 2003 Trust
P.O. Box 2037
Venice, CA 90294-2037

RBZ Investment Incentive
11755 Wilshire Blvd., Ninth Floor
Los Angeles, CA 90025-1506

City National Bank
P.O. Box 60938
Los Angeles, CA 90060-0938

Bay Area Financial Corporation
12400 Wilshire Blvd., Ste. 230
Los Angeles, CA 90025

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                    F 9013-3.1