EXHIBIT "D"

**BAY AREA FINANCIAL CORPORATION**
LOAN ACCOUNT STATEMENT:
12400 Wilshire Blvd., Ste. 230
Los Angeles, CA  90025

| STATEMENT DATE: | 04-Jan-10 |
|---|---|
| PAYMENT DUE ON: | 18-Dec-09 |

A LATE CHARGE will be assessed & due after    10 days above Date=    6.00%

LOAN BILLING STATEMENT SUMMARY:

| | |
|---|---|
| Principal Reduction | LOAN MATURED    $451,814.73 |
| Current Interest Due | 4,231.42 |
| Unpaid Late Charges | 760.28 |
| Apply Interest Reserve Draw | 0.00 |
| dtd 8/11/99 Other Invoices    (PAST DUE INT) | 20,190.95 |
| **TOTAL PYMT DUE:** | **$476,997.38** |
| (See Below Loan Activity Summary for Statement details and calculations of amounts due) | |

BORROWER:    Ian F. Mitchell and Maria de Lourdes Rivas Mitchell, Trustees of the Mitchell Family Liv Tr
LOAN #:    23731.08

Ian F. and Maria Mitchell
c/o Scott Properties Group
129 Hurricane Street
Marina Del Rey, CA  90292

FORMAT UPDATED:
12/21/2007

Make Check Payable To & Mail To:

Bay Area Financial Corporation
12400 Wilshire Blvd., Suite 230
Los Angeles, CA  90025

*For information or questions regarding your loan billing statement or loan servicing, please call Wilma Pitts at: (310) 826-4655*

---

LOAN TRANSACTIONS HISTORY & SUMMARY - Variable Prime Indexed Note
BORROWER: Ian F. and Maria Mitchell
LOAN #:    23731.08                                    # Days to Maturity:        -261

SPECIAL NOTES:  YOUR LOAN MATURED ON 4/18/2009 AND IS NOW DUE AND PAYABLE IN FULL
AND PAST DUE IN INTEREST AND L/C IN THE AMOUNT OF 20,951.23,  REMIT IMMEDIATELY.

BASIC LOAN TERMS:

| LOAN ORIG DATE: | 04/17/2008 | NOTE AMT: | $455,000.00 | LOAN TERM: | 6 # Months | MO DEBT SERV: | 2nd |
|---|---|---|---|---|---|---|---|
| ORIG MAT DATE: | 10/18/2008 | INT RESRV: | $18,000.00 | RATE INDEX: | 5.250% W.F. Prime | Int Only/Amt: | Int Only |
| CURR MAT DATE: | 04/18/2009 | TYPE LN: | Const OA Frozen | RATE SPREAD: | 5.000% Plus (Over) INDEX | Req Prin Red: | enter Mo $ |
| LATE CHARGE: | 6.00% late charge after days | 10 | RATE BASIS: | 360 /365 day year | Dflt Int Rate Sprd: | 8.00% |

CALENDAR DATES (inclusive)

