UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 11 (NON-BUSINESS) | |
|---|---|---|
| **IAN MITCHELL,** | Case Number: | **1:09-BK-23919** |
| | Operating Report Number: | **3** |
| Debtor(s). | For the Month Ending: | **12/31/2009** |

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (TOTAL For Month)

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — **$21,028.33**

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — **$38,123.16**

3. BEGINNING BALANCE: — **-$17,094.83**

4. RECEIPTS DURING CURRENT PERIOD: — **$261,500.40**

5. BALANCE: — **$244,405.57**

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD — **$110,888.89**

7. ENDING BALANCE: — **$133,516.68**

8. General Account Number(s): — **\*\*\* Please see following pages\*\***

   Depository Name & Location: — **\*\*\* Please see following pages\*\*\***

\*   All receipts must be deposited into the general account.

\*\*  Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
    to whom, terms, and date of Court Order or Report of Sale.

\*\*\* This amount should be the same as the total from page 2.

UNITED STATES BANKRUPTCY COURT
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 11 (NON-BUSINESS) | |
|---|---|---|
| **IAN MITCHELL,** | Case Number: | **1:09-BK-23919** |
| | Operating Report Number: | **3** |
| Debtor(s). | For the Month Ending: | **12/31/2009** |

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (General Account) - Personal Checking (DIP) (2656)

| | |
|---|---|
| 1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | **$0.00** |
| 2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | **$0.00** |
| 3.  BEGINNING BALANCE: | **$0.00** |
| 4.  RECEIPTS DURING CURRENT PERIOD: | **$26,978.78** |
| 5.  BALANCE: | **$26,978.78** |
| 6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD | **$27,208.73** |
| 7.  ENDING BALANCE: | **-$229.95** |
| 8.  General Account Number(s): | **1010267752656** |

| Depository Name & Location: | **Wachovia, NC8502** |
|---|---|
| | **P.O. Box 563966** |
| | **Charlotte, NC  28256-3966** |

*   All receipts must be deposited into the general account.

**  Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
     to whom, terms, and date of Court Order or Report of Sale.

*** This amount should be the same as the total from page 2.

**** Personal bills paid from Corporate Account

TOTAL DISBURSEMENTS IN DETAIL DURING ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | **(SEE ATTACHED REPORT)** | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | **TOTAL DISBURSEMENTS THIS PERIOD:** | **$27,208.73** |

## BANK RECONCILIATION

| Bank statement Date: | **12/18/2009** | Balance on Statement: | **$18,712.32** |
|---|---|---|---|

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount |
|---|---|---|
| | _____ | _____ |
| | _____ | _____ |
| | (SEE ATTACHED) | |
| | _____ | _____ |
| | _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                        | 1,738.33 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | (SEE ATTACHED) | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                        | 9,851.21 |

Bank statement Adjustments:
Explanation of Adjustments-                                      | _____ |
ADJUSTED BANK BALANCE:                                           | $10,599.44 |

