UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:                          | CHAPTER 11 (NON-BUSINESS) |              |
|---------------------------------|---------------------------|--------------|
| **IAN MITCHELL,**               | Case Number:              | **1:09-BK-23919** |
|                                 | Operating Report Number:  | **3**        |
| Debtor(s).                      | For the Month Ending:     | **12/31/2009** |

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (Cash Collateral Account No. 1 - 625 W. 8th Street)

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — **$8,842.96**

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — **$8,159.71**

3. BEGINNING BALANCE: — **$683.25**

4. RECEIPTS DURING CURRENT PERIOD: — **$8,771.51**

5. BALANCE: — **$9,454.76**

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD — **$6,906.26**

7. ENDING BALANCE: — **$2,548.50**

8. General Account Number(s): **2110154197**

Depository Name & Location:

| **Union Bank / Real Estate Treasury Services 211** |
| **P.O. Box 513840** |
| **Los Angeles, CA  90051-3840** |

\*    All receipts must be deposited into the general account.

\*\*   Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
      to whom, terms, and date of Court Order or Report of Sale.

\*\*\*  This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM GENERAL COLLATERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | (SEE ATTACHED) | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | $6,906.26 |

## BANK RECONCILIATION

Bank statement Date: **12/31/2009**     Balance on Statement: **$3,117.26**

Plus deposits in transit (a):

<u>Deposit Date</u>          <u>Deposit Amount</u>

(SEE ATTACHED)

TOTAL DEPOSITS IN TRANSIT

Less Outstanding Checks (a):

<u>Check Number</u>     <u>Check Date</u>     <u>Check Amount</u>

(SEE ATTACHED)

TOTAL OUTSTANDING CHECKS:                                1,120.00

Bank statement Adjustments:
Explanation of Adjustments-
ADJUSTED BANK BALANCE:                                   $1,997.26

* It is acceptable to replace this form with a similar form

** Please attach a detailed explanation of any bank statement adjustment

# Owner Statement
## 625 West 8th Street - (625w)
### Months: Dec 2009
## Account: 1118 - Checking Account - Mitchell

Prepared For:
DIP Ian F. Mitchell, #1:09-BK-23919-GM
3609 Seahorn Drive
Malibu, CA 90265

Prepared By:
Scott Properties Group, Inc.
129 Hurricane Street
Marina Del Rey, CA 90292

| Date | Reference | Code | Payee/Payor | Remarks | Income | Expense | Balance |
|------|-----------|------|-------------|---------|--------|---------|---------|
| | | | | Beginning Balance | | | 132.01 |
| 12/07/09 | 02470098 | 625w | Cruise-Hardin | #04 Dec 09 Rent - Cruise | 795.00 | | 927.01 |
| 12/07/09 | 112 | 625w | Banco Popular | Mortgage 12/2009  001948780 | | 4,250.00 | -3,322.99 |
| 12/07/09 | 113 | 625w | CIG | Insurance Policy # 1-BOP-1-144 | | 189.00 | -3,511.99 |
| 12/07/09 | 1275 | 625w | Diaz-Vega | #03 Dec 09 Rent | 1,475.00 | | -2,036.99 |
| 12/07/09 | 1279 | 625w | Martin | #05 Dec 09 Rent | 1,425.00 | | -611.99 |
| 12/07/09 | 17556490 | 625w | Cruise-Hardin | #04 Dec 09 Rent - Cruise | 700.00 | | 88.01 |
| 12/07/09 | 1947 | 625w | McClung | #06 Dec 09 Rent/SCEP - Hanson | 1,602.96 | | 1,690.97 |
| 12/08/09 | 09-90872 | 625w | Tomoko Miyahara | #02 December 2009 Rent | 500.00 | | 2,190.97 |
| 12/08/09 | 09-90872 | 625w | Tomoko Miyahara | #02 December 2009 Rent | 500.00 | | 2,690.97 |
| 12/08/09 | 09-90872 | 625w | Tomoko Miyahara | #02 December 2009 Rent | 323.55 | | 3,014.52 |
| 12/10/09 | 114 | 625w | De Leon DBA De Leon Gardening | Gardening11/2009 | | 150.00 | 2,864.52 |
| 12/10/09 | 115 | 625w | Vigen Onany & Associates, Inc | Prof. Service (HOA, CC&R) Conv | | 162.50 | 2,702.02 |
| 12/10/09 | 116 | 625w | Allied Waste Services #902 | Trash Service  12/2009 | | 277.47 | 2,424.55 |
| 12/14/09 | 5216 | 625w | Morgan | #01 Dec 09 Rent - JM Enterpris | 1,450.00 | | 3,874.55 |
| 12/16/09 | 117 | 625w | Scott Properties Group, Inc. | Management Fee  12/2009  SGI:8 | | 526.29 | 3,348.26 |
| 12/17/09 | 118 | 625w | Scott Properties Group, Inc. | Security System #2 | | 278.85 | 3,069.41 |
| 12/22/09 | 120 | 625w | Scott Properties Group, Inc. | Postage Reimb Nov/Dec 2009 | | 13.30 | 3,056.11 |
| 12/30/09 | 121 | 625w | Garcia | Misc Repairs & Maintenance | | 970.00 | 2,086.11 |
| 12/31/09 | Alarm | 625w | | Record Security Alarm Setup Fe | | 79.85 | 2,006.26 |
| 12/31/09 | BankChrg | 625w | | Record 12/2009 Bank Charges | | 9.00 | 1,997.26 |
| | | | | | 8,771.51 | 6,906.26 | |

