UNITED STATES TRUSTEE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>**IAN MITCHELL,**<br><br>Debtor(s). | CHAPTER 11 (NON-BUSINESS) |
|---|---|
| | Case Number: **1:09-BK-23919** |
| | Operating Report Number: **3** |
| | For the Month Ending: **12/31/2009** |

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (Cash Collateral Account No. 4 - 448 W. 14th Street)

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS **$2,593.37**

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS **$1,245.76**

3. BEGINNING BALANCE: **$1,347.61**

4. RECEIPTS DURING CURRENT PERIOD: **$4,097.00**

5. BALANCE: **$5,444.61**

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD **$290.17**

7. ENDING BALANCE: **$5,154.44**

8. General Account Number(s): **2110154227**

Depository Name & Location:
**Union Bank / Real Estate Treasury Services 211**
**P.O. Box 513840**
**Los Angeles, CA 90051-3840**

\* All receipts must be deposited into the general account.

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.

\*\*\* This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM THIS ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | (SEE ATTACHED) | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | $290.17 |

EXHIBIT "C" Pg. 3 of 28

## BANK RECONCILIATION

Bank statement Date:  **12/31/2009**   Balance on Statement:   **$4,324.44**

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| ——————— | ——————— |
| ——————— | ——————— |
| ——————— | ——————— |
| ——————— | ——————— |
| ——————— | ——————— |

TOTAL DEPOSITS IN TRANSIT

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| ——————— | ——————— | ——————— |
| ——————— | ——————— | ——————— |
| ——————— | ——————— | ——————— |
| ——————— | ——————— | ——————— |
| ——————— | ——————— | ——————— |
| ——————— | ——————— | ——————— |
| ——————— | ——————— | ——————— |
| ——————— | ——————— | ——————— |
| ——————— | ——————— | ——————— |
| ——————— | ——————— | ——————— |
| ——————— | ——————— | ——————— |
| ——————— | ——————— | ——————— |
| ——————— | ——————— | ——————— |
| ——————— | ——————— | ——————— |
| ——————— | ——————— | ——————— |
| ——————— | ——————— | ——————— |
| ——————— | ——————— | ——————— |
| ——————— | ——————— | ——————— |
| ——————— | ——————— | ——————— |
| ——————— | ——————— | ——————— |
| ——————— | ——————— | ——————— |

TOTAL OUTSTANDING CHECKS:        0.00

Bank statement Adjustments:
Explanation of Adjustments-
ADJUSTED BANK BALANCE:           $4,324.44

* It is acceptable to replace this form with a similar form

** Please attach a detailed explanation of any bank statement adjustment

Page 1
1/12/2010
02:38 PM

## Owner Statement
## 448 W. 14th Street - (448)
## Months: Dec 2009
## Account: 1110 - Checking Account

Prepared For:
DIP Ian F. Mitchell, #1:09-BK-23919-GM
3609 Seahorn Drive
Malibu, CA 90265

Prepared By:
Scott Properties Group, Inc.
129 Hurricane Street
Marina Del Rey, CA 90292

| Date | Reference | Code | Payee/Payer | Remarks | Income | Expense | Balance |
|---|---|---|---|---|---|---|---|
| | | | | Beginning Balance | | | 517.61 |
| 12/01/09 | 0339 | 448 | Mendoza/Lorenzo | #A December 2009 Rent | 1,024.00 | | 1,541.61 |
| 12/01/09 | 57-75480 | 448 | Valenzuela/Deleon | #D Dec 09 Rent | 24.00 | | 1,565.61 |
| 12/01/09 | 57-75480 | 448 | Valenzuela/Deleon | #D Dec 09 Rent | 500.00 | | 2,065.61 |
| 12/01/09 | 57-75480 | 448 | Valenzuela/Deleon | #B Dec 09 Rent | 500.00 | | 2,565.61 |
| 12/03/09 | 49714494 | 448 | Gomez/Bello | #B Dec 09 Rent | 500.00 | | 3,065.61 |
| 12/04/09 | 49714494 | 448 | Gomez/Bello | #B Dec 09 Rent | 524.00 | | 3,589.61 |
| 12/10/09 | 104 | 448 | PD Rabbit | Messenger Service | | 35.41 | 3,554.20 |
| 12/14/09 | 105 | 448 | Scott Properties Group, Inc. | Management Fee  12/2009 | | 245.76 | 3,308.44 |
| 12/14/09 | 49714485 | 448 | Aguilar/Briceno | #C Dec 09 Rent | 1,000.00 | | 4,308.44 |
| 12/15/09 | 49714485 | 448 | Aguilar/Briceno | #C Dec 09 Rent | 25.00 | | 4,333.44 |
| 12/31/09 | BankChrg | 448 | | Record 12/2009 Bank Charges | | 9.00 | 4,324.44 |
| | | | | | 4,097.00 | 290.17 | |

