OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>**IAN MITCHELL,**<br><br>Debtor(s). | **CHAPTER 11 (NON-BUSINESS)**<br><br>Case Number: **1:09-BK-23919**<br>Operating Report Number: **4**<br>For the Month Ending: **1/31/2010** |
|---|---|

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (TOTAL For Month)

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — $268,942.04

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — $115,220.81

3. BEGINNING BALANCE: — $153,721.23

4. RECEIPTS DURING CURRENT PERIOD: — $62,131.25

5. BALANCE: — $215,852.48

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD — $58,569.52

7. ENDING BALANCE: — $157,282.96

8. General Account Number(s): — *** Please see following pages**

   Depository Name & Location: — *** Please see following pages***

\* All receipts must be deposited into the general account.

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>**IAN MITCHELL,**<br><br>Debtor(s). | **CHAPTER 11 (NON-BUSINESS)** |
|---|---|

| | | |
|---|---|---|
| Case Number: | **1:09-BK-23919** |
| Operating Report Number: | **4** |
| For the Month Ending: | **1/31/2010** |

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (General Account) - Real Estate Checking (DIP) (ACCOUNT CLOSED)

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS    **$0.00**

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL
ACCOUNT REPORTS    **$0.00**

3. BEGINNING BALANCE:    **$0.00**

4. RECEIPTS DURING CURRENT PERIOD:    **$0.00**

5. BALANCE:    **$0.00**

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD    **$0.00**

7. ENDING BALANCE:    **$0.00**

8. General Account Number(s):    **3240347**

Depository Name & Location:    **City National Bank / L.A. Airport Office**
**6033 West Century Boulevard**
**Los Angeles, CA  90045**

\*    All receipts must be deposited into the general account.

\*\*   Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold.
      to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | $0.00 |

GENERAL ACCOUNT
BANK RECONCILIATION

| Bank statement Date: | | Balance on Statement: | |
|---|---|---|---|

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |

TOTAL DEPOSITS IN TRANSIT

| |
|---|

Less Outstanding Checks (a):

| Check Number | | Check Date | Check Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

TOTAL OUTSTANDING CHECKS:

| $0.00 |
|---|

Bank statement Adjustments:

| |
|---|

Explanation of Adjustments-
ADJUSTED BANK BALANCE:

| $0.00 |
|---|

* It is acceptable to replace this form with a similar form

** Please attach a detailed explanation of any bank statement adjustment

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>**IAN MITCHELL,**<br><br>Debtor(s). | CHAPTER 11 (NON-BUSINESS)<br><br>Case Number:      **1:09-BK-23919**<br>Operating Report Number:    **4**<br>For the Month Ending:    **1/31/2010** |

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (General Account) - Personal Checking (DIP) (ACCOUNT CLOSED)

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS    $0.00

2. LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS    $0.00

3. BEGINNING BALANCE:    $0.00

4. RECEIPTS DURING CURRENT PERIOD:    $0.00

5. BALANCE:    $0.00

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD    $0.00

7. ENDING BALANCE:    $0.00

8. General Account Number(s):    3240320

     Depository Name & Location:    **City National Bank / L.A. Airport Office**
         **6033 West Century Boulevard**
         **Los Angeles, CA  90045**

\*   All receipts must be deposited into the general account.

\*\*   Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold. to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  | **TOTAL DISBURSEMENTS THIS PERIOD:** |  | **$0.00** |

PERSONAL DIP ACCOUNT
BANK RECONCILIATION

| Bank statement Date: | | Balance on Statement: | **$0.00** |

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
| --- | --- |
| | |
| | |
| | |
| | |
| | |

TOTAL DEPOSITS IN TRANSIT                     $0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL OUTSTANDING CHECKS:                     $0.00

Bank statement Adjustments:                     $0.00
Explanation of Adjustments-
ADJUSTED BANK BALANCE:                     $0.00

\* It is acceptable to replace this form with a similar form

\*\* Please attach a detailed explanation of any bank statement adjustment

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 11 (NON-BUSINESS) | |
|---|---|---|
| **IAN MITCHELL,** | Case Number: | **1:09-BK-23919** |
| | Operating Report Number: | **4** |
| Debtor(s). | For the Month Ending: | **1/31/2010** |

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (General Account) - Personal Checking (ACCOUNT CLOSED)

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS  **$0.00**

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS  **$0.00**

3. BEGINNING BALANCE:  **$0.00**

4. RECEIPTS DURING CURRENT PERIOD:  **$0.00**

5. BALANCE:  **$0.00**

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD  **$0.00**

7. ENDING BALANCE:  **$0.00**

8. General Account Number(s):  **3218104**

Depository Name & Location:
**City National Bank / L.A. Airport Office**
**6033 West Century Boulevard**
**Los Angeles, CA  90045**

\*    All receipts must be deposited into the general account.

