UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 11 (NON-BUSINESS) |
|---|---|
| **IAN MITCHELL,** | Case Number: **1:09-BK-23919** |
| | Operating Report Number: **5** |
| Debtor(s). | For the Month Ending: **2/28/2010** |

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (TOTAL For Month)

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — **$344,330.98**

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — **$186,830.03**

3. BEGINNING BALANCE: — **$157,500.95**

4. RECEIPTS DURING CURRENT PERIOD: — **$39,086.87**

5. BALANCE: — **$196,587.82**

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD — **$58,662.96**

7. ENDING BALANCE: — **$137,924.86**

8. General Account Number(s): — *** Please see following pages**

   Depository Name & Location: — *** Please see following pages***

---

\*   All receipts must be deposited into the general account.

\*\*  Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
    to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

OFFICE OF THE UNITED STATES DEPARTMENT OF JUSTICE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>**IAN MITCHELL,**<br><br>Debtor(s). | **CHAPTER 11 (NON-BUSINESS)**<br><br>Case Number: **1:09-BK-23919**<br>Operating Report Number: **5**<br>For the Month Ending: **2/28/2010** |

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (General Account) - Real Estate Checking (DIP) (ACCOUNT CLOSED)

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — **$0.00**

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — **$0.00**

3. BEGINNING BALANCE: — **$0.00**

4. RECEIPTS DURING CURRENT PERIOD: — **$0.00**

5. BALANCE: — **$0.00**

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD — **$0.00**

7. ENDING BALANCE: — **$0.00**

8. General Account Number(s): — **3240347**

Depository Name & Location:

| **City National Bank / L.A. Airport Office** |
| **6033 West Century Boulevard** |
| **Los Angeles, CA 90045** |

\* All receipts must be deposited into the general account
\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale
\*\*\*This amount should be the same as the total from page 2

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | TOTAL DISBURSEMENTS THIS PERIOD: | | $0.00 |

| Bank statement Date: | | Balance on Statement: | |
|---|---|---|---|

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

TOTAL DEPOSITS IN TRANSIT

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL OUTSTANDING CHECKS:                    $0.00

Bank statement Adjustments:
Explanation of Adjustments-
ADJUSTED BANK BALANCE:                       $0.00

\* It is acceptable to replace this form with a similar form

\*\* Please attach a detailed explanation of any bank statement adjustment

OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>**IAN MITCHELL,**<br><br>Debtor(s). | CHAPTER 11 (NON-BUSINESS)<br><br>Case Number: **1:09-BK-23919**<br>Operating Report Number: **5**<br>For the Month Ending: **2/28/2010** |

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (General Account) - Personal Checking (DIP) (ACCOUNT CLOSED)

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — **$0.00**

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — **$0.00**

3. BEGINNING BALANCE: — **$0.00**

4. RECEIPTS DURING CURRENT PERIOD: — **$0.00**

5. BALANCE: — **$0.00**

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD — **$0.00**

7. ENDING BALANCE: — **$0.00**

8. General Account Number(s): **3240320**

   Depository Name & Location:

   | |
   |---|
   | **City National Bank / L.A. Airport Office** |
   | **6033 West Century Boulevard** |
   | **Los Angeles, CA  90045** |

\*   All receipts must be deposited into the general account.

\*\*  Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
      to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM BEGINNING OF ACCOUNT FOR THE CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | $0.00 |

Bank statement Date: [                ]    Balance on Statement: [    **$0.00**]

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

TOTAL DEPOSITS IN TRANSIT                                    [        $0.00]

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

TOTAL OUTSTANDING CHECKS:                                   [        $0.00]

Bank statement Adjustments:                                 [        $0.00]
Explanation of Adjustments-
ADJUSTED BANK BALANCE:                                      [        $0.00]

\* It is acceptable to replace this form with a similar form

\*\* Please attach a detailed explanation of any bank statement adjustment

CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>**IAN MITCHELL,**<br><br>Debtor(s). | CHAPTER 11 (NON-BUSINESS)<br><br>Case Number:  **1:09-BK-23919**<br>Operating Report Number:  **5**<br>For the Month Ending:  **2/28/2010** |
|---|---|

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (General Account) - Personal Checking (ACCOUNT CLOSED)

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS    $0.00

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS    $0.00

3.  BEGINNING BALANCE:    $0.00

4.  RECEIPTS DURING CURRENT PERIOD:    $0.00

5.  BALANCE:    $0.00

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD    $0.00

7.  ENDING BALANCE:    $0.00

8.  General Account Number(s):    3218104

Depository Name & Location:

| **City National Bank / L.A. Airport Office** |
|---|
| **6033 West Century Boulevard** |
| **Los Angeles, CA  90045** |

\*  All receipts must be deposited into the general account.
\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business, attach an exhibit specifying what was sold,
    to whom, terms, and date of Court Order or Report of Sale
\*\*\*This amount should be the same as the total from page 2

DISBURSEMENTS CURRENT (OR NEXT) PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | $0.00 |

Bank statement Date: [                    ]    Balance on Statement: [        $0.00 ]

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

TOTAL DEPOSITS IN TRANSIT                                          [        $0.00 ]

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

TOTAL OUTSTANDING CHECKS:                                          [        $0.00 ]

Bank statement Adjustments:                                        [        $0.00 ]
Explanation of Adjustments-
ADJUSTED BANK BALANCE:                                             [        $0.00 ]

* It is acceptable to replace this form with a similar form

** Please attach a detailed explanation of any bank statement adjustment

OFFICE OF THE UNITED STATES TRUSTEE

CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>**IAN MITCHELL,**<br><br>Debtor(s). | CHAPTER 11 (NON-BUSINESS) |
|---|---|
| | Case Number: **1:09-BK-23919** |
| | Operating Report Number: **5** |
| | For the Month Ending: **2/28/2010** |

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (General Account) - Personal Checking (DIP) (2656)

