1  SCOTT C. CLARKSON, ESQ. SBN 143271
   EVE A. MARSELLA, ESQ. SBN 165797
2  CHRISTINE M. FITZGERALD, ESQ. SBN 259014
   CLARKSON, GORE & MARSELLA
3  A PROFESSIONAL LAW CORPORATION
   3424 Carson Street, Suite 350
4  Torrance, California 90503
   (310) 542-0111 Telephone
5  (310) 214-7254 Facsimile

6  Attorneys for Creditor, Bay Area
   Financial Corporation

7                   UNITED STATES BANKRUPTCY COURT
8                   CENTRAL DISTRICT OF CALIFORNIA
9                   SAN FERNANDO VALLEY DIVISION

10

11 In re                          Case No. 1:09-bk-23919-GM

12                                Chapter 11

13 IAN F. MITCHELL,               SUPPLEMENT TO MOTION TO RELIEF
                                  FROM AUTOMATIC STAY
14
         Debtor.                  Date: April 20, 2010
15                                Time: 10:00 a.m.
                                  Ctrm: 303
16                                      21041 Burbank Blvd
                                        Woodland Hills, CA
17

18     TO THE HONORABLE GERALDINE MUND, UNITED STATES

19 BANKRUPTCY JUDGE AND ALL INTERESTED PARTIES:

20     Bay Area Financial Corporation ("Bay Area Financial"), a secured creditor to Chapter 11

21 debtor, Ian F. Mitchell ("Debtor"), hereby submits this *Supplement to its Motion for Relief from*

22 *Automatic Stay under 11 U.S.C. § 362 (Real Property) 623 W. 8th Street, Units 1-6, San Pedro,*

23 *CA* (the "Supplement") in the above-referenced case.

24 ///

25 ///

26 ///

27 ///

28

Supplement Motion for Relief from Stay

1

This Supplement amplifies Bay Area Financial's *Motion for Relief from Automatic Stay under 11 U.S.C. § 362 (Real Property) 623 W. 8th Street, Units 1-6, San Pedro, CA* (the "Motion").

The Court held a hearing on the *Motion* on April 6, 2010, and ordered the Debtor to make monthly adequate protection payments to Bay Area. The Debtor's Opposition to the *Motion* states that he is "prepared" to pay an adequate protection payment in the amount of $4,517.00[1]. However the Debtor does not provide any basis for his calculation and references that the $4,517.00 payment is the amount that is proposed in the Debtor's nonexistent and unfiled Disclosure Statement and Plan.

The accurate amount of the adequate protection payment is $7,102.42. This is the interest-only amount on the principal owed to Bay Area Financial in the amount of $1,106,871.10, calculated at the current non-default contract rate of prime plus 5%, which is currently 8.25%. The Debtor's proposed amount is $2,585.42 less than the amount that is necessary to adequately protect Bay Area's interest in the property located at 623 W. 8th street, Units 1-6, San Pedro, CA.

Based on the foregoing, Bay Area requests that this court enter an order that the Debtor pay monthly adequate protection payments to Bay Area Financial in the correct amount of $7,102.42.

Dated: April 16, 2010

        CLARKSON, GORE & MARSELLA
        A Professional Law Corporation

        By: /s/ Scott C. Clarkson
        Scott C. Clarkson
        Christine M. Fitzgerald
        Counsel for Creditor, Bay Area Financial Corporation

---

[1] This is the same amount that the Court references in its tentative ruling, apparently relying on the Debtor's representation that this was the non-default interest monthly payment.

Supplement Motion for Relief from Stay
2

| In re:<br>IAN F. MITCHELL,<br><br>Debtor(s). | CHAPTER: 11<br><br>CASE NUMBER: 1:09-bk-23919-GM |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

3424 Carson St., Suite 350, Torrance, CA 90503

A true and correct copy of the foregoing document described **SUPPLEMENT TO MOTION TO RELIEF FROM AUTOMATIC STAY – 623 W. 8TH STREET, UNITS 1-6, SAN PEDRO, CA 90731** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 16, 2010,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**Counsel for the Debtor**
M Jonathan Hayes
jhayes@polarisnet.net

