| Attorney or Party Name, Address, Telephone & Fax Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Scott C. Clarkson, Esq. (SBN 143271)<br>Clarkson, Gore & Marsella, APLC<br>3424 Carson Street, Suite 350<br>Torrance, CA 90503<br>T: 310-542-0111<br>F: 310-214-7254<br><br>☐ *Individual appearing without counsel*<br>☒ *Attorney for Movant* Bay Area Financial Corporation | **FILED & ENTERED**<br><br>**MAY 03 2010**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY cardoza DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>IAN F. MITCHELL<br><br>Debtor(s). | CHAPTER: 11<br><br>CASE NO.: 1:09-bk-23919-GM<br><br>DATE: April 6, 2010<br>TIME: 10:00 a.m.<br>CTRM: 303<br>FLOOR: 3rd Floor |
|---|---|

**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**
**UNDER 11 U.S.C. § 362 (Real Property)**
**(MOVANT: Bay Area Financial Corporation)**

1. The Motion was:  ☒ Contested   ☐ Uncontested   ☐ Settled by Stipulation

2. The Motion affects the following real property ("Property"):

   *Street Address: 623 W. 8th Street*
   *Apartment/Suite No.: Units 1-6*
   *City, State, Zip Code: San Pedro, CA 90731*

   Legal description or document recording number (including county of recording):

   LOT 12 IN BLOCK 4 OF THE CENTRAL HOME, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 1 PAGE 97 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY

   More Commonly Known as 623 West 8th street, Units 1-6, San Pedro, CA 90731

   ☐ See attached page.

3. The Motion is granted under:   ☒ 11 U.S.C. § 362(d)(1)   ☐ 11 U.S.C. § 362(d)(2)   ☐ 11 U.S.C. § 362(d)(3)
   ☐ 11 U.S.C. § 362(d)(4)

4. As to Movant, its successors, transferees and assigns ("Movant"), the stay of 11 U.S.C. § 362(a) is:
   a.  ☐ Terminated as to Debtor(s) and Debtor's(s') bankruptcy estate.
   b.  ☐ Annulled retroactively to the date of the bankruptcy petition filing.
   c.  ☐ Modified or conditioned as set forth in Exhibit _____ to this Order.

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

December 2009                                                                                                          F 4001-10.RP

**F 4001-10.RP**

Order on Motion for Relief from Stay (Real Property) – Page 2 of 11

| In re: Ian F. Mitchell | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 1:09-bk-23919-GM |

5. ☐ Movant may enforce its remedies to foreclose upon and obtain possession of the Property in accordance with applicable non-bankruptcy law, but may not pursue any deficiency claim against the Debtor(s) or property of the estate except by filing a Proof of Claim pursuant to 11 U.S.C. § 501.

6. ☐ Movant shall not conduct a foreclosure sale before the following date *(specify)*:

7. ☒ The stay shall remain in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this Order.

8. ☐ In chapter 13 cases, the trustee shall not make any further payments on account of Movant's secured claim after entry of this Order. The secured portion of Movant's claim is deemed withdrawn upon entry of this Order without prejudice to Movant's right to file an amended unsecured claim for any deficiency. Absent a stipulation or order to the contrary, Movant shall return to the trustee any payments received from the trustee on account of Movant's secured claim after entry of this Order.

9. ☐ The filing of the petition was part of a scheme to delay, hinder and defraud creditors that involved either:

   ☐ transfer of all or part ownership of, or other interest in, the Property without the consent of the secured creditor or court approval.

   ☐ multiple bankruptcy filings affecting the Property.

If recorded in compliance with applicable state laws governing notices of interest or liens in the Property, this Order is binding and effective under 11 U.S.C. § 362(d)4(A) and (B) in any other bankruptcy case purporting to affect the Property filed not later than two (2) years after the date of entry of this Order, except that a debtor in a subsequent bankruptcy case may move for relief from this Order based upon changed circumstances or for good cause shown, after notice and a hearing. Any federal, state or local governmental unit that accepts notices of interests or liens in real property shall accept a certified copy of this Order for indexing and recording.

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*

**F 4001-10.RP**

F 4001-10.RP

Order on Motion for Relief from Stay (Real Property) – Page 3 of 11

| In re: Ian F. Mitchell | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 1:09-bk-23919-GM |

10. This Court further orders as follows:

   a. ☒ This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

   b. ☒ The 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

   c. ☐ The provisions set forth in the Extraordinary Relief Attachment shall also apply *(attach Optional Form F 4001-10-ER)*.

   d. ☐ See attached continuation page for additional provisions.

   e. ☒ This Motion is continued to April 20, 2010 at 10:00 a.m.

