M. Jonathan Hayes (Bar No. 90388)
Roksana D. Moradi (Bar No. 266572)
**Law Offices of M. Jonathan Hayes**
9700 Reseda Blvd., Suite 201
Northridge, CA 91324
Telephone:  (818) 882-5600Facsimile:  (818) 882-5610
jhayes@polarisnet.net, rdmlaw@ymail.com
Attorneys for Debtor
Ian F. Mitchell

FILED & ENTERED

SEP 10 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY pgarcia    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re | ) Case No. 1:09-bk-23919-GM |
| | ) |
| IAN F. MITCHELL, | ) |
| | ) Chapter 11 |
| | ) |
| Debtor. | ) **ORDER APPROVING SETTLEMENT OF CLAIMS BETWEEN CREDITOR BAY AREA CORP. AND DEBTOR IAN F. MITCHELL** |
| | ) |
| | ) **NO HEARING** |
| | ) |

After consideration of the Debtor's **MOTION TO APPROVE SETTLEMENT OF CLAIMS BETWEEN CREDITOR BAY AREA CORP. AND DEBTOR IAN F. MITCHELL**, there being no objection, and good cause appearing,

1

**LAW OFFICES**
M. Jonathan Hayes
9700 Reseda Blvd, Suite 201
Northridge, CA 91324

1

2          IT IS HEREBY ORDERED that the settlement between the Debtor and Bay Area

3   Corp. is approved.

4

5          ###

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23
    DATED: September 10, 2010
24                                            _____
                                              United States Bankruptcy Judge
25

26

27

28

**LAW OFFICES**

M. Jonathan Hayes
9700 Reseda Blvd. Suite 201
Northridge, CA 91324

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 9700 Reseda Blvd., Suite 201, Northridge, CA 91324

A true and correct copy of the foregoing document described **ORDER AUTHORIZING DEBTOR TO ENTER INTO LEASE OF REAL PROPERTY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (“NEF”)** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) (“LBR”), the foregoing document will be served by the court via NEF and hyperlink to the document. On **09/06/2010** checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐   Service information continued on attached page

**II.   SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:** On **09/06/2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐   Service information continued on attached page

**Hon. Geraldine Mund**
US Bankruptcy Court
21041 Burbank Blvd., Suite 342
Woodland Hills, CA 91367

**III.   SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **09/06/2010** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐   Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 09/06/2010 | Roksana D. Moradi | /s/ Roksana D. Moradi |
|---|---|---|
| Date | Type Name | Signature |

LAW OFFICES
M. Jonathan Hayes
9700 Reseda Blvd, Suite 201
Northridge, CA 91324

***NOTE TO USERS OF THIS FORM***:

***1)*** *Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.*

***2)*** *The title of the judgment or order and all service information must be filled in by the party lodging the order.*

***3)  Category I.*** *below:  The United States trustee and case trustee (if any) will always be in this category.*

***4)  Category II.*** *below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief.*
***DO NOT*** *list an address if person/entity is listed in category I.*

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER AUTHORIZING DEBTOR TO ENTER INTO LEASE OF REAL PROPERTY** was entered on the date indicated as *"ENTERED"* on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **09/06/2010** the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

- **M Jonathan Hayes   jhayes@polarisnet.net**
- **Joe M Lozano   notice@NBSDefaultServices.com**
- **S Margaux Ross   margaux.ross@usdoj.gov**
- **Richard A Solomon   richard@sgsslaw.com**
- **United States Trustee (SV)   ustpregion16.wh.ecf@usdoj.gov**

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an *"ENTERED"* stamp, the party lodging the judgment or order will serve a complete copy bearing an *"ENTERED"* stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

**LAW OFFICES**
M. Jonathan Hayes
9700 Reseda Blvd. Suite 201
Northridge, CA 91324