| BEG | END | Days | Description | Date or Refr | PAYMENT Due/<Received> | INTEREST RATE INDEX BASI | Loan | INTEREST DUE ACCRUED | PAID | UNPAID | PRINCIPAL RED/<DRW> | UNPAID PRINCIPAL BALANCE Outstdng Bal | FROZEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/17/2008 | 04/17/2008 | | Loan Funding | Loan Funding vfw #3284 | | 5.250% | 10.250% | 0.00 | | 0.00 | (203,146.75) | 203,146.75 | 233,753.25 |
| 04/17/2008 | 04/17/2008 | 1 | Accr Int | | | 5.250% | 10.250% | 57.84 | | 57.84 | 0.00 | 203,146.75 | 233,753.25 |
| 04/18/2008 | 04/17/2008 | 0 | Ln Doc Fee | BAFC#10765 | | 5.250% | 10.250% | 0.00 | | 57.84 | (1,250.00) | 204,396.75 | 232,503.25 |
| 04/18/2008 | 04/17/2008 | 0 | Ln Points/Cost | BAFC#10766 | | 5.250% | 10.250% | 0.00 | | 57.84 | (7,155.00) | 211,551.75 | 225,348.25 |
| 04/18/2008 | 04/17/2008 | 0 | CMI Draw | BAFC#10767 | | 5.250% | 10.250% | 0.00 | | 57.84 | (4,000.00) | 215,551.75 | 221,348.25 |
| 04/18/2008 | 04/20/2008 | 3 | Accr Int | | | 5.250% | 10.250% | 184.12 | | 241.96 | 0.00 | 215,551.75 | 221,348.25 |
| 04/21/2008 | 04/20/2008 | 0 | Title Charges | BAFC#10775 | | 5.250% | 10.250% | 0.00 | | 241.96 | (291.10) | 215,842.85 | 221,057.15 |
| 04/21/2008 | 04/20/2008 | 0 | Draw | vfw #3292 | | 5.250% | 10.250% | 0.00 | | 241.96 | (32,500.00) | 248,342.85 | 188,557.15 |
| 04/21/2008 | 04/20/2008 | 0 | Wire Fee | vfw #3292 | | 5.250% | 10.250% | 0.00 | | 241.96 | (30.00) | 248,372.85 | 188,527.15 |
| 04/21/2008 | 04/29/2008 | 9 | Accr Int | | | 5.250% | 10.250% | 636.46 | | 878.42 | 0.00 | 248,372.85 | 188,527.15 |
| 04/30/2008 | 04/29/2008 | 0 | Rate Change | Decrease 25% | | 5.000% | 10.000% | 0.00 | | 878.42 | 0.00 | 248,372.85 | 188,527.15 |
| 04/30/2008 | 05/17/2008 | 18 | Accr Int | | | 5.000% | 10.000% | 1,241.86 | | 2,120.28 | 0.00 | 248,372.85 | 188,527.15 |
| 05/18/2008 | 05/18/2008 | 1 | Stmt-May | 05/08/2008 | 2,120.28 | 5.000% | 10.000% | 0.00 | | 2,120.28 | 0.00 | 248,372.85 | 188,527.15 |
| 05/18/2008 | 05/18/2008 | 1 | Accr Int | | | 5.000% | 10.000% | 68.99 | | 2,189.27 | 0.00 | 248,372.85 | 188,527.15 |
| 05/19/2008 | 05/18/2008 | 0 | Pmt Int-Rsrv | BAFC#10268 | (2,120.28) | 5.000% | 10.000% | 0.00 | 2,120.28 | 68.99 | 0.00 | 248,372.85 | 188,527.15 |
| 05/19/2008 | 05/18/2008 | 0 | Draw-Int Rsrv | BAFC#10268 | | 5.000% | 10.000% | 0.00 | | 68.99 | 0.00 | 250,493.13 | 188,527.15 |
| 05/19/2008 | 05/18/2008 | 0 | Draw-Int Rsrv | BAFC#10270 | | 5.000% | 10.000% | 0.00 | | 68.99 | (1,000.00) | 251,493.13 | 187,527.15 |
| 05/19/2008 | 06/17/2008 | 30 | Accr Int | | | 5.000% | 10.000% | 2,095.78 | | 2,164.77 | 0.00 | 251,493.13 | 187,527.15 |
| 06/18/2008 | 06/17/2008 | 31 | Stmt-Jun | 06/06/2008 | 2,164.77 | 5.000% | 10.000% | 0.00 | | 2,164.77 | 0.00 | 251,493.13 | 187,527.15 |
| 06/18/2008 | 06/17/2008 | -2 | Reverse Int to Draw | | | 5.000% | 10.000% | (139.72) | | 2,025.05 | 0.00 | 251,493.13 | 187,527.15 |
| 06/16/2008 | 06/15/2008 | 0 | CM&F Draw | BAFC#10318 | | 5.000% | 10.000% | 0.00 | | 2,025.05 | (6,000.00) | 257,493.13 | 181,527.15 |
| 06/16/2008 | 06/17/2008 | 2 | Accr Int | | | 5.000% | 10.000% | 143.05 | | 2,168.10 | 0.00 | 257,493.13 | 181,527.15 |
| 06/18/2008 | 06/17/2008 | 0 | Pmt Int-Rsrv | BAFC#10330 | (2,164.77) | 5.000% | 10.000% | 0.00 | 2,164.77 | 3.33 | 0.00 | 257,493.13 | 181,527.15 |
| 06/18/2008 | 06/17/2008 | 0 | Draw-Int Rsrv | BAFC#10330 | | 5.000% | 10.000% | 0.00 | | 3.33 | 0.00 | 259,657.90 | 181,527.15 |
| 06/19/2008 | 07/06/2008 | 19 | Accr Int | | | 5.000% | 10.000% | 1,370.42 | | 1,373.75 | 0.00 | 259,657.90 | 181,527.15 |
| 07/07/2008 | 07/06/2008 | 0 | CM&F Draw | BAFC#10362 | | 5.000% | 10.000% | 0.00 | | 1,373.75 | (3,000.00) | 262,657.90 | 178,527.15 |
| 07/07/2008 | 07/17/2008 | 11 | Accr Int | | | 5.000% | 10.000% | 802.57 | | 2,176.32 | 0.00 | 262,657.90 | 178,527.15 |
| 07/18/2008 | 07/17/2008 | 30 | Stmt-Jul | 07/08/2008 | 2,176.32 | 5.000% | 10.000% | 0.00 | | 2,176.32 | 0.00 | 262,657.90 | 178,527.15 |
| 07/18/2008 | 07/16/2008 | -1 | Reverse Int to Draw | | | 5.000% | 10.000% | (72.99) | | 2,103.36 | 0.00 | 262,657.90 | 178,527.15 |
| 07/17/2008 | 07/16/2008 | 0 | CM&F Draw | BAFC#10382 | | 5.000% | 10.000% | 0.00 | | 2,103.36 | (10,000.00) | 272,657.90 | 168,527.15 |
| 07/17/2008 | 07/17/2008 | 1 | Accr Int | | | 5.000% | 10.000% | 75.74 | | 2,179.10 | 0.00 | 272,657.90 | 168,527.15 |
| 07/18/2008 | 07/17/2008 | 0 | Pmt Int-Rsrv | BAFC#10388 | (2,176.32) | 5.000% | 10.000% | 0.00 | 2,176.32 | 2.78 | 0.00 | 272,657.90 | 168,527.15 |
| 07/18/2008 | 07/17/2008 | 0 | Draw-Int Rsrv | BAFC#10388 | | 5.000% | 10.000% | 0.00 | | 2.78 | (2,176.73) | 274,834.22 | 168,527.15 |
| 07/18/2008 | 08/17/2008 | 31 | Accr Int | | | 5.000% | 10.000% | 2,366.63 | | 2,369.41 | 0.00 | 274,834.22 | 168,527.15 |
| 08/18/2008 | 08/17/2008 | 31 | Stmt-Aug | 08/05/2008 | 2,369.41 | 5.000% | 10.000% | 0.00 | | 2,369.41 | 0.00 | 274,834.22 | 168,527.15 |
| 08/18/2008 | 08/13/2008 | -4 | Reverse Int to Draw | | | 5.000% | 10.000% | (305.37) | | 2,064.04 | 0.00 | 274,834.22 | 168,527.15 |
| 08/14/2008 | 08/13/2008 | 0 | CM&F Draw | BAFC#10434 | | 5.000% | 10.000% | 0.00 | | 2,064.04 | (10,000.00) | 284,834.22 | 158,527.15 |
| 08/14/2008 | 08/17/2008 | 4 | Accr Int | | | 5.000% | 10.000% | 316.48 | | 2,380.52 | 0.00 | 284,834.22 | 158,527.15 |
| 08/18/2008 | 08/17/2008 | 0 | Pmt Int-Rsrv | BAFC#10438 | (2,369.41) | 5.000% | 10.000% | 0.00 | 2,369.41 | 11.11 | 0.00 | 284,834.22 | 158,527.15 |
| 08/18/2008 | 08/17/2008 | 0 | Draw-Int Rsrv | BAFC#10438 | | 5.000% | 10.000% | 0.00 | | 11.11 | (2,369.41) | 287,203.63 | 158,527.15 |
| 08/18/2008 | 09/17/2008 | 31 | Accr Int | | | 5.000% | 10.000% | 2,473.14 | | 2,484.25 | 0.00 | 287,203.63 | 158,527.15 |
| 09/18/2008 | 09/17/2008 | 31 | Stmt-Sep | 09/08/2008 | 2,484.25 | 5.000% | 10.000% | 0.00 | | 2,484.25 | 0.00 | 287,203.63 | 158,527.15 |
| 09/18/2008 | 09/17/2008 | 0 | Pmt Int-Rsrv | Ck #10478 | (2,484.25) | 5.000% | 10.000% | 0.00 | 2,484.25 | (0.00) | 0.00 | 287,203.63 | 158,527.15 |
| 09/18/2008 | 09/17/2008 | 0 | Draw-Int Rsrv | Ck #10478 | | 5.000% | 10.000% | 0.00 | | (0.00) | 0.00 | 289,687.88 | 158,527.15 |
| 09/18/2008 | 10/01/2008 | 14 | Accr Int | | | 5.000% | 10.000% | 1,126.56 | | 1,126.56 | 0.00 | 289,687.88 | 148,527.15 |
| 10/02/2008 | 10/01/2008 | 0 | CM&F Draw | BAFC#10492 | | 5.000% | 10.000% | 0.00 | | 1,126.56 | (10,000.00) | 299,687.88 | 148,527.15 |
| 10/02/2008 | 10/17/2008 | 16 | Accr Int | | | 5.000% | 10.000% | 1,331.95 | | 2,458.51 | 0.00 | 299,687.88 | 148,527.15 |

**BAY AREA FINANCIAL CORPORATION**
LOAN ACCOUNT STATEMENT:
12400 Wilshire Blvd., Ste. 230
Los Angeles, CA  90025

| STATEMENT DATE: | 04-Jan-10 |
|---|---|
| PAYMENT DUE ON: | 18-Dec-09 |

A LATE CHARGE will be assessed & due after    10 days above Date*    6.00%

LOAN BILLING STATEMENT SUMMARY:

| | LOAN MATURED | |
|---|---|---|
| Principal Reduction | | $451,814.73 |
| Current Interest Due | | 4,231.42 |
| Unpaid Late Charges | | 760.28 |
| Apply Interest Reserve Draw | | 0.00 |
| Other Invoices    (PAST DUE INT) | | 20,190.95 |
| TOTAL PYMT DUE: | | $476,997.38 |
| (See Below Loan Activity Summary for Statement details and calculations of amounts due) | | |

BORROWER:    Ian F. Mitchell and Maria de Lourdes Rivas Mitchell, Trustees of the Mitchell Family Liv T dtd 8/11/99
LOAN #:    23731.08

Ian F. and Maria Mitchell
c/o Scott Properties Group
129 Hurricane Street
Marina Del Rey, CA  90292

FORMAT UPDATED:
12/31/2003

Make Check Payable To & Mail To:

Bay Area Financial Corporation

12400 Wilshire Blvd., Suite 230
Los Angeles, CA  90025

*For information or questions regarding your loan billing statement or
loan servicing, please call Wilma Pitts at: (310) 826-4655*

LOAN TRANSACTIONS HISTORY & SUMMARY - Variable Prime Indexed Note
BORROWER: Ian F. and Maria Mitchell
LOAN #: 23731.06                                                    # Days to Maturity:    -261

SPECIAL NOTES: YOUR LOAN MATURED ON 4/18/2009 AND IS NOW DUE AND PAYABLE IN FULL
AND PAST DUE IN INTEREST AND L/C IN THE AMOUNT OF 20,951.23.  REMIT IMMEDIATELY.