* It is acceptable to replace this form with a similar form

** Please attach a detailed explanation of any bank statement adjustment

9:28 PM

03/14/10

Accrual Basis

# Ian F. Mitchell & Luly Rivas Mitchell
## General Account Receipts & Disbursements
### As of December 31, 2009

| Type | Date | Num | Name | Debit | Credit |
|------|------|-----|------|-------|--------|
| **1040 · Wachovia Ckg (Gen) - DIP (2656)** | | | | | |
| Deposit | 12/1/2009 | | | 4,016.05 | |
| Check | 12/4/2009 | ATM | Withdrawal | | 300.00 |
| Check | 12/5/2009 | 101 | Larry Fuentes | | 173.33 |
| Check | 12/5/2009 | 102 | Silvia Velasco | | 500.00 |
| Check | 12/8/2009 | 103 | The Adderley School | | 360.00 |
| Check | 12/8/2009 | POS | Vons | | 226.94 |
| Check | 12/9/2009 | EFT | Harland Checks | | 26.87 |
| Check | 12/9/2009 | POS | Pharmaca Integrative | | 51.82 |
| Check | 12/10/2009 | ATM | Withdrawal | | 202.00 |
| Deposit | 12/11/2009 | | | 10,266.73 | |
| Check | 12/12/2009 | 104 | Silvia Velasco | | 380.00 |
| Check | 12/14/2009 | EFT | City of Los Angeles | | 52.00 |
| Check | 12/14/2009 | 105 | Diana Mitchell | 0.00 | |
| Check | 12/14/2009 | 106 | Leny Fuentes | | 174.00 |
| Check | 12/14/2009 | 108 | OLM | | 120.00 |
| Deposit | 12/14/2009 | | | 195.98 | |
| Check | 12/14/2009 | POS | Pharmaca Integrative | | 20.69 |
| Check | 12/14/2009 | POS | Ralph's | | 41.21 |
| Check | 12/14/2009 | POS | EB Games | | 54.86 |
| Check | 12/14/2009 | POS | Pinocchio | | 61.03 |
| Check | 12/14/2009 | ATM | Withdrawal | | 202.50 |
| Check | 12/14/2009 | POS | Vons | | 221.32 |
| Check | 12/14/2009 | W/D | Withdrawal | | 400.00 |
| Check | 12/15/2009 | 107 | Del Rey Video | | 45.00 |
| Transfer | 12/15/2009 | | | 10,000.00 | |
| Check | 12/16/2009 | 109 | Cash | | 2,000.00 |
| Check | 12/16/2009 | POS | Santa Monica Park | | 122.00 |
| Check | 12/16/2009 | POS | Vons | | 216.23 |
| Check | 12/17/2009 | 110 | Malibu Shaman | | 25.21 |
| Check | 12/17/2009 | POS | Earthlink | | 21.80 |
| Check | 12/18/2009 | 111 | KFC | | 105.00 |
| Check | 12/18/2009 | 112 | CVS Pharmacy | | 61.62 |
| Deposit | 12/18/2009 | | | 4.00 | |
| Check | 12/18/2009 | POS | City of LA Dot | | 52.00 |
| Check | 12/18/2009 | POS | USPS | | 15.84 |
| Check | 12/19/2009 | 113 | Silvia Velasco | | 400.00 |
| Check | 12/19/2009 | 114 | Leny Fuentes | | 417.00 |
| Check | 12/19/2009 | 115 | Leny Fuentes | | 60.00 |
| Check | 12/19/2009 | 116 | Leny Fuentes | | 80.00 |
| Bill Pmt -... | 12/22/2009 | 126 | Verizon (454-7156) | | 82.81 |
| Bill Pmt -... | 12/22/2009 | 127 | Southern California Edison | | 62.05 |
| Check | 12/22/2009 | 128 | California State Firefighters' Assoc | | 25.00 |
| Bill Pmt -... | 12/22/2009 | 129 | Raudel Munoz | | 287.00 |
| Bill Pmt -... | 12/22/2009 | 130 | Verizon (454-4067) | | 70.99 |
| Bill Pmt -... | 12/22/2009 | 132 | Santa Monica Mini Storage (214B) | | 302.30 |
| Bill Pmt -... | 12/22/2009 | 133 | Santa Monica Mini Storage (260A) | | 186.15 |
| Bill Pmt -... | 12/22/2009 | 134 | USAA | | 976.91 |
| Bill Pmt -... | 12/22/2009 | 131 | Farmers New World Life (6380) | | 366.57 |
| Bill Pmt -... | 12/22/2009 | 138 | ACN Communication Services. Inc. (... | | 66.81 |
| Bill Pmt -... | 12/22/2009 | 137 | ACN Communication Services. Inc. (... | | 65.79 |
| Bill Pmt -... | 12/22/2009 | 136 | Prematic Service Corporation | | 430.14 |
| Bill Pmt -... | 12/22/2009 | 139 | AT&T (832-0820) | | 28.54 |
| Bill Pmt -... | 12/22/2009 | 140 | Culligan | | 24.95 |
| Check | 12/22/2009 | 141 | Julian Osorio | | 332.00 |
| Bill Pmt -... | 12/22/2009 | 142 | Earthlink | | 8.90 |
| Bill Pmt -... | 12/22/2009 | 143 | Joel Medina | | 270.00 |
| Bill Pmt -... | 12/22/2009 | 144 | Michael & Lori Chevalier 2003 Trust (... | | 750.00 |
| Bill Pmt -... | 12/22/2009 | 145 | Michael & Lori Chevalier 2003 Trust (... | | 731.25 |
| Bill Pmt -... | 12/22/2009 | 147 | Peter Mitchell | | 1,515.00 |
| Bill Pmt -... | 12/22/2009 | 146 | Taus. Owens & Schoenwetter | | 750.00 |
| Check | 12/22/2009 | W/D | Withdrawal | | 500.00 |
| Check | 12/22/2009 | POS | Von's | | 264.54 |
| Check | 12/22/2009 | POS | California Pizza Kitchen | | 70.88 |
| Check | 12/22/2009 | 135 | Scott Engel | | 512.00 |
| Check | 12/23/2009 | 117 | Ogden's | | 132.37 |
| Check | 12/23/2009 | POS | Best Buy | | 438.81 |