Security Deposits    7,741.00
Reserves Defined    0.00

Bank Reconciliation

1/12/2010
03:13 PM

| | |
|---|---|
| Code | 625dip |
| Description | 625 W 8th - Debtor |
| Account# | 2110154197 |

## Summary

| | |
|---|---|
| Prior Balance on 11/30/09 | 132.01 |
| - 7 Checks | 5,697.41 |
| - 2 Other Decreases | -88.85 |
| + 3 Deposits | 8,771.51 |
| + 0 Other Increases | 0.00 |
| + 0 Non-G/L Reconciliation Adjustments | 0.00 |
| Cleared Balance | 3,117.26 |
| Statement Balance on 12/31/09 | 3,117.26 |

In Balance

## Checks

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 112 | 12/07/09 | Banco Popular | 4,250.00 | 113 | 12/07/09 | CIG | 189.00 |
| 115 | 12/10/09 | Vigen Onany & Associates, | 162.50 | 116 | 12/10/09 | Allied Waste Services #902 | 277.47 |
| 117 | 12/16/09 | Scott Properties Group, Inc. | 526.29 | 118 | 12/17/09 | Scott Properties Group, Inc. | 278.85 |
| 120 | 12/22/09 | Scott Properties Group, Inc. | 13.30 | | | | |

## Other Decreases

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| JE 1217 | 12/31/09 | Record 12/2009 Bank Char | 9.00 | JE 1227 | 12/31/09 | Record Security Alarm Setu | 79.85 |

## Deposits

| | | | | | |
|---|---|---|---|---|---|
| 6 | 12/07/09 | 5,997.96 | 7 | 12/10/09 | 1,323.55 |
| 8 | 12/15/09 | 1,450.00 | | | |

**◆ Union**Bank

## STATEMENT OF ACCOUNTS

UNION BANK
REAL ESTATE TREASURY SERVICES 211
POST OFFICE BOX 513840
LOS ANGELES          CA   90051-3840

Page 1 of 2
SCOTT PROPERTIES GROUP INC
**Statement Number: 2110154197**
12/01/09 - 12/31/09

Customer Inquiries
800-849-6466

Thank you for banking with us
since 2007

SCOTT PROPERTIES GROUP INC
CASH COLLATERAL ACCT FOR 625 W 8TH ST
OWNED BY "DEBTOR-IN-POSSESSION" IAN F
MITCHELL CASE #1:09-BK-23919-GM
129 HURRICANE ST
MARINA DEL REY CA 90292