| | | |
|---|---|---|
| Security Deposits | 0.00 | |
| Reserves Defined | 0.00 | |

Bank Reconciliation

Code            448
Description     448 W 14th Debtor in Posses
Account#        2110154227

### Summary

|  |  |
|---|---|
| Prior Balance on 11/30/09 | 517.61 |
| - 2 Checks | 281.17 |
| - 1 Other Decreases | -9.00 |
| + 4 Deposits | 4,097.00 |
| + 0 Other Increases | 0.00 |
| + 0 Non-G/L Reconciliation Adjustments | 0.00 |
|  |  |
| Cleared Balance | 4,324.44 |
| Statement Balance on 12/31/09 | 4,324.44 |

In Balance

### Checks

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 104 | 12/10/09 | PD Rabbit | 35.41 | 105 | 12/14/09 | Scott Properties Group, Inc. | 245.76 |

### Other Decreases

| | | | |
|---|---|---|---|
| JE 1219 | 12/31/09 | Record 12/2009 Bank Char | 9.00 |

### Deposits

| | | | | | |
|---|---|---|---|---|---|
| 2 | 12/01/09 | 1,024.00 | 2 | 12/01/09 | 1,024.00 |
| 3 | 12/03/09 | 1,024.00 | 4 | 12/15/09 | 1,025.00 |

**UnionBank**

**STATEMENT
OF ACCOUNTS**

Page 1 of 2
SCOTT PROPERTIES GROUP INC
Statement Number: 2110154227
12/01/09 - 12/31/09

UNION BANK
REAL ESTATE TREASURY SERVICES 211
POST OFFICE BOX 513840
LOS ANGELES         CA   90051-3840

Customer Inquiries
800-849-6466

Thank you for banking with us
since 2007

SCOTT PROPERTIES GROUP INC
CASH COLLATERAL ACCT 448 W 14TH ST
OWNED BY "DEBTOR-IN-POSSESION" IAN F
MITCHELL, CASE # 1:09-BK-23919-GM
129 HURRICANE ST
MARINA DEL REY CA 90292

■ *We've made Online Statements even better. Now you can view images of deposited checks and deposit
tickets in addition to your paid checks. Call your Relationship Manager or Global Treasury Management
Sales at 800-883-0285 to enroll.*

## Basic Business Checking Summary

Account Number: 2110154227

Days in statement period: Days in statement period: 31

| | | | |
|---|---|---|---|
| Balance on 12/ 1 | $ | | 517.61 |
| Total Credits | | | 4,097.00 |
| Deposits (3) | | 4,097.00 | |
| Total Debits | | | -290.17 |
| Checks paid (2) | | -281.17 | |
| Other debits (1) | | -9.00 | |
| Balance on 12/31 | $ | | 4,324.44 |

## CREDITS

**Deposits** *including check and cash credits*

| Date | Description/Location | Reference | | Amount |
|---|---|---|---|---|
| 12/2 | OFFICE DEPOSIT | 46174140 | $ | 2,048.00 |
| 12/3 | OFFICE DEPOSIT | 44570604 | | 1,024.00 |
| 12/15 | OFFICE DEPOSIT | 45021182 | | 1,025.00 |
| | 3 Deposits | Total | $ | 4,097.00 |

## DEBITS

**Check Paid**

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 0104 | 12/15 | 35.41 | 0105 | 12/15 | 245.76 |
| 2 Checks paid | | | Total | | |
| | | | | $ | 281.17 |