\*\*  Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
       to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM PERSONAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | TOTAL DISBURSEMENTS THIS PERIOD: | | $0.00 |

PERSONAL ACCOUNT
BANK RECONCILIATION

| | |
|---|---|
| Bank statement Date: | Balance on Statement: **$0.00** |

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |

TOTAL DEPOSITS IN TRANSIT                                        $0.00

Less Outstanding Checks (a):

| Check Number | | Check Date | Check Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

TOTAL OUTSTANDING CHECKS:                                        $0.00

Bank statement Adjustments:                                      $0.00
Explanation of Adjustments-
ADJUSTED BANK BALANCE:                                           $0.00

\* It is acceptable to replace this form with a similar form

\*\* Please attach a detailed explanation of any bank statement adjustment

OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 11 (NON-BUSINESS) |
|---|---|
| **IAN MITCHELL,** | Case Number: **1:09-BK-23919** |
| | Operating Report Number: **4** |
| Debtor(s). | For the Month Ending: **1/31/2010** |

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (General Account) - Personal Checking (DIP) (2656)

| | | |
|---|---|---|
| 1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | | $16,221.09 |
| 2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | | $27,291.54 |
| 3. BEGINNING BALANCE: | | -$11,070.45 |
| 4. RECEIPTS DURING CURRENT PERIOD: | | $32,349.06 |
| 5. BALANCE: | | $21,278.61 |
| 6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD | | $24,518.82 |
| 7. ENDING BALANCE: | | -$3,240.21 |
| 8. General Account Number(s): | | 1010267752656 |

Depository Name & Location:

| Wachovia, NC8502 |
|---|
| P.O. Box 563966 |
| Charlotte, NC  28256-3966 |

\*    All receipts must be deposited into the general account.

\*\*  Include receipts from the sale of any real or personal property out of the ordinary course of business, attach an exhibit specifying what was sold,
       to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

\*\*\*\* Personal bills paid from Corporate Account

TOTAL DISBURSEMENTS THIS PERIOD (FROM ATTACHED REPORT OF CURRENT PERIOD)

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | **(SEE ATTACHED REPORT)** | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | $24,518.82 |

Bank statement Date: **1/20/2010**    Balance on Statement: **$3,857.50**

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| (SEE ATTACHED) | |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT    0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | (SEE ATTACHED) | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:    0.00

Bank statement Adjustments:    _____
Explanation of Adjustments-
ADJUSTED BANK BALANCE:    $3,857.50