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — **$48,570.15**

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — **$51,810.36**

3. BEGINNING BALANCE: — **-$3,240.21**

4. RECEIPTS DURING CURRENT PERIOD: — **$3,873.06**

5. BALANCE: — **$632.85**

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD — **$11,351.70**

7. ENDING BALANCE: — **-$10,718.85**

8. General Account Number(s): — **1010267752656**

Depository Name & Location:

| Wachovia, NC8502 |
|---|
| P.O. Box 563966 |
| Charlotte, NC 28256-3966 |

\* All receipts must be deposited into the general account

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
   to whom, terms, and date of Court Order or Report of Sale

\*\*\*This amount should be the same as the total from page 2

\*\*\*\* Personal bills paid from Corporate Account

TOTAL DISBURSEMENTS FROM CURRENT ACCOUNT (THIS PERIOD)

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | **(SEE ATTACHED REPORT)** | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | $11,351.70 |

Bank statement Date: [ **2/18/2010** ]    Balance on Statement: [ **$1,762.89** ]

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| (SEE ATTACHED) | |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT    [ 0.00 ]

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | (SEE ATTACHED) | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:    [ 0.00 ]

Bank statement Adjustments:    _____
Explanation of Adjustments-
ADJUSTED BANK BALANCE:    [ $1,762.89 ]

* It is acceptable to replace this form with a similar form

** Please attach a detailed explanation of any bank statement adjustment

11:17 PM

03/14/10

Accrual Basis

# Ian F. Mitchell & Luly Rivas Mitchell
## General Account Receipts & Disbursements
### As of February 28, 2010

| Type | Date | Num | Name | Debit | Credit |
|------|------|-----|------|-------|--------|
| **1040 · Wachovia Ckg (Gen) - DIP (2656)** | | | | | |
| Check | 2/1/2010 | POS | Blockbuster | | 24.11 |
| Check | 2/1/2010 | POS | European Shoe Repair | | 110.00 |
| Check | 2/1/2010 | POS | Whole Foods | | 115.34 |
| Check | 2/1/2010 | ATM | Withdrawal | | 203.25 |
| Check | 2/1/2010 | POS | Misty Beauty, Inc | | 455.39 |
| Check | 2/1/2010 | POS | Big Bear Cool | | 729.62 |
| Check | 2/1/2010 | 182 | Palisades Pharmacy | | 67.20 |
| Check | 2/1/2010 | 179 | USPS | | 33.42 |
| Check | 2/2/2010 | 183 | Pure Energy Cafe | | 29.95 |
| Check | 2/3/2010 | POS | Von's | | 131.19 |
| Check | 2/3/2010 | POS | Big Bear Cool | | 177.69 |
| Check | 2/3/2010 | ATM | Withdrawal | | 300.00 |
| Check | 2/3/2010 | 184 | Abner Reyes | | 80.00 |
| Bill Pmt - ... | 2/4/2010 | 1024 | Culligan | | 24.95 |
| Bill Pmt - ... | 2/4/2010 | 1025 | Family Circle | | 5.99 |
| Bill Pmt - ... | 2/4/2010 | 1026 | Northwestern Mutual (3601) | | 588.25 |
| Bill Pmt - ... | 2/4/2010 | 1027 | Verizon (454-4067) | | 71.29 |
| Bill Pmt - ... | 2/4/2010 | 1028 | Northwestern Mutual (3170) | | 2,774.14 |
| Check | 2/5/2010 | 186 | Mario Garcia | | 150.00 |
| Check | 2/6/2010 | 185 | Silvia Velasco | | 500.00 |
| Check | 2/8/2010 | POS | Bourget Flagstone Co | | 13.10 |
| Check | 2/8/2010 | POS | El Pollo Loco | | 29.62 |
| Check | 2/8/2010 | POS | AMC | | 39.25 |
| Check | 2/8/2010 | POS | Pharmaca Integrative | | 41.96 |
| Check | 2/8/2010 | POS | Collar and Leash | | 69.07 |
| Check | 2/8/2010 | POS | West L.A. Music | | 86.40 |
| Check | 2/8/2010 | POS | Vons | | 126.31 |
| Check | 2/8/2010 | POS | Vons | | 366.38 |
| Check | 2/9/2010 | POS | U-Haul | | 78.31 |
| Check | 2/10/2010 | ATM | Withdrawal | | 300.00 |
| Deposit | 2/10/2010 | | | 1,869.06 | |
| Bill Pmt - ... | 2/11/2010 | 1029 | ACN Communication Services, Inc. (... | | 51.24 |
| Bill Pmt - ... | 2/11/2010 | 1030 | ACN Communication Services, Inc. (... | | 22.67 |
| Bill Pmt - ... | 2/11/2010 | 1031 | National Geographic Society | | 12.00 |
| Bill Pmt - ... | 2/11/2010 | 1032 | Our Lady of Malibu School | | 30.00 |
| Check | 2/12/2010 | ATM | Withdrawal | | 300.00 |
| Transfer | 2/17/2010 | | | 2,000.00 | |
| Check | 2/17/2010 | ATM | Withdrawal | | 300.00 |
| Bill Pmt - ... | 2/18/2010 | 1033 | Charter Communications | | 186.40 |
| Bill Pmt - ... | 2/18/2010 | 1034 | Northwestern Mutual (3170) | | 922.08 |
| Bill Pmt - ... | 2/18/2010 | 1035 | Raudel Munoz | | 100.00 |
| Deposit | 2/18/2010 | Bank | ATM Rebate | 4.00 | |
| Bill Pmt - ... | 2/25/2010 | 1036 | Indymac Mortgage Services (4322) | 0.00 | |
| Bill Pmt - ... | 2/25/2010 | 1037 | Santa Monica Mini Storage (214B) | 0.00 | |
| Bill Pmt - ... | 2/25/2010 | 1038 | Santa Monica Mini Storage (260A) | 0.00 | |
| Bill Pmt - ... | 2/25/2010 | 1039 | Santa Monica Mini Storage (214B) | | 263.00 |
| Bill Pmt - ... | 2/25/2010 | 1040 | Santa Monica Mini Storage (260A) | | 162.00 |
| Bill Pmt - ... | 2/25/2010 | 1041 | Indymac Mortgage Services (4322) | | 1,280.13 |
| Total 1040 · Wachovia Ckg (Gen) - DIP (2656) | | | | 3,873.06 | 11,351.70 |
| **TOTAL** | | | | **3,873.06** | **11,351.70** |