**U.S. Trustee**
United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

**Counsel for US Trustee**
S Margaux Ross
margaux.ross@usdoj.gov

**Interested Parties**
Yale K. Kim  ykim@allenmatkins.com
Kary R. Kump  Dolores@jfarley.com
David F. Makkabi  cmartin@pprlaw.net
Nicolas A. Daluiso  ndaluiso@robinsontait.com

☐                                                                                       Service information continued on attached page

II. **SERVED BY U.S. MAIL OR** ~~OVERNIGHT MAIL~~ (indicate method for each person or entity served):
On **April 16, 2010**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☒                                                                                       Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                              **F 9013-3.1**

| In re:<br>IAN F. MITCHELL, | | CHAPTER: 11 |
|---|---|---|
| | Debtor(s). | CASE NUMBER: 1:09-bk-23919-GM |

☐                                                    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 16, 2010 | Nina Narag | _[signature]_ |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                 **F 9013-3.1**

| In re:<br>IAN F. MITCHELL, | Debtor(s). | CHAPTER: 11<br>CASE NUMBER: 1:09-bk-23919-GM |
|---|---|---|

## SERVICE LIST

### Served via Mail

### Judge
Honorable Geraldine Mund
21041 Burbank Blvd., Suite 342
Woodland Hills, CA 91367

### Debtor
Ian F. Mitchell
3609 Sea Horn Blvd.
Malibu, CA 90265

### Creditors
April Corley
5566 Strohm Avenue
North Hollywood, CA 91606

Brad Duni & Stephen Steele
c/o Stephen T. Owens
555 Flowers St., 31st Floor
Los Angeles, CA 90071-2300

Chase Home Loans
P.O. Box 78056
Phoenix, AZ 85062-8056

City National Bank
P.O. Box 3052
Milwaukee, WI 53201-3052

Indymac Mortgage Services
P.O. Box 4045
Kalamazoo, MI 49003-4045

1st Bank Yuma
2755 S. 4th Avenue., Bldg 2 Suite 101
Yuma, AZ 85364-7238

Arkin, Sneddon & Co.
6355 Topanga Canyon Blvd., Ste. 225
Woodland Hills, CA 91367-2103

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                **F 9013-3.1**

| In re:<br>IAN F. MITCHELL, | | CHAPTER: 11 |
|---|---|---|
| | Debtor(s). | CASE NUMBER: 1:09-bk-23919-GM |

Bank of America
P.O. Box 15026
Wilmington, DE 19850-5026

Chase Mastercard
P.O. Box 15298
Wilmington, DE 19850-5298

Chase
P.O. Box 15298
Wilmington, DE 19850-5298

Home Depot
P.O. Box 689100
Des Moines, IA 50368-9100

Bank of America Home Loans
P.O. Box 5170
Simi Valley, CA 93062-5170

Chase Bank, N.A.
P.O. Box 15145
Wilmington, DE 19850-5145

Chester Swenson
3829 Mainsail Circle
Westlake Village, CA 91361-3820

IRS – Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, OA 19114-0362

LA County Treasurer & Tax Collector
P.O. Box 54110
Los Angeles, CA 90054-0110

Law Offices of Gilchrist & Rutter
1299 Ocean Avenue, Ste. 900
Santa Monica, CA 90401-1000

Marketing & Financial Management
30497 Canwood St., #101
Agoura Hills, CA 91301- 4330

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                    F 9013-3.1

| In re: | | CHAPTER: 11 |
|---|---|---|
| IAN F. MITCHELL, | Debtor(s). | CASE NUMBER: 1:09-bk-23919-GM |

LA County Tax Collector
P.O. Box 54018
Los Angeles, CA 90054-0018

Michael & Lori Chevalier 2003 Trust
P.O. Box 90066
Long Beach, CA 90809

RBZ Investment Incentive
11755 Wilshire Blvd., Ninth Floor
Los Angeles, CA 90025-1506

City National Bank
P.O. Box 60938
Los Angeles, CA 90060-0938

Bay Area Financial Corporation
12400 Wilshire Blvd., Ste. 230
Los Angeles, CA 90025

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                F 9013-3.1