###

DATED: May 3, 2010

_____
United States Bankruptcy Judge

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*

F 4001-10.RP

F 4001-10.RP

Order on Motion for Relief from Stay (Real Property) – Page 4 of 11

| In re: Ian F. Mitchell | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 1:09-bk-23919-GM |

# ADEQUATE PROTECTION ATTACHMENT
## (MOVANT: Bay Area Financial Corporation)

*(This Attachment is the continuation page for Paragraph 7 of the Order on the Motion.)*

The stay shall remain in effect subject to the following terms and conditions:

1. ☐ The Debtor(s) tendered payments at the hearing in the amount of $_____.

2. ☒ The Debtor(s) shall make regular monthly payments based upon the current non-default rate of the Bay Area Financial note, commencing April 1, 2010, the current amount of the non-default interest rate is $7,102.42. The amount of these payments may be subject to change under the terms of the parties' original agreements. All payments due Movant hereunder shall be paid to Movant no later than the 10th day of each month at the following address:

   Bay Area Financial Corporation
   c/o Scott C. Clarkson, Esq.
   Clarkson, Gore & Marsella, APLC
   3424 Carson Street, Suite 350
   Torrance, CA 90503

3. ☐ The Debtor(s) shall cure the postpetition default computed through _____ in the sum of $_____ as follows:

   a. ☐ In equal monthly installments of $_____ each commencing _____ and continuing thereafter through and including _____,

   b. ☐ By paying the sum of $_____ on or before _____,

   c. ☐ By paying the sum of $_____ on or before _____,

   d. ☐ By paying the sum of $_____ on or before _____,

   e. ☐ Other:

4. ☒ The Debtor(s) shall maintain insurance coverage on the property and shall remain current on all taxes that fall due postpetition with regard to the property.

5. ☒ The Debtor(s) shall file a Disclosure Statement and Plan on or before *(specify date):* April 20, 2010
   Disclosure Statement shall be approved on or before *(specify date):*
   The Plan shall be confirmed on or before *(specify date):*

6. ☒ Upon any default in the foregoing terms and conditions, Movant shall serve written notice of default to Debtor(s), and any attorney for Debtor(s), and:

   a. ☐ The stay shall automatically terminate without further notice, hearing or order.
   b. ☒ Movant may file and serve a declaration under penalty of perjury specifying the default, together with a proposed order terminating the stay, which the Court may grant without further notice or hearing.
   c. ☐ The Movant may move for relief from the stay upon shortened notice in accordance with Local Bankruptcy Rules.
   d. ☐ The Movant may move for relief from the stay on regular notice.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2009*    F 4001-10.RP

F 4001-10.RP

Order on Motion for Relief from Stay (Real Property) – Page 5 of 11

| In re: Ian F. Mitchell | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 1:09-bk-23919-GM |

7. ☐ Notwithstanding anything contained herein to the contrary, the Debtor(s) shall be entitled to a maximum of _____ (number) notices of default and opportunities to cure pursuant to the preceding paragraph.  Once a Debtor(s) has defaulted this number of times on the obligations imposed by this Order and has been served with this number of notices of default, Movant shall be relieved of any obligation to serve additional notices of default and provide additional opportunities to cure.  If an event of default occurs thereafter, Movant shall be entitled, without first serving a notice of default and providing the Debtor(s) with an opportunity to cure, to file and serve a declaration under penalty of perjury setting forth in detail the Debtor's failures to perform hereunder, together with a proposed order terminating the stay, which the Court may enter without further notice or hearing.

8. ☒ The foregoing terms and conditions shall be binding only during the pendency of this bankruptcy case.  If, at any time, the stay is terminated with respect to the Property by court order or by operation of law, the foregoing terms and conditions shall cease to be binding and Movant may proceed to enforce its remedies under applicable non-bankruptcy law against the Property and/or against the Debtor(s).

9. ☒ If Movant obtains relief from stay based on Debtor's(s') defaults hereunder, the order granting that relief shall contain a waiver of the 14-day stay created by Federal Rule of Bankruptcy Procedure 4001(a)(3).

10. ☒ Movant may accept any and all payments made pursuant to this Order without prejudice to or waiver of any rights or remedies to which it would otherwise have been entitled under applicable non-bankruptcy law.