BASIC LOAN TERMS:

| LOAN ORIG DATE: | 04/17/2008 | NOTE AMT: | $456,000.00 | LOAN TERM: | 6 & 9 Months | MO DEBT SERV: | 2nd |
|---|---|---|---|---|---|---|---|
| ORIG MAT DATE: | 10/18/2008 | INT RESRV: | $18,100.00 | RATE/INDEX: | 5.250% W. F. Prime | Int Only/Amt: | Int Only |
| CURR MAT DATE: | 04/18/2009 | TYPE LN: | Const OA Frozen | RATE SPREAD: | 5.000% Plus (Over) INDEX | Req Prin Red: | enter Mo $ |
| LATE CHARGE: | 6.00%  Assess after days | 10 | RATE BASIS: | 360 /365 day year | Dflt Int Rate Sprd: | 6.00% |

| CALENDAR DATES (inclusive) | | | TRANSACTION | | PAYMENT | | INTEREST RATE | | INTEREST DUE | | | PRINCIPAL | UNPAID PRINCIPAL BALANCE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BEG | END | Days | Description | Date or Refr | Due/<Received> | | INDEX BASIS | Loan | ACCRUED | PAID | UNPAID | RED/<DRW> | Outstdng Bal | FROZEN |
| 10/18/2008 | 10/17/2008 | 0  30 | Stmt-Oct | 10/07/2008 | 2,458.51 | | 5.000% | 10.000% | 0.00 | | 2,458.51 | 0.00 | 299,687.86 | 148,527.15 |
| 10/18/2008 | 10/07/2008 | -10 | Reverse Int | | | | 5.000% | 10.000% | (832.47) | | 1,626.04 | 0.00 | 299,687.86 | 148,527.15 |
| 10/08/2008 | 10/07/2008 | 0 | Rate Change | Decrease .50% | | | 4.500% | 9.500% | 0.00 | | 1,626.04 | 0.00 | 299,687.86 | 148,527.15 |
| 10/08/2008 | 10/13/2008 | 6 | Accr Int | | | | 4.500% | 9.500% | 474.51 | | 2,100.55 | 0.00 | 299,687.86 | 148,527.15 |
| 10/14/2008 | 10/13/2008 | 0 | Ext Fee | | 6,625.00 | | 4.500% | 9.500% | 0.00 | | 2,100.55 | 0.00 | 299,687.86 | 148,527.15 |
| 10/14/2008 | 10/13/2008 | 0 | Ext Doc Fee | BAFC#10507 | 350.00 | | 4.500% | 9.500% | 0.00 | | 2,100.55 | 0.00 | 299,687.86 | 148,527.15 |
| 10/14/2008 | 10/13/2008 | 0 | Pmt Rec'vd | Ck #1826 | (7,175.00) | | 4.500% | 9.500% | 0.00 | | 2,100.55 | 0.00 | 299,687.86 | 148,527.15 |
| 10/14/2008 | 10/16/2008 | 3 | Accr Int | | | | 4.500% | 9.500% | 237.05 | | 2,337.60 | 0.00 | 299,687.86 | 148,527.15 |
| 10/17/2008 | 10/16/2008 | 0 | Pmt Int-Rsrv | BAFC#10512 | (2,458.51) | | 4.500% | 9.500% | 0.00 | 2,458.51 | (120.71) | 0.00 | 299,687.86 | 148,527.15 |
| 10/17/2008 | 10/16/2008 | 0 | Draw-Int Rsrv | BAFC#10512 | | | 4.500% | 9.500% | 0.00 | | (120.71) | 0.00 | 302,146.39 | 148,527.15 |
| 10/17/2008 | 10/28/2008 | 12 | Accr Int | | | | 4.500% | 9.500% | 956.80 | | 836.09 | 0.00 | 302,146.39 | 148,527.15 |
| 10/29/2008 | 10/28/2008 | 0 | Rate Change | Decrease .50% | | | 4.000% | 9.000% | 0.00 | | 836.09 | 0.00 | 302,146.39 | 148,527.15 |
| 10/29/2008 | 11/07/2008 | 20 | Accr Int | | | | 4.000% | 9.000% | 1,510.73 | | 2,346.82 | 0.00 | 302,146.39 | 148,527.15 |
| 11/08/2008 | 11/17/2008 | 0  31 | Stmt-Nov | 11/07/2008 | 2,346.82 | | 4.000% | 9.000% | 0.00 | | 2,346.82 | 0.00 | 302,146.39 | 148,527.15 |
| 11/08/2008 | 11/07/2008 | -5 | Reverse Int | | | | 4.000% | 9.000% | (453.22) | | 1,893.60 | 0.00 | 302,146.39 | 148,527.15 |
| 11/08/2008 | 11/17/2008 | 0 | CM&F Draw | BAFC#10536 | | | 4.000% | 9.000% | 0.00 | | 1,893.60 | (10,000.00) | 312,146.39 | 138,527.15 |
| 11/08/2008 | 11/17/2008 | 6 | Accr Int | | | | 4.000% | 9.000% | 468.22 | | 2,361.82 | 0.00 | 312,146.39 | 138,527.15 |
| 11/18/2008 | 11/17/2008 | 0 | Pmt Int-Rsrv | BAFC#10548 | (2,346.82) | | 4.000% | 9.000% | 0.00 | 2,346.82 | 15.00 | 0.00 | 312,146.39 | 138,527.15 |
| 11/18/2008 | 11/17/2008 | 0 | Draw-Int Rsrv | | | | 4.000% | 9.000% | 0.00 | | 15.00 | 0.00 | 314,493.21 | 138,527.15 |
| 11/18/2008 | 11/20/2008 | 3 | Accr Int | | | | 4.000% | 9.000% | 235.67 | | 250.67 | 0.00 | 314,493.21 | 138,527.15 |
| 11/21/2008 | 11/20/2008 | 0 | CM&F Draw | BAFC#10551 | | | 4.000% | 9.000% | 0.00 | | 250.67 | (10,000.00) | 324,493.21 | 128,527.15 |
| 11/21/2008 | 12/17/2008 | 27 | Accr Int | | | | 4.000% | 9.000% | 2,190.33 | | 2,441.00 | 0.00 | 324,493.21 | 128,527.15 |
| 11/18/2008 | 12/17/2008 | 0  30 | Stmt-Dec | 12/08/2008 | 2,441.20 | | 4.000% | 9.000% | 0.00 | | 2,441.20 | 0.00 | 324,493.21 | 128,527.15 |
| 12/18/2008 | 12/11/2008 | -6 | Reverse Int | | | | 4.000% | 9.000% | (485.74) | | 1,654.46 | 0.00 | 324,493.21 | 128,527.15 |
| 12/12/2008 | 12/11/2008 | 0 | CM&F Draw | BAFC#10571 | | | 4.000% | 9.000% | 0.00 | | 1,654.46 | (15,000.00) | 339,493.21 | 113,527.15 |
| 12/12/2008 | 12/14/2008 | 3 | Accr Int | | | | 4.000% | 9.000% | 254.62 | | 2,209.05 | 0.00 | 339,493.21 | 113,527.15 |
| 12/15/2008 | 12/14/2008 | 0 | L/C Fee on Oct $461.56 | | 27.69 | | 4.000% | 9.000% | 0.00 | | 2,209.08 | 0.00 | 339,493.21 | 113,527.15 |
| 12/15/2008 | 12/14/2008 | 0 | Pmt Rec'vd | Ck #1849 | (433.87) | | 4.000% | 9.000% | 0.00 | 433.87 | 1,775.21 | 0.00 | 339,493.21 | 113,527.15 |
| 12/15/2008 | 12/14/2008 | 0 | Pmt Recv'd L/C | Ck #1849 | (27.69) | | 4.000% | 9.000% | 0.00 | | 1,775.21 | 0.00 | 339,493.21 | 113,527.15 |
| 12/15/2008 | 12/15/2008 | 1 | Accr Int | | | | 4.000% | 9.000% | 84.87 | | 1,860.08 | 0.00 | 339,493.21 | 113,527.15 |
| 12/16/2008 | 12/15/2008 | 0 | Rate Change | Decrease .75% | | | 3.250% | 8.250% | 0.00 | | 1,860.08 | 0.00 | 339,493.21 | 113,527.15 |
| 12/16/2008 | 12/17/2008 | 2 | Accr Int | | | | 3.250% | 8.250% | 155.60 | | 2,015.68 | 0.00 | 339,493.21 | 113,527.15 |
| 12/18/2008 | 12/17/2008 | 0 | Pmt Int-Rsrv | BAFC#10579 | (1,979.64) | | 3.250% | 8.250% | 0.00 | 1,979.64 | 36.04 | 0.00 | 339,493.21 | 113,527.15 |
| 12/18/2008 | 12/17/2008 | 0 | Draw-Int Rsrv | BAFC#10579 | | | 3.250% | 8.250% | 0.00 | | 36.04 | 0.00 | 341,472.85 | 113,527.15 |
| 12/18/2008 | 12/23/2008 | 6 | Accr Int | | | | 3.250% | 8.250% | 469.53 | | 505.57 | 0.00 | 341,472.85 | 113,527.15 |
| 12/24/2008 | 12/23/2008 | 0 | CM&F Draw | BAFC#10585 | | | 3.250% | 8.250% | 0.00 | | 505.57 | (10,000.00) | 351,472.85 | 103,527.15 |
| 12/24/2008 | 12/31/2008 | 8 | Accr Int | | | | 3.250% | 8.250% | 644.37 | | 1,149.94 | 0.00 | 351,472.85 | 103,527.15 |
| 01/01/2009 | 12/31/2008 | 0 | End of Year 2008 | | | | 3.250% | 8.250% | 0.00 | | 1,149.94 | 0.00 | 351,472.85 | 103,527.15 |