9:28 PM

03/14/10

Accrual Basis

# Ian F. Mitchell & Luly Rivas Mitchell
## General Account Receipts & Disbursements
### As of December 31, 2009

| Type | Date | Num | Name | Debit | Credit |
|------|------|-----|------|------:|-------:|
| Check | 12/23/2009 | 9000 | NAFS | | 60.32 |
| Check | 12/24/2009 | 118 | Silvia Velasco | | 550.00 |
| Check | 12/24/2009 | 119 | Abel Napoles | | 60.00 |
| Check | 12/24/2009 | 120 | Roto Rooter | | 125.00 |
| Deposit | 12/24/2009 | | | 1,738.33 | |
| Check | 12/25/2009 | POS | PC Greens | | 129.22 |
| Check | 12/25/2009 | POS | PC Greens | | 377.91 |
| Check | 12/26/2009 | POS | Von's | | 205.71 |
| Check | 12/28/2009 | POS | Collar and Leash | | 49.31 |
| Check | 12/29/2009 | 121 | Mario Garcia | | 350.00 |
| Transfer | 12/29/2009 | | | 757.69 | |
| Check | 12/29/2009 | W/D | Withdrawal | | 500.00 |
| Check | 12/30/2009 | EFT | Staples | | 54.85 |
| Bill Pmt -... | 12/30/2009 | 123 | Alison Freebairn-Smith | | 487.50 |
| Bill Pmt -... | 12/30/2009 | 124 | Mercedes Benz Financial | 0.00 | |
| Bill Pmt -... | 12/30/2009 | 125 | Santa Monica Mini Storage (214B) | | 263.00 |
| Bill Pmt -... | 12/30/2009 | 151 | Santa Monica Mini Storage (260A) | | 162.00 |
| Bill Pmt -... | 12/30/2009 | 152 | Tenth Street Pediatric | | 110.00 |
| Bill Pmt -... | 12/30/2009 | 148 | Mercedes Benz Financial | | 807.83 |
| Check | 12/30/2009 | 122 | Sears | | 2,500.00 |
| Check | 12/31/2009 | 153 | Von's | | 121.80 |
| Check | 12/31/2009 | 149 | SBA Network | | 2,352.25 |
| Check | 12/31/2009 | 150 | Brian Le | | 1,500.00 |
| Total 1040 · Wachovia Ckg (Gen) - DIP (2656) | | | | 26,978.78 | 27,208.73 |
| **TOTAL** | | | | **26,978.78** | **27,208.73** |

2:07 PM

12/30/09

# Ian F. Mitchell & Luly Rivas Mitchell
# Reconciliation Detail
### 1040 · Wachovia Ckg (Gen) - DIP (2656), Period Ending 12/18/2009