■  *We've made Online Statements even better. Now you can view images of deposited checks and deposit tickets in addition to your paid checks. Call your Relationship Manager or Global Treasury Management Sales at 800-883-0285 to enroll.*

### Basic Business Checking Summary

Account Number: 2110154197

Days in statement period: Days in statement period: 31

|  |  |  |  |
|---|---|---:|---:|
| Balance on 12/ 1 | $ | | 132.01 |
| **Total Credits** | | | **8,771.51** |
| | Deposits (3) | 8,771.51 | |
| **Total Debits** | | | **-5,786.26** |
| | Checks paid (7) | -5,697.41 | |
| | Electronic debits (2) | -79.85 | |
| | Other debits (1) | -9.00 | |
| Balance on 12/31 | $ | | 3,117.26 |

## C R E D I T S

**Deposits** *including check and cash credits*

| Date | Description/Location | Reference | Amount |
|---|---|---|---:|
| 12/7 | OFFICE DEPOSIT | 45482084 | $    5,997.96 |
| 12/9 | OFFICE DEPOSIT | 44808071 | 1,323.55 |
| 12/15 | OFFICE DEPOSIT | 45021190 | 1,450.00 |
| | **3  Deposits** | **Total** | $    **8,771.51** |

## D E B I T S

### Check Paid

| Number | Date | Amount | Number | Date | Amount |
|---|---|---:|---|---|---:|
| 0000 | 12/23 | 13.30 | 0116 | 12/16 | 277.47 |
| 0112 | 12/15 | 4,250.00 | 0117 | 12/16 | 526.29 |
| 0113 | 12/14 | 189.00 | 0118 | 12/17 | 278.85 |
| 0115* | 12/17 | 162.50 | | | |
| **7  Checks paid** | | | **Total** | | $    **5,697.41** |

* Checks missing in sequence. Out of sequence check numbers may also be located in the Electronic Debits section of your statement.

Page 2 of 2
SCOTT PROPERTIES GROUP INC
**Statement Number: 2110154197**
12/01/09 - 12/31/09

## Electronic debits

| Date | Description | | | Reference | | Amount |
|------|-------------|---|---|-----------|---|--------|
| 12/10 | 0PROTECT **********3836 | AMERICA | DEBITS | PPD51554152 | $ | 19.95 |
| 12/21 | 0PROTECT **********3836 | AMERICA | DEBITS | PPD56037242 | | 59.90 |
| | 2 Electronic debits | | | Total | $ | 79.85 |

## Other debits, fees and adjustments

| Date | Description | Reference | | Amount |
|------|-------------|-----------|---|--------|
| 12/31 | SERVICE CHARGE WITH ONLINE STATEMENT | | $ | 9.00 |

## Daily Ledger Balance

| Date | | Ledger Balance | Date | | Ledger Balance |
|------|---|----------------|------|---|----------------|
| 12/1-12/6 | $ | 132.01 | 12/16 | $ | 3,640.81 |
| 12/7-12/8 | | 6,129.97 | 12/17-12/20 | | 3,199.46 |
| 12/9 | | 7,453.52 | 12/21-12/22 | | 3,139.56 |
| 12/10-12/13 | | 7,433.57 | 12/23-12/30 | | 3,126.26 |
| 12/14 | | 7,244.57 | 12/31 | | 3,117.26 |
| 12/15 | | 4,444.57 | | | |

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 11 (NON-BUSINESS) | |
|---|---|---|
| **IAN MITCHELL,** | Case Number: | **1:09-BK-23919** |
| | Operating Report Number: | **3** |
| Debtor(s). | For the Month Ending: | **12/31/2009** |

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (Cash Collateral Account No. 2 - 804 S. Leland Street)

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — **$5,900.00**

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — **$7,456.15**

3. BEGINNING BALANCE: — **-$1,556.15**

4. RECEIPTS DURING CURRENT PERIOD: — **$5,900.00**

5. BALANCE: — **$4,343.85**

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD — **$2,583.33**

7. ENDING BALANCE: — **$1,760.52**

8. General Account Number(s): — **2110154200**

Depository Name & Location:
**Union Bank / Real Estate Treasury Services 211**
**P.O. Box 513840**
**Los Angeles, CA  90051-3840**

\*   All receipts must be deposited into the general account.