**Other debits, fees and adjustments**

| Date | Description | Reference | | Amount |
|---|---|---|---|---|
| 12/31 | SERVICE CHARGE WITH ONLINE STATEMENT | | $ | 9.00 |

Page 2 of 2
SCOTT PROPERTIES GROUP INC
**Statement Number: 2110154227**
12/01/09 - 12/31/09

**Daily Ledger Balance**

| Date | | Ledger Balance | Date | | Ledger Balance |
|------|---|---------------|------|---|----------------|
| 12/1 | $ | 517.61 | 12/15-12/30 | $ | 4,333.44 |
| 12/2 | | 2,565.61 | 12/31 | | 4,324.44 |
| 12/3-12/14 | | 3,589.61 | | | |

UNITED STATES TRUSTEE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 11 (NON-BUSINESS) |
|---|---|
| **IAN MITCHELL,** | Case Number: **1:09-BK-23919** |
| | Operating Report Number: **3** |
| Debtor(s). | For the Month Ending: **12/31/2009** |

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (Cash Collateral Account No. 5 - 605 S. Pacific Avenue)

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — **$2,813.00**

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — **$0.00**

3. BEGINNING BALANCE: — **$2,813.00**

4. RECEIPTS DURING CURRENT PERIOD: — **$9,787.00**

5. BALANCE: — **$12,600.00**

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD — **$9,262.71**

7. ENDING BALANCE: — **$3,337.29**

8. General Account Number(s):

Depository Name & Location:

**Union Bank / Real Estate Treasury Services 211**
**P.O. Box 513840**
**Los Angeles, CA  90051-3840**

\*   All receipts must be deposited into the general account.

\*\*  Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
     to whom, terms, and date of Court Order or Report of Sale.

\*\*\* This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM GENERAL CONTROL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | (SEE ATTACHED) | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | $9,262.71 |

CASH IN MORTGAGE ACCOUNT
BANK RECONCILIATION

Bank statement Date: **12/31/2009**      Balance on Statement: **$4,424.85**

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount |
|---|---|---|
| | _____ | _____ |
| | _____ | _____ |
| | (SEE ATTACHED) | |
| | _____ | _____ |
| | _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                              [ _____ ]

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | (SEE ATTACHED) | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                         [ 1.052.08 ]

Bank statement Adjustments:                                       _____
Explanation of Adjustments-
ADJUSTED BANK BALANCE:                                            [ $3,372.77 ]

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

DOSC
1/12/2010
02:30 PM

## 605 South Pacific Ave. #100 - - (605)
### Months: Dec 2009
### Account: 1118 - Checking Account - Mitchell

Prepared For:
Ian Mitchell
3609 Seahorn Drive
Malibu, CA 90265

Prepared By:
Scott Properties Group, Inc.
129 Hurricane Street
Marina Del Rey, CA 90292