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

10:35 PM

03/14/10

Accrual Basis

# Ian F. Mitchell & Luly Rivas Mitchell
## General Account Receipts & Disbursements
### As of January 31, 2010

| Type | Date | Num | Name | Debit | Credit |
|------|------|-----|------|-------|--------|
| **1040 · Wachovia Ckg (Gen) - DIP (2656)** | | | | | |
| Check | 1/2/2010 | 154 | Silvia Velasco | | 484.00 |
| Check | 1/4/2010 | 155 | Scott Properties | | 593.88 |
| Check | 1/4/2010 | POS | Greater Los Angeles Zoo | | 52.27 |
| Check | 1/4/2010 | EFT | Charter Communications | | 408.82 |
| Check | 1/4/2010 | POS | Von's | | 241.15 |
| Check | 1/4/2010 | POS | Taverna Tony | | 193.94 |
| Check | 1/4/2010 | POS | Whole Foods | | 154.02 |
| Check | 1/4/2010 | POS | El Pollo Loco | | 83.93 |
| Check | 1/4/2010 | POS | Toys R Us | | 77.87 |
| Check | 1/4/2010 | POS | Staples | | 69.75 |
| Check | 1/4/2010 | POS | Greater Los Angeles Zoo | | 9.00 |
| Bill Pmt -... | 1/5/2010 | 166 | Alison Freebairn-Smith | | 1,040.00 |
| Bill Pmt -... | 1/5/2010 | 162 | AT&T (832-0820) | | 28.58 |
| Bill Pmt -... | 1/5/2010 | 160 | AT&T Mobility (5364) | | 440.82 |
| Bill Pmt -... | 1/5/2010 | 163 | Citi Card #0100 | | 611.31 |
| Bill Pmt -... | 1/5/2010 | 169 | Early Moments | | 21.92 |
| Bill Pmt -... | 1/5/2010 | 165 | KCET | | 60.00 |
| Bill Pmt -... | 1/5/2010 | 157 | Mercedes Benz Financial | | 1,413.60 |
| Bill Pmt -... | 1/5/2010 | 159 | NRG Heating & Air Conditioning Inc. | | 75.00 |
| Bill Pmt -... | 1/5/2010 | 164 | PPOCF | | 25.00 |
| Bill Pmt -... | 1/5/2010 | 158 | T-Mobile | | 62.27 |
| Bill Pmt -... | 1/5/2010 | 161 | Verizon (454-7156) | | 71.54 |
| Check | 1/5/2010 | 156 | Cash | | 958.10 |
| Check | 1/5/2010 | 167 | Pinnacle Bancorp | | 150.00 |
| Check | 1/5/2010 | POS | | | 847.00 |
| Transfer | 1/5/2010 | W/D | Withdrawal | 8,000.00 | |
| Check | 1/6/2010 | EFT | Staples | | 164.60 |
| Check | 1/6/2010 | ATM | Withdrawal | | 302.50 |
| Check | 1/6/2010 | POS | | | 65.00 |
| Check | 1/6/2010 | 169 | Larry Fuentes | | 200.00 |
| Check | 1/7/2010 | POS | Pure Energy Cafe | | 51.10 |
| Check | 1/8/2010 | POS | Whole Foods | | 45.78 |
| Check | 1/11/2010 | Bank | Overdraft Fee | | 200.00 |
| Check | 1/11/2010 | POS | Von's | | 39.31 |
| Check | 1/11/2010 | POS | Studio at Fred Segal | | 71.34 |
| Check | 1/11/2010 | POS | Lifesize at Fred Segal | | 92.74 |
| Check | 1/11/2010 | POS | Aquarium & Pet Center | | 111.87 |
| Check | 1/11/2010 | POS | Enterprise Rent-a-Car | | 150.00 |
| Check | 1/11/2010 | POS | Chart House Restaurant | | 151.37 |
| Check | 1/11/2010 | POS | Taste Pacific Palisades | | 158.63 |
| Check | 1/11/2010 | POS | W. I. Simonson/Mercedes | | 389.26 |
| Deposit | 1/11/2010 | POS | Enterprise Rent-a-Car | 132.01 | |
| Check | 1/12/2010 | Bank | Overdraft Fee | | 50.00 |
| Check | 1/12/2010 | Bank | NSF Charge | | 25.00 |
| Check | 1/12/2010 | Bank | NSF Charge | | 25.00 |
| Check | 1/12/2010 | Bank | NSF Charge | | 25.00 |
| Check | 1/12/2010 | Bank | NSF Charge | | 25.00 |
| Check | 1/12/2010 | Bank | NSF Charge | | 25.00 |
| Check | 1/12/2010 | Bank | NSF Charge | | 25.00 |
| Check | 1/12/2010 | POS | Vons | | 112.24 |
| Check | 1/12/2010 | ATM | Withdrawal | | 300.00 |
| Check | 1/13/2010 | Bank | Overdraft Fee | | 25.00 |
| Check | 1/13/2010 | Bank | NSF Charge | | 25.00 |
| Check | 1/13/2010 | Bank | NSF Charge | | 25.00 |
| Check | 1/13/2010 | POS | Starbucks | | 10.05 |
| Check | 1/13/2010 | 170 | Ralph's | 0.00 | |
| Check | 1/13/2010 | 171 | Cassidy | | 50.00 |
| Check | 1/13/2010 | 172 | City of Malibu | | 110.00 |
| Check | 1/13/2010 | 173 | Magical, Musical Moments | | 55.00 |
| Check | 1/13/2010 | 174 | Silvia Velasco | | 400.00 |
| Check | 1/13/2010 | 175 | Dynamic Learning | | 1,800.00 |
| Check | 1/13/2010 | Bank | Overdraft Fee | | 25.00 |
| Bill Pmt -... | 1/14/2010 | 1005 | Earthlink | | 2.00 |
| Bill Pmt -... | 1/14/2010 | 1006 | Fish R Us | | 154.00 |
| Bill Pmt -... | 1/14/2010 | 1007 | Northwestern Mutual (3601) | | 588.25 |
| Bill Pmt -... | 1/14/2010 | 1008 | USAA | | 15.00 |