**Ian F. Mitchell & Luly Rivas Mitchell**

# Reconciliation Detail

**1040 · Wachovia Ckg (Gen) - DIP (2656), Period Ending 02/20/2010**

2:49 PM

03/04/10

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 3,599.81 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 80 items** | | | | | | |
| Check | 12/29/2009 | W/D | Withdrawal | X | -500.00 | -500.00 |
| Bill Pmt -Check | 1/5/2010 | 159 | NRG Heating & Air ... | X | -75.00 | -575.00 |
| Check | 1/6/2010 | 169 | Larry Fuentes | X | -200.00 | -775.00 |
| Check | 1/13/2010 | 175 | Dynamic Learning | X | -1,800.00 | -2,575.00 |
| Check | 1/13/2010 | 172 | City of Malibu | X | -110.00 | -2,685.00 |
| Check | 1/13/2010 | 173 | Magical, Musical Mo... | X | -55.00 | -2,740.00 |
| Check | 1/13/2010 | 171 | Cassidy | X | -50.00 | -2,790.00 |
| Bill Pmt -Check | 1/14/2010 | 1007 | Northwestern Mutual... | X | -588.25 | -3,378.25 |
| Bill Pmt -Check | 1/14/2010 | 1008 | USAA | X | -15.00 | -3,393.25 |
| Bill Pmt -Check | 1/14/2010 | 1005 | Earthlink | X | -2.00 | -3,395.25 |
| Check | 1/20/2010 | 176 | USPS | X | -53.18 | -3,448.43 |
| Bill Pmt -Check | 1/21/2010 | 1009 | Northwestern Mutual... | X | -1,751.18 | -5,199.61 |
| Check | 1/21/2010 | POS | Ralph's | X | -417.70 | -5,617.31 |
| Bill Pmt -Check | 1/21/2010 | 1012 | U.S. Trustee Payme... | X | -325.00 | -5,942.31 |
| Bill Pmt -Check | 1/21/2010 | 1010 | Raudel Munoz | X | -100.00 | -6,042.31 |
| Bill Pmt -Check | 1/21/2010 | 1011 | The Gas Company | X | -96.98 | -6,139.29 |
| Bill Pmt -Check | 1/21/2010 | 1014 | Verizon (454-4067) | X | -77.30 | -6,216.59 |
| Bill Pmt -Check | 1/21/2010 | 1016 | ACN Communicatio... | X | -53.28 | -6,269.87 |
| Bill Pmt -Check | 1/21/2010 | 1015 | City of Los Angeles | X | -50.00 | -6,319.87 |
| Bill Pmt -Check | 1/21/2010 | 1017 | Culligan | X | -24.95 | -6,344.82 |
| Check | 1/25/2010 | POS | Mission Inn | X | -464.17 | -6,808.99 |
| Check | 1/25/2010 | ATM | Withdrawal | X | -300.00 | -7,108.99 |
| Check | 1/25/2010 | ATM | | X | -202.25 | -7,311.24 |
| Check | 1/25/2010 | POS | Knott's Berry Farm | X | -155.96 | -7,467.20 |
| Check | 1/25/2010 | POS | Pharmaca Integrative | X | -59.75 | -7,526.95 |
| Check | 1/25/2010 | POS | Cathay Palisades | X | -48.35 | -7,575.30 |
| Check | 1/25/2010 | POS | Knott's Berry Farm | X | -35.85 | -7,611.15 |
| Check | 1/25/2010 | POS | Gateway Cleaners | X | -28.00 | -7,639.15 |
| Check | 1/25/2010 | POS | Knott's Berry Farm | X | -21.72 | -7,660.87 |
| Check | 1/25/2010 | POS | Knott's Berry Farm | X | -17.38 | -7,678.25 |
| Check | 1/25/2010 | POS | Mission Inn | X | -14.50 | -7,692.75 |
| Check | 1/25/2010 | POS | Mission Inn | X | -6.00 | -7,698.75 |
| Check | 1/26/2010 | 178 | Silvia Velasco | X | -400.00 | -8,098.75 |
| Check | 1/26/2010 | ATM | Withdrawal | X | -200.00 | -8,298.75 |
| Check | 1/26/2010 | POS | Von's | X | -153.44 | -8,452.19 |
| Check | 1/26/2010 | POS | Malibu Coast Animal... | X | -92.00 | -8,544.19 |
| Check | 1/28/2010 | 181 | Silvia Velasco | X | -400.00 | -8,944.19 |
| Check | 1/28/2010 | POS | Ralph's | X | -368.04 | -9,312.23 |
| Check | 1/28/2010 | 180 | CVS Pharmacy | X | -101.70 | -9,413.93 |
| Check | 1/28/2010 | POS | Compartes Chocolate | X | -25.00 | -9,438.93 |
| Bill Pmt -Check | 1/29/2010 | 1023 | Indymac Mortgage S... | X | -1,323.73 | -10,762.66 |
| Bill Pmt -Check | 1/29/2010 | 1019 | Santa Monica Mini S... | X | -263.00 | -11,025.66 |
| Bill Pmt -Check | 1/29/2010 | 1021 | Southern California ... | X | -199.74 | -11,225.40 |
| Bill Pmt -Check | 1/29/2010 | 1018 | Northwestern Mutual... | X | -172.58 | -11,397.98 |
| Bill Pmt -Check | 1/29/2010 | 1020 | Santa Monica Mini S... | X | -162.00 | -11,559.98 |
| Bill Pmt -Check | 1/29/2010 | 1022 | T-Mobile | X | -57.41 | -11,617.39 |
| Check | 2/1/2010 | POS | Big Bear Cool | X | -729.62 | -12,347.01 |
| Check | 2/1/2010 | POS | Misty Beauty, Inc | X | -455.39 | -12,802.40 |
| Check | 2/1/2010 | ATM | Withdrawal | X | -203.25 | -13,005.65 |
| Check | 2/1/2010 | POS | Whole Foods | X | -115.34 | -13,120.99 |
| Check | 2/1/2010 | POS | European Shoe Repair | X | -110.00 | -13,230.99 |
| Check | 2/1/2010 | 179 | USPS | X | -33.42 | -13,264.41 |
| Check | 2/1/2010 | POS | Blockbuster | X | -24.11 | -13,288.52 |
| Check | 2/3/2010 | ATM | Withdrawal | X | -300.00 | -13,588.52 |
| Check | 2/3/2010 | POS | Big Bear Cool | X | -177.69 | -13,766.21 |
| Check | 2/3/2010 | POS | Von's | X | -131.19 | -13,897.40 |
| Check | 2/3/2010 | 184 | Abner Reyes | X | -80.00 | -13,977.40 |
| Bill Pmt -Check | 2/4/2010 | 1028 | Northwestern Mutual... | X | -2,774.14 | -16,751.54 |
| Bill Pmt -Check | 2/4/2010 | 1026 | Northwestern Mutual... | X | -588.25 | -17,339.79 |
| Bill Pmt -Check | 2/4/2010 | 1027 | Verizon (454-4067) | X | -71.29 | -17,411.08 |
| Bill Pmt -Check | 2/4/2010 | 1024 | Culligan | X | -24.95 | -17,436.03 |
| Bill Pmt -Check | 2/4/2010 | 1025 | Family Circle | X | -5.99 | -17,442.02 |
| Check | 2/5/2010 | 186 | Mario Garcia | X | -150.00 | -17,592.02 |
| Check | 2/6/2010 | 185 | Silvia Velasco | X | -500.00 | -18,092.02 |