11. ☐ Other (specify):

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2009*

F 4001-10.RP

F 4001-10.RP

Order on Motion for Relief from Stay (Real Property) – Page 6 of 11

| In re: Ian F. Mitchell | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 1:09-bk-23919-GM |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

3424 Carson Street, Suite 350
Torrance, CA 90503

A true and correct copy of the foregoing document described **ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. §362 (Real Property)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR** ~~OVERNIGHT MAIL~~ (indicate method for each person or entity served)**:**
On **April 16, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 19, 2010 | Nina Narag | /s/ Nina Narag |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2009*

**F 4001-10.RP**

**F 4001-10.RP**

Order on Motion for Relief from Stay (Real Property) – Page 7 of 11

| In re: Ian F. Mitchell | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 1:09-bk-23919-GM |

## SERVICE LIST VIA U.S. MAIL

**Judge**
Hon. Geraldine Mund
21041 Burbank Blvd., Suite 342
Woodland Hills, CA 91367

**Debtor's Counsel**
Jonathan Hayes, Esq.
Law Office of Jonathan Hayes
9700 Reseda Blvd., Suite 201
Northridge, CA 91324

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2009*

**F 4001-10.RP**

F 4001-10.RP

Order on Motion for Relief from Stay (Real Property) – Page 8 of 11

| In re: Ian F. Mitchell | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 1:09-bk-23919-GM |

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)** **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (Real Property)** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2009*

F 4001-10.RP

**F 4001-10.RP**

Order on Motion for Relief from Stay (Real Property) – Page 9 of 11

| In re: Ian F. Mitchell | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 1:09-bk-23919-GM |

## SERVICE LIST

**SERVED VIA NEF**

**Counsel for the Debtor**
M Jonathan Hayes
jhayes@polarisnet.net

**U.S. Trustee**
United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

**Counsel for US Trustee**
S Margaux Ross
margaux.ross@usdoj.gov

**Interested Parties**
Yale K. Kim   ykim@allenmatkins.com
Kary R. Kump   Dolores@jfarley.com
David F. Makkabi   cmartin@pprlaw.net
Nicolas A. Daluiso   ndaluiso@robinsontait.com

**SERVED VIA U.S. MAIL**

**Debtor**
Ian F. Mitchell
3609 Seahorn Drive
Malibu, CA 90265

**Creditors**
April Corley
5566 Strohm Avenue
North Hollywood, CA 91606

Brad Duni & Stephen Steele
c/o Stephen T. Owens
555 Flowers St., 31st Floor
Los Angeles, CA 90071-2300

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2009*

**F 4001-10.RP**

| In re: Ian F. Mitchell | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 1:09-bk-23919-GM |

Chase Home Loans
P.O. Box 78056
Phoenix, AZ 85062-8056

City National Bank
P.O. Box 3052
Milwaukee, WI 53201-3052

Indymac Mortgage Services
P.O. Box 4045
Kalamazoo, MI 49003-4045

1st Bank Yuma
2755 S. 4th Avenue., Bldg 2 Suite 101
Yuma, AZ 85364-7238

Arkin, Sneddon & Co.
6355 Topanga Canyon Blvd., Ste. 225
Woodland Hills, CA 91367-2103

Bank of America
P.O. Box 15026
Wilmington, DE 19850-5026

Chase Mastercard
P.O. Box 15298
Wilmington, DE 19850-5298

Chase
P.O. Box 15298
Wilmington, DE 19850-5298

Home Depot
P.O. Box 689100
Des Moines, IA 50368-9100

Bank of America Home Loans
P.O. Box 5170
Simi Valley, CA 93062-5170

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2009*

F 4001-10.RP

**F 4001-10.RP**

Order on Motion for Relief from Stay (Real Property) – Page 11 of 11

| In re: Ian F. Mitchell | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 1:09-bk-23919-GM |

Chase Bank, N.A.
P.O. Box 15145
Wilmington, DE 19850-5145

Chester Swenson
3829 Mainsail Circle
Westlake Village, CA 91361-3820

IRS – Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, OA 19114-0362

LA County Treasurer & Tax Collector
P.O. Box 54110
Los Angeles, CA 90054-0110

Law Offices of Gilchrist & Rutter
1299 Ocean Avenue, Ste. 900
Santa Monica, CA 90401-1000

Marketing & Financial Management
30497 Canwood St., #101
Agoura Hills, CA 91301- 4330

LA County Tax Collector
P.O. Box 54018
Los Angeles, CA 90054-0018

Michael & Lori Chevalier 2003 Trust
P.O. Box 90066
Long Beach, CA 90809

RBZ Investment Incentive
11755 Wilshire Blvd., Ninth Floor
Los Angeles, CA 90025-1506

City National Bank
P.O. Box 60938
Los Angeles, CA 90060-0938

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2009*

**F 4001-10.RP**