| | | 245 | Totals FYE: | 12/31/2008 | 27.69 | Due/<Credit> | | | 19,683.81 | 18,533.87 | | (333,372.85) | | |

| 01/01/2009 | 12/31/2008 | 0 | 12/31/08 Bal Forward | | 27.69 | | 3.250% | 8.250% | | | 1,149.94 | (333,372.85) | 351,472.85 | 103,527.15 |
| 01/01/2009 | 01/17/2009 | 17 | Accr Int | | | | 3.250% | 8.250% | 1,369.06 | | 2,519.22 | 0.00 | 351,472.85 | 103,527.15 |
| 01/18/2009 | 01/17/2009 | 0  31 | Stmt-Jan | 01/09/2009 | 2,491.53 | | 3.250% | 8.250% | 0.00 | | 2,519.22 | 0.00 | 351,472.85 | 103,527.15 |
| 01/18/2009 | 01/13/2009 | -4 | Reverse Int | | | | 3.250% | 8.250% | (322.18) | | 2,197.04 | 0.00 | 351,472.85 | 103,527.15 |
| 01/14/2009 | 01/13/2009 | 0 | CM&F Draw | Ck #10597 | | | 3.250% | 8.250% | 0.00 | | 2,197.04 | (15,000.00) | 366,472.85 | 88,527.15 |
| 01/14/2009 | 01/19/2009 | 6 | Accr Int | | | | 3.250% | 8.250% | 503.90 | | 2,700.94 | 0.00 | 366,472.85 | 88,527.15 |

**BAY AREA FINANCIAL CORPORATION**
LOAN ACCOUNT STATEMENT:
12400 Wilshire Blvd., Ste. 230
Los Angeles, CA 90025

| STATEMENT DATE: | 04-Jan-10 |
|---|---|
| PAYMENT DUE ON: | 18-Dec-09 |

A LATE CHARGE will be assessed & due after    10 days above Date=    6.00%

LOAN BILLING STATEMENT SUMMARY:

| Principal Reduction | LOAN MATURED | $451,814.73 |
|---|---|---|
| Current Interest Due | | 4,231.42 |
| Unpaid Late Charges | | 760.28 |
| Apply Interest Reserve Draw | | 0.00 |
| dtd 8/11/99  Other Invoices | (PAST DUE INT) | 20,190.95 |
| **TOTAL PYMT DUE:** | | **$476,997.38** |

BORROWER:    Ian F. Mitchell and Maria de Lourdes Rivas Mitchell, Trustees of the Mitchell Family Liv T
LOAN #:    23731.06

(See Below Loan Activity Summary for Statement details and calculations of amounts due)

Ian F. and Maria Mitchell
c/o Scott Properties Group
129 Hurricane Street
Marina Del Rey, CA 90292

Make Check Payable To & Mail To:

Bay Area Financial Corporation
12400 Wilshire Blvd., Suite 230
Los Angeles, CA 90025

FORMAT UPDATED
12/21/2007

*For information or questions regarding your loan billing statement or loan servicing, please call Wilma Pitts at: (310) 826-4655*

LOAN TRANSACTIONS HISTORY & SUMMARY - Variable Prime Indexed Note
BORROWER: Ian F. and Maria Mitchell
LOAN #:    23731.06    # Days to Maturity:    -261

SPECIAL NOTES:   YOUR LOAN MATURED ON 4/18/2009 AND IS NOW DUE AND PAYABLE IN FULL
AND PAST DUE IN INTEREST AND L/C IN THE AMOUNT OF 20,951.23.  REMIT IMMEDIATELY.

| BASIC LOAN TERMS: | | | | |
|---|---|---|---|---|
| LOAN ORIG DATE: | 04/17/2008 | NOTE AMT: | $455,000.00 | 6 # Months |
| ORIG MAT DATE: | 10/18/2008 | INT RESERV: | $18,100.00 | W. F. Prime |
| CURR MAT DATE: | 04/18/2009 | TYPE LN: | Const OA Frozen | RATE INDEX: 5.250% |
| LATE CHARGE: | 6.00% Assess after day= | 10 | RATE SPREAD: 5.000% Plus (Over) INDEX |
| | | | RATE BASIS: | 360 /365 day cnt |

| | 6 # Months | | MO DEBT SERV: | 2nd |
|---|---|---|---|---|
| | | | Int Only/Annt: | Int Only |
| | | | Res Prin Red: | enter Mo $ |
| | | | Dflt Int Rate Sprd: | 8.00% |