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 0.00 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 23 items** | | | | | | |
| Check | 12/4/2009 | ATM | Withdrawal | X | -300.00 | -300.00 |
| Check | 12/5/2009 | 102 | Silvia Velasco | X | -500.00 | -800.00 |
| Check | 12/5/2009 | 101 | Larry Fuentes | X | -173.33 | -973.33 |
| Check | 12/8/2009 | 103 | The Adderley School | X | -360.00 | -1,333.33 |
| Check | 12/8/2009 | POS | Vons | X | -226.94 | -1,560.27 |
| Check | 12/9/2009 | POS | Pharmaca Integrative | X | -51.82 | -1,612.09 |
| Check | 12/9/2009 | POS | Harland Checks | X | -26.87 | -1,638.96 |
| Check | 12/10/2009 | ATM | Withdrawal | X | -202.00 | -1,840.96 |
| Check | 12/12/2009 | 104 | Silvia Velasco | X | -380.00 | -2,220.96 |
| Check | 12/14/2009 | W/D | Withdrawal | X | -400.00 | -2,620.96 |
| Check | 12/14/2009 | POS | Vons | X | -221.32 | -2,842.28 |
| Check | 12/14/2009 | ATM | Withdrawal | X | -202.50 | -3,044.78 |
| Check | 12/14/2009 | 108 | OLM | X | -120.00 | -3,164.78 |
| Check | 12/14/2009 | POS | Pinocchio | X | -61.03 | -3,225.81 |
| Check | 12/14/2009 | POS | EB Games | X | -54.86 | -3,280.67 |
| Check | 12/14/2009 | EFT | City of Los Angeles | X | -52.00 | -3,332.67 |
| Check | 12/14/2009 | POS | Ralph's | X | -41.21 | -3,373.88 |
| Check | 12/14/2009 | POS | Pharmaca Integrative | X | -20.69 | -3,394.57 |
| Check | 12/16/2009 | 109 | Cash | X | -2,000.00 | -5,394.57 |
| Check | 12/16/2009 | POS | Vons | X | -216.23 | -5,610.80 |
| Check | 12/16/2009 | POS | Santa Monica Park | X | -122.00 | -5,732.80 |
| Check | 12/17/2009 | POS | Earthlink | X | -21.80 | -5,754.60 |
| Check | 12/18/2009 | POS | USPS | X | -15.84 | -5,770.44 |
| **Total Checks and Payments** | | | | | -5,770.44 | -5,770.44 |
| **Deposits and Credits - 7 items** | | | | | | |
| Deposit | 11/27/2009 | | | X | 4,016.05 | 4,016.05 |
| Deposit | 12/11/2009 | | | X | 10,266.73 | 14,282.78 |
| Check | 12/14/2009 | 106 | Leny Fuentes | X | 0.00 | 14,282.78 |
| Check | 12/14/2009 | 105 | Diana Mitchell | X | 0.00 | 14,282.78 |
| Deposit | 12/14/2009 | | | X | 195.98 | 14,478.76 |
| Transfer | 12/15/2009 | | | X | 10,000.00 | 24,478.76 |
| Deposit | 12/18/2009 | | | X | 4.00 | 24,482.76 |
| **Total Deposits and Credits** | | | | | 24,482.76 | 24,482.76 |
| **Total Cleared Transactions** | | | | | 18,712.32 | 18,712.32 |
| **Cleared Balance** | | | | | 18,712.32 | 18,712.32 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 5 items** | | | | | | |
| Check | 12/15/2009 | 107 | Del Rey Video | | -45.00 | -45.00 |
| Check | 12/17/2009 | 110 | Malibu Shaman | | -25.21 | -70.21 |
| Check | 12/18/2009 | 111 | KFC | | -105.00 | -175.21 |
| Check | 12/18/2009 | 112 | CVS Pharmacy | | -61.62 | -236.83 |
| Check | 12/18/2009 | POS | City of LA Dot | | -52.00 | -288.83 |
| **Total Checks and Payments** | | | | | -288.83 | -288.83 |
| **Total Uncleared Transactions** | | | | | -288.83 | -288.83 |
| **Register Balance as of 12/18/2009** | | | | | 18,423.49 | 18,423.49 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 31 items** | | | | | | |
| Check | 12/19/2009 | 114 | Leny Fuentes | | -417.00 | -417.00 |
| Check | 12/19/2009 | 113 | Silvia Velasco | | -400.00 | -817.00 |
| Check | 12/19/2009 | 116 | Leny Fuentes | | -80.00 | -897.00 |
| Check | 12/19/2009 | 115 | Leny Fuentes | | -60.00 | -957.00 |
| Bill Pmt -Check | 12/22/2009 | 147 | Peter Mitchell | | -1,515.00 | -2,472.00 |
| Bill Pmt -Check | 12/22/2009 | 134 | USAA | | -976.91 | -3,448.91 |
| Bill Pmt -Check | 12/22/2009 | 144 | Michael & Lori Chev… | | -750.00 | -4,198.91 |
| Bill Pmt -Check | 12/22/2009 | 146 | Phillip Schoenwetter | | -750.00 | -4,948.91 |
| Bill Pmt -Check | 12/22/2009 | 145 | Michael & Lori Chev… | | -731.25 | -5,680.16 |
| Bill Pmt -Check | 12/22/2009 | 136 | Prematic Service Co… | | -430.14 | -6,110.30 |

Page 1

2:07 PM

12/30/09

# Ian F. Mitchell & Luly Rivas Mitchell
## Reconciliation Detail
### 1040 · Wachovia Ckg (Gen) - DIP (2656), Period Ending 12/18/2009