\*\*  Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
     to whom, terms, and date of Court Order or Report of Sale.

\*\*\* This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | **(SEE ATTACHED)** | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | $2,583.33 |

CASH REPORTS - ACCOUNT  3069
BANK RECONCILIATION

| | | |
|---|---|---|
| Bank statement Date: | **12/31/2009** | Balance on Statement: | **$4,033.25** |

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| (SEE ATTACHED) | |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | (SEE ATTACHED) | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                      633.02

Bank statement Adjustments:
Explanation of Adjustments-
ADJUSTED BANK BALANCE:                       $3,400.23

**Owner Statement**

**804 S. Leland Street - (804)**

**Months: Dec 2009**

**Account: 1118 - Checking Account - Mitchell**

Page 1
1/12/2010
02:35 PM

Prepared For:
DIP Ian F. Mitchell, #1:09-BK-23919-GM
3609 Seahorn Drive
Malibu, CA 90265

Prepared By:
Scott Properties Group, Inc.
129 Hurricane Street
Marina Del Rey, CA 90292

| Date | Reference | Code | Payee/Payer | Remarks | Income | Expense | Balance |
|---|---|---|---|---|---|---|---|
| | | | | Beginning Balance | | | 83.56 |
| 12/01/09 | 106 | 804 | Scott Properties Group, Inc. | Misc: Copies, Fedex, Blue Prin | | 133.02 | -49.46 |
| 12/01/09 | 297 | 804 | Redlew | #02 Dec 09 Rent | 1,700.00 | | 1,650.54 |
| 12/01/09 | 5275 | 804 | Spargur | #01 Dec 09 Rent | 2,400.00 | | 4,050.54 |
| 12/02/09 | 06000092 | 804 | Gross | #04 Dec 09 Rent | 1,800.00 | | 5,850.54 |
| 12/10/09 | 107 | 804 | Vigen Onany & Associates, Inc | HOA, Budget Reserve Study | | 260.00 | 5,590.54 |
| 12/10/09 | 108 | 804 | De Leon DBA De Leon Gardening | Gardening Serivce 12/2009 | | 120.00 | 5,470.54 |
| 12/10/09 | 109 | 804 | DWP | Meter# 9-560428 9/21/09-11/20/ | | 129.91 | 5,340.63 |
| 12/10/09 | 110 | 804 | DWP | Meter#90038491 09/21/09-11/20/ | | 460.41 | 4,880.22 |
| 12/10/09 | 111 | 804 | CIG | Insurance Policy #: 1-BOP-1-14 | | 175.00 | 4,705.22 |
| 12/17/09 | 113 | 804 | Scott Properties Group, Inc. | Management Fee 12/2009  SGI 5 | | 354.00 | 4,351.22 |
| 12/21/09 | 114 | 804 | Recon Trust Company | Fee for B of A Mylar | | 500.00 | 3,851.22 |
| 12/22/09 | 115 | 804 | Scott Properties Group, Inc. | Postage Reimb Nov/Dec 2009 | | 13.00 | 3,838.22 |
| 12/22/09 | 116 | 804 | Scott Properties Group, Inc. | Reimb overnight package | | 57.99 | 3,780.23 |
| 12/30/09 | 117 | 804 | Garcia | Misc Repairs & Maintenance | | 380.00 | 3,400.23 |
| | | | | | 5,900.00 | 2,583.33 | |
| | | | | Security Deposits | 8,045.00 | | |
| | | | | Reserves Defined | 0.00 | | |

Code          804dip
Description   804 S Leland Debtor In Possess
Account#      2110154200

## Summary

|  |  |
|---|---|
| Prior Balance on 11/30/09 | 6,550.10 |
| - 10 Checks | 8,416.85 |
| - 0 Other Decreases | 0.00 |
| + 2 Deposits | 5,900.00 |
| + 0 Other Increases | 0.00 |
| + 0 Non-G/L Reconciliation Adjustments | 0.00 |
| Cleared Balance | 4,033.25 |
| Statement Balance on 12/31/09 | 4,033.25 |