| Date | Reference | Code | Payee/Payer | Remarks | Income | Expense | Balance |
|------|-----------|------|-------------|---------|--------|---------|---------|
| | | | | | | | 35.48 |
| | | | | Beginning Balance | | | 1,603.48 |
| 12/01/09 | 8140 | 605 | Navaii Chiropractic Center, Inc. | #203 Dec 09 Rent | 1,568.00 | | 2,615.48 |
| 12/02/09 | 2740 | 605 | Lead Tech Evnironmental | #202 Dec 09 Rent | 1,012.00 | | 3,343.48 |
| 12/02/09 | 5354 | 605 | The Law Office of Mark E. Montpa | #201 Dec 09 Rent | 728.00 | | 6,156.48 |
| 12/02/09 | 617487 | 605 | Advance America | #100 Dec 09 Rent/Cam | 2,813.00 | | 9,822.48 |
| 12/07/09 | 3472704 | 605 | San Pedro Cafe | #102-103 Dec 09 Rent/Cam | 3,666.00 | | 9,800.48 |
| 12/07/09 | Bank Cha | 605 | | Record Bank Charges for Stop P | | 22.00 | 9,213.26 |
| 12/09/09 | 111 | 605 | Scott Properties Group, Inc. | Managemnt Fee 12/2009 SGI: 9 | | 587.22 | 8,901.26 |
| 12/10/09 | 112 | 605 | Capital Insurance Group | Insurance #1-BOP-1-1508368 | | 312.00 | 8,425.85 |
| 12/10/09 | 113 | 605 | Allied Waste Services #902 | Trash Disposal 11/2009 | | 475.41 | 8,382.25 |
| 12/10/09 | 114 | 605 | AT&T | Elevator Phone System | | 43.60 | 7,949.25 |
| 12/10/09 | 115 | 605 | Air - Tro inc. | July 2009 Service | | 433.00 | 7,707.90 |
| 12/10/09 | 116 | 605 | DWP | Meters#209-043657 & 90056960 1 | | 241.35 | 7,666.91 |
| 12/10/09 | 117 | 605 | DWP | CAN 1126144587 10/07/09-11/06/ | | 40.99 | 6,992.36 |
| 12/10/09 | 118 | 605 | Amtech Elevator Services | Elevator Service 08/01/09 - 1 | | 674.55 | 6,587.36 |
| 12/17/09 | 119 | 605 | Garcia | Janitorial, Supplies & Graffit | | 405.00 | 6,182.61 |
| 12/17/09 | 120 | 605 | Paulito Home Services | Mens room toilet stoppage & fi | | 404.75 | 576.05 |
| 12/21/09 | 121 | 605 | Chase | 1st Mortgage 12/2009 | | 5,606.56 | 559.77 |
| 12/22/09 | 122 | 605 | Scott Properties Group, Inc. | Postage Reimb Nov/Dec 2009 | | 16.28 | |
| | | | | | 9,787.00 | 9,262.71 | |

| | | |
|---|---|---|
| Security Deposits | 6,900.00 | |
| Reserves Defined | 0.00 | |

Bank Reconciliation

Code          605dip
Description   605 Pacific DIP
Account#      2110154219

## Summary

| | | |
|---|---|---:|
| Prior Balance on 11/30/09 | | 1,399.56 |
| - 13 Checks | | 9,552.71 |
| - 1 Other Decreases | | -22.00 |
| + 3 Deposits | | 12,600.00 |
| + 0 Other Increases | | 0.00 |
| + 0 Non-G/L Reconciliation Adjustments | | 0.00 |
| | | |
| Cleared Balance | | 4,424.85 |
| Statement Balance on 12/31/09 | | 4,424.85 |

In Balance

## Checks

| | | | | | | | | |
|---|---|---|---:|---|---|---|---|---:|
| 109 | 11/24/09 | Capital Insurance Group | 312.00 | | 111 | 12/09/09 | Scott Properties Group, Inc. | 587.22 |
| 112 | 12/10/09 | Capital Insurance Group | 312.00 | | 113 | 12/10/09 | Allied Waste Services #902 | 475.41 |
| 114 | 12/10/09 | AT&T | 43.60 | | 115 | 12/10/09 | Air - Tro Inc. | 433.00 |
| 116 | 12/10/09 | DWP | 241.35 | | 117 | 12/10/09 | DWP | 40.99 |
| 118 | 12/10/09 | Amtech Elevator Services | 674.55 | | 119 | 12/17/09 | Antonio Marino Garcia | 405.00 |
| 120 | 12/17/09 | Paulito Home Services | 404.75 | | 121 | 12/21/09 | Chase | 5,606.56 |
| 122 | 12/22/09 | Scott Properties Group, Inc. | 16.28 | | | | | |

## Other Decreases

| | | | |
|---|---|---|---:|
| JE 850 | 12/07/09 | Record Bank Charges for S | 22.00 |

## Deposits

| | | | | | |
|---|---|---:|---|---|---:|
| 3 | 12/02/09 | 6,121.00 | | 4 | 12/07/09 | 3,666.00 |
| 8 | 12/31/09 | 2,813.00 | | | | |

**UnionBank**

### STATEMENT OF ACCOUNTS

UNION BANK
REAL ESTATE TREASURY SERVICES 211
POST OFFICE BOX 513840
LOS ANGELES          CA   90051-3840

Page 1 of 2
SCOTT PROPERTIES GROUP INC
**Statement Number: 2110154219**
12/01/09 - 12/31/09