10:35 PM

03/14/10

Accrual Basis

# Ian F. Mitchell & Luly Rivas Mitchell
## General Account Receipts & Disbursements
### As of January 31, 2010

| Type | Date | Num | Name | Debit | Credit |
|------|------|-----|------|-------|--------|
| Deposit | 1/14/2010 | | | 7,900.00 | |
| Deposit | 1/14/2010 | Bank | Overdraft Fee | 125.00 | |
| Deposit | 1/14/2010 | | | 78.69 | |
| Check | 1/15/2010 | ATM | Withdrawal | | 300.00 |
| Check | 1/19/2010 | Bank | Service Fee | | 0.75 |
| Check | 1/19/2010 | EFT | | | 24.95 |
| Check | 1/19/2010 | POS | Collar and Leash | | 43.85 |
| Check | 1/19/2010 | POS | Pinnochio | | 52.30 |
| Check | 1/19/2010 | POS | CVS Pharmacy | | 58.13 |
| Check | 1/19/2010 | POS | Howdy's Taqueria | | 64.13 |
| Check | 1/19/2010 | POS | REI | | 92.05 |
| Check | 1/19/2010 | POS | REI | | 216.01 |
| Check | 1/19/2010 | POS | Vons | | 231.66 |
| Check | 1/19/2010 | POS | Big Bear Cool | | 766.55 |
| Deposit | 1/19/2010 | | | 1,170.60 | |
| Check | 1/20/2010 | POS | Von's | | 182.49 |
| Deposit | 1/20/2010 | ATM | ATM Rebate | 2.00 | |
| Check | 1/20/2010 | 176 | USPS | | 53.18 |
| Bill Pmt -... | 1/21/2010 | 1009 | Northwestern Mutual (Loan) | | 1,751.18 |
| Bill Pmt -... | 1/21/2010 | 1010 | Raudel Munoz | | 100.00 |
| Bill Pmt -... | 1/21/2010 | 1011 | The Gas Company | | 96.98 |
| Bill Pmt -... | 1/21/2010 | 1012 | U.S. Trustee Payment Center | | 325.00 |
| Bill Pmt -... | 1/21/2010 | 1013 | Verizon (454-4067) | 0.00 | |
| Bill Pmt -... | 1/21/2010 | 1014 | Verizon (454-4067) | | 77.30 |
| Transfer | 1/21/2010 | | | 5,000.00 | |
| Check | 1/21/2010 | POS | Ralph's | | 417.70 |
| Bill Pmt -... | 1/21/2010 | 1015 | City of Los Angeles | | 50.00 |
| Bill Pmt -... | 1/21/2010 | 1016 | ACN Communication Services, Inc. (... | | 53.28 |
| Bill Pmt -... | 1/21/2010 | 1017 | Culligan | | 24.95 |
| Check | 1/25/2010 | POS | Mission Inn | | 6.00 |
| Check | 1/25/2010 | POS | Mission Inn | | 14.50 |
| Check | 1/25/2010 | POS | Knott's Berry Farm | | 17.38 |
| Check | 1/25/2010 | POS | Knott's Berry Farm | | 21.72 |
| Check | 1/25/2010 | POS | Gateway Cleaners | | 28.00 |
| Check | 1/25/2010 | POS | Knott's Berry Farm | | 35.85 |
| Check | 1/25/2010 | POS | Cathay Palisades | | 48.35 |
| Check | 1/25/2010 | POS | Pharmaca Integrative | | 59.75 |
| Check | 1/25/2010 | POS | Knott's Berry Farm | | 155.96 |
| Check | 1/25/2010 | ATM | Withdrawal | | 202.25 |
| Check | 1/25/2010 | ATM | Withdrawal | | 300.00 |
| Check | 1/25/2010 | POS | Mission Inn | | 464.17 |
| Check | 1/26/2010 | POS | Malibu Coast Animal Hospital | | 92.00 |
| Check | 1/26/2010 | POS | Von's | | 153.44 |
| Check | 1/26/2010 | ATM | Withdrawal | | 200.00 |
| Check | 1/26/2010 | 178 | Silvia Velasco | | 400.00 |
| Deposit | 1/27/2010 | | | 8,490.66 | |
| Check | 1/28/2010 | POS | Compartes Chocolate | | 25.00 |
| Check | 1/28/2010 | POS | Ralph's | | 368.04 |
| Check | 1/28/2010 | 180 | CVS Pharmacy | | 101.70 |
| Check | 1/28/2010 | 181 | Silvia Velasco | | 400.00 |
| Bill Pmt -... | 1/29/2010 | 1018 | Northwestern Mutual (5512) | | 172.58 |
| Bill Pmt -... | 1/29/2010 | 1019 | Santa Monica Mini Storage (214B) | | 263.00 |
| Bill Pmt -... | 1/29/2010 | 1020 | Santa Monica Mini Storage (260A) | | 162.00 |
| Bill Pmt -... | 1/29/2010 | 1021 | Southern California Edison | | 199.74 |
| Bill Pmt -... | 1/29/2010 | 1022 | T-Mobile | | 57.41 |
| Bill Pmt -... | 1/29/2010 | 1023 | Indymac Mortgage Services (4322) | | 1,323.73 |
| Deposit | 1/29/2010 | | | 746.18 | |
| Deposit | 1/29/2010 | | | 703.92 | |
| Total 1040 · Wachovia Ckg (Gen) - DIP (2656) | | | | 32,349.06 | 24,518.82 |
| **TOTAL** | | | | **32,349.06** | **24,518.82** |

Page 2

**WACHOVIA**

## Free Checking

01    1010267752656    441    30    0 212

Electronic Delivery

Ilılıllıₙₙılılıllıllılılıl
IAN  OR  LULY  R  MITCHELL  AKA  MARIA  RIVAS
DEBTOR IN POSSESSION CASE                PB
NO. 1:09-BK-23919
3609 SEAHORN DR
MALIBU CA 90265