**Ian F. Mitchell & Luly Rivas Mitchell**

# Reconciliation Detail

## 1040 · Wachovia Ckg (Gen) - DIP (2656), Period Ending 02/20/2010

2:49 PM

03/04/10

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Check | 2/8/2010 | POS | Vons | X | -366.38 | -18,458.40 |
| Check | 2/8/2010 | POS | Vons | X | -126.31 | -18,584.71 |
| Check | 2/8/2010 | POS | West L.A. Music | X | -86.40 | -18,671.11 |
| Check | 2/8/2010 | POS | Collar and Leash | X | -69.07 | -18,740.18 |
| Check | 2/8/2010 | POS | Pharmaca Integrative | X | -41.96 | -18,782.14 |
| Check | 2/8/2010 | POS | AMC | X | -39.25 | -18,821.39 |
| Check | 2/8/2010 | POS | El Pollo Loco | X | -29.62 | -18,851.01 |
| Check | 2/8/2010 | POS | Bourget Flagstone Co | X | -13.10 | -18,864.11 |
| Check | 2/9/2010 | POS | U-Haul | X | -78.31 | -18,942.42 |
| Check | 2/10/2010 | ATM | Withdrawal | X | -300.00 | -19,242.42 |
| Bill Pmt -Check | 2/11/2010 | 1029 | ACN Communicatio... | X | -51.24 | -19,293.66 |
| Bill Pmt -Check | 2/11/2010 | 1032 | Our Lady of Malibu ... | X | -30.00 | -19,323.66 |
| Bill Pmt -Check | 2/11/2010 | 1030 | ACN Communicatio. | X | -22.67 | -19,346.33 |
| Bill Pmt -Check | 2/11/2010 | 1031 | National Geographic ... | X | -12.00 | -19,358.33 |
| Check | 2/12/2010 | ATM | Withdrawal | X | -300.00 | -19,658.33 |
| Check | 2/17/2010 | ATM | Withdrawal | X | -300.00 | -19,958.33 |
| | **Total Checks and Payments** | | | | -19,958.33 | -19,958.33 |
| | **Deposits and Credits - 6 items** | | | | | |
| Transfer | 12/29/2009 | | | X | 757.69 | 757.69 |
| Transfer | 1/21/2010 | | | X | 5,000.00 | 5,757.69 |
| Deposit | 1/27/2010 | | | X | 8,490.66 | 14,248.35 |
| Deposit | 2/10/2010 | | | X | 1,869.06 | 16,117.41 |
| Transfer | 2/17/2010 | | | X | 2,000.00 | 18,117.41 |
| Deposit | 2/18/2010 | Bank | ATM Rebate | X | 4.00 | 18,121.41 |
| | **Total Deposits and Credits** | | | | 18,121.41 | 18,121.41 |
| | **Total Cleared Transactions** | | | | -1,836.92 | -1,836.92 |
| **Cleared Balance** | | | | | -1,836.92 | 1,762.89 |
| | **Uncleared Transactions** | | | | | |
| | **Checks and Payments - 8 items** | | | | | |
| Check | 12/18/2009 | POS | City of LA Dot | | -52.00 | -52.00 |
| Check | 12/28/2009 | EFT | Verizon #7060 | | -82.81 | -134.81 |
| Bill Pmt -Check | 1/5/2010 | 162 | AT&T (832-0820) | | -28.58 | -163.39 |
| Check | 2/1/2010 | 182 | Palisades Pharmacy | | -67.20 | -230.59 |
| Check | 2/2/2010 | 183 | Pure Energy Cafe | | -29.95 | -260.54 |
| Bill Pmt -Check | 2/18/2010 | 1034 | Northwestern Mutual... | | -922.08 | -1,182.62 |
| Bill Pmt -Check | 2/18/2010 | 1033 | Charter Communicat... | | -186.40 | -1,369.02 |
| Bill Pmt -Check | 2/18/2010 | 1035 | Raudel Munoz | | -100.00 | -1,469.02 |
| | **Total Checks and Payments** | | | | -1,469.02 | -1,469.02 |
| | **Deposits and Credits - 2 items** | | | | | |
| Deposit | 1/29/2010 | | | | 703.92 | 703.92 |
| Deposit | 1/29/2010 | | | | 746.18 | 1,450.10 |
| | **Total Deposits and Credits** | | | | 1,450.10 | 1,450.10 |
| | **Total Uncleared Transactions** | | | | -18.92 | -18.92 |
| **Register Balance as of 02/20/2010** | | | | | -1,855.84 | 1,743.97 |
| | **New Transactions** | | | | | |
| | **Checks and Payments - 7 items** | | | | | |
| Bill Pmt -Check | 2/25/2010 | 1041 | Indymac Mortgage S... | | -1,280.13 | -1,280.13 |
| Bill Pmt -Check | 2/25/2010 | 1039 | Santa Monica Mini S... | | -263.00 | -1,543.13 |
| Bill Pmt -Check | 2/25/2010 | 1040 | Santa Monica Mini S... | | -162.00 | -1,705.13 |
| Bill Pmt -Check | 3/4/2010 | | L.A. County Waterw... | | -255.12 | -1,960.25 |
| Bill Pmt -Check | 3/4/2010 | | Southern California ... | | -100.00 | -2,060.25 |
| Bill Pmt -Check | 3/4/2010 | | The Gas Company | | -92.59 | -2,152.84 |
| Bill Pmt -Check | 3/4/2010 | | T-Mobile | | -57.41 | -2,210.25 |
| | **Total Checks and Payments** | | | | -2,210.25 | -2,210.25 |
| | **Deposits and Credits - 4 items** | | | | | |
| Bill Pmt -Check | 2/25/2010 | 1037 | Santa Monica Mini S... | | 0.00 | 0.00 |
| Bill Pmt -Check | 2/25/2010 | 1036 | Indymac Mortgage S... | | 0.00 | 0.00 |
| Bill Pmt -Check | 2/25/2010 | 1036 | Santa Monica Mini S... | | 0.00 | 0.00 |