| CALENDAR DATES (inclusive) | | | TRANSACTION | | PAYMENT | INTEREST RATE | | INTEREST DUE | | | PRINCIPAL | UNPAID PRINCIPAL BALANCE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BEG | END | Days | Description | Date of Ref | Due/(Received) | INDEX BASI | Loan | ACCRUED | PAID | UNPAID | RED/<DRW> | Outstding Bal | FROZEN |
| 01/20/2009 | 01/19/2009 | 0 | CM&F Draw | BAFC#10603 | | 3.250% | 8.250% | 0.00 | | 2,700.94 | (10,000.00) | 376,472.85 | 78,527.15 |
| 01/20/2009 | 01/25/2009 | 6 | Accr Int | | | 3.250% | 8.250% | 517.66 | | 3,218.59 | 0.00 | 376,472.85 | 78,527.15 |
| 01/26/2009 | 01/25/2009 | 0 | CM&F Draw | BAFC#10613 | | 3.250% | 8.250% | 0.00 | | 3,218.59 | (5,000.00) | 361,472.85 | 73,527.15 |
| 01/26/2009 | 01/25/2009 | 1 | Accr Int | | | 3.250% | 8.250% | 87.42 | | 3,306.01 | 0.00 | 361,472.85 | 73,527.15 |
| 01/27/2009 | 01/26/2009 | 0 | Pmt Rec'd | Ck #5119 | (2,519.22) | 3.250% | 8.250% | 0.00 | 2,519.22 | 786.79 | 0.00 | 361,472.85 | 73,527.15 |
| 01/27/2009 | 02/17/2009 | 22 | Accr Int | | | 3.250% | 8.250% | 1,923.26 | | 2,710.05 | 0.00 | 361,472.85 | 73,527.15 |
| 02/18/2009 | 02/17/2009 | 31 | Stmt-Feb | 02/09/2009 | 2,710.05 | 3.250% | 8.250% | 0.00 | | 2,710.05 | 0.00 | 361,472.85 | 73,527.15 |
| 02/18/2009 | 02/17/2009 | 0 | Reverse Int | | | 3.250% | 8.250% | (699.37) | | 2,010.68 | 0.00 | 361,472.85 | 73,527.15 |
| 02/10/2009 | 02/09/2009 | 0 | CM&F Draw | BAFC#10623 | | 3.250% | 8.250% | 0.00 | | 2,010.68 | (10,000.00) | 391,472.85 | 63,527.15 |
| 02/10/2009 | 02/24/2009 | 15 | Accr Int | | | 3.250% | 8.250% | 1,345.69 | | 3,356.37 | 0.00 | 391,472.85 | 63,527.15 |
| 02/25/2009 | 02/24/2009 | 0 | CM&F Draw | BAFC#10639 | | 3.250% | 8.250% | 0.00 | | 3,356.37 | (2,710.05) | 394,182.90 | 60,817.10 |
| 02/25/2009 | 02/24/2009 | 0 | CM&F Draw | BAFC#10638 | | 3.250% | 8.250% | 0.00 | | 3,356.37 | (10,000.00) | 404,182.90 | 50,817.10 |
| 02/25/2009 | 02/26/2009 | 2 | Accr Int | | | 3.250% | 8.250% | 185.25 | | 3,541.62 | 0.00 | 404,182.90 | 50,817.10 |
| 02/27/2009 | 02/26/2009 | 0 | Pmt Rec'd | Ck #35031 | (2,710.05) | 3.250% | 8.250% | 0.00 | 2,710.05 | 831.57 | 0.00 | 404,182.90 | 50,817.10 |
| 02/27/2009 | 03/03/2009 | 5 | Accr Int | | | 3.250% | 8.250% | 463.13 | | 1,294.70 | 0.00 | 404,182.90 | 50,817.10 |
| 03/04/2009 | 03/03/2009 | -8 | CM&F Draw | BAFC#10648 | | 3.250% | 8.250% | 0.00 | | 1,294.70 | (10,000.00) | 414,182.90 | 40,817.10 |
| 03/04/2009 | 03/17/2009 | 14 | Accr Int | | | 3.250% | 8.250% | 1,338.84 | | 2,623.54 | 0.00 | 414,182.90 | 40,817.10 |
| 03/18/2009 | 03/17/2009 | 28 | Stmt-Mar | 03/09/2009 | 2,623.54 | 3.250% | 8.250% | 0.00 | | 2,623.54 | 0.00 | 414,182.90 | 40,817.10 |
| 03/18/2009 | 03/08/2009 | -9 | Reverse Int | | | 3.250% | 8.250% | (854.25) | | 1,769.29 | 0.00 | 414,182.90 | 40,817.10 |
| 03/09/2009 | 03/08/2009 | 0 | CM&F Draw | BAFC#10651 | | 3.250% | 8.250% | 0.00 | | 1,769.29 | (7,500.00) | 421,682.90 | 33,317.10 |
| 03/09/2009 | 03/18/2009 | 10 | Accr Int | | | 3.250% | 8.250% | 966.35 | | 2,735.65 | 0.00 | 421,682.90 | 33,317.10 |
| 03/19/2009 | 03/18/2009 | 0 | CM&F Draw | BAFC#10663 | | 3.250% | 8.250% | 0.00 | | 2,735.65 | (5,000.00) | 426,682.90 | 28,317.10 |
| 03/19/2009 | 03/24/2009 | 6 | Accr Int | | | 3.250% | 8.250% | 586.69 | | 3,322.34 | 0.00 | 426,682.90 | 28,317.10 |
| 03/25/2009 | 03/24/2009 | 0 | CM&F Draw | BAFC#10673 | | 3.250% | 8.250% | 0.00 | | 3,322.34 | (5,749.74) | 432,432.64 | 22,567.36 |
| 03/25/2009 | 03/28/2009 | 4 | Accr Int | | | 3.250% | 8.250% | 396.40 | | 3,718.74 | 0.00 | 432,432.64 | 22,567.36 |
| 03/29/2009 | 03/28/2009 | 0 | L/C Fee | Mar Stmt | 157.41 | 3.250% | 8.250% | 0.00 | | 3,719.74 | 0.00 | 432,432.64 | 22,567.36 |
| 03/29/2009 | 04/08/2009 | 11 | Accr Int | | | 3.250% | 8.250% | 1,090.09 | | 4,808.83 | 0.00 | 432,432.64 | 22,567.36 |
| 04/09/2009 | 04/08/2009 | 0 | Draw | BAFC#10690 | | 3.250% | 8.250% | 0.00 | | 4,808.83 | (2,850.00) | 435,282.64 | 19,717.36 |
| 04/09/2009 | 04/08/2009 | 0 | Draw | BAFC#10691 | | 3.250% | 8.250% | 0.00 | | 4,808.83 | (937.40) | 436,220.04 | 18,779.96 |
| 04/09/2009 | 04/08/2009 | 0 | Draw | BAFC#10692 | | 3.250% | 8.250% | 0.00 | | 4,808.83 | (5,341.00) | 441,561.04 | 13,438.96 |
| 04/09/2009 | 04/08/2009 | 9 | Draw | BAFC#10693 | | 3.250% | 8.250% | 0.00 | | 4,808.83 | (8,000.00) | 449,561.04 | 5,438.96 |
| 04/09/2009 | 04/17/2009 | 9 | Accr Int | | | 3.250% | 8.250% | 927.22 | | 5,736.05 | 0.00 | 449,561.04 | 5,438.96 |
| 04/18/2009 | 04/17/2009 | 31 | Stmt-Apr | 04/09/2009 | 3,112.51 | 3.250% | 8.250% | 0.00 | | 5,736.05 | 0.00 | 449,561.04 | 5,438.96 |
| 04/18/2009 | 04/19/2009 | 2 | Accr Int | | | 3.250% | 8.250% | 206.05 | | 5,942.10 | 0.00 | 449,561.04 | 5,438.96 |
| 04/20/2009 | 04/19/2009 | 0 | Transfer from# 23732.06 | BAFC#10710 | | 3.250% | 8.250% | 0.00 | | 5,942.10 | 17,082.42 | 432,478.62 | 22,521.38 |
| 04/20/2009 | 04/19/2009 | 0 | Draw | BAFC#10711 | | 3.250% | 8.250% | 0.00 | | 5,942.10 | (9,114.42) | 441,593.04 | 13,406.96 |
| 04/20/2009 | 04/19/2009 | 0 | Draw | BAFC#10712 | | 3.250% | 8.250% | 0.00 | | 5,942.10 | (5,956.00) | 447,561.04 | 7,438.96 |
| 04/20/2009 | 04/19/2009 | 0 | Draw | BAFC#10713 | | 3.250% | 8.250% | 0.00 | | 5,942.10 | (2,000.00) | 449,561.04 | 5,438.96 |
| 04/20/2009 | 04/23/2009 | -4 | Account Frozen | | | 3.250% | 8.250% | 412.10 | | 6,354.20 | 0.00 | 449,561.04 | 0.00 |
| 04/24/2009 | 04/23/2009 | 0 | Pmt Rec'd | Ck #1895 | (2,623.54) | 3.250% | 8.250% | 0.00 | 2,623.54 | 3,730.66 | 0.00 | 449,561.04 | 0.00 |
| 04/24/2009 | 04/23/2009 | 0 | Pmt Recv L/C | Ck #1895 | (157.41) | 3.250% | 8.250% | 0.00 | | 3,730.66 | 0.00 | 449,561.04 | 0.00 |
| 04/24/2009 | 04/28/2009 | 5 | Accr Int | | | 3.250% | 8.250% | 515.12 | | 4,245.78 | 0.00 | 449,561.04 | 0.00 |
| 04/29/2009 | 04/28/2009 | 19 | L/C Fee | Apr Stmt | 186.75 | 3.250% | 8.250% | 0.00 | | 4,245.78 | 0.00 | 449,561.04 | 0.00 |
| 04/29/2009 | 05/17/2009 | 19 | Accr Int | | | 3.250% | 8.250% | 1,957.46 | | 6,203.24 | 0.00 | 449,561.04 | 0.00 |
| 05/18/2009 | 05/17/2009 | 30 | Stmt-May | 05/08/2009 | 3,090.73 | 3.250% | 8.250% | 0.00 | | 6,203.24 | 0.00 | 449,561.04 | 0.00 |
| 05/18/2009 | 05/17/2009 | 0 | Pmt Recv'd | Ck #1895 | (3,112.51) | 3.250% | 8.250% | 0.00 | 3,112.51 | 3,090.73 | 0.00 | 449,561.04 | 0.00 |