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| Bill Pmt -Check | 12/22/2009 | 131 | Farmers New World ... | | -366.57 | -6,476.87 |
| Check | 12/22/2009 | 141 | Julian Osorio | | -332.00 | -6,808.87 |
| Bill Pmt -Check | 12/22/2009 | 132 | Santa Monica Mini S... | | -302.30 | -7,111.17 |
| Bill Pmt -Check | 12/22/2009 | 129 | Raudel Munoz | | -287.00 | -7,398.17 |
| Bill Pmt -Check | 12/22/2009 | 143 | Joel Medina | | -270.00 | -7,668.17 |
| Bill Pmt -Check | 12/22/2009 | 133 | Santa Monica Mini S... | | -186.15 | -7,854.32 |
| Bill Pmt -Check | 12/22/2009 | 126 | Verizon (454-7156) | | -82.81 | -7,937.13 |
| Bill Pmt -Check | 12/22/2009 | 130 | Verizon (454-4067) | | -70.99 | -8,008.12 |
| Bill Pmt -Check | 12/22/2009 | 138 | ACN Communicatio... | | -66.81 | -8,074.93 |
| Bill Pmt -Check | 12/22/2009 | 137 | ACN Communicatio... | | -65.79 | -8,140.72 |
| Bill Pmt -Check | 12/22/2009 | 127 | Southern California ... | | -62.05 | -8,202.77 |
| Bill Pmt -Check | 12/22/2009 | 139 | AT&T (832-0820) | | -28.54 | -8,231.31 |
| Check | 12/22/2009 | 128 | California State Firefi... | | -25.00 | -8,256.31 |
| Bill Pmt -Check | 12/22/2009 | 140 | Culligan | | -24.95 | -8,281.26 |
| Bill Pmt -Check | 12/22/2009 | 142 | Earthlink | | -8.90 | -8,290.16 |
| Check | 12/23/2009 | 117 | Ogden's | | -132.37 | -8,422.53 |
| Check | 12/24/2009 | 118 | Silvia Velasco | | -550.00 | -8,972.53 |
| Check | 12/24/2009 | 120 | Roto Rooter | | -125.00 | -9,097.53 |
| Check | 12/24/2009 | 119 | Abel Napoles | | -60.00 | -9,157.53 |
| Check | 12/29/2009 | 121 | Mario Garcia | | -350.00 | -9,507.53 |
| Check | 12/30/2009 | EFT | Staples | | -54.85 | -9,562.38 |
| **Total Checks and Payments** | | | | | -9,562.38 | -9,562.38 |
| **Deposits and Credits - 1 item** | | | | | | |
| Deposit | 12/24/2009 | | | | 1,738.33 | 1,738.33 |
| **Total Deposits and Credits** | | | | | 1,738.33 | 1,738.33 |
| **Total New Transactions** | | | | | -7,824.05 | -7,824.05 |
| **Ending Balance** | | | | | 10,599.44 | 10,599.44 |



**WACHOVIA**

01   1010267752656   441   30   0   212   10,339

00002961 02 AV  0.460 02   5DG 15

IhlalulhumhhullhuhhldallhudalhllhudhumllII
IAN F MITCHELL
DEBTOR IN POSSESSION CASE          PB
NO. 1:09-BK-23919
3609 SEAHORN DR
MALIBU CA 90265

---

# Free Checking                                    11/24/2009 thru 12/18/2009

Account number:       1010267752656
Account owner(s):     IAN F MITCHELL
                      DEBTOR IN POSSESSION CASE
                      NO. 1:09-BK-23919

## Account Summary

| | |
|---|---:|
| Opening balance 11/24 | $0.00 |
| Deposits and other credits | 24,482.76 + |
| Checks | 3,533.33 - |
| Other withdrawals and service fees | 2,237.11 - |
| **Closing balance 12/18** | **$18,712.32** |

## Deposits and Other Credits

| Date | Amount | Description |
|---|---:|---|
| 11/24 | 4,016.05 | DEPOSIT |
| 12/14 | 10,462.71 | DEPOSIT |
| 12/15 | 10,000.00 | COUNTER DEPOSIT |
| 12/18 | 4.00 | ATM SURCHARGE REBATE |
| **Total** | **$24,482.76** | |

## Checks

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|---|---:|---|---|---:|---|---|---:|---|
| 0101 | 173.33 | 12/14 | 0104 | 380.00 | 12/14 | Total | $3,533.33 | |
| 0102 | 500.00 | 12/07 | 0108* | 120.00 | 12/17 | | | |
| 0103 | 360.00 | 12/11 | 0109 | 2,000.00 | 12/16 | | | |

*Indicates a break in check number sequence*

---

**WACHOVIA BANK, NATIONAL ASSOCIATION , SANTA MONICA AND 5TH**                    page 1 of 4

**WACHOVIA**

**Free Checking**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 02 | 1010267752656 | 441 | 30 | 0 | 212 | 10,340 | |