In Balance

## Checks

| 105 | 11/30/09 | Bank of America Home Loa | 6,333.52 | 106 | 12/01/09 | Scott Properties Group, Inc. | 133.02 |
| 107 | 12/10/09 | Vigen Onany & Associates, | 260.00 | 109 | 12/10/09 | DWP | 129.91 |
| 110 | 12/10/09 | DWP | 460.41 | 111 | 12/10/09 | CIG | 175.00 |
| 113 | 12/17/09 | Scott Properties Group, Inc. | 354.00 | 114 | 12/21/09 | Recon Trust Company | 500.00 |
| 115 | 12/22/09 | Scott Properties Group, Inc. | 13.00 | 116 | 12/22/09 | Scott Properties Group, Inc. | 57.99 |

## Deposits

| 3 | 12/01/09 | 4,100.00 | 4 | 12/02/09 | 1,800.00 |



**STATEMENT**
**OF ACCOUNTS**

■ UnionBank

UNION BANK
REAL ESTATE TREASURY SERVICES 211
POST OFFICE BOX 513840
LOS ANGELES        CA  90051-3840

Page 1 of 2
SCOTT PROPERTIES GROUP INC
**Statement Number: 2110154200**
12/01/09 - 12/31/09

Customer Inquiries
800-849-6466

Thank you for banking with us
since 2007

SCOTT PROPERTIES GROUP INC
CASH COLLATERAL ACCT FOR 804 S LELAND
OWNED BY "DEBTOR-IN-POSSESSION" IAN F
MITCHELL, CASE # 1:09-BK-23919-GM
129 HURRICANE ST
MARINA DEL REY CA 90292

■ *We've made Online Statements even better. Now you can view images of deposited checks and deposit
tickets in addition to your paid checks. Call your Relationship Manager or Global Treasury Management
Sales at 800-883-0285 to enroll.*

---

## Basic Business Checking Summary

Account Number: 2110154200

Days in statement period: Days in statement period: 31

| | | | |
|---|---|---|---|
| Balance on 12/ 1 | $ | | 6,550.10 |
| Total Credits | | | 5,900.00 |
| Deposits (2) | | 5,900.00 | |
| Total Debits | | | -8,416.85 |
| Checks paid (9) | | -2,083.33 | |
| Other debits (1) | | -6,333.52 | |
| Balance on 12/31 | $ | | 4,033.25 |

## C R E D I T S

### Deposits *including check and cash credits*

| Date | Description/Location | Reference | | Amount |
|---|---|---|---|---|
| 12/2 | OFFICE DEPOSIT | 46174208 | $ | 1,800.00 |
| 12/2 | OFFICE DEPOSIT | 46174177 | | 4,100.00 |
| | **2 Deposits** | **Total** | **$** | **5,900.00** |

## D E B I T S

### Check Paid

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 0000 | 12/1 | 133.02 | 0111 | 12/16 | 175.00 |
| 0000 | 12/23 | 57.99 | 0113* | 12/18 | 354.00 |
| 0107 | 12/17 | 260.00 | 0114 | 12/23 | 500.00 |
| 0109* | 12/15 | 129.91 | 0115 | 12/23 | 13.00 |
| 0110 | 12/15 | 460.41 | | | |
| **9  Checks paid** | | | **Total** | **$** | **2,083.33** |

* Checks missing in sequence. Out of sequence check numbers may also be located in the Electronic Debits section of your statement.

Page 2 of 2
SCOTT PROPERTIES GROUP INC
**Statement Number: 2110154200**
12/01/09 - 12/31/09

## Other debits, fees and adjustments

| Date | Description | Reference | | Amount |
|------|-------------|-----------|---|--------|
| 12/2 | DEBIT MEMO | 99553522 | $ | 6,333.52 |

* This transaction has been Value Dated to the prior business day.