Customer Inquiries
800-849-6466

Thank you for banking with us
since 2007

SCOTT PROPERTIES GROUP INC
CASH COLLATERAL ACCT FOR 605 S PACIFIC
OWNED BY "DEBTOR-IN-POSSESSION" IAN F.
MITCHELL, CASE #1:09-BK-23919-GM
129 HURRICANE ST
MARINA DEL REY CA 90292

■ *We've made Online Statements even better. Now you can view images of deposited checks and deposit tickets in addition to your paid checks. Call your Relationship Manager or Global Treasury Management Sales at 800-883-0285 to enroll.*

Account Number: 2110154219

## Basic Business Checking Summary

Days in statement period: Days in statement period: 31

| | | |
|---|---|---|
| Balance on 12/1 | $ | 1,399.56 |
| **Total Credits** | | 12,600.00 |
| Deposits (2) | 9,787.00 | |
| Electronic credits (1) | 2,813.00 | |
| **Total Debits** | | -9,574.71 |
| Checks paid (13) | -9,552.71 | |
| Other debits (1) | -22.00 | |
| Balance on 12/31 | $ | 4,424.85 |

## CREDITS

**Deposits** *including check and cash credits*

| Date | Description/Location | Reference | | Amount |
|---|---|---|---|---|
| 12/2 | OFFICE DEPOSIT | 46173797 | $ | 6,121.00 |
| 12/7 | OFFICE DEPOSIT | 45481803 | | 3,666.00 |
| | **2 Deposits** | Total | $ | **9,787.00** |

**Electronic credits**

| Date | Description/Location | Reference | | Amount |
|---|---|---|---|---|
| 12/31 | ADVANCE AMERICA EPAY CTX 0000040407 | 50473964 | $ | 2,813.00 |

## DEBITS

**Check Paid**

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 0109 | 12/1 | 312.00 | 0117 | 12/15 | 40.99 |
| 0111* | 12/9 | 587.22 | 0118 | 12/16 | 674.55 |
| 0112 | 12/16 | 312.00 | 0119 | 12/22 | 405.00 |
| 0113 | 12/16 | 475.41 | 0120 | 12/21 | 404.75 |
| 0114 | 12/15 | 43.60 | 0121 | 12/29 | 5,606.56 |

Page 2 of 2
SCOTT PROPERTIES GROUP INC
**Statement Number: 2110154219**
12/01/09 - 12/31/09

## Check Paid

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 0115 | 12/15 | 433.00 | 0122 | 12/23 | 16.28 |
| 0116 | 12/15 | 241.35 | | | |
| **13  Checks paid** | | | **Total** | | **$ 9,552.71** |

* Checks missing in sequence. Out of sequence check numbers may also be located in the Electronic Debits section of your statement.

## Other debits, fees and adjustments

| Date | Description | Reference | Amount |
|---|---|---|---|
| 12/8 | STOP PAYMENT FEE 120809 STOP #3420405 | 65010069 | $ 22.00 |

## Daily Ledger Balance

| Date | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|
| 12/1 | $ 1,087.56 | 12/16-12/20 | $ 8,044.44 |
| 12/2-12/6 | 7,208.56 | 12/21 | 7,639.69 |
| 12/7 | 10,874.56 | 12/22 | 7,234.69 |
| 12/8 | 10,852.56 | 12/23-12/28 | 7,218.41 |
| 12/9-12/14 | 10,265.34 | 12/29-12/30 | 1,611.85 |
| 12/15 | 9,506.40 | 12/31 | 4,424.85 |

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>**IAN MITCHELL,**<br><br>Debtor(s). | CHAPTER 11 (NON-BUSINESS) | |
|---|---|---|
| | Case Number: | **1:09-BK-23919** |
| | Operating Report Number: | **3** |
| | For the Month Ending: | **12/31/2009** |

## 1. CASH RECEIPTS AND DISBURSEMENTS
### A. (General Account) - Real Estate Checking (DIP) (ACCOUNT CLOSED)

| | |
|---|---|
| 1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | **$0.00** |
| 2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | **$0.00** |
| 3.  BEGINNING BALANCE: | **$0.00** |
| 4.  RECEIPTS DURING CURRENT PERIOD: | **$0.00** |
| 5.  BALANCE: | **$0.00** |
| 6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD | **$0.00** |
| 7.  ENDING BALANCE: | **$0.00** |
| 8.  General Account Number(s): | **3240347** |

Depository Name & Location:

> **City National Bank / L.A. Airport Office**
> **6033 West Century Boulevard**
> **Los Angeles, CA  90045**

\*   All receipts must be deposited into the general account.