## Free Checking

12/19/2009 thru 1/20/2010

Account number:          1010267752656
Account owner(s):        IAN OR LULY R MITCHELL AKA MARIA RIVAS
                         DEBTOR IN POSSESSION CASE
                         NO. 1:09-BK-23919

### Account Summary

| | |
|---|---|
| Opening balance 12/19 | $18,712.32 |
| Deposits and other credits | 19,404.32 + |
| Checks | 20,743.46 - |
| Automated Checks | 4,538.04 - |
| Other withdrawals and service fees | 8,977.64 - |
| **Closing balance 1/20** | **$3,857.50** |

### Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 12/29 | 1,996.02 | DEPOSIT |
| 1/05 | 8,000.00 | COUNTER DEPOSIT |
| 1/11 | 132.01 | REFUND        ENTERPRISE RENT-A-      01/08
4828704261546    SANTA MONICA CA 6013V750186 |
| 1/14 | 125.00 | INSUFFICIENT FUNDS/OD FEE REFUND |
| 1/14 | 7,978.69 | COUNTER DEPOSIT |
| 1/19 | 1,170.60 | COUNTER DEPOSIT |
| 1/20 | 2.00 | ATM SURCHARGE REBATE |
| **Total** | **$19,404.32** | |

### Checks

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 0000 | 125.00 | 12/30 | 0113 | 400.00 | 12/22 | 0121* | 350.00 | 12/30 |
| 0001 | 2,500.00 | 12/30 | 0114 | 417.00 | 12/24 | 0123* | 487.50 | 12/30 |
| 0106* | 174.00 | 12/22 | 0115 | 60.00 | 12/23 | 0125* | 263.00 | 1/05 |
| 0107 | 45.00 | 12/24 | 0116 | 80.00 | 12/23 | 0128* | 25.00 | 12/31 |
| 0110* | 25.21 | 12/21 | 0117 | 132.37 | 1/04 | 0129 | 287.00 | 12/29 |
| 0111 | 105.00 | 1/08 | 0118 | 550.00 | 12/31 | 0130 | 70.99 | 12/28 |
| 0112 | 61.62 | 12/23 | 0119 | 60.00 | 1/05 | 0131 | 366.57 | 12/30 |

\* Indicates a break in check number sequence    (checks could be listed under Automated Checks)

*Checks continued on next page*

---

**WACHOVIA BANK, NATIONAL ASSOCIATION , SANTA MONICA AND 5TH**

**WACHOVIA**

**Free Checking**

02     1010267752656     441    30      0  212

## Checks *continued*

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|--------|--------|------|--------|--------|------|--------|--------|------|
| 0132 | 302.30 | 12/28 | 0145 | 731.25 | 12/29 | 0164* | 25.00 | 1/14 |
| 0133 | 186.15 | 12/28 | 0146 | 750.00 | 1/04 | 0165 | 60.00 | 1/20 |
| 0135* | 512.00 | 12/29 | 0147 | 1,515.00 | 1/07 | 0166 | 1,040.00 | 1/06 |
| 0136 | 430.14 | 12/29 | 0149* | 2,352.25 | 1/11 | 0167 | 150.00 | 1/06 |
| 0137 | 65.79 | 12/28 | 0150 | 1,500.00 | 1/06 | 0168 | 21.92 | 1/19 |
| 0138 | 66.81 | 12/28 | 0151 | 162.00 | 1/05 | 0174* | 400.00 | 1/14 |
| 0139 | 28.54 | 12/28 | 0152 | 110.00 | 1/07 | 1006* | 154.00 | 1/20 |
| 0140 | 24.95 | 12/28 | 0153 | 121.80 | 1/05 | 9000* | 60.32 | 12/29 |
| 0141 | 332.00 | 12/28 | 0154 | 484.00 | 1/04 | **Total** | **$20,743.46** | |
| 0143* | 270.00 | 1/08 | 0155 | 593.88 | 1/06 | | | |
| 0144 | 750.00 | 12/29 | 0156 | 958.10 | 1/05 | | | |

*\* Indicates a break in check number sequence     (checks could be listed under Automated Checks)*