2:49 PM

03/04/10

# Ian F. Mitchell & Luly Rivas Mitchell
## Reconciliation Detail
### 1040 · Wachovia Ckg (Gen) - DIP (2656), Period Ending 02/20/2010

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Transfer | 3/1/2010 | | | | 4,000.00 | 4,000.00 |
| Total Deposits and Credits | | | | | 4,000.00 | 4,000.00 |
| Total New Transactions | | | | | 1,789.75 | 1,789.75 |
| **Ending Balance** | | | | | **-66.09** | **3,533.72** |



# Free Checking

| 01 | | 141 | 30 | 0 | 212 | 9,060 |

WACHOVIA

00002722 02 AV  0.460 02    5DG 13

Ilılıllıuulılıllıllılıuulıllılıuılıull

**IAN OR LULY R MITCHELL AKA MARIA RIVAS**
**DEBTOR IN POSSESSION CASE**            PB
**NO. 1:09-BK-23919**
**3609 SEAHORN DR**
**MALIBU CA 90265**

---

# Free Checking

Account number:
Account owner(s):      IAN OR LULY R MITCHELL AKA MARIA RIVAS
                       DEBTOR IN POSSESSION CASE
                       NO. 1:09-BK-23919



## Account Summary

| | |
|---|---|
| Opening balance 1/21 | $3,857.50 |
| Deposits and other credits | 17,363.72 + |
| Checks | 12,851.23 - |
| Other withdrawals and service fees | 6,607.10 - |
| **Closing balance 2/18** | **$1,762.89** |

## Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 1/21 | 5,000.00 | TRNSFR 1010267752643          01/21 ONLINE TRNSFR CONFIRMATiON # VY214978173 |
| 1/27 | 8,490.66 | COUNTER DEPOSIT |
| 2/10 | 1,869.06 | COUNTER DEPOSIT |
| 2/17 | 2,000.00 | TRNSFR 1010267752643    WELLS FARGO BAN 02/16 SUNSETBD-VONS    PAC PALISADE CA 6013S004063 |
| 2/18 | 4.00 | ATM SURCHARGE REBATE |
| **Total** | **$17,363.72** | |

## Checks

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 0159 | 75.00 | 1/22 | 0180 | 101.70 | 2/02 | 1010 | 100.00 | 1/26 |
| 0169* | 200.00 | 2/09 | 0181 | 400.00 | 2/01 | 1011 | 96.98 | 2/01 |
| 0171* | 50.00 | 1/26 | 0184* | 80.00 | 2/16 | 1012 | 325.00 | 1/26 |
| 0172 | 110.00 | 1/29 | 0185 | 500.00 | 2/08 | 1014* | 77.30 | 1/28 |
| 0173 | 55.00 | 1/25 | 0186 | 150.00 | 2/09 | 1015 | 50.00 | 1/25 |
| 0175* | 1,800.00 | 1/25 | 1005* | 2.00 | 1/28 | 1016 | 53.28 | 1/25 |
| 0176 | 53.18 | 1/27 | 1007* | 588.25 | 1/25 | 1017 | 24.95 | 1/26 |
| 0178* | 400.00 | 2/01 | 1008 | 15.00 | 1/26 | 1018 | 172.58 | 2/03 |
| 0179 | 33.42 | 2/04 | 1009 | 1,751.18 | 1/26 | 1019 | 263.00 | 2/02 |

*Indicates a break in check number sequence*

*Checks continued on next page*

---

**WACHOVIA BANK, NATIONAL ASSOCIATION , SANTA MONICA AND 5TH**

## Free Checking

**WACHOVIA**

02                    :1    30        0  212        9,061

---

## Checks *continued*

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|--------|--------|------|--------|--------|------|--------|--------|------|
| 1020 | 162.00 | 2/02 | 1025 | 5.99 | 2/12 | 1030 | 22.67 | 2/16 |
| 1021 | 199.74 | 2/02 | 1026 | 588.25 | 2/09 | 1031 | 12.00 | 2/16 |
| 1022 | 57.41 | 2/02 | 1027 | 71.29 | 2/11 | 1032 | 30.00 | 2/18 |
| 1023 | 1,323.73 | 2/11 | 1028 | 2,774.14 | 2/11 | **Total** | **$12,851.23** | |
| 1024 | 24.95 | 2/10 | 1029 | 51.24 | 2/16 | | | |