**BAY AREA FINANCIAL CORPORATION**
LOAN ACCOUNT STATEMENT:
12400 Wilshire Blvd., Ste. 230
Los Angeles, CA  90025

| STATEMENT DATE: | 04-Jan-10 |
|---|---|
| PAYMENT DUE ON: | 18-Dec-09 |
| A LATE CHARGE will be assessed & due after | 10 days above Date= | 6.00% |

**LOAN BILLING STATEMENT SUMMARY:**

| | LOAN MATURED | |
|---|---|---|
| Principal Reduction | | $451,814.73 |
| Current Interest Due | | 4,231.42 |
| Unpaid Late Charges | | 760.28 |
| Apply Interest Reserve Draw | | 0.00 |
| dtd 8/11/99  Other Invoices | (PAST DUE INT) | 20,190.95 |
| TOTAL PYMT DUE: | | $476,997.38 |
| (See Below Loan Activity Summary for Statement details and calculations of amounts due) | | |

BORROWER:    Ian F. Mitchell and Maria de Lourdes Rivas Mitchell, Trustees of the Mitchell Family Liv Tr dtd
LOAN #:    23731.08

Ian F. and Maria Mitchell
c/o Scott Properties Group
129 Hurricane Street
Marina Del Rey, CA  90292

FORMAT UPDATED
12/08/2007

Make Check Payable To & Mail to:

Bay Area Financial Corporation
12400 Wilshire Blvd., Suite 230
Los Angeles, CA  90025

*For information or questions regarding your loan billing statement or
loan servicing, please call Wilma Pitts at: (310) 826-4655*

LOAN TRANSACTIONS HISTORY & SUMMARY - Variable Prime Indexed Note
BORROWER: Ian F. and Maria Mitchell
LOAN #:  23731.08                                                                # Days to Maturity:          -261

BASIC LOAN TERMS:

SPECIAL NOTES:  YOUR LOAN MATURED ON 4/18/2009 AND IS NOW DUE AND PAYABLE IN FULL
AND PAST DUE IN INTEREST AND L/C IN THE AMOUNT OF 20,951.23, REMIT IMMEDIATELY.

| LOAN ORIG DATE: | 04/17/2008 | NOTE AMT: | $455,000.00 | LOAN TERM: | 6 # Months | MO DEBT SERV: | 2nd |
|---|---|---|---|---|---|---|---|
| ORIG MAT DATE: | 10/18/2008 | INT RESRV: | $18,100.00 | RATE INDEX: | 5.250% W. F. Prime | Int Only/Amt: | Int Only |
| CURR MAT DATE: | 04/18/2009 | TYPE LN: | Const.CA frozen | RATE SPREAD: | 5.000% Plus (Over) INDEX | Req Prin Red: | enter Mo $ |
| LATE CHARGE: | 6.00% | Assess after days | 10 | RATE BASIS: | 360 /365 day year | Dflt Int Rate Sprd: | 8.00% |