## Other Withdrawals and Service Fees

| Date | Amount | Description |
|---|---|---|
| 12/04 | 300.00 | WITHDRAWAL   SANTA MONICA & 5TH FC   12/04<br>456 SANTA MONICA  SANTA MONICA CA 6013W007945 |
| 12/08 | 226.94 | PURCHASE   VONS   STORE  2266   12/08<br>PACIFIC PALI CA 60131822957 |
| 12/09 | 26.87 | AUTOMATED DEBIT HARLAND CLARKE  CHK ORDERS<br>CO. ID. 9500021440 091209 PPD |
| 12/09 | 51.82 | PURCHASE   PHARMACA INTEGRATIVE PH 12/08<br>PACIFIC PALI CA 60131086749 |
| 12/10 | 202.00 | WITHDRAWAL  BUBBLE MACHI-107477    12/09<br>3304 14TH ST.   RIVERSIDE   CA 6013N439798 |
| 12/14 | 0.00 | INQUIRY    456 SANTA MONICA BLVD 6013-008501 |
| 12/14 | 20.69 | PURCHASE   PHARMACA INTEGRATIVE PH 12/13<br>PACIFIC PALI CA 60131177717 |
| 12/14 | 41.21 | PURCHASE   RALPHS 15120 SUNSET BL 12/13<br>PACIFIC PALI CA 60131559626 |
| 12/14 | 54.86 | PURCHASE   EB GAMES #4360 10800 W  12/13<br>LOS ANGELES  CA 60131602372 |
| 12/14 | 61.03 | PURCHASE   PINOCCHIO IN CUCIN    12/13<br>4828704261546    PACIFIC PALI CA 6013V282742 |
| 12/14 | 202.50 | WITHDRAWAL  RALPHS    12/13<br>10901 VENTURA BOU STUDIO CITY  CA 6013N006532 |
| 12/14 | 221.32 | PURCHASE   VONS   STORE  2266   12/11<br>PACIFIC PALI CA 60131155591 |
| 12/14 | 400.00 | COUNTER WITHDRAWAL |
| 12/16 | 52.00 * | PURCHASE   CITY OF LA DOT PVB    12/15<br>4828704261546   866-5619742 CA 6013V261534 |
| 12/16 | 122.00 | PURCHASE   SANTA MONICA PARK.    12/14<br>4828704261546   800-214-1526 CA 6013V257001 |
| 12/16 | 216.23 | PURCHASE   VONS   STORE  2266   12/15<br>PACIFIC PALI CA 60131707107 |
| 12/17 | 21.80 | PURCHASE   WWW*EARTHLINK.NET    12/16<br>4828704261546   800-719-4660 GA 6013Z280002 |
| 12/18 | 15.84 | PURCHASE   USPS 0569789552200    12/17<br>4828704261546   SANTA MONICA CA 6013V264181 |
| **Total** | **$2,237.11** | |

**Update to Debit Card Agreement,** Account Number Updates: If you authorize a merchant to bill your Card number for recurring payments, and it changes due to updates or replacement of a damaged or lost/stolen Card, your new Card number may be sent to such merchants, including subscribers to the Visa Account Updater Service, unless there is reported fraud on the Card number that is being replaced.  Always notify each merchant of your new Card number.

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>**IAN MITCHELL,**<br><br>Debtor(s). | CHAPTER 11 (NON-BUSINESS) | |
|---|---|---|
| | Case Number: | **1:09-BK-23919** |
| | Operating Report Number: | **3** |
| | For the Month Ending: | **12/31/2009** |

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (Personal Account) - Personal Ckg (DIP) (2643)

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — **$0.00**

2.  LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — **$0.00**

3.  BEGINNING BALANCE: — **$0.00**

4.  RECEIPTS DURING CURRENT PERIOD: — **$204,137.11**

5.  BALANCE: — **$204,137.11**

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD — **$63,457.54**

7.  ENDING BALANCE: — **$140,679.57**

8.  General Account Number(s): — **1010267752643**

    Depository Name & Location:

| **Wachovia, NC8502** |
|---|
| **P.O. Box 563966** |
| **Charlotte, NC  28256-3966** |

\*    All receipts must be deposited into the general account.

\*\*   Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold.
     to whom, terms, and date of Court Order or Report of Sale

\*\*\* This amount should be the same as the total from page 2

**\*\*\*\* Personal bills paid from Corporate Account**

TOTAL DISBURSEMENTS FROM PERSONAL ACCOUNTS FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | **(SEE ATTACHED REPORT)** | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | TOTAL DISBURSEMENTS THIS PERIOD: | | **$64,457.54** |

PERSONAL CHECKING ACCOUNT

## BANK RECONCILIATION

Bank statement Date:    __12/18/2009__    Balance on Statement:    **$160,084.04**

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |

TOTAL DEPOSITS IN TRANSIT

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL OUTSTANDING CHECKS:    6,195.70

Bank statement Adjustments:
Explanation of Adjustments-
ADJUSTED BANK BALANCE:    $153,888.34