## Daily Ledger Balance

| Date | | Ledger Balance | Date | | Ledger Balance |
|------|---|----------------|------|---|----------------|
| 12/1 | $ | 6,417.08 | 12/17 | $ | 4,958.24 |
| 12/2-12/14 | | 5,983.56 | 12/18-12/22 | | 4,604.24 |
| 12/15 | | 5,393.24 | 12/23-12/31 | | 4,033.25 |
| 12/16 | | 5,218.24 | | | |

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 11 (NON-BUSINESS) | |
|---|---|---|
| **IAN MITCHELL,** | Case Number: | **1:09-BK-23919** |
| | Operating Report Number: | **3** |
| Debtor(s). | For the Month Ending: | **12/31/2009** |

### I. CASH RECEIPTS AND DISBURSEMENTS
### A. (Cash Collateral Account No. 3 - 239 W. 14th Street)

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — **$550.00**

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — **$510.00**

3. BEGINNING BALANCE: **$40.00**

4. RECEIPTS DURING CURRENT PERIOD: **$1,829.00**

5. BALANCE: **$1,869.00**

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD **$1,180.15**

7. ENDING BALANCE: **$688.85**

8. General Account Number(s): **2110154235**

Depository Name & Location:
**Union Bank / Real Estate Treasury Services 211**
**P.O. Box 513840**
**Los Angeles, CA  90051-3840**

\* All receipts must be deposited into the general account.
\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.
\*\*\* This amount should be the same as the total from page 2

TOTAL DISBURSEMENTS FROM THIS MONITORED ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | **(SEE ATTACHED)** | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | $1,180.15 |

CASH OR MORTGAGE NO. CC0LN21
BANK RECONCILIATION

Bank statement Date: **12/31/2009**     Balance on Statement:     **$676.54**

Plus deposits in transit (a):

|  | Deposit Date | Deposit Amount |
|---|---|---|
| | _____ | _____ |
| | _____ | _____ |
| | (SEE ATTACHED) | |
| | _____ | _____ |
| | _____ | _____ |

TOTAL DEPOSITS IN TRANSIT     [ _____ ]

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | (SEE ATTACHED) | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:     [ 0.00 ]

Bank statement Adjustments:     _____
Explanation of Adjustments-
ADJUSTED BANK BALANCE:     [ $676.54 ]

\* It is acceptable to replace this form with a similar form

\*\* Please attach a detailed explanation of any bank statement adjustment

**Owner Statement**

## 239-241 W. 14th St - (239)
## Months: Dec 2009
## Account: 1110 - Checking Account

Page 1
1/12/2010
02:37 PM

Prepared For:
DIP Ian F. Mitchell, #1:09-BK-23919-GM
3609 Seahorn Drive
Malibu, CA 90265

Prepared By:
Scott Properties Group, Inc.
129 Hurricane Street
Marina Del Rey, CA 90292

| Date | Reference | Code | Payee/Payer | Remarks | Income | Expense | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | | | 27.69 |
| | | | | Beginning Balance | | 110.00 | -82.31 |
| 12/07/09 | 104 | 239 | Scott Properties Group, Inc. | Management Fee 12/2009 | 980.00 | | 897.69 |
| 12/07/09 | 49714484 | 239 | Fernando Pancheco | #239A Dec 09 Rent | 500.00 | | 1,397.69 |
| 12/07/09 | 57-75481 | 239 | Fernando Pacheco | #239B Dec 09 Rent | 349.00 | | 1,746.69 |
| 12/07/09 | 57-75481 | 239 | Fernando Pacheco | #239B Dec 09 Rent | | 51.15 | 1,695.54 |
| 12/08/09 | 105 | 239 | Gas Company | Meter# 03729440 10/19/09-11/ | | 1,010.00 | 685.54 |
| 12/17/09 | 106 | 239 | Garcia | #241 New Cabinets and paint | | 9.00 | 676.54 |
| 12/31/09 | BankChrg | 239 | | Record 12/2009 Bank Charges | 1,829.00 | 1,180.15 | |
| | | | | Security Deposits | 0.00 | | |
| | | | | Reserves Defined | 0.00 | | |

Bank Reconciliation

Code        239
Description 239-41 W 14th Debtor in Posses
Account#    2110154235