\*\*  Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.

\*\*\* This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM PETTY CASH ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | $0.00 |

## BANK RECONCILIATION

Bank statement Date: _____    Balance on Statement: _____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

TOTAL DEPOSITS IN TRANSIT                                    _____

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

TOTAL OUTSTANDING CHECKS:                                    $0.00

Bank statement Adjustments:                                  _____
Explanation of Adjustments-
ADJUSTED BANK BALANCE:                                       $0.00

* It is acceptable to replace this form with a similar form

** Please attach a detailed explanation of any bank statement adjustment

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 11 (NON-BUSINESS) |
|---|---|
| **IAN MITCHELL,** | Case Number: **1:09-BK-23919** |
| | Operating Report Number: **3** |
| Debtor(s). | For the Month Ending: **12/31/2009** |

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (General Account) - Personal Checking (DIP) (ACCOUNT CLOSED)

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — **$0.00**

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — **$0.00**

3.  BEGINNING BALANCE: — **$0.00**

4.  RECEIPTS DURING CURRENT PERIOD: — **$0.00**

5.  BALANCE: — **$0.00**

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD — **$0.00**

7.  ENDING BALANCE: — **$0.00**

8.  General Account Number(s): **3240320**

Depository Name & Location:

| **City National Bank / L.A. Airport Office** |
|---|
| **6033 West Century Boulevard** |
| **Los Angeles, CA  90045** |

\*   All receipts must be deposited into the general account.

\*\*  Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
     to whom, terms, and date of Court Order or Report of Sale.

\*\*\* This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM PERSONAL BANK ACCOUNTS FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | $0.00 |

## BANK RECONCILIATION

| | | |
|---|---|---|
| Bank statement Date: | | Balance on Statement: | **$0.00** |

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |

TOTAL DEPOSITS IN TRANSIT                                                                 $0.00

Less Outstanding Checks (a):

| Check Number | | Check Date | Check Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

TOTAL OUTSTANDING CHECKS:                                                              $0.00

Bank statement Adjustments:                                                                $0.00
Explanation of Adjustments-
ADJUSTED BANK BALANCE:                                                                  $0.00

* It is acceptable to replace this form with a similar form

** Please attach a detailed explanation of any bank statement adjustment

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>**IAN MITCHELL,**<br><br>Debtor(s). | CHAPTER 11 (NON-BUSINESS)<br><br>Case Number: **1:09-BK-23919**<br>Operating Report Number: **3**<br>For the Month Ending: **12/31/2009** |
| --- | --- |

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (General Account) - Personal Checking (ACCOUNT CLOSED)

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS **$0.00**

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS **$0.00**

3. BEGINNING BALANCE: **$0.00**

4. RECEIPTS DURING CURRENT PERIOD: **$0.00**

5. BALANCE: **$0.00**

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD **$0.00**

7. ENDING BALANCE: **$0.00**

8. General Account Number(s): **3218104**

Depository Name & Location:

| **City National Bank / L.A. Airport Office** |
| --- |
| **6033 West Century Boulevard** |
| **Los Angeles, CA 90045** |

\* All receipts must be deposited into the general account.

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.

\*\*\* This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM PERSONAL ACCOUNTS FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | $0.00 |

DEBTOR IN POSSESSION REPORT

## BANK RECONCILIATION

Bank statement Date: _____    Balance on Statement: | **$0.00** |

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

TOTAL DEPOSITS IN TRANSIT | $0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