## Automated Checks

| Number | Amount | Date | Description |
|--------|--------|------|-------------|
| 0126 | 82.81 | 12/28 | AUTOMATED CHECK  VERIZON WEST ARC VERIZONCA<br>CO. ID. 1005022230 091228 ARC<br>MISC 0126 |
| 0127 | 62.05 | 12/28 | AUTOMATED CHECK  SO CAL EDISON    MAILED PMT<br>CO. ID. 1951240335 091228 ARC<br>MISC 127 |
| 0134 | 976.91 | 12/29 | AUTOMATED CHECK  USAA P&C PREMIUM CHECK PYMT<br>CO. ID. 314074269  091229 ARC<br>MISC 134 |
| 0142 | 8.90 | 12/29 | AUTOMATED CHECK  EARTHLINK        PAYMENT<br>CO. ID. A582511877 091229 ARC<br>MISC 0142 |
| 0148 | 807.83 | 1/06 | AUTOMATED CHECK  MERCEDES BENZ LV CHECK PYMT<br>CO. ID. 0480000436 100106 ARC<br>MISC 0148 |
| 0157 | 1,413.60 | 1/11 | AUTOMATED CHECK  MERCEDES BENZ LV CHECK PYMT<br>CO. ID. 0480000436 100111 ARC<br>MISC 0157 |
| 0158 | 62.27 | 1/14 | AUTOMATED CHECK  TMOBILE PCS HODI ACH PMT<br>CO. ID. 1912159335 100114 ARC<br>MISC 0158 |
| 0160 | 440.82 | 1/11 | AUTOMATED CHECK  AT&T SERVICES LA CHECK PYMT<br>CO. ID. 7427826552 100111 ARC<br>MISC 0160 |

*Automated Checks continued on next page.*

**Free Checking**

**WACHOVIA**

03          1010267752656      441    30        0   212

## Automated Checks *continued*

| Number | Amount | Date | Description |
|---|---|---|---|
| 0161 | 71.54 | 1/08 | AUTOMATED CHECK  VERIZON WEST ARC VERIZONCA CO. ID. 1005022230 100108 ARC MISC 0161 |
| 0163 | 611.31 | 1/14 | AUTOMATED CHECK  CITICARD PAYMENT CHECK PYMT CO. ID. CITICARDS  100114 ARC MISC 0163 |
| **Total** | **$4,538.04** | | |

## Other Withdrawals and Service Fees

| Date | Amount | Description |
|---|---|---|
| 12/22 | 0.00 | INQUIRY    SUNSETBD-VONS       6013-006851 |
| 12/22 | 70.88 | PURCHASE    CALIFORNIA PIZZA K      12/20 4828704261546     WESTLAKE VIL CA 6013V245456 |
| 12/22 | 264.54 | PURCHASE    VONS    STORE 2266    12/21 PACIFIC PALI CA 6013I500383 |
| 12/22 | 500.00 | WITHDRAWAL    WELLS FARGO BANK       12/21 SUNSETBD-VONS     PAC PALISADE CA 6013S006853 |
| 12/23 | 438.81 | PURCHASE    SOU BEST BUY #109 9325 12/22 LOS ANGELES  CA 6013I989734 |
| 12/28 | 49.31 | PURCHASE    COLLAR AND LEASH #      12/26 4828704261546    PACIFIC PALI CA 6013V201040 |
| 12/28 | 129.22 | PURCHASE    PC GREENS LLC        12/25 4828704261546    MALIBU      CA 6013V292001 |
| 12/28 | 205.71 | PURCHASE    VONS    STORE 2266    12/26 PACIFIC PALI CA 6013I288087 |
| 12/28 | 377.91 | PURCHASE    PC GREENS LLC        12/25 4828704261546    MALIBU      CA 6013V272001 |
| 1/04 | 9.00 | PURCHASE    GREATER LA ZOO ASS      01/02 4828704261546    LOS ANGELES  CA 6013V222867 |
| 1/04 | 52.27 | PURCHASE    LOS ANGELES ZOO CO      01/02 4828704261546    LOS ANGELES  CA 6013V260138 |
| 1/04 | 54.85 | PURCHASE    STAPLES DIRECT0020      12/29 4828704261546    800-3333330 CT 6013V221051 |
| 1/04 | 69.75 | PURCHASE    STAPLES DIRECT0020      12/29 4828704261546    800-3333330 CA 6013V261051 |
| 1/04 | 77.87 | PURCHASE    CNS TOYS R US      4612 01/03 TORRANCE      CA 6013I195284 |
| 1/04 | 83.93 | PURCHASE    EL POLLO LOCO #531      12/31 4828704261546    SANTA MONICA CA 6013V282749 |
| 1/04 | 154.02 | PURCHASE    WHOLE FOODS MARK 500 WI 12/31 SANTA MONICA CA 6013I960710 |
| 1/04 | 193.94 | PURCHASE    TAVERIVA TONY        12/31 4828704261546    MALIBU      CA 6013V261180 |