*\* Indicates a break in check number sequence*

## Other Withdrawals and Service Fees

| Date | Amount | Description |
|------|--------|-------------|
| 1/22 | 417.70 | PURCHASE    RALPHS 15120 SUNSET BL 01/21 PACIFIC PALI CA 6013I902522 |
| 1/25 | 0.00 | INQUIRY    MALIBU/         6013-000425 |
| 1/25 | 6.00 | PURCHASE    MISSION INN         01/24 4828704261546    RIVERSIDE    CA 6013V232064 |
| 1/25 | 14.50 | PURCHASE    MISSION INN         01/24 4828704261546    RIVERSIDE    CA 6013V212064 |
| 1/25 | 17.38 | PURCHASE    KNOTTS BERRY FARM    01/23 4828704261546    BUENA PARK    CA 6013V241153 |
| 1/25 | 21.72 | PURCHASE    KNOTTS BERRY FARM    01/23 4828704261546    BUENA PARK    CA 6013V271153 |
| 1/25 | 28.00 | PURCHASE    GATEWAY CLEANERS    01/22 4828704261546    LOS ANGELES CA 6013V240144 |
| 1/25 | 35.85 | PURCHASE    KNOTT'S BERRY FARM    01/23 4828704261546    BUENA PARK    CA 6013V221157 |
| 1/25 | 48.35 | PURCHASE    CATHAY PALISADES    01/24 4828704261546    PAC PALISADE CA 6013V242062 |
| 1/25 | 59.75 | PURCHASE    PHARMACA INTEGRATIVE PH 01/24 PACIFIC PALI CA 6013I769938 |
| 1/25 | 155.96 | PURCHASE    KNOTT'S BERRY FARM    01/23 4828704261546    BUENA PARK    CA 6013V281157 |
| 1/25 | 202.25 | WITHDRAWAL  G&M OIL #76 - CHEV    01/23 4095 N. UNIVERSIT SAN BERNADIN CA 6013N703566 |
| 1/25 | 300.00 | WITHDRAWAL  WELLS FARGO BANK    01/24 MALIBU/        MALIBU    CA 6013S000424 |
| 1/25 | 464.17 | PURCHASE    MISSION INN         01/24 4828704261546    RIVERSIDE    CA 6013V212064 |
| 1/26 | 0.00 | INQUIRY    OLYMPIC-PURDU        6013-008544 |
| 1/26 | 92.00 | PURCHASE    MALIBU COAST ANIMA    01/24 4828704261546    MALIBU    CA 6013V220252 |
| 1/26 | 153.44 | PURCHASE    VONS    STORE 2266    01/25 PACIFIC PALI CA 6013I753083 |
| 1/26 | 200.00 | WITHDRAWAL  WELLS FARGO BANK    01/26 OLYMPIC-PURDU    LOS ANGELES CA 6013S008545 |

*Other Withdrawals and Service Fees continued on next page.*

---

**WACHOVIA BANK, NATIONAL ASSOCIATION , SANTA MONICA AND 5TH**

**WACHOVIA**

### Free Checking

03

| | | | |
|---|---|---|---|
| 1 | 30 | 0 212 | 9,062 |

---

## Other Withdrawals and Service Fees    *continued*

| Date | Amount | Description |
|---|---|---|
| 1/28 | 25.00 | PURCHASE    COMPARTES CHOCOLAT    01/27<br>4828704261546    LOS ANGELES  CA 6013V262079 |
| 1/28 | 368.04 | PURCHASE    RALPHS #8888        01/26<br>4828704261546    SALT LAKE CI UT 6013V261193 |
| 2/01 | 24.11 | PURCHASE    SOU BLOCKBUSTER VID0310 01/30<br>SANTA MONICA CA 6013I674631 |
| 2/01 | 110.00 | PURCHASE    EUROPEAN SHOE REPA    01/30<br>4828704261546    MALIBU      CA 6013V232062 |
| 2/01 | 115.34 | PURCHASE    WHOLE FOODS MARK 500 WI 01/30<br>SANTA MONICA CA 6013I418883 |
| 2/01 | 203.25 | WITHDRAWAL  FAIRMONT M        01/30<br>101 WILSHIRE BLVD LOS ANGELES  CA 6013N729137 |
| 2/01 | 455.39 | PURCHASE    MISTY BEAUTY, INC.    01/30<br>4828704261546    SANTA MONICA CA 6013V221244 |
| 2/01 | 729.62 | PURCHASE    PAY*Big Bear Cool    01/31<br>4828704261546    866-289-5977 CA 6013V220002 |
| 2/03 | 0.00 | INQUIRY    SUNSETBD-VONS      6013-002113 |
| 2/03 | 131.19 | PURCHASE    VONS    STORE 2266    02/02<br>PACIFIC PALI CA 6013I711419 |
| 2/03 | 177.69 | PURCHASE    PAY*Big Bear Cool    02/02<br>4828704261546    866-289-5977 CA 6013V290005 |
| 2/03 | 300.00 | WITHDRAWAL  WELLS FARGO BANK      02/02<br>SUNSETBD-VONS    PAC PALISADE CA 6013S002114 |
| 2/08 | 0.00 | INQUIRY    SUNSETBD-VONS      6013-002775 |
| 2/08 | 13.10 | PURCHASE    SY8 BOURGET BROS BU9327 02/06<br>SANTA MONICA CA 6013I790813 |
| 2/08 | 29.62 | PURCHASE    EL POLLO LOCO #531    02/06<br>4828704261546    SANTA MONICA CA 6013V202740 |
| 2/08 | 39.25 | PURCHASE    AMC SANTA MONI0400    02/05<br>4828704261546    Santa Monica CA 6013V299313 |
| 2/08 | 41.96 | PURCHASE    PHARMACA INTEGRATIVE PH 02/06<br>PACIFIC PALI CA 6013I187574 |
| 2/08 | 69.07 | PURCHASE    COLLAR AND LEASH #    02/06<br>4828704261546    PACIFIC PALI CA 6013V211040 |
| 2/08 | 86.40 | PURCHASE    WEST LA MUSIC      02/04<br>4828704261546    LOS ANGELES  CA 6013V223352 |
| 2/08 | 126.31 | PURCHASE    VONS    STORE 2266    02/06<br>PACIFIC PALI CA 6013I718839 |
| 2/08 | 366.38 | PURCHASE    VONS    STORE 2266    02/07<br>PACIFIC PALI CA 6013I886839 |
| 2/09 | 78.31 | PURCHASE    U-HAUL SANTA MONIC    02/06<br>4828704261546    SANTA MONICA CA 6013V291347 |
| 2/10 | 0.00 | INQUIRY    729 MONTANA AVE SUITE 6013-001510 |
| 2/10 | 300.00 | WITHDRAWAL  MONTANA AND 7TH      02/10<br>729 MONTANA AVE S SANTA MONiCA CA 6013W001511 |