| CALENDAR DATES (inclusive) | | | TRANSACTION | | PAYMENT | INTEREST RATE | | INTEREST DUE | | | PRINCIPAL | UNPAID PRINCIPAL BALANCE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BEG | END | Days | Description | Date or Refr | Due/<Received> | INDEX BASI | Loan | ACCRUED | PAID | UNPAID | RED/<DRW> | Outstdng Bal | FROZEN |
| 05/18/2009 | 05/17/2009 | 0 | Pmt Recv'd L/C | Ck #1995 | (186.75) | 3.250% | 8.250% | 0.00 | | 3,090.73 | 0.00 | 449,561.04 | 0.00 |
| 05/18/2009 | 05/28/2009 | 11 | Accr Int | | | 3.250% | 8.250% | 1,133.27 | | 4,224.00 | 0.00 | 449,561.04 | 0.00 |
| 05/29/2009 | 05/28/2009 | 0 | L/C Fee | May Stmt | 185.44 | 3.250% | 8.250% | 0.00 | | 4,224.00 | 0.00 | 449,561.04 | 0.00 |
| 05/29/2009 | 06/17/2009 | 20 | Accr Int | | | 3.250% | 8.250% | 2,060.49 | | 6,284.49 | 0.00 | 449,561.04 | 0.00 |
| 06/18/2009 | 06/17/2009 | 31 | Stmt-Jun | 06/08/2009 | 3,193.76 | 3.250% | 8.250% | 0.00 | | 6,284.49 | 0.00 | 449,561.04 | 0.00 |
| 06/18/2009 | 06/11/2009 | -6 | Reverse Int | | | 3.250% | 8.250% | (618.15) | | 5,666.34 | 0.00 | 449,561.04 | 0.00 |
| 06/12/2009 | 06/11/2009 | 0 | Pmt Recv'd | Ck #5182 | (2,905.29) | 3.250% | 8.250% | 0.00 | 2,905.29 | 2,761.05 | 0.00 | 449,561.04 | 0.00 |
| 06/12/2009 | 06/11/2009 | 0 | Pmt Recv'd L/C | Ck #5182 | (185.44) | 3.250% | 8.250% | 0.00 | | 2,761.05 | 0.00 | 449,561.04 | 0.00 |
| 06/12/2009 | 06/15/2009 | 4 | Accr Int | | | 3.250% | 8.250% | 412.10 | | 3,173.15 | 0.00 | 449,561.04 | 0.00 |
| 06/16/2009 | 06/17/2009 | 0 | Pmt Recv'd | Ck #5276 | (185.44) | 3.250% | 8.250% | 0.00 | 185.44 | 2,987.71 | 0.00 | 449,561.04 | 0.00 |
| 06/16/2009 | 05/28/2009 | 13 | Accr Int | | | 3.250% | 8.250% | 1,339.32 | | 4,327.03 | 0.00 | 449,561.04 | 0.00 |
| 06/29/2009 | 06/28/2009 | 0 | L/C Fee | June Stmt | 191.63 | 3.250% | 8.250% | 0.00 | | 4,327.03 | 0.00 | 449,561.04 | 0.00 |
| 06/29/2009 | 06/17/2009 | 15 | Accr Int | | | 3.250% | 8.250% | 1,957.46 | | 6,284.49 | 0.00 | 449,561.04 | 0.00 |
| 07/18/2009 | 07/17/2009 | 30 | Stmt-Jul | 07/06/2009 | 3,090.73 | 3.250% | 8.250% | 0.00 | | 6,284.49 | 0.00 | 449,561.04 | 0.00 |
| 07/18/2009 | 07/29/2009 | 12 | Accr Int | | | 3.250% | 8.250% | 1,236.29 | | 7,520.78 | 0.00 | 449,561.04 | 0.00 |
| 07/30/2009 | 07/29/2009 | 0 | L/C Fee | July Stmt | 185.44 | 3.250% | 8.250% | 0.00 | | 7,520.78 | 0.00 | 449,561.04 | 0.00 |
| 07/30/2009 | 07/17/2009 | 0 | Pmt Recv'd | CM&F#35040 | (65.00) | 3.250% | 8.250% | 0.00 | | 7,520.78 | 65.00 | 449,496.04 | 0.00 |
| 07/30/2009 | 07/17/2009 | 0 | Memo Principal Reduction | | 65.00 | 3.250% | 8.250% | 0.00 | | 7,520.78 | 0.00 | 449,496.04 | 0.00 |
| 07/30/2009 | 08/17/2009 | 19 | Accr Int | | | 3.250% | 8.250% | 1,957.18 | | 9,477.96 | 0.00 | 449,496.04 | 0.00 |
| 08/18/2009 | 08/17/2009 | 31 | Stmt-Aug | 08/07/2009 | 3,193.47 | 3.250% | 8.250% | 0.00 | | 9,477.96 | 0.00 | 449,496.04 | 0.00 |
| 08/18/2009 | 08/28/2009 | 11 | Accr Int | | | 3.250% | 8.250% | 1,133.10 | | 10,611.06 | 0.00 | 449,496.04 | 0.00 |
| 08/29/2009 | 08/28/2009 | 0 | L/C Fee | Aug Stmt | 191.61 | 3.250% | 8.250% | 0.00 | | 10,611.06 | 0.00 | 449,496.04 | 0.00 |
| 08/29/2009 | 09/17/2009 | 20 | Accr Int | | | 3.250% | 8.250% | 2,060.19 | | 12,671.25 | 0.00 | 449,496.04 | 0.00 |
| 09/18/2009 | 09/17/2009 | 31 | Stmt-Sep | 09/04/2009 | 3,193.29 | 3.250% | 8.250% | 0.00 | | 12,671.25 | 0.00 | 449,496.04 | 0.00 |
| 09/18/2009 | 10/17/2009 | 30 | Accr Int | | | 3.250% | 8.250% | 3,090.29 | | 15,761.54 | 0.00 | 449,496.04 | 0.00 |
| 10/18/2009 | 10/17/2009 | 0 | L/C Fee | Sep Stmt | 191.60 | 3.250% | 8.250% | 0.00 | | 15,761.54 | 0.00 | 449,496.04 | 0.00 |
| 10/18/2009 | 10/17/2009 | 30 | Stmt-Oct | 10/08/2009 | 3,090.29 | 3.250% | 8.250% | 0.00 | | 15,761.54 | 0.00 | 449,496.04 | 0.00 |
| 10/18/2009 | 10/15/2009 | -2 | Reverse Int | | | 3.250% | 11.250% | (206.02) | | 15,555.52 | 0.00 | 449,496.04 | 0.00 |
| 10/16/2009 | 10/15/2009 | 0 | Default Rate Applied | | | 3.250% | 11.250% | 0.00 | | 15,555.52 | 0.00 | 449,496.04 | 0.00 |
| 10/16/2009 | 11/17/2009 | 33 | Accr Int | | | 3.250% | 11.250% | 4,635.43 | | 20,190.95 | 0.00 | 449,496.04 | 0.00 |
| 11/18/2009 | 11/17/2009 | 31 | Stmt-Nov | 11/09/2009 | 4,429.41 | 3.250% | 11.250% | 0.00 | | 20,190.95 | 0.00 | 449,496.04 | 0.00 |
| 11/18/2009 | 11/23/2009 | 6 | Accr Int | | | 3.250% | 11.250% | 842.81 | | 21,033.76 | 0.00 | 449,496.04 | 0.00 |
| 11/24/2009 | 11/23/2009 | 0 | Pres&Prot | BAFC#10905 | | 3.250% | 11.250% | 0.00 | | 21,033.76 | (2,318.69) | 451,814.73 | 0.00 |
| 11/24/2009 | 12/17/2009 | 24 | Accr Int | | | 3.250% | 11.250% | 3,388.61 | | 24,422.37 | 0.00 | 451,814.73 | 0.00 |
| 12/18/2009 | 12/17/2009 | 0 | Stmt-Dec | | 4,231.42 | 3.250% | 11.250% | 0.00 | | 24,422.37 | 0.00 | 451,814.73 | 0.00 |
| 12/18/2009 | 12/09/2009 | -8 | Reverse Int | | | 3.250% | 11.250% | (1,129.54) | | 23,292.83 | 0.00 | 451,814.73 | 0.00 |
| 12/10/2009 | 12/09/2009 | 0 | P&P | BAFC#10916 | | 3.250% | 11.250% | 0.00 | | 23,292.83 | (257.58) | 452,072.31 | 0.00 |
| 12/10/2009 | 12/09/2009 | 0 | P&P | BAFC#10920 | | 3.250% | 11.250% | 0.00 | | 23,292.83 | (1,412.00) | 453,484.31 | 0.00 |
| 12/10/2009 | 12/09/2009 | 0 | P&P | BAFC#10921 | | 3.250% | 11.250% | 0.00 | | 23,292.83 | (149.76) | 453,634.07 | 0.00 |
| 12/10/2009 | NA | NA | | | | NA | NA | NA | | 23,292.83 | 0.00 | NA | 0.00 |
| | NA | NA | | | | NA | NA | NA | | 23,292.83 | 0.00 | NA | 0.00 |
| | 365 | | Totals FYE: | 12/31/2009 | 25,182.65 | Due/<Credit> | | 36,198.94 | 14,056.05 | (435,534.07) | | | |

# EXHIBIT "E"

Case 1:09-bk-23919-GM    Doc 8    Filed 11/05/09    Entered 11/05/09 18:22:41    Desc
Main Document    Page 4 of 50

11/05/09  4 06PM

B6A (Official Form 6A) (12/07)

In re    Ian F. Mitchell                                                          Case No.    1:09-bk-23919-GM
_____
                                Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a
cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for
the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W,"
"J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under
"Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and
Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity
claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or
if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Residence - Location: 3609 Seahorn Drive, Malibu CA | Fee simple | C | 2,000,000.00 | 1,979,985.92 |
| Raw Land - 869 Old Topanga, Topanga, CA | Fee simple | C | 200,000.00 | 209,268.36 |
| Residential 4 Unit - 804 S. Leland St., San Pedro | Fee simple | C | 1,700,000.00 | 1,451,750.00 |
| 6 Unit Condo Rental - 623 W. 8th Street, San Pedro | Fee simple | C | 1,550,000.00 | 1,731,225.49 |
| Residential 4 Unit - 448 W. 14th St., San Pedro | Fee simple | C | 600,000.00 | 718,321.73 |
| Residential 3 Unit - 239 W. 14th St., San Pedro | Fee simple | C | 400,000.00 | 479,000.00 |
| Commercial Building 7 Units - 605 South Pacific Ave., San Pedro | Fee simple | C | 1,440,000.00 | 1,094,635.10 |
| 1217 Centre, San Pedro | Equitable Interest Only - Owned by 1100 Berkeley LLC | - | 0.00 | 0.00 |
| 1100 Berkeley, Marina Del Rey | Equitable Interest Only - Owned by Berkeley LLC | - | 0.00 | 0.00 |
| Note:  All properties held in the name of Ian F. Mitchell and Maria De Lourdes Rivas Mitchell, Trustees of the Mitchell Family Living Trust Dated August 11, 1999. | | - | 0.00 | 0.00 |

| | | |
|---|---|---|
| Sub-Total > | 7,890,000.00 | (Total of this page) |
| Total > | 7,890,000.00 | |