* It is acceptable to replace this form with a similar form

** Please attach a detailed explanation of any bank statement adjustment

9:29 PM

03/14/10

Accrual Basis

# Ian F. Mitchell & Luly Rivas Mitchell
## Personal Account Receipts & Disbursements
### As of December 31, 2009

| Type | Date | Num | Name | Debit | Credit |
|------|------|-----|------|-------|--------|
| **1050 · Wachovia Ckg - DIP (2643)** | | | | | |
| Deposit | 12/1/2009 | | | 201,631.00 | |
| Check | 12/9/2009 | EFT | Harland Checks | | 26.87 |
| Check | 12/9/2009 | 127 | M. Jonathan Hayes | | 30,000.00 |
| Check | 12/14/2009 | 103 | Mercedes Benz Financial | | 1,463.60 |
| Check | 12/14/2009 | 104 | Chevron | | 677.62 |
| Check | 12/14/2009 | 105 | Northwestern Mutual (5512) | | 172.58 |
| Check | 12/14/2009 | 106 | Northwestern Mutual (3601) | | 588.25 |
| Check | 12/14/2009 | 107 | Northwestern Mutual (3601) | | 1,176.50 |
| Check | 12/14/2009 | 108 | Northwestern Mutual (5512) | | 345.16 |
| Check | 12/14/2009 | 101 | L.A. County Waterworks | | 550.06 |
| Transfer | 12/15/2009 | | | | 10,000.00 |
| Check | 12/17/2009 | 1 | Sears | | 2,500.00 |
| Check | 12/17/2009 | 112 | RBZ Business Management, LLC | | 7,271.22 |
| Check | 12/18/2009 | EFT | T-Mobile | | 114.28 |
| Check | 12/18/2009 | EFT | AT&T Mobility (5364) | | 386.92 |
| Deposit | 12/18/2009 | | | 6.11 | |
| Transfer | 12/18/2009 | | | 2,500.00 | |
| Check | 12/22/2009 | 109 | Mario Garcia | | 1,025.00 |
| Check | 12/22/2009 | 110 | Mercedes Benz Financial | | 848.22 |
| Check | 12/22/2009 | 111 | Sears | | 25.00 |
| Check | 12/22/2009 | 102 | The Gas Company | | 86.26 |
| Check | 12/25/2009 | 114 | Deborah Mitchell | | 1,000.00 |
| Check | 12/29/2009 | 113 | Diana Mitchell | | 5,200.00 |
| Total 1050 Wachovia Ckg - DIP (2643) | | | | 204,137.11 | 63,457.54 |
| **TOTAL** | | | | **204,137.11** | **63,457.54** |

2:15 PM

12/30/09

# Ian F. Mitchell & Luly Rivas Mitchell
## Reconciliation Detail
### 1050 · Wachovia Ckg - DIP (2643), Period Ending 12/18/2009

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 0.00 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 6 items** | | | | | | |
| Check | 12/9/2009 | 127 | | X | -30,000.00 | -30,000.00 |
| Check | 12/9/2009 | EFT | Harland Checks | X | -26.87 | -30,026.87 |
| Transfer | 12/15/2009 | | | X | -10,000.00 | -40,026.87 |
| Check | 12/18/2009 | EFT | AT&T Mobility (5364) | X | -386.92 | -40,413.79 |
| Check | 12/18/2009 | EFT | T-Mobile | X | -114.28 | -40,528.07 |
| Check | 12/22/2009 | 109 | Mario Garcia | X | -1,025.00 | -41,553.07 |
| Total Checks and Payments | | | | | -41,553.07 | -41,553.07 |
| **Deposits and Credits - 2 items** | | | | | | |
| Deposit | 11/24/2009 | | | X | 201,631.00 | 201,631.00 |
| Deposit | 12/18/2009 | | | X | 6.11 | 201,637.11 |
| Total Deposits and Credits | | | | | 201,637.11 | 201,637.11 |
| Total Cleared Transactions | | | | | 160,084.04 | 160,084.04 |
| **Cleared Balance** | | | | | 160,084.04 | 160,084.04 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 8 items** | | | | | | |
| Check | 12/14/2009 | 103 | Mercedes Benz Fina... | | -1,463.60 | -1,463.60 |
| Check | 12/14/2009 | 107 | Northwestern Mutual... | | -1,176.50 | -2,640.10 |
| Check | 12/14/2009 | 104 | Chevron | | -677.62 | -3,317.72 |
| Check | 12/14/2009 | 106 | Northwestern Mutual... | | -588.25 | -3,905.97 |
| Check | 12/14/2009 | EFT | Charter Communicat... | | -364.85 | -4,270.82 |
| Check | 12/14/2009 | 108 | Northwestern Mutual... | | -345.16 | -4,615.98 |
| Check | 12/14/2009 | 105 | Northwestern Mutual... | | -172.58 | -4,788.56 |
| Check | 12/14/2009 | EFT | City of Los Angeles | | -147.00 | -4,935.56 |
| Total Checks and Payments | | | | | -4,935.56 | -4,935.56 |
| Total Uncleared Transactions | | | | | -4,935.56 | -4,935.56 |
| **Register Balance as of 12/18/2009** | | | | | 155,148.48 | 155,148.48 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 3 items** | | | | | | |
| Check | 12/22/2009 | 110 | Mercedes Benz Fina... | | -848.22 | -848.22 |
| Check | 12/22/2009 | 112 | AT&T Mobility (5364) | | -386.92 | -1,235.14 |
| Check | 12/22/2009 | 111 | Sears | | -25.00 | -1,260.14 |
| Total Checks and Payments | | | | | -1,260.14 | -1,260.14 |
| Total New Transactions | | | | | -1,260.14 | -1,260.14 |
| **Ending Balance** | | | | | 153,888.34 | 153,888.34 |