---

### Summary

| | |
|---|---:|
| Prior Balance on 11/30/09 | 27.69 |
| - 3 Checks | 1,171.15 |
| - 1 Other Decreases | -9.00 |
| + 1 Deposits | 1,829.00 |
| + 0 Other Increases | 0.00 |
| + 0 Non-G/L Reconciliation Adjustments | 0.00 |
| | |
| Cleared Balance | 676.54 |
| Statement Balance on 12/31/09 | 676.54 |
| | |
| In Balance | |

---

### Checks

| | | | | | | | | |
|---|---|---|---:|---|---|---|---|---:|
| 104 | 12/07/09 | Scott Properties Group, Inc. | 110.00 | | 105 | 12/08/09 | The Gas Company | 51.15 |
| 106 | 12/17/09 | Antonio Marino Garcia | 1,010.00 | | | | | |

---

### Other Decreases

| | | | |
|---|---|---|---:|
| JE 1218 | 12/31/09 | Record 12/2009 Bank Char | 9.00 |

---

### Deposits

| | | |
|---|---|---:|
| 3 | 12/07/09 | 1,829.00 |

  UnionBank

**STATEMENT OF ACCOUNTS**

UNION BANK
REAL ESTATE TREASURY SERVICES 211
POST OFFICE BOX 513840
LOS ANGELES        CA  90051-3840

Page 1 of 2
SCOTT PROPERTIES GROUP INC
Statement Number: 2110154235
12/01/09 - 12/31/09

Customer Inquiries
800-849-6466

Thank you for banking with us
since 2007

SCOTT PROPERTIES GROUP INC
CASH COLLATERAL ACCT 239-41 W 14TH ST
OWNED BY "DEBTOR-IN-POSSESION" IAN F
MITCHELL, CASE # 1:09-BK-23919-GM
129 HURRICANE ST
MARINA DEL REY CA 90292

■ *We've made Online Statements even better. Now you can view images of deposited checks and deposit
tickets in addition to your paid checks. Call your Relationship Manager or Global Treasury Management
Sales at 800-883-0285 to enroll.*

## Basic Business Checking Summary

Account Number: 2110154235

Days in statement period: Days in statement period: 31

| | | | |
|---|---|---:|---:|
| Balance on 12/ 1 | $ | | 27.69 |
| Total Credits | | | 1,829.00 |
| Deposits (1) | | 1,829.00 | |
| Total Debits | | | -1,180.15 |
| Checks paid (3) | | -1,171.15 | |
| Other debits (1) | | -9.00 | |
| Balance on 12/31 | $ | | 676.54 |

## C R E D I T S

**Deposits** *including check and cash credits*

| Date | Description/Location | Reference | | Amount |
|---|---|---|---|---:|
| 12/7 | OFFICE DEPOSIT | 45482117 | $ | 1,829.00 |

## D E B I T S

### Check Paid

| Number | Date | Amount | Number | Date | Amount |
|---|---|---:|---|---|---:|
| 0104 | 12/9 | 110.00 | 0106 | 12/23 | 1,010.00 |
| 0105 | 12/17 | 51.15 | | | |
| 3  Checks paid | | | **Total** | | **$  1,171.15** |

### Other debits, fees and adjustments

| Date | Description | Reference | | Amount |
|---|---|---|---|---:|
| 12/31 | SERVICE CHARGE WITH ONLINE STATEMENT | | $ | 9.00 |

### Daily Ledger Balance

| Date | | Ledger Balance | Date | | Ledger Balance |
|---|---|---:|---|---|---:|
| 12/1-12/6 | $ | 27.69 | 12/17-12/22 | $ | 1,695.54 |

Page 2 of 2
SCOTT PROPERTIES GROUP INC
**Statement Number: 2110154235**
12/01/09 - 12/31/09

**Daily Ledger Balance**

| Date | Ledger Balance | Date | Ledger Balance |
|------|----------------|------|----------------|
| 12/7-12/8 | 1,856.69 | 12/23-12/30 | 685.54 |
| 12/9-12/16 | 1,746.69 | 12/31 | 676.54 |