TOTAL OUTSTANDING CHECKS: | $0.00 |

Bank statement Adjustments: | $0.00 |

Explanation of Adjustments-

ADJUSTED BANK BALANCE: | $0.00 |

\* It is acceptable to replace this form with a similar form

\*\* Please attach a detailed explanation of any bank statement adjustment

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS
## AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| Banco Popular | | S        4,250.00 | 0 | S              - |
| BofA Home Loans | | S        6,333.52 | 1 | S        6,333.52 |
| BofA Home Loans | | S           466.32 | 1 | S           466.32 |
| Bay Area Financial Corp. | | S        4,231.42 | 1 | S        4,231.42 |
| Bay Area Financial Corp. | | S        6,720.16 | 1 | S        6,720.16 |
| Chase | | S        8,500.21 | 0 | S              - |
| IndyMac Mortgage Svcs. | | S        8,946.80 | 1 | S        8,946.80 |
| IndyMac Mortgage Svcs. | | S        1,654.56 | 1 | S        1,654.56 |
| IndyMac Mortgage Svcs. | | S        4,227.12 | 1 | S        4,227.12 |
| IndyMac Mortgage Svcs. | | S        3,325.64 | 1 | S        3,325.64 |
| L.A. County Tax Collector | Annual | N/A | 1 | S              - |
| Mercedes Benz Financial | | S        1,445.33 | 0 | S              - |
| Michael & Lori Chevalier 2003 Trust | | S           365.63 | 0 | S              - |
| Michael & Lori Chevalier 2003 Trust | | S           365.62 | 0 | S              - |
| Peter Mitchell | | S           750.00 | 0 | S              - |
| Phillip & Janet Schoenwetter | | S        1,052.08 | 0 | S              - |
| Wachovia Mortgage | | S           750.00 | 0 | S              - |
| Wells Fargo | | S        5,944.18 | 1 | S        5,944.18 |
| | | S        1,630.64 | 1 | S        1,630.64 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: | **$43,480.36** |

## III. INSURANCE COVERAGE

| | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | | | | |
| Worker's Compensation | | | | |
| Casualty | **USAA** | **$2,000,000.00** | **4/16/2010** | **11/25/2009** |
| Vehicle | **Farmers** | **Full Coverage** | **4/14/2010** | **1/25/2010** |
| Others: | | | | |

## ENDING BALANCES FOR THE PERIOD:

(Provide a copy of of montly account statements for each of the below)

| | |
|---|---|
| **Gen Ckg (Closed)** | $0.00 |
| **Pers Ckg (Closed)** | $0.00 |
| **Pers Ckg (Closed)** | $0.00 |
| **Personal Checking:** | $18,712.32 |
| **Personal Checking:** | $160,084.04 |
| **Cash Collateral 1:** | $3,117.26 |
| **Cash Collateral 2:** | $4,033.25 |
| **Cash Collateral 3:** | $676.54 |
| **Cash Collateral 4:** | $4,324.44 |
| **Cash Collateral 5:** | $4,424.85 |
| **\*\*Petty Cash (from below):** | $0.00 |

TOTAL CASH AVAILABLE:          $195,372.70

Petty Cash Transactions:

| Date | Purpose | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## TOTAL PETTY CASH TRANSACTIONS:          0.00

\* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#

\*\* Attach Exhibit Itemizing all petty cash transactions

V. UNITED STATES TRUSTEE QUARTERLY FEES
(TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| 31-Dec-2009 | 325.00 | 325.00 | 21-Jan-2010 | 325.00 | 0.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Post Petition Accounts Payable SHOULD NOT include professional's fees and expenses which have been incurred but not awarded by the court. Post Petition Accounts Payable SHOULD include professionals fees and expenses authorized by court order but which remain unpaid as of the close of the period report.

## VI. SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VII. SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $1,000 week, $2,500 month)

|  |  | No | Yes |
|---|---|---|---|
| 1. | Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court?  If "Yes", explain below: | x | ___ |

|  |  | No | Yes |
|---|---|---|---|
| 2. | Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization?  If "Yes", explain below: | x | ___ |

3.  State what progress was made during the reporting period toward filing a plan of reorganization
    Plan in progress

4.  Describe potential future developments which may have a significant impact on the case:

5.  Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

|  |  | No | Yes |
|---|---|---|---|
| 6. | Did you receive any exempt income this month, which is not set forth in the operating report?  If "Yes", please set forth the amounts and sources of the income below. | x | ___ |

I,  IAN MITCHELL
    declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

03/22/10
Date

Page 8 of 8

Principal for debtor-in-possession