*Other Withdrawals and Service Fees continued on next page.*

**WACHOVIA BANK, NATIONAL ASSOCIATION , SANTA MONICA AND 5TH**

**WACHOVIA**

**Free Checking**

04          1010267752656      441    30          0   212

## Other Withdrawals and Service Fees    *continued*

| Date | Amount | Description |
|------|--------|-------------|
| 1/04 | 241.15 | PURCHASE    VONS    STORE 2266    01/02<br>PACIFIC PALI CA 6013I650883 |
| 1/04 | 408.82 | AUTOMATED DEBIT  CHARTER COMMUNIC CHARTER CO<br>CO. ID. C824510000 100104 TEL<br>MISC 0500008723 |
| 1/05 | 847.00 | PURCHASE    PARASECPARA          01/04<br>4828704261546    916-576-7000 CA 6013V248499 |
| 1/06 | 65.00 | PURCHASE    PARASECPARA          01/05<br>4828704261546    916-576-7000 CA 6013V218490 |
| 1/06 | 164.60 | PURCHASE    STAPLES DIRECT0020    01/04<br>4828704261546    800-3333330 CA 6013V241051 |
| 1/06 | 302.50 | WITHDRAWAL  CITY NATIONAL B      01/05<br>11500 WEST OLYMPI LOS ANGELES  CA 6013P996488 |
| 1/07 | 51.10 | PURCHASE    PURE ENERGY CAFE -    01/05<br>4828704261546    PACIFIC PALI CA 6013V231581 |
| 1/08 | 45.78 | PURCHASE    WHOLE FOODS MARK 500 WI 01/07<br>SANTA MONICA CA 6013I958738 |
| 1/11 | 39.31 | PURCHASE    VONS    STORE 2266    01/08<br>PACIFIC PALI CA 6013I849123 |
| 1/11 | 71.34 | PURCHASE    STUDIO AT FRED SEG    01/09<br>4828704261546    SANTA MONICA CA 6013V206401 |
| 1/11 | 92.74 | PURCHASE    LIFESIZE AT FRED S    01/09<br>4828704261546    SANTA MONICA CA 6013V205560 |
| 1/11 | 111.87 | PURCHASE    AQUARIUM AND PET C    01/09<br>4828704261546    SANTA MONICA CA 6013V271243 |
| 1/11 | 150.00 | PURCHASE    ENTERPRISE RENT-A-    01/08<br>4828704261546    SANTA MONICA CA 6013V250186 |
| 1/11 | 151.37 | PURCHASE    CHART HSE MALIBU      01/09<br>4828704261546    MALIBU      CA 6013V225061 |
| 1/11 | 158.63 | PURCHASE    TASTE PACIFIC PALI    01/10<br>4828704261546    PACIFIC PALI CA 6013V212000 |
| 1/11 | 200.00 | OVERDRAFT/UNAVAILABLE FUNDS FEE<br>8 TRANSACTION(S) AT  $25.00 |
| 1/11 | 389.26 | PURCHASE    W.I. SIMONSON/MERC    01/08<br>4828704261546    SANTA MONICA CA 6013V242076 |
| 1/12 | 0.00 | INQUIRY    SUNSETBD-VONS        6013-009264 |
| 1/12 | 0.00 | INQUIRY    SUNSETBD-VONS        6013-009266 |
| 1/12 | 25.00 | NSF FEE FOR ITEM  000000000163,    $611.31<br>AUTOMATED CHECK  CITICARD PAYMENT CHECK PYMT |
| 1/12 | 25.00 | NSF FEE FOR ITEM  000000000158,    $62.27<br>AUTOMATED CHECK  TMOBILE PCS HODI ACH PMT |
| 1/12 | 25.00 | NSF FEE FOR ITEM  000000000159,    $75.00 |
| 1/12 | 25.00 | NSF FEE FOR ITEM  000000000170,    $343.04 |
| 1/12 | 25.00 | NSF FEE FOR ITEM  000000000169,    $200.00 |
| 1/12 | 25.00 | NSF FEE FOR ITEM  000000000162,    $28.58 |