*Other Withdrawals and Service Fees continued on next page.*

---

**WACHOVIA BANK, NATIONAL ASSOCIATION , SANTA MONICA AND 5TH**

## Free Checking

**WACHOVIA**

04          .1   30        0  212        9.063

## Other Withdrawals and Service Fees    *continued*

| Date | Amount | Description |
|------|--------|-------------|
| 2/12 | 0.00 | INQUIRY     456 SANTA MONICA BLVD 6013-002132 |
| 2/12 | 0.00 | INQUIRY     456 SANTA MONICA BLVD 6013-002133 |
| 2/12 | 300.00 | WITHDRAWAL   SANTA MONICA & 5TH FC   02/12<br>456 SANTA MONICA  SANTA MONICA CA 6013W002130 |
| 2/17 | 0.00 | INQUIRY   SUNSETBD-VONS      6013-004061 |
| 2/17 | 300.00 | WITHDRAWAL  WELLS FARGO BANK     02/16<br>SUNSETBD-VONS    PAC PALISADE CA 6013S004064 |
| **Total** | **$6,607.10** | |

Jump start your savings by setting up an automatic transfer from a Wachovia checking
account to a Wachovia savings account. You decide how much and how frequently to
transfer. It's fast and it's easy. Get started at wachovia.com. call us at 800-WACHOVIA
(800-922-4684). or visit any Wachovia Financial Center and watch your savings grow!

**WACHOVIA**

## Free Checking

05

| | 441 | 30 | 0 212 | 9,064 |

## Customer Service Information

| | Phone number | Address |
|---|---|---|
| Checking & Savings Accounts, Check Card & ATM Card | 800-WACHOVIA<br>800-922-4684 | WACHOVIA BANK, NATIONAL ASSOCIATION<br>NC8502 |
| TDD  (For the Hearing Impaired)<br>En español para cuentas corrientes y de ahorros | 800-835-7721<br>800-326-8977 | P O BOX 563966<br>CHARLOTTE NC 28256-3966 |
| Bank By Mail (Deposits Only) | | WACHOVIA BANK, NATIONAL ASSOCIATION<br>VA3289<br>P O BOX 26090<br>RICHMOND VA  23260-6090 |
| Consumer Loan Accounts | 800-347-1131 | WACHOVIA BANK, NATIONAL ASSOCIATION<br>VA0343<br>P O BOX 13327<br>ROANOKE VA  24040-0343 |

### To Balance Your Account

| | List Outstanding Checks and Withdrawals | | | |
|---|---|---|---|---|
| | Ck. No. | Amount | Ck. No. | Amount |
| 1. Compare your account register to your account statement for unrecorded transactions (such as ATM, Check Card, Interest earned, fees, etc.)  Your new account register total should match the adjusted balance in line 6 below. | | | | |
| 2. Write in the closing balance shown on the front of account statement. | | | | |
| 3. Write in any deposits you have made since the date of this statement. | | | | |
| | | | | |
| | | | | |
| 4. Add together amounts listed above in steps 2 and 3. | | | | |
| 5. In the section to the right, list and total all checks and withdrawals that you have made that are not reported on your account statement. Write in the total here. | | | | |
| 6. Subtract the amount in line 5 from the amount in line 4.  This is your adjusted balance and should match the balance in Step 1 above. | | | Total | |

In Case of Errors or Questions About Your Electronic Transfers:  Telephone us at 800-WACHOVIA, 800-922-4684, or write to us at WACHOVIA BANK, NATIONAL ASSOCIATION, NC8502, P O BOX 563966, CHARLOTTE NC 28256-3966, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1.  Tell us your name and account number (if any).
2.  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3.  Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days to do this, we will credit your account for the amount you think is in error.  You will have use of the money during the time it takes us to complete our investigation.

WACHOVIA BANK, N.A. IS MEMBER FDIC

# Free Checking

**WACHOVIA**

01                441    30        0  212

Electronic Delivery

IIuIuIIuuuIuIuIIuuIuIuIuIuI
**IAN  OR  LULY  R  MITCHELL  AKA  MARIA  RIVAS**
**DEBTOR  IN  POSSESSION  CASE**                    PB
**NO.  1:09-BK-23919**
**3609  SEAHORN  DR**
**MALIBU  CA  90265**

## Free Checking                                  2/19/2010 thru 3/18/2010

Account number:
Account owner(s):        IAN OR LULY R MITCHELL AKA MARIA RIVAS
                         DEBTOR IN POSSESSION CASE
                         NO. 1:09-BK-23919

## Account Summary

| | |
|---|---|
| Opening balance 2/19 | $1,762.89 |
| Deposits and other credits | 12,578.18 + |
| Checks | 9,975.17 - |
| Other withdrawals and service fees | 2,010.00 - |
| **Closing balance 3/18** | **$2,355.90** |

## Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 3/01 | 4,000.00 | TRNSFR 1010267752643    WELLS FARGO BAN 02/28 SUNSETBD-VONS    PAC PALISADE CA 6013S005503 |
| 3/05 | 127.00 | OVERDRAFT PROTECTION TRANSFER FROM  044    1010267752643 |
| 3/08 | 1,451.18 | DEPOSIT WITH  300.00 CASH BACK        #4881 SANTA MONICA & 456 SANTA MONICA SANTA MONICA CA 6013W003597 03/06 |
| 3/08 | 2,000.00 | TRNSFR 1010267752643    WELLS FARGO BAN 03/07 SUNSETBD-VONS    PAC PALISADE CA 6013S006498 |
| 3/12 | 5,000.00 | TRNSFR 1010267752643        03/12 ONLINE TRNSFR CONFIRMATION # VY226214887 |
| **Total** | **$12,578.18** | |