____0____  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

# EXHIBIT "F"

11/05/09   4:12PM

B6D (Official Form 6D) (12/07)

In re    Ian F. Mitchell                                                                          Case No.    1:09-bk-23919-GM
_____                                    _____
                            Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of
the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided
if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and
other security interests.
    List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or
guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured
creditors will not fit on this page, use the continuation sheet provided.
    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate
schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be
liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".
    If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the
claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)
    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last
sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with
primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband Wife Joint or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxx-x0001 | | | First Mortgage | | | | | |
| Banco Popular 3360 W. Olympic Blvd. Los Angeles, CA 90019 | | C | 6 Unit Condo Rental - 623 W. 8th Street, San Pedro | | | | | |
| | | | Value $        1,550,000.00 | | | | 516,225.49 | 0.00 |
| Account No. xxxxx5480 | | | First Mortgage | | | | | |
| Bank of America Home Loans P.O. Box 5170 Simi Valley, CA 93062-5170 | | C | Residential 4 Unit - 804 S. Leland St., San Pedro | | | | | |
| | | | Value $        1,700,000.00 | | | | 996,750.00 | 0.00 |
| Account No. xxxxx9265 | | | Second Mortgage | | | | | |
| Bank of America Home Loans P.O. Box 5170 Simi Valley, CA 93062-5170 | | C | Residential 4 Unit - 448 W. 14th St., San Pedro | | | | | |
| | | | Value $        600,000.00 | | | | 91,517.73 | 91,517.73 |
| Account No. xxx32.08 | | | Second Mortgage | | | | | |
| Bay Area Financial Corp. 12400 Wilshire Blvd., Suite 230 Los Angeles, CA 90025 | | J | Residential 4 Unit - 804 S. Leland St., San Pedro | | | | | |
| | | | Value $        1,700,000.00 | | | | 455,000.00 | 0.00 |
| | | | Subtotal (Total of this page) | | | | 2,059,493.22 | 91,517.73 |

 3   continuation sheets attached

11/05/09 4 12PM

B6D (Official Form 6D) (12/07) - Cont.

In re    Ian F. Mitchell _____    Case No.    1:09-bk-23919-GM
                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **xxx32.08**<br><br>Bay Area Financial Corp.<br>12400 Wilshire Blvd., Ste. 230<br>Los Angeles, CA 90025 | C | | | 6 Unit Condo Rental - 623 W. 8th Street, San Pedro<br><br>Value $          1,550,000.00 | | | | 1,115,000.00 | 81,225.49 |
| Account No.<br><br>Chase<br>P.O. Box 78056<br>Phoenix, AZ 85962-8056 | C | | | First Mortgage<br><br>Commercial Building 7 Units - 605 South Pacific Ave., San Pedro<br><br>Value $          1,440,000.00 | | | | 794,635.10 | 0.00 |
| Account No. **xxxxxx4909**<br><br>Indymac Mortgage Services<br>P.O. Box 4045<br>Kalamazoo, MI 49003 | C | | | First Mortgage<br><br>Residence -<br>Location: 3609 Seahorn Drive, Malibu CA<br><br>Value $          2,000,000.00 | | | | 1,500,000.00 | 0.00 |
| Account No. **xxxxxx4322**<br><br>Indymac Mortgage Services<br>P.O. Box 4045<br>Kalamazoo, MI 49003-4045 | C | | | Deed of Trust<br><br>Raw Land - 869 Old Topanga, Topanga, CA<br><br>Value $          200,000.00 | | | | 209,268.36 | 9,268.36 |
| Account No. **xxxxxx8382**<br><br>Indymac Mortgage Services<br>P.O. Box 4045<br>Kalamazoo, MI 49003 | C | | | First Mortgage<br><br>Residential 4 Unit - 448 W. 14th St., San Pedro<br><br>Value $          600,000.00 | | | | 626,804.00 | 26,804.00 |

Sheet   1   of   3   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)    | 4,245,707.46 | 117,297.85

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re   __Ian F. Mitchell_____,          Case No.   __1:09-bk-23919-GM__
                                                Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxx8374 <br><br> Indymac Mortgage Services <br> P.O. Box 4045 <br> Kalamazoo, MI 49003 | C | | First Mortgage <br><br> Residential 3 Unit - 239 W. 14th St., San Pedro <br><br> Value $ 400,000.00 | | | | 479,000.00 | 79,000.00 |
| Account No. <br><br> Los Angeles County Tax Coll <br> P O Box 54018 <br> Los Angeles, CA 90054-0018 | - | | <br><br><br> Value $ 0.00 | | | | 0.00 | 0.00 |
| Account No. <br><br> Mercedes Benz Financial <br> P.O. Box 9001680 <br> Louisville, KY 40290 | - | | Lease for 2009 & 2010 Mercedes Benz <br><br> Value $ 60,000.00 | | | | 0.00 | 0.00 |
| Account No. <br><br> Michael & Lori Chevalier 2003 Trust <br> P.O. Box 2037 <br> Venice, CA 90294 | - | | Third Mortgage <br><br> 6 Unit Condo Rental - 623 W. 8th Street, San Pedro <br><br> Value $ 1,550,000.00 | | | | 100,000.00 | 0.00 |
| Account No. <br><br> Michael & Lori Chevalier 2003 Trust <br> P.O. Box 2037 <br> Venice, CA 90294 | C | | Fourth Mortgage <br><br> Commercial Building 7 Units - 605 South Pacific Ave., San Pedro <br><br> Value $ 1,440,000.00 | | | | 100,000.00 | 0.00 |

Sheet __2__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this page) | 679,000.00 | 79,000.00 |
|---|---|---|---|

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re   Ian F. Mitchell                                                  Case No.   1:09-bk-23919-GM
                                          Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Peter Mitchell <br> 112 Singletree Ridge <br> Telluride, CO 81435 | C | | Third Mortgage <br><br> Commercial Building 7 Units - 605 South Pacific Ave., San Pedro <br><br> Value $ 1,440,000.00 | | | | 100,000.00 | 0.00 |
| Account No. <br><br> Phillip & Janet Schoenwetter <br> 1366 West 7th Street <br> San Pedro, CA 90732 | C | | Second Mortgage <br><br> Commercial Building 7 Units - 605 South Pacific Ave., San Pedro <br><br> Value $ 1,440,000.00 | | | | 100,000.00 | 0.00 |
| Account No. xxxx8028 <br><br> Wachovia Mortgage <br> Bankruptcy Dept VA 7359 <br> P.O. Box 13765 <br> Roanoke, VA 24037 | - | | Secured by SFR at 1100 Berkeley, Marina Del Rey <br> Amount $1,267,000 <br><br> Value $ 1,300,000.00 | | | | 0.00 | 0.00 |
| Account No. xxxxxxxxx1999 <br><br> Wells Fargo <br> PO Box 54780 <br> Los Angeles, CA 90054-0780 | C | | Second Mortgage <br><br> Residence - <br> Location: 3609 Seahorn Drive, Malibu CA <br><br> Value $ 2,000,000.00 | | | | 479,985.92 | 0.00 |
| Account No. <br><br><br><br> Value $ | | | | | | | | |
| Sheet 3 of 3 continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal <br> (Total of this page) | | | | 679,985.92 | 0.00 |
| | | | Total <br> (Report on Summary of Schedules) | | | | 7,664,186.60 | 287,815.58 |