**WACHOVIA**

00002960 02 AV 0.460 02   5DG 15

IAN F MITCHELL OR MARIA RIVAS
DEBTOR IN POSSESSION                    PB
CASE NO. 1:09-BK 23919
3609 SEAHORN DR
MALIBU CA 90265

---

# Crown Banking

11/24/2009 thru 12/18/2009

Account number:        1010267752643
Account owner(s):      IAN F MITCHELL OR MARIA RIVAS
                       DEBTOR IN POSSESSION
                       CASE NO. 1:09-BK 23919

## Account Summary

| | |
|---|---|
| Opening balance 11/24 | $0.00 |
| Deposits and other credits | 204,131.00 + |
| Interest paid | 6.11 + |
| Checks | 33,525.00 - |
| Other withdrawals and service fees | 10,528.07 - |
| **Closing balance 12/18** | **$160,084.04** |

## Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 11/24 | 201,631.00 | DEPOSIT |
| 12/18 | 6.11 | INTEREST FROM 11/24/2009 THROUGH 12/18/2009 |
| 12/18 | 2,500.00 | CHECK REVERSAL<br>CHECK NUMBER 00000000001 DATE POSTED 12/17/09<br>REASON: UNAUTHORIZED |
| **Total** | **$204,137.11** | |

## Interest

| | |
|---|---|
| Number of days this statement period | 25 |
| Annual percentage yield earned | 0.05% |
| Interest earned this statement period | $6.11 |
| Interest paid this statement period | $6.11 |
| Interest paid this year | $6.11 |

## Checks

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 0001 | 2,500.00 | 12/17 | 0127* | 30,000.00 | 12/08 | | | |
| 0109* | 1,025.00 | 12/17 | **Total** | **$33,525.00** | | | | |

*Indicates a break in check number sequence*

---

**WACHOVIA BANK, NATIONAL ASSOCIATION , SANTA MONICA AND 5TH**

**Crown Banking**

WACHOVIA

| 02 | 1010267752643 | 441 | 30 | 0 | 212 | 10,337 |

## Other Withdrawals and Service Fees

| Date | Amount | Description |
|------|--------|-------------|
| 12/09 | 26.87 | AUTOMATED DEBIT HARLAND CLARKE  CHK ORDERS<br>CO. ID. 9500021440 091209 PPD |
| 12/15 | 10,000.00 | COUNTER WITHDRAWAL |
| 12/18 | 114.28 | AUTOMATED DEBIT T-MOBILE IVR    PCS SVC<br>CO. ID. 0000450304 091218 TEL<br>MISC 1171281 |
| 12/18 | 386.92 | AUTOMATED DEBIT AT&T                    PAYMENT<br>CO. ID. 9991300000 091218 TEL<br>MISC 194235364PAC |
| **Total** | **$10,528.07** | |

**Update to Debit Card Agreement,** Account Number Updates: If you authorize a merchant to bill your Card number for recurring payments, and it changes due to updates or replacement of a damaged or lost/stolen Card, your new Card number may be sent to such merchants, including subscribers to the Visa Account Updater Service, unless there is reported fraud on the Card number that is being replaced.  Always notify each merchant of your new Card number.

**IMPORTANT-Effective February 28, 2010, you will no longer have the option to make deposits at a non-Wachovia ATM.

Think you can't save during the holidays?  Try Wachovia's Way2Save savings program. We'll automatically transfer one dollar from your checking account to a high-yield savings account whenever you use your check card to make a purchase or pay a bill online.  To enroll today, go to wachovia.com/way2save or ask your Wachovia representative.
Wachovia Bank, N.A. and Wachovia Bank of Delaware, N.A. are Members FDIC.