*Other Withdrawals and Service Fees continued on next page.*

---

**WACHOVIA BANK, NATIONAL ASSOCIATION , SANTA MONICA AND 5TH**

**WACHOVIA**
### Free Checking

| 05 | 1010267752656 | 441 | 30 | 0 | 212 |

## Other Withdrawals and Service Fees    *continued*

| Date | Amount | Description |
|------|--------|-------------|
| 1/12 | 50.00 | OVERDRAFT/UNAVAILABLE FUNDS FEE<br>2 TRANSACTION(S) AT   $25.00 |
| 1/12 | 112.24 | PURCHASE   VONS   STORE 2266   01/11<br>PACIFIC PALI CA 6013I314855 |
| 1/12 | 300.00 | WITHDRAWAL   WELLS FARGO BANK      01/11<br>SUNSETBD-VONS   PAC PALISADE CA 6013S009268 |
| 1/13 | 10.05 | PURCHASE   STARBUCKS USA 0014    01/11<br>4828704261546   MALIBU    CA 6013V293553 |
| 1/13 | 25.00 | NSF FEE FOR ITEM   000000000168,    $21.92 |
| 1/13 | 25.00 | NSF FEE FOR ITEM   000000000162,    $28.58 |
| 1/13 | 25.00 | NSF FEE FOR ITEM   000000000174,    $400.00 |
| 1/13 | 25.00 | OVERDRAFT/UNAVAILABLE FUNDS FEE<br>1 TRANSACTION(S) AT   $25.00 |
| 1/15 | 0.00 | INQUIRY   456 SANTA MONICA BLVD 6013-000518 |
| 1/15 | 300.00 | WITHDRAWAL   SANTA MONICA & 5TH FC   01/15<br>456 SANTA MONICA  SANTA MONICA CA 6013W000519 |
| 1/19 | 0.75 | INTL SERVICE FEE          01/18<br>4828704261546   UK      6013V731201 |
| 1/19 | 24.95 | PURCHASE   PP/AQWorlds.com   01/18<br>4828704261546   UK      6013V731201 |
| 1/19 | 43.85 | PURCHASE   COLLAR AND LEASH #   01/16<br>4828704261546   PACIFIC PALI CA 6013V251040 |
| 1/19 | 52.30 | PURCHASE   PINOCCHIO IN CUCIN   01/18<br>4828704261546   PACIFIC PALI CA 6013V292742 |
| 1/19 | 58.13 | PURCHASE   CVS 09775 09775--864 SW 01/16<br>PACIFIC PALI CA 6013I918709 |
| 1/19 | 64.13 | PURCHASE   HOWDYS TAQUERIA      01/17<br>4828704261546   MALIBU    CA 6013V291201 |
| 1/19 | 92.05 | PURCHASE   REI 107 SANTA MONI   01/16<br>4828704261546    SANTA MONICA CA 6013V226901 |
| 1/19 | 216.01 | PURCHASE   REI 107 SANTA MONI   01/16<br>4828704261546    SANTA MONICA CA 6013V246901 |
| 1/19 | 231.66 | PURCHASE   VONS   STORE 2266   01/16<br>PACIFIC PALI CA 6013I978049 |
| 1/19 | 766.55 | PURCHASE   PAY*Big Bear Cool   01/16<br>4828704261546   866-289-5977 CA 6013V200000 |
| 1/20 | 182.49 | PURCHASE   VONS   STORE 2266   01/20<br>PACIFIC PALI CA 6013I273625 |

| Total | $8,977.64 | |

---

**WACHOVIA**

## Free Checking

06          1010267752656      441    30          0    212

Thank you for being a Wachovia customer.  We appreciate your business and
understand that you are entrusting us with your banking needs.  Let us assist you in
finding the right products and services to help reach your financial goals.  Please visit us
online at wachovia.com, call us at 800-WACHOVIA (800-922-4684), or visit any
Wachovia Financial Center - we'd love to hear from you!

**WACHOVIA BANK, NATIONAL ASSOCIATION ,  SANTA MONICA AND 5TH**

**WACHOVIA**

## Free Checking

07        1010267752656        441        30        0   212

---

## Customer Service Information

|  | Phone number | Address |
|---|---|---|
| Checking & Savings Accounts, Check Card & ATM Card | 800-WACHOVIA 800-922-4684 | WACHOVIA BANK, NATIONAL ASSOCIATION NC8502 |
| TDD  (For the Hearing Impaired) | 800-835-7721 | P O BOX 563966 |
| En español para cuentas corrientes y de ahorros | 800-326-8977 | CHARLOTTE NC 28256-3966 |
| Bank By Mail (Deposits Only) |  | WACHOVIA BANK, NATIONAL ASSOCIATION VA3289 P O BOX 26090 RICHMOND VA 23260-6090 |
| Consumer Loan Accounts | 800-347-1131 | WACHOVIA BANK, NATIONAL ASSOCIATION VA0343 P O BOX 13327 ROANOKE VA 24040-0343 |

---

### To Balance Your Account

| | List Outstanding Checks and Withdrawals | | | |
|---|---|---|---|---|
| 1. Compare your account register to your account statement for unrecorded transactions (such as ATM, Check Card, Interest earned, fees, etc.)  Your new account register total should match the adjusted balance in line 6 below. | Ck. No. | Amount | Ck. No. | Amount |
| 2. Write in the closing balance shown on the front of account statement. _____ | | | | |
| 3. Write in any deposits you have made since the date of this statement. _____ _____ _____ _____ | | | | |
| 4. Add together amounts listed above in steps 2 and 3. _____ | | | | |
| 5. In the section to the right, list and total all checks and withdrawals that you have made that are not reported on your account statement. Write in the total here. _____ | | | | |
| 6. Subtract the amount in line 5 from the amount in line 4.  This is your adjusted balance and should match the balance in Step 1 above. _____ | | | Total | |

In Case of Errors or Questions About Your Electronic Transfers:  Telephone us at 800-WACHOVIA, 800-922-4684, or write to us at WACHOVIA BANK, NATIONAL ASSOCIATION, NC8502, P O BOX 563966, CHARLOTTE NC 28256-3966, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1.  Tell us your name and account number (if any).
2.  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3.  Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days to do this, we will credit your account for the amount you think is in error.  You will have use of the money during the time it takes us to complete our investigation.

WACHOVIA BANK, N.A. IS MEMBER FDIC

---