## Checks

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 0182 | 67.20 | 2/23 | 0191 | 125.00 | 2/26 | 0201* | 100.70 | 3/08 |
| 0183 | 29.95 | 3/03 | 0192 | 160.00 | 2/26 | 0202 | 400.00 | 3/08 |
| 0187* | 150.00 | 2/22 | 0193 | 434.00 | 3/01 | 0203 | 75.00 | 3/18 |
| 0188 | 80.00 | 2/22 | 0194 | 1,000.00 | 3/02 | 0204 | 200.00 | 3/18 |
| 0189 | 200.00 | 2/22 | 0195 | 80.00 | 3/15 | 0205 | 125.00 | 3/12 |
| 0190 | 500.00 | 2/23 | 0196 | 500.00 | 3/16 | 0206 | 83.49 | 3/15 |

*\* Indicates a break in check number sequence*

*Checks continued on next page*

## Free Checking

**WACHOVIA**

02                    441    30        0  212

---

## Checks *continued*

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|--------|--------|------|--------|--------|------|--------|--------|------|
| 1033* | 186.40 | 3/01 | 1042 | 255.12 | 3/10 | 1049* | 750.00 | 3/16 |
| 1034 | 922.08 | 3/02 | 1043 | 100.00 | 3/11 | 1050 | 731.25 | 3/16 |
| 1035 | 100.00 | 3/02 | 1044 | 57.41 | 3/11 | 1052* | 750.00 | 3/15 |
| 1039* | 263.00 | 3/05 | 1045 | 92.59 | 3/16 | **Total** | **$9,975.17** | |
| 1040 | 162.00 | 3/05 | 1046 | 10.90 | 3/15 | | | |
| 1041 | 1,280.13 | 3/11 | 1047 | 3.95 | 3/12 | | | |

*Indicates a break in check number sequence*

## Other Withdrawals and Service Fees

| Date | Amount | Description |
|------|--------|-------------|
| 2/23 | 0.00 | INQUIRY   SUNSETBD-VONS     6013-004832 |
| 3/01 | 0.00 | INQUIRY   SUNSETBD-VONS     6013-005502 |
| 3/01 | 1,500.00 | INTL FUNDS TRANSFER (ADVICE 2010030100049005)<br>SENT TO  WACHOVIA BANK NA /BANCOMER BBVA<br>BNF=SARA ELIZABETH R RFB=100301200040<br>AMT=    1500.00 CUR=USD RATE=<br>REF=100301200040   03/01/10  02 14PM ET |
| 3/05 | 10.00 | MISCELLANEOUS FEE<br>OVERDRAFT PROTECTION TRANSFER |
| 3/08 | 0.00 | INQUIRY   SUNSETBD-VONS     6013-006497 |
| 3/08 | 200.00 | WITHDRAWAL   WELLS FARGO BANK      03/07<br>SUNSETBD-VONS    PAC PALISADE CA 6013S006499 |
| 3/15 | 0.00 | INQUIRY   WILSHIRE-CHEL     6013-006570 |
| 3/15 | 0.00 | INQUIRY   SUNSETBD-VONS     6013-006895 |
| 3/15 | 300.00 | WITHDRAWAL   WELLS FARGO BANK      03/13<br>WILSHIRE-CHEL    WILSHIRE-CHE CA 6013S006572 |
| **Total** | **$2,010.00** | |

Effective February 26, 2010, in the section of the Schedule of Fees and Funds  Availability
titled "Longer Delays May Apply", the following changes apply: Availability on the fifth
business day is changed to the second business day and availability no later than the
eleventh business day is changed to no later than the seventh business day.

## Free Checking

**WACHOVIA**

03

141    30        0  212

---

## Customer Service Information

| | Phone number | Address |
|---|---|---|
| Checking & Savings Accounts, Check Card & ATM Card | 800-WACHOVIA 800-922-4684 | WACHOVIA BANK, NATIONAL ASSOCIATION NC8502 |
| TDD  (For the Hearing Impaired) | 800-835-7721 | P O BOX 563966 |
| En español para cuentas corrientes y de ahorros | 800-326-8977 | CHARLOTTE NC 28256-3966 |
| Bank By Mail (Deposits Only) | | WACHOVIA BANK, NATIONAL ASSOCIATION VA3289 P O BOX 26090 RICHMOND VA  23260-6090 |
| Consumer Loan Accounts | 800-347-1131 | WACHOVIA BANK, NATIONAL ASSOCIATION VA0343 P O BOX 13327 ROANOKE VA  24040-0343 |

## To Balance Your Account

| | List Outstanding Checks and Withdrawals | | | |
|---|---|---|---|---|
| 1. Compare your account register to your account statement for unrecorded transactions (such as ATM, Check Card, Interest earned, fees, etc.) Your new account register total should match the adjusted balance in line 6 below. | Ck. No. | Amount | Ck. No. | Amount |
| 2. Write in the closing balance shown on the front of account statement. | | | | |
| 3. Write in any deposits you have made since the date of this statement. | | | | |
| 4. Add together amounts listed above in steps 2 and 3. | | | | |
| 5. In the section to the right, list and total all checks and withdrawals that you have made that are not reported on your account statement. Write in the total here. | | | | |
| 6. Subtract the amount in line 5 from the amount in line 4.  This is your adjusted balance and should match the balance in Step 1 above. | | | Total | |

In Case of Errors or Questions About Your Electronic Transfers:  Telephone us at 800-WACHOVIA, 800-922-4684, or write to us at WACHOVIA BANK, NATIONAL ASSOCIATION, NC8502, P O BOX 563966, CHARLOTTE NC 28256-3966, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days to do this, we will credit your account for the amount you think is in error.  You will have use of the money during the time it takes us to complete our investigation.

WACHOVIA BANK, N.A. IS MEMBER FDIC

---

**WACHOVIA BANK, NATIONAL ASSOCIATION , SANTA MONICA AND 5TH**